IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**NOTICE OF SERVICE**

I, Joseph J. Farnan, III, hereby certify that on the 29th of March, 2005, two true and correct copies of Plaintiff's Responses to Defendant's First Requests for Production were served upon the following counsel:

| HAND DELIVERY | FEDERAL EXPRESS |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

          Respectfully submitted,

          PHILLIPS, GOLDMAN & SPENCE, P.A.

          /s/ Joseph J. Farnan, III
          Joseph J. Farnan, III, Esquire (#3945)
          Brian E. Farnan, Esquire (#4089)
          1200 North Broom Street
          Wilmington, DE 19806
          (302) 655-4200
          Attorneys for Plaintiff Melvert Washington, Jr.

Date: March 30, 2005

## CERTIFICATE OF SERVICE

    I, Joseph J. Farnan, III, hereby certify that on this 29th day of March, 2005, two true and correct copies of the Notice of Service were served upon the following counsel:

<u>HAND DELIVERY</u>
Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

<u>FEDERAL EXPRESS</u>
Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

_____
Joseph J. Farnan, III