IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**NOTICE OF SERVICE**

    I, Joseph J. Farnan, III, hereby certify that on the 29th of March, 2005, two true and correct copies of Plaintiff's Answers to Defendant's First Set of Interrogatories were served upon the following counsel:

| HAND DELIVERY | FEDERAL EXPRESS |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

        Respectfully submitted,

        PHILLIPS, GOLDMAN & SPENCE, P.A.

        */s/ Joseph J. Farnan, III*
        Joseph J. Farnan, III, Esquire (#3945)
        Brian E. Farnan, Esquire (#4089)
        1200 North Broom Street
        Wilmington, DE 19806
        (302) 655-4200
        Attorneys for Plaintiff Melvert Washington, Jr.

Date: March 30, 2005

## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on this 29th day of March, 2005, two true and correct copies of the Notice of Service were served upon the following counsel:

HAND DELIVERY
Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

FEDERAL EXPRESS
Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

Joseph J. Farnan, III