IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-320 (SLR) |
| | ) | |
| AUTOZONER, INC., a Nevada Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on May 9, 2005, the foregoing Notice of Service of Notice of Deposition was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following. Also, a hard copy of the Notice of Service and Notice of Deposition are also being sent by facsimile and by first class mail to the following:

Joseph J. Farnan, III, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Tim M. Holly_
Timothy M. Holly (Del. Bar No. 4106)
P.O. Box 2207
Wilmington, DE 19899-2207
(302)-252-4217
*Attorneys for Defendant AutoZoners, Inc.*

395299_1