IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certificate, counsel moves the admission pro hac vice of Thomas J. Reed to represent Melvert Washington, Jr., in this matter. This Motion is submitted pursuant to the disclosures and agreements reached before the Court during the Scheduling Conference.

Respectfully submitted,

Joseph J. Farnan, III, Esquire (#3945)
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
The Honorable Sue L. Robinson, Chief Judge

## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on May 10, 2005, two true and correct copies of the Motion and Order for Admission Pro Hac Vice have been served electronically and by regular U.S. Mail upon the following counsel:

Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street, Floor 37
New Orleans, LA 70163-1101

Joseph J. Farnan, III

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bars of Indiana, Massachusetts, Pennsylvania, U. S. Supreme Court, United States Court of Appeals for the Federal Circuit, Third Circuit, and Seventh Circuit, U.S. Court of Federal Claims, U. S. Court of Veterans Appeals, United States District Court for the Southern District of Indiana, District of Massachusetts and Eastern District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid X to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Respectfully submitted,

*Thomas J. Reed*
Thomas J. Reed
Widener University School of Law
4601 Concord Pike
Wilmington, De 19803