IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant, | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the Plaintiffs will take the oral deposition of Shane Treesh on Friday, May 13, 2005 at **9:00 a.m.** at the offices of Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806. The deposition will be stenographically recorded and taken by a notary public, court reporter, or other authorized person. The deposition will continue from day to day until complete.

                                                  Respectfully submitted,

                                                  PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                  /s/ *signature*

                                                  Joseph J. Farnan, III (Bar No. 3945)
                                                  Brian E. Farnan (Bar No. 4089)
                                                  1200 North Broom Street
                                                  Wilmington, DE  19806
                                                  (302) 655-4200
                                                  Attorney for Plaintiff

DATE: May 11, 2005

## CERTIFICATE OF SERVICE

     I, Brian E. Farnan, hereby certify that on May 11, 2005, two copies of the foregoing Notice of Deposition were served upon the following counsel:

ELECTRONICALLY AND FACSIMILE
Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

FACSIMILE AND U. S. MAIL
Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

_____
Brian E. Farnan