IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

### NOTICE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on the 23rd of May, 2005, two true and correct copies of Plaintiff's Second Set of Requests for Production Directed to Defendant were served upon the following counsel:

HAND DELIVERY
Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

FEDERAL EXPRESS
Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Joseph J. Farnan, III, Esquire (#3945)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiff Melvert Washington, Jr.

Date: May 23, 2005