IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

    I, Joseph J. Farnan, III, hereby certify that on this 23rd day of May, 2005, two true and correct copies of <u>Plaintiff's Second Set of Requests for Production to Defendant</u> were served upon the following counsel:

| HAND DELIVERY | FEDERAL EXPRESS |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

                                            PHILLIPS, GOLDMAN & SPENCE, P.A.

                                            JOSEPH J. FARNAN, III, ESQUIRE (#3945)
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            (302) 655-4200