# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION OF MELVERT WASHINGTON, JR. TO EXTEND
## DEADLINE FOR SUBMITTING EXPERT REPORTS

Plaintiff, Melvert Washington, Jr., by and through his undersigned counsel, hereby moves

to extend the deadline for submission of initial and rebuttal expert reports. In support of this

Motion, Plaintiff states as follows:

## I.    BACKGROUND

1.    On May 19, 2004, Plaintiff, Melvert Washington, Jr. ("Plaintiff"), filed the instant

Complaint against AutoZoners, Inc. ("Defendant").

2.    On January 5, 2005, the Court entered the Scheduling Order for this matter (D.I.

25). Pursuant to the Scheduling Order, initial expert reports are due June 22, 2005.

3.    On April 22, 2005, Plaintiff served his First Set of Request for Production of

Documents on Defendant.

4.    Defendant's responses were due May 23, 2005.

5.    Plaintiff subsequently agreed to extend the deadline for Defendant's discovery

responses for fifteen (15) days, thus, making Defendant's responses due June 7, 2005.

6.    On June 10, 2005, Plaintiff received Defendant's responses to Plaintiff's First Set

of Request for Production of Documents.

7.    Defendant's document production included documents necessary for Plaintiff's economic expert to complete his calculations.

8.    By this motion, Plaintiff seeks to extend the expert deadline for twenty days to allow Plaintiff's economic expert to complete his calculations based on the documents recently produced by Defendant.  Essentially, Plaintiff is seeking to extend the deadline by the same amount of additional time Defendant was given to respond to Plaintiff's discovery.

## II.    ARGUMENT

9.    Pursuant to Federal Rule of Civil Procedure 16(b), the Court may modify a scheduling order upon a showing of good cause  Id.

10.    Plaintiff submits that good cause exists for modifying the Scheduling Order based upon Defendant's recent production of documents necessary for Plaintiff's economic expert to render an opinion.

11.    Plaintiff extended the deadline for Defendant's discovery responses, which necessitated this Motion, and are simply seeking the same courtesy in return.

WHEREFORE, Melvert Washington, Jr. respectfully requests that the Court enter an Order extending the deadline for initial expert reports to Wednesday, July 13, 2005 and the deadline for rebuttal expert reports to Monday, August 15, 2005.

Respectfully submitted,

PHILLIPS, GOLDMAN AND SPENCE, P.A.

Joseph J Farnan, III (3945)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200

and

Veterans Assistance Program
Thomas J. Reed
4601 Concord Pike
PO Box 7474
Wilmington, DE 19803

Attorneys for Plaintiff

Date:  June 22, 2005