## CERTIFICATION PURSUANT TO RULE 7.1.1

Pursuant to Local Rule 7.1.1, the undersigned does hereby certify that reasonable efforts were made to reach an agreement with opposing attorneys concerning the extension of expert deadline but no agreement could be reached.

                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                              */s/ Joseph J. Farnan, III*
                              JOSEPH J. FARNAN, III, ESQUIRE (#3945)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              Attorney for DuPont Flooring Systems, Inc.

DATE: 22 June 2005