## CERTIFICATE OF SERVICE

      I, Joseph J. Farnan, III, hereby certify that on this 22th day of June, 2005, two true and correct copies of the Motion of Melvert Washington, Jr. to Extend Deadline for Submitting Expert Reports were served upon the following counsel via Electronic Filing and Regular U.S. Mail:

| | |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

                                                        _____
                                                        Joseph J. Farnan, III