IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2005, having considered Plaintiff Melvert Washington, Jr.'s Motion to Extend the Deadline for Submitting Expert Reports,

IT IS HEREBY ORDERED that the deadline for submitting initial expert reports is July 13, 2005, and the deadline for rebuttal expert reports is August 15, 2005.

_____
The Honorable Sue L. Robinson