## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-320-SLR |
| AUTOZONERS, INC., a Nevada corporation, | : |
| Defendant. | : |

## ORDER

At Wilmington this **30th** day of **August, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, September 26, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE