IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| AUTOZONER, INC., a Nevada Corporation | ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION
### TO MODIFY SCHEDULING ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant, AutoZone, Inc. ("AutoZone" or "Defendant"), and submits the following Defendant's Motion To Modify Scheduling Order. In support of this Motion, Defendant states as follows:

I.  BACKGROUND

1. On May 19, 2004, Plaintiff, Melvert Washington, Jr. ("Plaintiff"), filed the instant Complaint against AutoZone.

2. On October 26, 2004, AutoZone filed Motions for Admission *Pro Hac Vice* of James P. Waldron, Esquire (D.I. 16) and Tracy K. Hildalgo, Esquire (D.I. 17). Both Motions were granted. (D.I. 19).

3. As stated in the aforementioned motions, Mr. Waldron and Ms. Hidalgo's office address of record is 1100 Poydras Street, Floor 37, New Orleans, LA 70163-1101.

4. AutoZone and Plaintiff entered into a joint proposed stipulated scheduling order, which the court signed on January 3, 2005. Pursuant to the Scheduling Order, "[a]ll summary judgment motions shall be served and filed with an opening brief on or

before <u>September 21, 2005</u>." The Scheduling Order further states that "[n]o summary judgment motion may be filed more than ten (10) days from the above date without leave of the court." (D.I. 25-a). Trial is scheduled for December 5, 2005. (Id.)

5.  On August 29, 2005, Hurricane Katrina struck the Gulf Coast, devastating the region and flooding New Orleans. Due to the aftermath of Hurricane Katrina, Mr. Waldron and Ms. Hidalgo have been displaced from their offices and homes. Their files relating to the captioned matter are, therefore, unavailable. Additionally, AutoZone's lead counsel has faced severe personal hardship as a result of Hurricane Katrina, which makes even more difficult the task of following the Scheduling Order.

6.  AutoZone's local counsel, Connolly Bove Lodge & Hutz LLP, is assisting Mr. Waldron and Ms. Hidalgo in recreating their files, but substantial and significant portions of their files, including drafts of AutoZone's summary judgment brief, cannot be reproduced. AutoZone will be prejudiced if additional time is not granted to accommodate it for the strain placed on counsel as a result of Hurricane Katrina.

7.  By this Motion, AutoZone seeks to extend the date of each pending date in the Scheduling Order (i.e., paragraphs 5 – 8) by approximately three months.

II. ARGUMENT

8.  Pursuant to Federal Rule of Civil Procedure 16(b), the Court may modify a scheduling order upon a showing of good cause.

9.  AutoZone submits that good cause exists for modifying the Scheduling Order based upon the catastrophic damage, unavailability of trial-related documents and resources, and severe personal hardship to AutoZone's lead counsel caused by Hurricane Katrina.

10. AutoZone has left several messages for opposing counsel regarding the matter raised by this Motion, but has been unable to speak with opposing counsel.

WHEREFORE, AutoZone, Inc. respectfully requests that the Court enter an Order extending the deadline for: (1) summary judgment motions and opening briefs to December 21, 2005; (2) motions in limine to on or before February 7, 2006 with responses to motions in limine to on or before January 14, 2006; (3) pretrial conference to a time convenient to the Court; and (4) trial to a time convenient to the Court.

Respectfully submitted,

*/s/ Timothy M. Holly*

Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217

Tracy K. Hidalgo (admitted *pro hac vice*)
James P. Waldron (admitted *pro hac vice*)
FRILOT, PARTRIDGE, KOHNKE &
CLEMENTS, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone:    (504) 599-8000
Facsimile:    (504) 599-8100
*Attorneys for Defendant AutoZoners, Inc.*

September 12, 2005
CBLH: 416407

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| AUTOZONER, INC., a Nevada Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, to wit, this ___ day of _____, 2005, having considered Defendant's Motion To Modify Scheduling Order,

IT IS HEREBY ORDERED that the following paragraphs of the Scheduling Order dated January 3, 2005, shall be modified as follows:

5.   **Summary Judgment Motions.** All summary judgment motions shall be seraved and filed with an opening brief on or before <u>December 21, 2005</u>. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

7.   **Motions in Limine.** All motions in limine shall be filed on or before <u>February 7, 2006</u>. All responses to said motions shall be filed on or before <u>February 14, 2006</u>.

8.   **Pretrial Conference.** A pretrial conference will be held on _____, 2006 at _____ .m. in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

- 2 -

9.      **Trial.**  This matter is scheduled for a 4 day jury trial commencing on _____, 2006 in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

                                                                            _____
                                                                            THE HONORABLE SUE L. ROBINSON
                                                                            United States District Chief Judge

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, the foregoing Defendant's Motion To Modify Scheduling Order was filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to the following. Also, a hard copy of Defendant's Motion To Modify Scheduling Order is being sent by facsimile to the following:

Joseph J. Farnan, III, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Timothy M. Holly (Del. Bar No. 4106)