## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, the foregoing Defendant's Motion To Modify Scheduling Order was filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to the following.  Also, a hard copy of Defendant's Motion To Modify Scheduling Order is being sent by facsimile to the following:

Joseph J. Farnan, III, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

Timothy M. Holly (Del. Bar No. 4106)