IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-320 (SLR) |
| AUTOZONER, INC., a Nevada Corporation | ) |
| Defendant. | ) |

### ORDER

AND NOW, to wit, this 16th day of September, 2005, having considered Defendant's Motion To Modify Scheduling Order,

IT IS HEREBY ORDERED that the following paragraphs of the Scheduling Order dated January 3, 2005, shall be modified as follows:

5. **Summary Judgment Motions.** All summary judgment motions shall be seraved and filed with an opening brief on or before <u>December 21, 2005</u>. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

7. **Motions in Limine.** All motions in limine shall be filed on or before <u>February 7, 2006</u>. All responses to said motions shall be filed on or before <u>February 14, 2006</u>.

8. **Pretrial Conference.** A pretrial conference will be held on _____, 2006 at _____ .m. in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.



SLR 9/16/05

9. **Trial.** This matter is scheduled for a 4 day jury trial commencing on _____, 2006 in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
THE HONORABLE SUE L. ROBINSON
United States District Chief Judge