IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the Plaintiffs will take the video taped trail deposition of Shane Treesh on Tuesday, November 8, 2005 at **10:30 a.m.** at the offices of Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806. The deposition will be stenographically recorded and taken by a notary public, court reporter, or other authorized person. The deposition will continue from day to day until complete.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: November 4, 2005