## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on November 4, 2005, two copies of the foregoing Notice of Deposition were served upon the following counsel:

| ELECTRONICALLY AND FACSIMILE | ELECTRONICALLY AND EMAIL |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

/s/ Joseph J. Farnan, III