IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S MOTION TO MODIFY THE AMENDED SCHEDULING ORDER**

Now, by and through undersigned counsel, comes Plaintiff, Melvert Washington, Jr. ("Washington") and submits Plaintiff's Motion to Modify the Amended Scheduling Order (the "Motion"). In support of this Motion, Plaintiff states as follows:

Background

1.  On May 19, 2004, Plaintiff Washington filed the instant Complaint against Autozoners, Inc. ("Autozoners").

2.  Plaintiff and Autozoners entered into a joint proposed Stipulated Scheduling Order, which was entered by the Court on January 3, 2005. Pursuant to the Scheduling Order, "All summary judgment motions shall be served and filed with an opening brief on or before September 21, 2005." This date was extended by Order of this Court on September 16, 2005. The new deadline for summary judgment motions is December 21, 2005.

3.      An issue has arisen between the parties as to the authentication of documents to be filed with the summary judgment motion. The parties have been conferring and attempting to resolve the issue amongst themselves.

4.      Unfortunately, Plaintiff's counsel is entering day 7 of a wrongful death jury trial in New Castle County Superior Court, and the parties have not been able to resolve the outstanding issues as of this date.

5.      By this Motion, Washington seeks to extend the date for summary judgment motions for fifteen (15) days.

## Argument

6.      Pursuant to the Federal Rules of Civil Procedure 16(b), the Court may modify a Scheduling Order upon a showing of good cause.

7.      Washington submits that good cause exists for modifying the Scheduling Order based upon the parties' willingness to resolve the issue amongst themselves, and Plaintiff's counsel's unavailability due to trial over the last two weeks.

8.      Plaintiff's counsel has been advised by the Defendant's local counsel that they do not oppose a fifteen (15) day extension of the summary judgment motions deadline.

WHEREFORE, Plaintiff Melvert Washington, Jr., respectfully requests that the Court enter and Order extending the deadline for summary judgment motions for fifteen (15) days. The remaining Scheduling Order shall remain in full force and effect.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Joseph J. Farnan III/*

Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

and

COUNSEL ADMITTED
PRO HAC VICE:

Thomas J. Reed (#5634)
WIDENER UNIVERSITY SCHOOL OF LAW
DELAWARE VOLUNTEER LEGAL
SERVICES, INC.
VETERANS ASSISTANCE PROGRAM
P.O. Box 7474
Wilmington, DE 19803-0474
TEL: (302) 477-2070
FAX: (302) 477-2257
E-mail: tjr0001"mail.widener.edu