IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

### ORDER

AND NOW, to wit, this ____ day of December, 2005, having considered Plaintiff's Motion to Extend the Amended Scheduling Order, it is hereby

ORDERED that the deadline for the filing of motions for summary judgment in the above-captioned matter is extended for fifteen (15) days to January 4, 2006. All remaining deadlines on the Amended Scheduling Order shall remain in effect.

_____
The Honorable Sue L. Robinson