## CERTIFICATE OF SERVICE

I, Joseph J. Farnan, III, hereby certify that on December 20, 2005, two copies of the foregoing Notice of Deposition were served upon the following counsel:

ELECTRONICALLY AND FACSIMILE
Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

FACSIMILE AND U. S. MAIL
Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

_____
Joseph J. Farnan, III