IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT AUTOZONE'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant AutoZone, Inc. ("AutoZone") moves the Court to grant summary judgment in its favor and against the Plaintiff, Melvert Washington, Jr., for the reasons set forth in the accompanying Opening Brief and supporting papers.

_____
Matthew F. Boyer (Del. Bar No. 2564)
Timothy Holly, Esquire (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302)-884-6585

Tracy K. Hidalgo (admitted *Pro Hac Vice*)
James P. Waldron (admitted *Pro Hac Vice)*
Frilot, Partridge, Kohnke, & Clements
1100 Poydras St.
3600 Energy Centre
New Orleans, La 70163
Tel: (504)-599-8358
Fax: (504)-599-8100
*Attorneys for Defendant,*

Dated: December 21, 2005   *AutoZone, Inc.*