**CERTIFICATE OF SERVICE**

      I, Timothy M. Holly, hereby certify that on the 21st day of December, 2005, I caused a true and correct copy of the foregoing to be served upon the persons or entities indicated below in the manner indicated below.

                         /s/ Timothy M. Holly
                        Timothy M. Holly (No. 4106)

_____

**BY HAND DELIVERY:**

Joseph J. Farnan, III, Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

**BY FACSIMILE & FIRST-CLASS U.S. MAIL:**

Thomas J. Reed, Esq.
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
4601 Concord Pike
Wilmington, DE  19803-7474

401105-1