# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| ) | |
| AUTOZONERS, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |

**A P P E N D I X   T O**
**DEFENDANT AUTOZONE'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Matthew F. Boyer (Del. Bar No. 2564)
Timothy Holly, Esquire (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302)-884-6585

Tracy K. Hidalgo (admitted *Pro Hac Vice*)
James P. Waldron (admitted *Pro Hac Vice)*
Frilot, Partridge, Kohnke, & Clements
1100 Poydras St.
3600 Energy Centre
New Orleans, La 70163
Tel: (504)-599-8358
Fax: (504)-599-8100
*Attorneys for Defendant,*
Dated: December 21, 2005        *AutoZone, Inc.*

**APPENDIX**
**TABLE OF CONTENTS**

| Title | Page |
|---|---|

Selected Pages of May 12, 2005 Deposition of Melvert Washington…………………A001-A045

Selected Pages of November 8, 2005 Videotape Deposition at Shane B. Treesh……..A046-A050

AutoZone New Employee Setup Form……………………………………………………...A051

AutoZone Policies……………………………………………………………...……A052-A056

Corrective Action Review of February 2, 2000……………………………...………A057

Memorandum of April 29, 2000………………………………………..……...A058-A061

Post Office Information…………………………………………………...……A062

Salesperson Performance Appraisal Ending March 11, 2000 ……………...……..A063-A064

Facsimile Cover Page and Accompanying Letter of August 1, 2000 from
    John G. Mulford, Esquire………………………………………..…….A065-A067

Letter of August 2, 2000 from AutoZone…………………………………..…….A068

Statement of Melvert Washington of August 8, 2000………………………...……..A069-A072

Statement of Ralph Findle of August 4, 2000 ………………………………….……..A073-A077

Statement of Thomas Shehorn of August 4, 2000…………………………..…………A078-A079

Statement of Brandon Diaz of August 9, 2000…………………………….………….A080-A082

Statement of Frank Wilson of August 9, 2000………………………….…………..A083-A085

Statement of Dennis Carruth of August 4, 2000…………………………...………..A086-A088

Memorandum of September 8, 2000 from Melvert Washington…………..………….A089

Memorandum of September 24, 2000 from Melvert Washington………..………...A090

Memorandum of October 12, 2000 from Melvert Washington………..………….A112-A113

AutoZone Additional Internal Investigation Notes from October, 2000…………......A114

**Title**                                                                                                              **Page**

Memorandum of February 26, 2001 from Melvert Washington…………………........A115-A117

Corrective Action Review of February 8, 2001……………………………….….…A118

Salesperson Performance Appraisal of 2001……………………………….….…....A119-A120

Statement of Melvert Washington of October 13, 2000……………………….…...A091-A092

Statement of Richard Charles Henion of September 29, 2000…………….…….….A093-A097

Statement of Brian Paduano of October 3, 2000……………………….….……….A098-A100

Statement of Robert T. Baker of October 3, 2000………………………….…....A101-A103

Statement of James Zambrano of October 3, 2000……………………….….……..A104-A105

Statement of Shawn Permila of October 4, 2000…………………………….……..A106-A108

Statement of Thomas Wayne Shehorn of October 4, 2000……………….……….A109-A111

Corrective Action Review Dated August 31, 2001…………………………….…..A121

Corrective Action Review Dated October 6, 2001…………………….…….……..A122

Memorandum of January 28, 2002 from Melvert Washington……………......……A123-A124

Corrective Action Review Dated May 17, 2002…………………….….…….…...A125-A126

Corrective Action Review Dated June 22, 2002……………………………..….…A126

Charge of Discrimination Dated May 29, 2002……………………….……………A127

Amended Employment Discrimination Complaint……………………….…..…….A128-A134

Note of Billy Britt Dated July 15, 2002…………………………………….….……A135

Memorandum of July 29, 2002 from Melvert Washington………………….……....A136

Declaration of Timothy P. Harrison……………………………………….….……..A137-A139

435726_1

Mr. James M. Boyle
37 Cordele Rd.
Newark, DE  19711