IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 04-320 (SLR) |
| AUTOZONERS, INC., | ) |
|       Defendant | ) |

### AMENDED APPENDIX TO DEFENDANT AUTOZONE'S MOTION FOR SUMMARY JUDGMENT

Matthew F. Boyer, Esquire (Del. Bar No. 2564)
Timothy M. Holly, Esquire (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302)-884-6585

Tracy K. Hidalgo, Esquire (admitted *Pro Hac Vice*)
James P. Waldron, Esquire (admitted *Pro Hac Vice*)
Frilot, Partridge, Kohnke, & Clements
1100 Poydras St.
3600 Energy Centre
New Orleans, La 70163
Tel: (504)-599-8358
Fax: (504)-599-8100
*Attorneys for Defendant,*
*AutoZone, Inc.*

Dated: December 22, 2005

**AMENDED APPENDIX**
**TABLE OF CONTENTS**

**Title**                  **Page**

Selected Pages of May 12, 2005 Deposition of Melvert Washington……………………A001-A042

Selected Pages of May 12, 2005 Deposition of Ronald Wertz  ………………………A043-A045

Selected Pages of November 8, 2005 Videotape Deposition of Shane B. Treesh……..A046-A050

AutoZone New Employee Setup Form…………………………………………………...A051

AutoZone Policies………………………………………………………………...……A052-A056

Corrective Action Review of February 2, 2000………………………………...………A057

Memorandum of April 29, 2000……………………………………………..………...A058-A061

Post Office Information…………………………………………………………..……A062

Salesperson Performance Appraisal Ending March 11, 2000………………..………..A063-A064

Facsimile Cover Page and Accompanying Letter of August 1, 2000 from
    John G. Mulford, Esquire………………………………………..………..A065-A067

Letter of August 2, 2000 from AutoZone……………………………………..………..A068

Statement of Melvert Washington of August 8, 2000……………………..…………..A069-A072

Statement of Ralph Findle of August 4, 2000……………………………..…………..A073-A077

Statement of Thomas Shehorn of August 4, 2000……………………………………..A078-A079

Statement of Brandon Diaz of August 9, 2000…………………………..……………..A080-A082

Statement of Frank Wilson of August 9, 2000………………………..………………..A083-A085

Statement of Dennis Carruth of August 4, 2000……………………..………………...A086-A088

Memorandum of September 8, 2000 from Melvert Washington……….…..…………..A089

Memorandum of September 24, 2000 from Melvert Washington……….……………..A090

Statement of Melvert Washington of October 13, 2000………………….……...……..A091-A092

| Title | Page |
|---|---|
| Statement of Richard Charles Henion of September 29, 2000 | A093-A097 |
| Statement of Brian Paduano of October 3, 2000 | A098-A100 |
| Statement of Robert T. Baker of October 3, 2000 | A101-A103 |
| Statement of James Zambrano of October 3, 2000 | A104-A105 |
| Statement of Shawn Permila of October 4, 2000 | A106-A108 |
| Statement of Thomas Wayne Shehorn of October 4, 2000 | A109-A111 |
| Memorandum of October 12, 2000 from Melvert Washington | A112-A113 |
| AutoZone Additional Internal Investigation Notes from October, 2000 | A114 |
| Memorandum of February 26, 2001 from Melvert Washington | A115-A117 |
| Corrective Action Review of February 8, 2001 | A118 |
| Salesperson Performance Appraisal of 2001 | A119-A120 |
| Corrective Action Review Dated August 31, 2001 | A121 |
| Corrective Action Review Dated October 6, 2001 | A122 |
| Memorandum of January 28, 2002 from Melvert Washington | A123-A124 |
| Corrective Action Review Dated May 17, 2002 | A125 |
| Corrective Action Review Dated June 22, 2002 | A126 |
| Charge of Discrimination Dated May 29, 2002 | A127 |
| Amended Employment Discrimination Complaint | A128-A134 |
| Note of Billy Britt Dated July 15, 2002 | A135 |
| Memorandum of July 29, 2002 from Melvert Washington | A136 |
| Declaration of Timothy P. Harrison | A137-A139 |

## CERTIFICATE OF SERVICE

I, Timothy M. Holly, hereby certify that on the 22nd day of December, 2005, I caused a true and correct copy of the Amended Appendix to Defendant AutoZone's Motion for Summary Judgment to be served upon the persons or entities indicated below in the manner indicated below.

/s/ Timothy M. Holly
Timothy M. Holly (No. 4106)

**BY HAND DELIVERY:**

Joseph J. Farnan, III, Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**BY FACSIMILE & FIRST-CLASS U.S. MAIL:**

Thomas J. Reed, Esq.
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
4601 Concord Pike
Wilmington, DE 19803-7474

401105-1