Q Were there any customers Present?

A. NO

Q Did DM Denny Carruth go over Mels + other peoples review with you?

A. YES

Q Did he make any changes to Mels?

A. YES  So MEL could get A better RAISE.

Q So, except for one area, your DM agreed with the review you gave Mel?

A. YES.

Q Were you fair in your review of Mel?

A. YES - I feel I was very FAIR.

Q Please explain what occurred concerning a starter incident?.

A. Mel did Not Test A customer's old STARTER. And was bring out THE New ONE. I walked Up And picked Up STARTER. And Tested it Mel said he was going To Test it but didn't have A chance, customer Left, Mel said he didn't Like Me butting in And making him Look Like he didn't know what he was doing. He kept on - And on And wouldn't Let ME say something I Told him To shut Up And he kept on I said IF You keep it Up just Punch Out And Go home

Q Were you trying to talk or was he Talking over you?

A. HE WAS TALKING over ME

SIGNED _Ralph Pendleton_    TIME 8:05 AM/PM. DATE: 8-4-2000

WITNESS _Ronald West_    TIME 8:05 AM/PM DATE: 8/4/00    Pg 4 of 5

Q. Have you ever told him 8 week notice?

A. I Told him iF he didnt Like something he was doing he could give his 2 week Notice And leave

Q. Do you have anything else to add?

A. NO.

A077

SIGNED _Ralph Zumillo Jr_    TIME _8:11_ ~~AM~~/PM. DATE: _8-4-2000_

WITNESS _Armando Albert_    TIME _8:11_ AM/~~PM~~ DATE: _8/4/00_    Pg _5_ of _5_

I, _THomas Shehorn_   D.O.B. _5 21 65_ AGE _35_ SS#_____

ADDRESS _742 FOX HoLe RD Camden, Wyo. De 19934_

PHONE # (_302_) _492-3127_ HEREBY GIVE THIS VOLUNTARY STATEMENT TO _Ron Wertz_

_Regional Loss Prevention Manager__AT_____

ON _8 14 00_ at _5:06_ AM PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (_____)

Q – Denotes a question asked by: _Ron Wertz, Regional Loss Prevention Mgr._

A – Denotes an answer given by: _THomas SHeHoRN_

**Q What is your position with AutoZone?**

A. _Parts Sales manager._

**Q. What is your date of hire?** _May 11 - 98_

A.
I witness the Ralph and mel was going at each other on about the second week of June That Mel wasn't doing his job and that he went at Brandon on Sunday in the first week in June. Mel ~~was~~ F.S. still call me on sat. night ~~F.S~~ at or about 11:00 PM. he wanted me to agree with him on the ~~statement~~ F.S. statement about Ralph. ~~That~~ F.S. Ralph has his good days and he has his Bad days. Ralph is a good man To work under. Ralph needs to ~~let me do~~ F.S. Show me more on the paper work. Mel needs to ~~get~~ F.S. quiet ~~by~~ F.S. lying that he work on saterdays and stop tring to get Ralph in trouble

Q. Did Mel have arguments w/ Both Ralph + Brandon Separat

A. Yes

SIGNED _Thomas Shehorn_   TIME _5 19_ AM PM  DATE: _8-4-00_

WITNESS _Amad Alaf_   TIME _5 H_ AM PM DATE _8/6/0_

**EXHIBIT**
**A078**

Q What did Mel Want you to agree to

A. That Mel wanted me to write a statement that Ralph called he incompent and he was crazey. but I told him that I was not going to agree with him because I didn't feel that it was my place to do. after This problem he started to Question my prosition as a parts sales mana, he started a argeement with me on Sunday in the first week in June about the lunch

Q Did you agree with Mels statement about Ralph?

A. No it was not true what he said about Ralph

Q What do you mean by Ralphs Good day & Bad day?

A. on Ralph good day he comes in with a smile and he kids around with everybody.
on his Bad day he comes in with a frown on his face.

Q Have you ever heard Ralph yell at Mel?

A. No

Q Have you ever seen Ralph treat Mel defferently then anyone else?

A. No i have not.

Q Did you attempt to give Mel a Write up for being late & what happend?

A. Yes i have and he disagree said he was not going to sign it.

Q Do you have anything else to add?

