STATEMENT

I, Brian Paduano  D.O.B. 7/17/71  AGE 29  SS# _____

ADDRESS 142 Antlers Lane Bear DE 19701

PHONE # (302) 832-1254  HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager_ AT  1157

ON 10/3/00 at 3:15 AM/PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (BP)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Brian Paduano.

**Q** What is your position with AutoZone?

A. Manager

**Q. What is your date of hire?**

A. August 2000

Q. How long have you been the Store Mgr at 1157?

A. 10 Days

Q. Have you noticed any problems with or between the employees of 1157?

A. Yes 1 employee Mel Washington, on Thurs 9/28/00 we arrived at 6am for Inv. mgt and Mel confronted me about his schedule and gave me list of his availability stating "no one else works so we should get the most hours of the part-time employees. This proceded by 3 phone calls to my house on my days off concerning this same issue. When I mentioned to him we are over hours as it is and a lay-off was an outside possibility he became confrontational stating that I would choose him. I felt he was trying to back me into saying this.

SIGNED _____  TIME 3:22 AM/PM  DATE 10/3/00

WITNESS [signature]  TIME 3:22 AM/PM  DATE 10/3/00   Pg 1 of 3

A098

Q: What do you mean by "I would choose him" statement?

A: I had made a casual comment that "everyone wants hours but I don't have them to give, and I said that I may have to lay someone off in worst case scenario". At this point Mel started asking "who will it be". I told him it was just a comment and it wasn't a strong possibility or option at this time. He continued to ask repeatedly who I would lay off at which point I said you are trying to get me to say something I haven't even thought about. At this point Mel said it's me right. I did not answer. I walked away.

Q: Did anything else happen?

A: Yes Mel spoke at length about his past situation involving prior management and focused on the point that alot of things were said to him and he was treated unfairly and how he basically had the manager fired. He also mentioned that the district manager was terminated because of the situation. I asked him why are you telling me and he replied he just wanted to let me know at which point I said "I don't care what happened then I am here now we all have a fresh start so just come to work do your job or go home. This conversation made me feel awkward and almost threatened to a point where I felt he was telling me this to let me know he could be after me also.

SIGNED: [signature]    TIME 3:33 AM/PM    DATE: 10/3/00

WITNESS: [signature]    TIME 3:33 AM/PM    DATE: 10/3/00    Pg 2 of 3

A099

Q What happened next?
A. I gave him the hours he wanted and on Monday 10/2 he came to work at 7:30 AM and left at 8 AM complaining of shoulder pain.

Q Do you have anything else to add?
A. I feel an uncomfortableness in the store when MCI is there between himself and the other employee. No one speaks to each other or works with each other unless absolutely necessary.

Q Were you treated fair during this interview with no threats or promises made?
A: Yes

SIGNED [signature]    TIME 3:40 AM/PM   DATE 10/3/00
WITNESS [signature]   TIME 3:40 AM/PM   DATE 10/3/00    Pg 3 of 3

A100

STATEMENT

I, Robert T. Baker   D.O.B. 10/02/81   AGE 19   SS#_____
ADDRESS 228 Alley Corner Road Smyrna, DE 19977
PHONE # (302) 653-5995   HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz
Regional Loss Prevention Manager AT _____

ON 10/03/00 at 12:15 AM/**PM** THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (__)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.
A – Denotes an answer given by: Robert Baker, CSR

**Q** What is your position with AutoZone?
A. Full Time CSR

**Q.** What is your date of hire?
A. July-00

Q Did you give a statement to Rick Herion on 9/0/00 concerning Mel Washington?
A. Yes

Q What brought this about?
A. Thinking of what comments Mel had made in the past made me want to say something about it.

Q Did Rick suggest you write the statements?
A. It was our idea (the employees) to write the statements.

Q Then Rick just took statements about your concerns?
A. Yes

Q What problems are concerning you?
A. Mel came to me one day and said if he had to do tasks that weren't done, then he would go to the DM or LP and say that no tasks were done the night before. I took this as a threat to myself, as well as others.

SIGNED Robert T. Baker   TIME 12:30 AM/**PM**   DATE 10/03/00
WITNESS _____   TIME 12:3_ AM/**PM**   DATE 10/3/00   Pg 1 of 3

A101

Q Were any of the tasks done?

A. I opened on the morning he told me this. I had worked the morning before also. Even though I didn't close the night before, I knew the tasks were done just by looking. The only thing not done was the bathroom.

Q Did you tell Mel you didn't close the night before?

A. Yes, and when I told him he said, "I don't care. But I'll tell him anyway."

Q Did Mel say why he would tell?

