IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| AUTOZONERS, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Melvert Washington, Jr. hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56, for an Order granting Plaintiff's Motion for Summary Judgment on all counts. The grounds for this Motion are set forth in the Opening Brief and Appendix filed with this Motion.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, PA

*/s/ Joseph J. Farnan, III*
Joseph J. Farnan, III (Bar No. 3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

DATE:   January 5, 2006