IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

WHEREAS, Plaintiff has moved the Court for summary judgment on the issue of liability on all issues raised by the Complaint;

WHEREAS, Defendant has responded to the Plaintiff's motion, and made its own motion for summary judgment;

The Court, having received argument of counsel and having reviewed the administrative record, now makes the following Order:

IT IS HEREBY ORDERED that the Plaintiff's motion for summary judgment on the issue of liability is granted.

It is further ORDERED, that this case be set for trial by jury on the issue of damages.

DATED: _____ 2006.                    _____
                                                  The Honorable Sue L. Robinson