## CERTIFICATE OF SERVICE

      I, Joseph J. Farnan, III, hereby certify that on this 5th day of January, 2006, two true and correct copies of the Plaintiff's Motion for Summary Judgment were served upon the following counsel via Electronic Filing and Regular U.S. Mail:

| | |
|---|---|
| Matthew F. Boyer, Esquire | Tracy K. Hidalgo, Esquire |
| Timothy M. Holly, Esquire | Frilot, Partridge, Kohnke & Clements |
| Connolly, Bove, Lodge & Hutz | 1100 Poydras Street Floor 37 |
| The Nemours Building | New Orleans, LA 70163-1101 |
| 1007 N Orange Street | |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | |

/s/ Joseph J. Farnan, III
Joseph J. Farnan, III