## CERTIFICATE OF SERVICE

       I, Joseph J. Farnan, III, hereby certify that on this 5th day of January, 2006, two true and correct copies of the Plaintiff's Opening Brief in Support of Motion for Summary Judgment were served upon the following counsel via Electronic Filing and Regular U.S. Mail:

Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101

_____
Joseph J. Farnan, III