IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.,  )
                          )
        Plaintiff,        )
                          )
    v.                    )   Civil Action No. 04-320 (SLR)
                          )
AUTOZONERS, INC.,         )
                          )
        Defendant,        )

**APPENDIX TO BRIEF IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**

PHILLIPS, GOLDMAN & SPENCE, PA
Joseph J. Farnan, III (Bar No. 3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

DATE:   January 5, 2006