## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.                    :
                                           :
            Plaintiff,                     :
                                           :    C.A. No. 04-320 (SLR)
v.                                         :
                                           :
AUTOZONERS, INC., a Nevada corporation,    :
                                           :
            Defendant.                     :
                                           :

## STIPULATION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS

The parties, by and through their attorneys, subject to the Court's approval, hereby stipulate and agree to extend the time for each party to respond to Summary Judgment Motions by ten (10) days, as follows:

1. Plaintiff's response to Defendant's Motion for Summary Judgment due Friday, January 20, 2006.

2. Defendant's response to Plaintiff's Motion for Summary Judgment due Thursday, February 2, 2006.

Respectfully submitted,

PHILLIPS, GOLDMAN AND SPENCE, P.A.

 /s/ Joseph J Farnan, III
Joseph J Farnan, III (#3945)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200

and

Veterans Assistance Program
Thomas J. Reed
4601 Concord Pike
PO Box 7474
Wilmington, DE 19803

Attorneys for Plaintiff

CONNOLLY, BOVE, LODGE & HUTZ

 /s/ Timothy M. Holly
TIMOTHY M. HOLLY, ESQUIRE (#4106)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217

and

FRILOT, PARTRIDGE, KOHNKE & CLEMENTS

 /s/ James Waldron
TRACY K. HIDALGO, ESQUIRE
JAMES WALDRON, ESQUIRE
1100 Poydras St.
3600 Energy Centre
New Orleans, La 70163

Attorneys for Defendant

Date:  January 10, 2006


IT IS HEREBY SO ORDERED.

Date:_____        _____
                            The Honorable Sue L. Robinson