## CERTIFICATE OF SERVICE

   I, Joseph J. Farnan, III, hereby certify that on this 10th day of January, 2005, a true and correct copy of the Stipulation to Extend Time to Respond to Summary Judgment Motions was served electronically upon the following counsel:

Matthew F. Boyer, Esquire
Timothy M. Holly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Tracy K. Hidalgo, Esquire
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street Floor 37
New Orleans, LA 70163-1101


        /s/ Joseph J. Farnan, III
        Joseph J. Farnan, III