IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR. | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-320 (SLR) |
| AUTOZONERS, INC., a Nevada corporation, | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant Autozone's Motion for Summary Judgment ("Defendant's Motion"), and Plaintiff's opposition thereto;

IT IS HEREBY ORDERED that the Defendant's Motion is DENIED.

_____
The Honorable Sue L. Robinson