## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and also sent a copy via U.S. Mail, to the following:

>Matthew F. Boyer
>Timothy Holly
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

I hereby certify that on January 20, 2006 I sent the foregoing document by U.S. Mail to the following non-registered participants:

>Tracy K. Hidalgo
>James P. Waldron
>Frilot, Partridge, Kohnke, & Clements
>1100 Poydras St.
>3600 Energy Centre
>New Orleans, LA 70163

*[signature]*
Joseph J. Farnan, III (#3945)
jjf@pgslaw.com