IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-320 (SLR) |
| | ) | |
| | ) | |
| AUTOZONERS, INC., | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF CHANGE OF ADDRESS

Now into Court comes counsel of record for Defendant AutoZone, Inc., and provides a notice of a change of address for Tracy E. Kern, Esquire (f/k/a/ Hidalgo), who was admitted *pro hac vice*, on November 1, 2004. Ms. Kern has left the law firm of Frilot Partridge, L.C. and has joined the law firm of Jones Walker. Ms. Kern's new address is:

Tracy E. Kern (LA Bar No. 20246)
**Jones, Walker, Waechter, Poitevent,
Carrère & Dunègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
Email: tkern@joneswalker.com

_____
Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302)-884-6585

                                  Tracy K. Hidalgo (admitted *Pro Hac Vice*)
                                  James P. Waldron (admitted *Pro Hac Vice*)
                                  Frilot, Partridge, Kohnke, & Clements
                                  1100 Poydras St.
                                  3600 Energy Centre
                                  New Orleans, La 70163
                                  Tel: (504)-599-8358
                                  Fax: (504)-599-8100

                                  *Attorneys for Defendant,*
                                  *AutoZone, Inc.*

DATED: April 12, 2007

## CERTIFICATE OF SERVICE

I Timothy M. Holly, hereby certify that on the 12th day of April, 2007, I caused a true and correct copy of the foregoing Notice of Change of Address, to be served upon the following counsel electronically by CM/ECF:

Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302)655-4200
Attorney for Plaintiff

Thomas J. Reed (Pro Hac Vice)
Widender University School of Law/
Delaware Volunteer Legal Services, Inc.
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474
(302)477-2070
Attorney for Plaintiff

_____
Timothy M. Holly (Del. Bar No. 4106)