IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-320-SLR |
| | ) |
| AUTOZONERS, INC., a Nevada corporation, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12th day of October, 2007,

IT IS ORDERED that:

1. **Motions in Limine.** All motions in limine shall be filed on or before **January 23, 2008**. All responses to said motions shall be filed on or before **January 30, 2008**.

2. **Pretrial Conference.** A pretrial conference will be held on **February 6, 2008 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

3. **Trial.** This matter is scheduled for a jury trial to commence **Tuesday, February 19, 2008** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge