IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Melvert Washington, Jr. ) | |
| ) | |
| Vs. ) | Civil Action No.: 04-320 (SLR) |
| ) | |
| AutoZoners, Inc. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Laurie M. Chess, of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., to represent Defendant, AutoZoners, Inc., in this matter.

Date: January 8, 2008

Signed: _____
Timothy M. Holly, Esq., Del. Bar No. 4106
Connolly, Bove, Lodge & Hutz, LLP
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380
tholly@cblh.com

Date: 1/8/08

Attorney for Defendant, AutoZoners, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge

{M0022853.1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 1/7/08

Signed: *Laurie Chess*
Laurie M. Chess, Esq., FL Bar No.: 657751
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
601 Brickell Key Drive, Suite 500
Miami, FL 33131
Phone: 305-679-5728
Facsimile: 305-679-5710
E-mail: lchess@joneswalker.com

{M0022853.1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Joseph J. Farnan, III
1200 N. Broom St.
Wilmington, DE 19806
jjf@pgslaw.com

Thomas J. Reed
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

_____
Timothy M. Holly

{M0022853.1}