IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| AUTOZONER, INC., a Nevada ) | |
| Corporation ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AUTOZONE'S MOTION *IN LIMINE***

NOW INTO COURT, through undersigned counsel, comes Defendant, AutoZone, Inc. ("AutoZone"), and respectfully moves this Honorable Court to exclude certain evidence and testimony from trial. Specifically, for the reasons stated in the accompanying Memorandum of Points and Authorities, AutoZone seeks to prevent Plaintiff, Melvert Washington, Jr., from introducing: (1) any testimony or evidence by Plaintiff or others submitted in connection with the Delaware Department of Labor ("DDOL") investigation, the DDOL investigation itself, and the DDOL Notice of Reasonable Cause Finding; (2) any testimony or evidence pertaining to Plaintiff's failure to promote claim that was dismissed upon AutoZone's Motion for Summary Judgment; (3) any testimony or evidence pertaining to discrete acts that occurred before August of 2001 and to claims over which Plaintiff failed to exhaust his administrative remedies; (4) testimony by Dr. David Black; (5) testimony of James McIver; (6) testimony of Franklin Wilson; (7) "personnel records" and "earnings records" of Robert Baker, Deanna Brown, James Zambrano, Shane Treesh, Thomas Shehorn, Pilar Sanchez, and Brandon Diaz; and (8) plaintiff's tax records from years 2000 and 2001. AutoZone respectfully suggests that exclusion of such

{M0023705.1}

evidence is appropriate pursuant to Rules 401, 402, 403, 701, 702, 801, and 802 of the Federal Rules of Evidence.

Pursuant to Local Rule 7.1.1, AutoZone certifies that it attempted to reach an agreement with Plaintiff as to the matters set forth in this motion, but was unable to do so.

Respectfully Submitted,

/s/ T. M. Holly

Matthew F. Boyer (Del Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380
Email: mboyer@cblh.com
Email: tholly@cblh.com

Tracy F. Kern (LA Bar #20246)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
E-mail: tkern@joneswalker.com

Laurie M. Chess (Fla. Bar #655751)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, L.L.P.
601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone:  (305) 679-5728
Facsimile:  (305) 679-5710
E-mail:  lchess@joneswalker.com

*Counsel for Defendant, AutoZone, Inc.*

DATED:  January 23, 2008

2