IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTOZONERS, INC., )<br>)<br>Defendant, ) | Civil Action No. 04-320 (SLR) |

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY REFERENCE TO PLAINTIFF'S 1983 COURT MARTIAL AND PLAINTIFF'S 1984 DISCHARGE**

Melvert Washington, Jr., the Plaintiff, respectfully moves the court by Motion In Limine to exclude any mention at trial of his 1983 conviction by special court martial for a violation of Art. 134 Uniform Code of Military Justice and his 1984 Discharge. The grounds for this Motion are fully set forth in Plaintiff's Opening Brief in Support of Motion in Limine to Preclude any Reference to Plaintiff's 1983 Court Martial and Plaintiff's 1984 Discharge, which is being filed contemporaneously herewith and incorporated by reference.

WHEREFORE, Plaintiff respectfully requests the Court issue an Order (i) precluding the use of Plaintiff's 1983 Court Martial and his 1984 discharge in any voir dire question, in Defendant's opening statement, closing argument or in the examination or cross examination of any witness; (ii) precluding the use of any underlying fact relating to Plaintiff's 1983 Court Martial and his 1984 discharge in any voir dire question, in Defendant's opening statement, closing argument or in the examination or cross examination of any witness; and (iii) granting

such further relief as the Court deems just and proper.

        Respectfully submitted,

        PHILLIPS, GOLDMAN & SPENCE, P.A.

        */s/ Joseph J. Farnan, III*
        Joseph J. Farnan, III (#3945)
        1200 N. Broom St.
        Wilmington, DE 19806
        TEL: (302) 655-4200
        jjf@pgslaw.com

        and

        Thomas J. Reed (admitted *Pro Hac Vice*)
        Widener University School of Law
        Delaware Volunteer Legal Services, Inc.
        Veterans Assistance Program
        4601 Concord Pike
        P.O. Box 7474
        Wilmington, DE 19803-7474