IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR. | : |
| Plaintiff, | : |
| | : C.A. No. 04-320 (SLR) |
| v. | : |
| AUTOZONERS, INC., a Nevada corporation, | : |
| Defendant. | : |

### ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion in Limine to Preclude any Reference to Plaintiff's 1983 Court Martial and Plaintiff's 1984 Discharge ("Plaintiff's Motion"), and any response thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the use of Plaintiff's 1983 Court Martial and his 1984 discharge in any voir dire question, in Defendant's opening statement, closing argument or in the examination or cross examination of any witness is prohibited.

IT IS HEREBY FURTHER ORDERED that the use of any underlying fact relating to Plaintiff's 1983 Court Martial and his 1984 discharge in any voir dire question, in Defendant's opening statement, closing argument or in the examination or cross examination of any witness is prohibited.

_____
The Honorable Sue L. Robinson