# Exhibit A

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS THIRD AIR FORCE (USAFE)
APO New York 09127

Special Court-Martial Order                                      24 March 1983
No. 6

Before a special court-martial which convened at Royal Air Force Alconbury, England, pursuant to Special Order A-3, Headquarters 10th Tactical Reconnaissance Wing (USAFE), dated 13 January 1983, as amended by Special Order A-5, Headquarters 10th Tactical Reconnaissance Wing (USAFE), dated 20 January 1983, was arraigned and tried:

STAFF SERGEANT MELVERT WASHINGTON, JUNIOR, ~~~~~~~~~~  United States Air Force, 10th Combat Support Group.

CHARGE: Violation of the Uniform Code of Military Justice, Article 134.

Specification 1: In that STAFF SERGEANT MELVERT WASHINGTON, JUNIOR, United States Air Force, 10th Combat Support Group, did, at Royal Air Force Alconbury, England, between 1 February 1982 and 30 April 1982, on divers occasions, knowingly and wrongfully use marijuana.

Specification 2: In that STAFF SERGEANT MELVERT WASHINGTON, JUNIOR, United States Air Force, 10th Combat Support Group, did, at Royal Air Force Alconbury, England, between 1 March 1982 and 31 May 1982, wrongfully solicit Airman First Class Ivan Wheeler, United States Air Force, to obtain and transfer to Staff Sergeant Melvert Washington, Junior, some quantity of marijuana.

PLEAS: To the Specifications and to the Charge: Not guilty.

FINDINGS: Of Specification 1 of the Charge: Not guilty.
          Of Specification 2 of the Charge: Guilty.
          Of the Charge: Guilty.

SENTENCE: To be discharged from the service with a bad conduct discharge and to be reduced to the grade of E-1.

DATE ADJUDGED: The sentence was adjudged on 26 January 1983.

ACTION OF THE CONVENING AUTHORITY:

DEPARTMENT OF THE AIR FORCE, HEADQUARTERS 10TH TACTICAL RECONNAISSANCE WING (USAFE), APO New York 09238, 7 March 1983.

In the foregoing case of STAFF SERGEANT MELVERT WASHINGTON, JUNIOR, ~~~~~~~~~~ United States Air Force, 10th Combat Support Group, the sentence is approved. The record of trial is forwarded for action under Article 65(b).

/s/James M. Rhodes, Jr.
JAMES M. RHODES JR, Colonel, USAF
Commander

SPCMO No. 6

ATTACHMENT A

ACTION OF THE OFFICER EXERCISING GENERAL COURT-MARTIAL JURISDICTION:

DEPARTMENT OF THE AIR FORCE, HEADQUARTERS THIRD AIR FORCE (USAFE), APO New York 09127, 24 March 1983

In the foregoing case of STAFF SERGEANT MELVERT WASHINGTON, JUNIOR, ~~————————~~ United States Air Force, 10th Combat Support Group, the sentence is approved. The record of trial is forwarded to The Judge Advocate General of the United States Air Force for review by a Court of Military Review.

/s/Carl H. Cathey, Jr.
CARL H. CATHEY, JR.
Major General, USAF
Commander

FOR THE COMMANDER

*Joseph W. Pace*
JOSEPH W. PACE, SMSgt, USAF
Legal Services Superintendent

DISTRIBUTION:

1-AB Melvert Washington, Jr., 10CSG, APO 09238, Acc
1-Maj Ronald M. Marquette, USAF Judiciary, APO 09127, MJ
1-Maj Richard L. Damron, 17RW, APO 09238, Pres
1-Maj Michael G. McCormack, 10TRW, APO 09238, TC
1-Capt Richard C. Ourand, Jr., USAF Judiciary, APO 09755, DC -
3-10CSG, APO 09238
1-10CSG/CC, APO 09238
1-10TRW/CC, APO 09238
10-Hq USAF/JAJM, Wash DC 20324
5-3AF/CC/JA, APO 09127
3-10TRW/ACF, APO 09238
1-AFAFC/MPOPF, Denver CO 80279
1-AFMPC/MPCDOM, Randolph AFB TX 78150
4-10CSG/DP, APO 09238
4-10TRW/JA, APO 09238
1-Hq USAFE/JA, APO 09012

ATTACHMENT A
EXHIBIT D