# Exhibit B

| | | |
|---|---|---|
| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

**DD FORM 214** (JUL 79) — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

1. NAME (Last, first, middle): WASHINGTON, MELVERT JR
2. DEPARTMENT, COMPONENT AND BRANCH: AIR FORCE—REG AF
3. SOCIAL SECURITY NO.: [redacted]
4a. GRADE, RATE OR RANK: AB
4b. PAY GRADE: E1
5. DATE OF BIRTH: 1953DEC16
6. PLACE OF ENTRY INTO ACTIVE DUTY: OSAN AB KOREA
7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 436 SUBS (MAC)
8. STATION WHERE SEPARATED: DOVER AFB DE
9. COMMAND TO WHICH TRANSFERRED: NOT APPLICABLE
10. SGLI COVERAGE: AMOUNT $35,000  NONE ☐
11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY: 64550, INVENTORY MANAGEMENT SPECIALIST, 10 YRS AND 7 MOS.

12. RECORD OF SERVICE:

| | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 1981 | APR | 08 |
| b. Separation Date This Period | 1984 | FEB | 10 |
| c. Net Active Service This Period | 02 | 10 | 03 |
| d. Total Prior Active Service | 07 | 11 | 13 |
| e. Total Prior Inactive Service | 00 | 01 | 23 |
| f. Foreign Service | 04 | ? | 08 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 1983 | MAR | 07 |
| i. Reserve Oblig. Term. Date | NOT APPLICABLE | | |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NCO PME GRADUATE RIBBON; AF LONGEVITY SERVICE AWARD RIBBON, 1 DEVICE; NATIONAL DEFENSE SERVICE AWARD RIBBON; AIR FORCE OVERSEAS SHORT TOUR RIBBON; AF OUTSTANDING UNIT AWARD; AF GOOD CONDUCT MEDAL, 2 DEVICES.

14. MILITARY EDUCATION: OJT MANAGER/SUPERVISOR ORIENTATION COURSE.

15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: ☐ YES ☒ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: ☐ YES ☐ NO
17. DAYS ACCRUED LEAVE PAID: -0-

18. REMARKS: —NOT APPLICABLE—
COPY 3 TO VA DATA PROCESS CTR, AUSTIN, TX 78772
COPY 5 TO USIDC, BATON ROUGE, LA 70804
COPY 6 TO DIRECTOR VETERANS COMMISSION
ROOM 110 FEDERAL BUILDING
31 HOPKINS PLAZA
BALTIMORE MD 21201

19. MAILING ADDRESS AFTER SEPARATION: 1000 D CIRCLE DRIVE, DOVER DE 19901
20. MEMBER REQUESTS COPY 6 BE SENT TO: MD DIR. OF VET AFFAIRS ☒ YES ☐ NO
21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: [signature] MSGT, USAF

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

23. TYPE OF SEPARATION: DISCHARGE
24. CHARACTER OF SERVICE: BAD CONDUCT
25. SEPARATION AUTHORITY: SCM ORDER #6
26. SEPARATION CODE: JJD
27. REENLISTMENT CODE: 2B
28. NARRATIVE REASON FOR SEPARATION: CONVICTION BY COURT MARTIAL (OTHER THAN DESERTION)
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: [initials]

SERVICE-2

ATTACHMENT B