# Exhibit C

# CHARGE SHEET

| PLACE | | | DATE |
|---|---|---|---|
| ROYAL AIR FORCE ALCONBURY, UNITED KINGDOM | | | 10 JANUARY 1983 |
| ACCUSED (Last name, First name, middle initial) (List aliases when material) | | SOCIAL SECURITY ACCOUNT NUMBER | GRADE OR RANK |
| WASHINGTON, MELVERT JR | | | STAFF SERGEANT E-5 |
| ORGANIZATION AND ARMED FORCE | DATE OF BIRTH | | PAY PER MONTH |
| | 16 December 1953 | | BASIC $1004.40 |
| 10 Combat Support Group (USAFE) | CONTRIBUTION TO FAMILY OR QUARTERS ALLOWANCE | | SEA OR FOREIGN DUTY None |
| United States Air Force | NA | | TOTAL $1004.40 |

## RECORD OF SERVICE

| INITIAL DATE OF CURRENT SERVICE | TERM OF CURRENT SERVICE |
|---|---|
| 8 April 1981 | Four (4) years |

PRIOR SERVICE: 08 YEARS  00 MONTHS  06 DAYS

2 Apr 73 – 25 May 73 USAFR
26 May 73 – 7 Apr 81 USAF

## DATA AS TO WITNESSES

| NAME OF WITNESS | ADDRESS (Include ZIP Code) | WITNESSES FOR PROSECUTION | ACCUSED |
|---|---|---|---|
| AMN Brian S. Dawes | 10 Acft Gen Sq, RAF Alconbury, UK | X | |
| AMN Gordon P. Daan | 10 Acft Gen Sq, RAF Alconbury, UK | X | |
| A1C Ivan E. Wheeler, III | 10 Supply Sq, RAF Alconbury, UK | X | |

## DOCUMENTS AND OBJECTS

## DATA AS TO RESTRAINT

| NATURE OF ANY RESTRAINT OF ACCUSED | DATE | LOCATION |
|---|---|---|
| None | | |

DD FORM 458    PREVIOUS EDITIONS ARE OBSOLETE.

ATTACHMENT D

EXHIBIT B