A. No

A079

SIGNED _Thomas Shehorn_    TIME _5:42_ AM/PM DATE: _8-4-00_

WITNESS _____    TIME _5:42_ AM/PM DATE: _8/4/00_    Pg _2_ of _2_

I, Brandon Diaz    D.O.B. 5/25/80 AGE 20 SS#_____

ADDRESS 628 Big Woods Smyrna, DE 19977

PHONE # (302) 653-5275    HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager_ AT 1157

ON 8/9/100 at 9:55 AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (BD)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Brandon Diaz

**Q What is your position with AutoZone?**

A. PSM

**Q. What is your date of hire?**

A. 4-1-00 rehire

Q Have you ever had any problems working with Ralph?

A. I have never really had any real problems working with Ralph

Q Has he ever yelled at you or raised his voice if you made a mistake?

A. Ralph has never yelled at me. He has raised his voice a little, but only when he's trying to make a point about something that should have been done, or something that we don't agree on, but you have to understand, that is how Ralph is. He isn't being mean or insulting, he just changes the tone of his voice a little, but he's never been so loud that everyone can hear him.

Q Has he ever made remarks about something being done wrong was dumb or stupid?

A: Ralph has jokingly said things like "how dumb can you be" but only when he's making a point, and he is JOKING. I know

SIGNED BD    TIME 10:05 AM/PM. DATE: 8-9-00

WITNESS Ronald Wertz    TIME 10:05 AM/PM DATE: 9/9/00    Pg 1 of 3

D-00364
Washington v. AutoZone

EXHIBIT
A080



A: that Ralph does not think I'm dumb, and he knows that I won't be offended in any way. By the same token, I can say things like that to Ralph and he knows I'm joking.

Q Tell me about the conversation you had between Dennis Carruth, ~~Sally~~ Mel & yourself?

A: Well, this whole thing started about ~~two~~ 4 days after my rehire. Mel approached me on a Sunday and asked me if he and I were going to be cool, or if we were going to have problems, to which I replied that I don't have a problem with anyone unless I have good reason to have one. Later, he asked to see me in the office to speak to me (First I should tell you about that morning. I came to work and was about 45 minutes early, when I arrived, I only saw Tommy's car in the parking lot, and upon entering only saw Tommy in the front. I asked him if he was here alone. he said someone was in the back. I walked to the back of the store to get a drink of water, and I heard talking. After a moment I realized it was coming from the bathroom. I listened for a minute and it was Mel having a personal conversation on his cel-phone while on the clock and while Tommy was alone to run the store. Mel had been told before not to bring the cel-phone to work, so I went to the front and told Tommy that he was on the phone.) When Mel and I got into the office, he began asking me if I had heard things about him. I asked what he was talking about and he began telling me not to believe what everyone said about him. I just smiled and said O.K. Then he told me not to laugh about it and accused me of calling him crazy. I told him I never said that and he got in my face pointing his finger. I reminded

SIGNED _____ TIME 10:30 AM/PM. DATE: 8-9-00

WITNESS _____ TIME 10:30 AM/PM DATE: 8/9/00   Pg 2 of 3

A081

A: him that I was his manager at the moment and not to interrogate me. I then started to ask him about using his phone, and replied to each of my questions demanding to know if I called him crazy. I walked away and that was it. When we met with Dennis Carruth about the incident, Mel had a couple of different versions of the incident that would have made me out to be mean and insulting, which I was not. He even lied and said that I threatened to "have him out of here so fast it would make his head spin." He also told Dennis that I had called him names which I had not. The bottom line is that he wanted to say whatever he had to say to have me fired or transferred, and he had no real reason for it. It didn't work, so he gave up, and since then he's given me no real problems. I believe that Mel is trying to do the same thing to Ralph. Ralph is a good guy, and a good manager. ~~Ralph has~~ No one ~~else~~ else here has a problem with Ralph, and Mel has had a problem with almost everyone. I hope it is obvious that the problem is with Mel and not with Ralph.

SIGNED _____    TIME 10:40 AM/PM  DATE: 8-9-00

WITNESS _____    TIME 10:40 AM/PM  DATE: 8/8/00    Pg 3 of 3

A082

I, FRANKLIN D. WILSON   D.O.B 07/28/62 AGE 38 SS# ___

ADDRESS 588 CLIFTON DR  BEAR. DE 19701

PHONE # (302) 832-1447 HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

Regional Loss Prevention Manager  AT  1159

ON 08/09/26 at 1:45 PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (FW)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: FRANK WILSON

**Q What is your position with AutoZone?**

A. STORE MGR of 1159

**Q. What is your date of hire?**

A. 08/30/98

Q Please describe an incident between Mel Washington and Ralph Findle that occured after 1159?