A. He said he was tired of doing tasks.

Q You mentioned that you took this as a threat to yourself as well as others? Why?

A. It seemed to me that he was trying to get me or someone else in trouble for not completing tasks.

Q Did Mel say anything else that made you feel threatened?

A. Not to me.

Q You just mentioned Mel stared at you – Please describe this situation?

A. The rest of that day while I would be doing some midday fronting or helping a customer, he would be standing across from me somewhere staring at me. This was a very stern stare that might be considered scary. I know it worried me a little, or gave me chills.

Q Did you say anything to Mel about it?

A. No

Q You said Mel makes phone calls that contain foul language and he ignores customers. Please explain

SIGNED _____ TIME 12:45 AM/PM  DATE: 10/3/00

WITNESS _____ TIME 12:45 AM/PM  DATE: 10/3/00    Pg. 2 of 3

A102

A. Mel will make phone calls and talk for a while. Sometimes a phone call comes in and it is for him and he is on there for long periods of time.

Q. What do you mean by a period of time?

A. He stays on the phone talking to someone who one can tell is not a customer. He's on there for sometimes 15 minutes, sometimes less, and sometimes more.

Q. Have you said anything to Mgt about this?

A. Yes, I mentioned it to Tommy Shehorn.

Q. Please describe how Mel ignored customers?

A. When a customer walked in the doors Mel looked at the doors and looked the other way and continued to talk.

Q. How many times has this happened?

A. Whenever I work with him. I can say it is at least 10 times.

Q. Please describe the foul language?

A. One particular phrase I heard was "I'll get you shit motherfucker." He was on the phone nearest to the doors. There were customers in the store at this time.

Q. Who was it that said Mel said he was going to start writing you all up?

A. Pilar Sanchez mentioned this. However we talked later and the words he used were that he would get us written up.

Q. Do you have anything else to add? Also, when did this all occur.

A. No. All this occurred in the month of September of 2000.

Q. Were you treated fairly during this interview with no threats or promises made to you?

A. Yes.

SIGNED _____ TIME 1:03 AM/PM DATE: 10/03/00

WITNESS _____ TIME 1:03 AM/PM DATE: 10/3/00    Pg 3 of 3

A103

STATEMENT

I, James Zambrano    D.O.B. 04/02/78 AGE 22  SS# _____

ADDRESS 120 ½ W Water St Dover DE 19904

PHONE # (302) 734-8608    HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager AT 1157

ON 10/3/00 at 2:45 AM/PM, THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. ( )

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: James Zambrano

**Q What is your position with AutoZone?**

A. PSM

**Q. What is your date of hire?**

A. Feb of 2000

Q Did you witness and sign a statement by SHorten on 9/19/00?

A. Yes

Q Why was the statement written?

A. I have no idea

Q Have you personally had any problems like those written in the statement?

A. No

Q In the statement Shorten said Mel Washington said something to him while Mel was walking away and you were walking toward them? What did he say?

A. I am not sure what was said but sounded like he said something about "Fired!"

Q But you did not hear anything else?

A. No

SIGNED _____ TIME 2:53 AM/PM DATE: 10/3/00

WITNESS _____ TIME 2:53 AM/PM DATE: 10/3/00    Pg 1 of 2

A104

Q Have you ever personally heard Mel say anything to anyone about being fired?

A Yes I heard him say that all he had to do is pull out his pen and paper to get someone fired

Q Do you remember who he said that too?

A No I was in one of the isle's didn't see who he was talking to

Q Have you witnessed any problems between any of the employees?

A no

Q Do you anything else to add

A no

Q Were you treated Fair during this interview with no threats or Promises made?

A Yes

SIGNED _____ TIME 3:05 AM/PM DATE: 10-3-00

WITNESS _____ TIME 3:05 AM/PM DATE: 10/3/00   Pg 2 of 2

A105

# STATEMENT

I, Shaun Parmelia   D.O.B. 8/5/78  AGE 22  SS# _____

ADDRESS 2810 Halletts cr Rd Clayton De 19938

PHONE # (302) 653-0260   HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager  AT  1157

ON 10/4/00 at 12:15 AM/**PM**. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. ( SP )

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Shaun Parmelia

**Q** What is your position with AutoZone?

A. full Time sales

**Q.** What is your date of hire?

A. 8/03/00

Q Did you have Rick Herion write a statement for you on 9/19/00?

A: yes

Q What brought this about?

A Had some concerns about the matter, I went to Rick

Q. Who's idea was it to write the statement?

A: Rick

Q What were your concerns?