A ON The INCIDENT OF RALPH Findle calling Melvat Washington "A little By" I DID not WITTNESS IT. But, TOLD WASBY mel That RalPh called Him A Boy (In RACial ConText) RAlPh Come To me late And Said He SAid this But not IN A presadishal way As Mel Said He Did.

Q Did He Say "Boy" or "little Boy" A little Boy"

Q Ded you put Mel in for an award?

A Yes. I WRITE A EXTRA miler Report for melvet WASHington While Ass. Mgr AT 1159 for Work on customer Car After I Teld Him To Punch out AT The End of His Shift, I Put The Report on The WAll And left it for RAlPh

SIGNED _____ TIME 1:51 AM/PM DATE 8/9/00

WITNESS _____ TIME 151 AM/PM DATE 8/9/00   Pg 1 of 3

EXHIBIT
A083

TO SEE AFTER USING IT AND I HAVE NO IDEA
WHAT HAPPEN TO IT AFTER THAT.

Q Have you ever heard Ralph talking poorly about Mel
to Debbee at 1152?

A YES, I'VE HEARD RALPH call And TALK
TO Debbie ABOUT mel. on what he's one and
The Conflict He's Cause.

Q Have you ever had any problems with Ralph?

A Yes, I had problems with Ralph. To me
AT one Time with A PSm, to me He was Showing
Favoritizm To This AutoZoner, BASically TAking His
Side on Things knowing That iT was wrong and Turn on
me or some elk is iT was the same way. To the Point
Where I had TO get In Contact with H.R. And Ask
what TO Do if I felt A Case of FAvoritizm. I Also
STated This on my first Evalve with Ralph.

Q Please describe What your mean by favortism?

A If Go To him and Tell him what The other Person Did
Knowing That iT's not Right He Really wouldn't least on iT.
But, is I or another would smthing Simalir He would
Go off Yelling, And caring on like that. He HAs Also Talk
This PSm In Back office and Talk About The others
INside The Store

Q What was his reaction when you took Smething to him about Steve

A IT would Be Like "So" or He would Talk To him in
nice And calmer matter, But, BAsically He would Throw it off
Like He didn't CARE.

SIGNED _____ TIME 1:51 AM/PM DATE: 08/9/2c

WITNESS _____ TIME 1:51 AM/PM DATE: 8/9/00    Pg 2 of 3

Q Why do you feel the Ralph has racial Leffendy

A TH;s in my PERSOnnal APion. I feel leiPh
HAS The "ARchie Bunker" effect. I Do feel That
Their is A Bit of RASical Promblem Promblem with
RalPh.

A085

SIGNED _____ TIME 14:21 AM/PM DATE: 08/9/66

WITNESS _____ TIME 14 21 AM/PM DATE: 8/9/00     Pg 3 of 3

I, _Dennis F. Camruth_    D.O.B. _2/23/47_ AGE __ SS# __

ADDRESS _112 Bohemian Drive_

PHONE # (_302_) _378-7856_    HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager_ AT _Store No.  1157: Smyrna, Delaware_

ON _8/4/00_ at _4:00_ AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (_____)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _Dennis Camruth, District Manager_

Q What is your position with AutoZone?

A. _I Am District Manager For The Northern Delaware Stores_

Q. What is your date of hire?

A. _Jan 28, 1998_

Q _Did you meet with Melvin Washington on 5/3/00?_

A. _Yes, I did_

Q _Please explain what took place as a result of that meeting?_

A. _Mel asked to meet with me as a result of his performance review. He was upset with his performance rating and wanted to tell me his side of this rating. Mel produced a letter detailing all of this actions in response to Ralph's review of his performance. We went over all the points in the letter and I told him that I would talk to Ralph about these points. The only area I disagreed about was Mel's initiative to do assigned work and waiting on customers. I then went over the letter with Ralph in his office._

Q _What was Ralph's response to the accusations in the letter?_

A. _Ralph denied the verbal abuse part of the letter and told me he treated Mel the same way he treated all of his other_

SIGNED _____    TIME _4:02_ AM/PM DATE: _8/4/00_

WITNESS _____    TIME _4:02_ AM/PM DATE: _8/4/00_    Pg 1 of 3

EXHIBIT

A086

EMPLOYEES HAD WITH HIM PROBLEMS WITH MEL OUT BETWEEN THE THREE OF US.

Q Did you go over all of the issues in the letter?

A. RALPH AND I WENT OVER THE LETTER PARAGRAPH BY PARAGRAPH AND I GOT RALPH'S RESPONSE TO EACH COMPLAINT VERBALLY

Q Did Mel give you a copy of the letter?