A. Mel attitude and some incidents with mel

Q What incident?

A. One day I was helping a costumer, I went to the back to get a power-steering hose for the costumer, mel followed me back and asked me what was my problem, but first he asked me what was I doing, I told him I was helping a costumer. Then he asked me what was my problem. I didn't reply to mel

SIGNED Shaun Parmelia   TIME 12:26 AM/PM  DATE: 10/4/00

WITNESS Ronald Wertz   TIME 12:26 AM/PM  DATE: 10/04/00   Pg 1 of 3

A106

and I went back to doing what I was doing. Then Mel started talking about Brandon Dixon, a former employee who was fired. Mel said that I can take people to B and take them off the street. At that time I said I try not to get involved in some of the shit that goes on in here. At that time Paul started towards the back. Mel started to walk away, I heard him mumble "you dumb white mother fuckers". Paul asked me what was going on I said nothing.

Q: In Ricks statement it said after Mel asked what are you doing, you replied you were helping a customer and then Mel said "What your problem?" and you replied "What do you mean?". Is this correct?

A: No I didn't reply that, I am just going by what I can remember.

Q: Why is it in the first statement?

A: Rick was writing statement he must have miss heard what I said.

Q: Did Mel say you had an attitude?

A: Yes, Mel did say that I had an attitude problem and he didn't like it.

Q: Do you have anything else to add?

A: Yes I have a problem with Mel tell the customers that ask for me, he says are you sure you want to go through with that, makes me fell that I am worthless or I don't know what I am doing.

Q: Anything else?

A: Yes, Mel gives very evil looks at me all the time almost like he is trying to start you ba— I have seen Mel be this to Ros and some times Shawn & Paul.

SIGNED Shawn _____   TIME 12:50 AM/PM  DATE 10/4/00

WITNESS _____   TIME 12:52 AM/PM  DATE 10/4/00   Pg 2 of 3

A107

Q How does his stares make you feel
sp [scribble] ~mw 25

A. When [inmate] stares at me I feel like he wants to come over
   and beat me to death or come over and kill me!

Q Anything else?

A. No

Q Were you treated fair during this interview with no threat or promise made to you?

A. yes

Shaun

Pernelli

SIGNED Shaun Pernelli          TIME 12:55 AM/PM  DATE: 10/4/00
WITNESS [signature]             TIME 12:55 AM/PM  DATE: 10/4/00    Pg 3 of 3

A108

## STATEMENT

I, Thomas Wayne Shehorn D.O.B. 05/21/65 AGE 35 SS# _____

ADDRESS 742 Fox Hole Rd Camden, Del. 19934

PHONE # (302) 492-2127 HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager AT _____

ON 10/4/00 at 1:08 AM/PM, THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (TWS)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Thomas W. Shehorn

**Q What is your position with AutoZone?**
A. Parts sales manager

**Q. What is your date of hire?**
A. May 11, 1998

Q Did you write a statement on 9/19/00 concerning Mel Washington? yes TWS

A. Yes I did write a statement about Mel Washing

Q What brought about this statement?

A. The problems with Mel was building up.

Q Did anyone ask you to write the statement?

A. No I wrote the statement on my own free will

Q In the statement you said Mel complained about the closers. Please explain?

A. He said everyones is putting all the work on him and he takes a long time pulling the overstock.

Q Is it true that he has to do everyone elses work? Are the other employees not finding their parts?

A. No its not true, 99% of the time the work is done. What Mel is complaining about small things.

SIGNED Thomas W. Shehorn   TIME 1:20 AM/PM DATE 10-4-00

WITNESS [signature]   TIME 1:20 AM/PM DATE 10/4/00   Pg 1 of 3

A109

Q. You said he takes a long time pulling the overstock? What do you mean?

A. One day I gave him the overstock to pull. It was about ten things on the sheet. It took him 30 min to pull it. I gave it to him at 7:30 AM. and he finished at 8:00 AM. He take too long to do the overstock an it consistent every time we open.

Q. Why is the length of time Mel spends on overstock important to this situation?

A. He complain about everybody else about the work that is not getting done. He is putting more work on the other workers by taking long time on the overstock.

Q. In your statement you said Mel said something about having everybody job. Please explain?

A. He said he will have everybodys job. He will have his lawyer contact some one higher up in the company if I don't do anything about the task getting done. He said I can have your job to.

Q. How did make you feel?

A. It made me feel like he was the manager and I was the worker and I felt that I wanted to go home and don't come to work.

Q. You stated Mel cursed to you about the tasks. What did he say?

A. He was using MF this and MF that. It was consistent all day long. It was when customers wasn't around an I don't need this in or around the store or me.