A. YES- HE DID GIVE ME A COPY OF THE LETTER AND I BELIEVE IT IS ATTACHED TO THE BACK OF THE PERFORMANCE APPRAISAL THAT RALPH DID ON MEL'S PERFORMANCE REVIEW.

Q What happened to the performance Review from the file?

A. MEL ASKED ME IF I COULD LET HIM TAKE THE PERFORMANCE APPRAISAL AND GET A COPY MADE OF THE PART OF THE APPRAISAL THAT I CHANGED FROM A "2" TO A "3". MEL WAS SUPPOSED TO RETURN IT BACK TO RALPH THE NEXT DAY BUT RALPH NEVER GOT IT BACK.

Q How did you feel about the scores on Review?

I THOUGHT THE REVIEW OVERALL WAS FAIR AND THAT MEL'S PERFORMANCE WAS DOCUMENTED CORRECTLY. THE CHANGE THAT I MADE DID NOT AFFECT HIS OVERALL RATING

Q How many Tests (Certification) are Part Time employees required to take?

A. PART TIME EMPLOYEES IN THE N.Y. REGION ARE ENCOURAGED TO TAKE ALL OF THE CERTIFICATION TESTS. PART TIME EMPLOYEES HAVE TO TAKE THE WITTDPT TEST, CASH REGISTER, BEING AN AUTOZONER AND SHRINK BUSTER TESTS WITH IN THE FIRST 30 DAYS OF EMPLOYMENT. THERE ARE APPROXIMATELY 15 TESTS TOTAL FOR AUTOZONERS TO TAKE.

SIGNED _____  TIME 4:25 AM(PM) DATE: 8/4/00

WITNESS _____ TIME 4:25 AM/PM DATE: 8/4/00   Pg 2 of 3

Q. Did Melvin Washington tell you anything concerning Ralphs Treatment?

A. Yes, He Did.

Q What else did he tell you about the letter?

A. 2nd I NOTICED THAT BOTH THE INITIAL LETTER AND THE CUSTOMER LETTER WAS PRINTED ON THE SAME PRINTER AND ASKED MEL IF HE HAD TYPED THIS LETTER FOR THE CUSTOMER. HE RESPONDED THAT HE DID.

Q what did Melvin say about a Transfer?

A. HE HAD ASKED ME FOR A TRANSFER TO BEAR TO WORK PART-TIME AND I RESPONDED THAT IT WOULD BE UP TO THE MANAGER AT THE BEAR STORE TO MAKE THAT DECISION.

Q Does Mel still want to be Transfered to Bear #1159?

A. NO - HE HAS SINCE ASKED ME TO TRANSFER TO DOVER SO THAT HE CAN GET MORE TIME ON THE JOB. MEL WORKS FULL-TIME IN DOVER AND WOULD BE MORE CONVENIENT FOR HIM. I CONTACTED ANTONIO FAIRLEY, D.M. FOR THAT STORE, ASKED IF HE COULD TAKE MEL AS A PART-TIMER. HE TOLD ME THAT AT THE PRESENT TIME THERE WERE NO PART-TIME POSITIONS AVAILABLE IN THAT STORE.

Q When was that Conversation with the other DM?

A. I TALKED TO ANTONIO ON 7/31/00; MONDAY.

Q Did you notify anyone after you received the original letter

A No, I DID NOT BECAUSE THE AGREEMENT BETWEEN MEL; RALPH AND MYSELF WAS THAT WE WERE GOING TO WORK OUT THE DIFFERENCES.

Q Did Mel seem to be in agreement with this?

A. YES - ALL THREE OF US AGREED.

SIGNED _____ TIME 4:43 AM/PM DATE: 8/4/00

WITNESS _____ TIME 4:43 AM/PM DATE: 8/4/00          Pg 3 of 3

A088

# MEMO NOTE

TO:     Mr. Richard Robinson, DM, Autozone 11/57
        Greg Antzell, Acting 1157 Autozone Store Manager

FROM:   Mr. Melvert Washington Jr.
        Part-time Sales Personnel - 1157

SUBJECT:  Schedule Flexibility

DATE:   September 8, 2000

Dear Sir,

    With all due respect, you are aware this store has undergone many personnel changes all of which I'm sure are in the best interest of Autozone.

    Mr. Richard Robinson was good enough to meet with me on August 2000, in order that I might request and share my availability in terms of Autozone having a flexible schedule that I might request.