SIGNED _Thomas Sischoen_   TIME _1:45_ AM/PM  DATE: _10-4-00_

WITNESS _____  TIME _1:45_ AM/PM  DATE: _10/4/00_   Pg 2 of 3

A110

Q. Is there anything else you want to add?
A. No there not.
Q. Were you treated fair during this interview with no threat or promises made?
A. Yes sir I was treated fair in this interview.

SIGNED Thomas M. Shihorn   TIME 1:42 AM/PM   DATE: 10-4-00
WITNESS _____   TIME 1:42 AM/PM   DATE: 10/4/00   Pg 3 of 3

A111

# Memo for Record

TO:	Mr. Azeem Sikandar, Regional HR Manager

Mr. Emmanyel Kitchen, New York City District Manager
New York City Region

Mr. Brian Paduano, Store Manager
AUTOZONE Store Manager 1157

FROM:	Mr. Melvert Washington Jr.

DATE:	October 12, 2000

RE:	**TRANSFER REQUEST**

On October 9, 2000 a customer came into AUTOZONE to purchase a Tie Rod End for his vehicle. After having purchased his part the customer left the store, but later returned to say that the part was incorrect. However, the part was correct, in fact the customer needed a Tie Rod Press Tool, which myself and Mr. Brian Paduano explained could be rented and then returned for refund after the job was completed to get a refund.

The customer however didn't have sufficient money to rent the Tie Rod Press Tool and promise to return later. The customer mistakenly forgot a rubber boot from the Tie Rod-end, and placed a call to the Smyrna AUTOZONE to inquire if we found his boot.

Mr. Shaun Permelia, answered the phone and told the customer, and I repeat verbatim "Your boy has your part", while looking at me. It should be noteworthy that their was no conversation going on between Shaun and I prior to his remark. After Shaun got off the phone, I approached him and said, Shaun I don't want to hear anything about me being anybodies boy again, OK? Shaun then turned to me and said Melvert I don't know what you're talking about. I then repeated myself, saying that I didn't want to hear that remark again. At that point Brian Paduano, who was standing at the last parts counter computer said, "the both of you knock it off and go your separate ways." That was the end of that.

A112

Brain then went to Macdonalds to get lunch. As Brian sat in the manager office I talked with him concerning Shaun's remark. Brian said he really didn't share my feelings concerning Shaun referring to me as "your boy" But that he would talk with Shaun. To date I don't know if Brian has talked to Shaun regarding his remark "your boy". Also Brian said he wasn't going to write Shaun up. I never ask Brian to write Shaun up, and I feel I should mentioned that its not my place nor would I try to tell this man how to do his job.

I took this opportunity to ask Brian for a transfer, and Brian said to me nobody wants you or will take you at the Dover Store 1152. He said he would try to contact the Milford 1153.

I feel as though I'm being black balled, or labeled as a result of what happened to the last store manager and DM of store 1157. I would please like a transfer. When Mr. Richard Robinson, former DM of 1157 took over for Mr. Dennis Curruth. I had the option of going to the Dover store 1152. Mr. Richard Robinson welcomed my presence due to his sudden loss of personnel and I felt things would be better at 1157 after management changed.

Considering everything concerning Mr. Permelia, I would respectfully request a transfer. The Dover store is closer to my home and I don't feel comfortable, working in the environment that Mr. Permelia has created. His remarks are unwarranted and disrespectful. And his unprofessional telephone manners leave a lot to be desired. It's no secret, that referring to any African American male as "boy" carries racial overtones and racial labeling effects. He has single handily instigated two incidents alone this week as mentioned in this memo.

It clear to me now that I made a big mistake when I didn't exercise my option to transfer earlier to the Dover store 1152. However, at this time I would like a transfer, please.

Finally, I have left at least two voice messages on Mr. Kitchens' voice mail requesting that he return my call. Mr. Paduano has advised me that Mr. Kitchen will not return my calls and that any concerns must be addressed by Mr. Paduano. Today Mr. Kitchen called the 1157 store and I greeted him on the phone. At that time I had no idea whom I was speaking with. Mr. Kitchen asked to speak with the manager and I transferred the call to Paul. Prior to their conversation ending Paul mentioned that he was speaking with Mr. Kitchen on the phone. I asked Paul if I could speak with Mr. Kitchen at the end of his conversation and Paul said that Mr. Kitchen said "No, talk with Brian and he (Mr. Kitchen) would get with Brain. My main concern is to request a transfer. I eagerly await your reply. Please feel free to contact me at 302.521.8407.

A113