    It was discussed at that time I am and was prior to becoming employed with Autozone employed full time. However, I would be able to work Monday - Friday 7:30 a.m. - 1:30 p.m. and on Saturdays and Sundays I would be available to open and work until 3 p.m. or 4 p.m. In addition, if I required time off weekends that I would make a request.

    Finally, I am writing, this letter for any forthcoming and presently acting managers addressing my scheduling concerns as not to conflict with my personal needs and the needs of Autozone. Thank you for your attention in this matter.

Respectfuly,


Melvert Washington Jr.

A089

Note: Mr. Robinson, asked me to Reconcider my transfer request after Mr. Findle was terminated and other employed left Autozone, and also Said the problem with Supervisor no longer existed, Basically he Said he was short on employee's and Needed my help due to

# MEMO NOTE

TO:       Mr. Brian Paduano, Autozone Store Manager, 1157
               Emanuell Kitchen, DM, 1157 Autozone Store Manager

FROM:   Mr. Melvert Washington Jr.
               Part-time Sales Personnel - 1157
               302.521.8407

SUBJECT:  Schedule Flexibility

DATE:     September 25, 2000

Dear Sir,

      With all due respect, you are aware this store has undergone many personnel changes all of which I'm sure are in the best interest of Autozone.

      Mr. Richard Robinson, the former 1157 DM, was good enough to meet with me on August 2000, in order that I might request and share my availability in terms of Autozone having a flexible schedule that I might request.

      It was discussed at that time I am and was prior to becoming employed with Autozone employed full time. However, I would be able to work *Monday - Friday 7:30 a.m. - 1:30 p.m. and on Saturdays and Sundays I would be available to open and work until 3 p.m. or 4 p.m. In addition, if I required time off weekends or weekdays that I would make a request.*

      Finally, I am writing, this letter for any forthcoming and presently acting managers and District Managers concerning Store 1157, addressing my scheduling concerns as not to conflict with my personal needs and the needs of Autozone. Thank you for your attention in this matter.   If you have any further questions or concerns please don't hesitate to contact me.

Respectfuly,

Melvert Washington Jr.

A090

## STATEMENT

I, _Melvert Washington Jr_____ D.O.B _12/16/55_ AGE _46_ SS# _ _ _ - _ _ - _ _ _ _

ADDRESS _514 Billa Mitchell Ln Apt 308D_____

PHONE # (_502_) _521-8407_____ HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager__AT__1157_____

ON _10_/_13_/_2000_ at _10:41_ (AM)/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT
OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM
FREE TO LEAVE AT ANY TIME. (_____)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _Melvert Washington Jr_____

**Q What is your position with AutoZone?**

A. _Part time  Sales_____

**Q. What is your date of hire?**

A. _Sept 1999_____

Q Have you ever talked about the incident that happened
between The old Mgr, DM + you?

A No I have never discussed the above mentioned
incident with anyone in any way.

Q Have you ever said to anyone "all I have to do is
get out my pencil + people leave" or something like
this?

A. No I never did make any statement to anyone
nor anyone in any shape or form, to that effect.

Q Have you mentioned the prior incident to anyone?

A Yes I did mention the "boy" incident to Brian
concerning Ralph Finale. But it was only after
Shawn Grande his "your boy" comment to me I wanted
him to understand that this term or word "Boy"
had been directed towards me before and I

SIGNED _Melvert Washington Jr_____ TIME _10:51_ AM/PM. DATE _10/13/00_

WITNESS _Ronald Wertz_____ TIME _10:54_ AM/PM DATE _10/13/00_     Pg _1_ of _2_

A091

wanted Brian to understand how I felt concerning my feelings. Other than that I never mentioned the prior incident before.

Q: Have you ever had any problems with an employee to where you said "I can get you fired by talking to someone higher up?"

A: No I never did, that would be a threat and I would never threaten anyone in that manner concerning the above mentioned comment.

Q: Do you have anything else to add?

A: I can really appreciate Ron & Ezeen's difficult position. And thank them both for giving me the benefit of the doubt. I would never offend the friendship and trust that I feel and have with Ron and Ezeen.

SIGNED _____   TIME 11:04 AM/PM. DATE 10/13/00

WITNESS _____   TIME 11:04 AM/PM. DATE 10/13/00   Pg 2 of 2

A092

## STATEMENT

I, _Richard Charletterion_ D.O.B. _06 108 81_ AGE _19_ SS# _____

ADDRESS _73 Clearview Ave North East MD 21914_

PHONE # _(410) 287-3695_ HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager_ AT _1860  303 east pulaski hywy Elkton M_

ON _9/29/00_ at _11:05_ AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. _(RC)_

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _Richard CHenion_

**Q What is your position with AutoZone?**

A. _Parts Manager_

**Q. What is your date of hire?**

A _10-3-99_

Q Did you write a statement for Shawn Pennella on 9/19/00 concerning issues about Mel Washington?

A: I re wrote a Statement

Q Where is the orignal statement?

A Shawn kept it.

Q Did Shawn dictate it or did you copy it?

A: Dictated it

Q Why did Shawn write a statement in the first place?

A: If its a problem put it in writing is what I told them, because it was a constant complaint from the employees to me.

Q Why didn't you refer this to LP or HR?

I did leave V/M with DM Emanuel Kitchen and V/M to Ron Wertz LP Then

SIGNED _[signature]_   TIME _11:15_ AM/PM. DATE _9-29-00_

WITNESS _Ronald Wertz_   TIME _11:15_ AM/PM. DATE _9/29/00_   Pg _1_ of _5_

A093

Contacted HR Hizeem Sikandar and
He was the only one to Contact
me. Was contacted By LP
Ron Wertz later in the day.

Q Were the statements already done when the above people
called back?

A: They were done before Anyone
called back.

Q What are your personal observations about any Situation
at 115??

A: I would be Approached by
Mel Washington in the mornings
and receive complaints from him.
He would SAy things like the
guys around here dont do Shit
they leave all the work for
me and i'm getting tired of it.
He would Call me on My
Cellular phone and complain about
how Someone didn't Mop the floor
Or Sweep. He had made the
Comennt to me one morning after
Complaining about Shawn P. It wouldn't
eto Much to get Someone on the
Street." He would Get into Verbal
Altircations with other employees
about how they never did anything
around there, and i would have to

SIGNED: _____  TIME 11 25 AM/PM. DATE: 9-29-00

WITNESS _____  TIME 11 25 AM/PM. DATE: 9/29/00    Pg 2 of 5

A094

STATEMENT

break them up. Then he would take me aside, in the back room or in the office and tell me i should do write them up for not doing what they are supposed to do. He would make comment's like Shaun really make me made because he dose do Anything, and im not going to put up with it Anymore.

Q Who did he get into Verbal altercations with that you had to step in and break up?

Shawn P. was being talked to by Mel and i was down At the other end of the parts counter and heard them. Mel was saying "you guys dont do anything around here and leave me with all the work to do. Shawn said we do things around here, they went back and forth like this for a couple minutes and their voices started getting higher so i started to approach and they split up mel went twoards the back room and Shawn turned to me and said "do you see what i mean". Shaun had Approached me numerous times telling me about how Mel would

SIGNED _____ TIME 11 35 AM/PM. DATE: 9-29-00

WITNESS _____ TIME 11 35 AM/PM. DATE: 9/29/00    Pg. 3 of 5

A095

## STATEMENT

Come up to him and start
Arguing @ with him about how
he needs to do something around
here and stop putting all the work
at on him.

Q were there other times w/ other employees where you had
to break it up?

A: He got into an argument
with Robert baker about how noth,
being done around here, they argue
for about a minute and a Rob
Just walked away from him.

Q Was there any problem about work not getting done
at night and the morning shift having to pick up
the extra work?

A: I closed most of the nights
and knew that most of work was
done but He somehow he found some
that wouldn't be done and he would
come to me complaing that Rob didn't do
this, or Shaun should have did done.

Q Has anyone ever made statements to you at 1157 that
made you feel threatened?

A: Mel washington made the statement
to me once in the office at 1157
"It wouldnt take much to get someone
out on the street." I've had people
taken out of here and I can do it Again

SIGNED _____ TIME 11 50 AM/PM. DATE: 9-29-00

WITNESS _____ TIME 11:50 AM/PM. DATE: 9/29/00    Pg 4 of 5

A096

Store # _____

Q When did this happen?

A. On a wednesday About 2½ weeks ago before the Statements.

Q Did any of the mgt counsel Mel and ask him to stop Complaining to the other employee?

No. I believe that the management was in fear of their jobs if the told Him to stop complaing, or even if they told him to do something because of what happened to Ralph and Denny.

Q Do Have anything else to add?

In my time their i felt threatened by Mel with the comment he made, and they way his attitude twoARD other coworkers and people was.

D _____  TIME 1155 AM/PM. DATE: 9-29-00

ESS _____  TIME 1155 AM/PM. DATE: 9/29/00    Pg 5 of 5

A097