# Exhibit D

PUNISHMENTS

## TABLE OF MAXIMUM PUNISHMENTS—Continued

¶ 127c

| Article | Offenses | Punishments | | | |
|---|---|---|---|---|---|
| | | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | Forfeiture of two-thirds pay per month not to exceed— |
| | | | | Years | Months | Months |
| 134 | Restriction, administrative or punitive, breaking | | | | 1 | 1 |
| | Sentinel or lookout: | | | | | |
| | Behaving in an insubordinate or disrespectful manner toward, while in the execution of his duty. | | | | 3 | 3 |
| | Loitering or sitting down by, while on duty | | | | 3 | 3 |
| | Soliciting another to commit an offense.¹ | | | | | |
| | Stolen property knowingly receiving, buying, concealing: | | | | | |
| | Of a value of $50 or less | | Yes | | 6 | |
| | Of a value of $100 or less and more than $50 | | Yes | 1 | | |
| | Of a value of more than $100 | Yes | | 3 | | |
| | Straggling | | | | 2 | 2 |
| | Threat, communicating | Yes | | | | |
| | Transporting, unlawfully, a vehicle or aircraft in interstate or foreign commerce. | Yes | | 3 | | |
| | | | | 5 | | |
| | Unclean accouterment, arms, clothing, equipment, or other military property, found with. | | | | 1 | 1 |
| | Uniform, unclean, appearing in, or not in prescribed uniform, or in uniform worn otherwise than in manner prescribed. | | | | 1 | 1 |
| | Unlawful entry | | Yes | | 6 | |
| | Weapon, concealed, carrying | | Yes | 1 | | |
| | Wearing unauthorized insignia, medal, decoration, or badge. | | | | 6 | 6 |
| | Wrongful cohabitation | | | | 4 | 4 |

¹ Unless otherwise provided in the Table, any person subject to the Code who is found guilty of soliciting or inducing another person to commit an offense which, if committed by one subject to the Code, would be punishable under this Table, shall be subject to the maximum punishment authorized for the offense solicited or induced, except that in no case shall the death penalty be imposed nor shall the period of confinement in any case, including offenses for which life confinement may be adjudged, exceed 5 years.

## SECTION B

*Permissible additional punishments.* If an accused is found guilty of an offense or offenses for none of which dishonorable discharge is authorized, proof of three or more previous convictions adjudged by a court during the year next preceding the commission of any offense of which the accused stands convicted will authorize dishonorable discharge and forfeiture of all pay and allowances and, if the confinement otherwise authorized is less than one year, confinement at hard labor for one year. In computing the one-year period preceding the commission of any offense, periods of unauthorized absence as shown by the findings in the case or by the evidence of previous convictions should be excluded. See 75b (2) as to further limitations on consideration of previous convictions.

If an accused is found guilty of an offense or offenses for none of which dishonorable or bad-conduct discharge is authorized, proof of two or more previous convictions adjudged by a court during the three years next preceding the commission of any offense of which the accused stands convicted will authorize bad-conduct discharge and forfeiture of all pay and allowances and, if the confinement otherwise authorized is less than three months, confinement at hard labor for three months. See 15b concerning the limitations on the power of special courts-martial to adjudge a bad-conduct discharge and forfeitures and 75b (2) for limitations on consideration of previous convictions.

If an accused is found guilty of two or more offenses for none of which dishonorable or bad-conduct discharge is authorized, the fact that the authorized confinement without

ATTACHMENT C

25—17

¶ 127c                                    CHAPTER XXV

## TABLE OF MAXIMUM PUNISHMENTS—Continued

| Article | Offenses | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | | Forfeiture of two-thirds pay per month not to exceed— |
|---|---|---|---|---|---|---|
| | | | | Years | Months | Months |
| 134 | False or unauthorized military pass, permit, discharge certificate, or identification card: | | | | | |
| | Making, altering, selling | Yes | | 3 | | |
| | Possessing or using with intent to defraud or deceive | Yes | | 3 | | |
| | Other cases | | Yes | | 6 | |
| | False pretenses, obtaining services under: | | | | | |
| | Of a value of $50 or less | | Yes | | 6 | |
| | Of a value of $100 or less and more than $50 | | Yes | 1 | | |
| | Of a value of more than $100 | Yes | | 5 | | |
| | False swearing | Yes | | 3 | | |
| | Firearm, discharging: | | | | | |
| | Through carelessness | | | | 3 | 1 |
| | Wrongfully and willfully, under circumstances as to endanger life | Yes | | 1 | | |
| | Fleeing from the scene of an accident | | Yes | | 6 | |
| | Gambling by a noncommissioned or petty officer, with a person of lower military grade | | | | 6 | 1 |
| | Homicide, negligent | | Yes | 1 | | |
| | Impersonating an officer, warrant officer, noncommissioned or petty officer, or agent of superior authority: | | | | | |
| | With intent to defraud | Yes | | 3 | | |
| | All other cases | | Yes | | 6 | |
| | Indecent acts or liberties with a child under the age of 16 years | Yes | | 7 | | |
| | Indecent exposure of person | | | | 6 | 1 |
| | Indecent, insulting, or obscene language: | | | | | |
| | Communicated to a female of the age of 16 years or over | Yes | | 1 | | |
| | Communicated to any child under the age of 16 years.[4] | Yes | | 2 | | |
| 134 | Indecent or lewd acts with another | Yes | | 5 | | |
| | Mail matter in the custody of the Post Office Department or in the custody of any other agency, or not yet delivered or received; taking, opening, abstracting, secreting, destroying, stealing, or obstructing. | Yes | | 5 | | |
| | Mails, depositing or causing to be deposited obscene or indecent matter in. | Yes | | 5 | | |
| | Misprision of a felony | Yes | | 3 | | |
| | Nuisance, committing | | | | 3 | 1 |
| | Obstructing justice | Yes | | 5 | | |
| | Pandering | Yes | | 5 | | |
| | Parole, violation of | | Yes | | 6 | |
| | Perjury, statutory | Yes | | 5 | | |
| | Perjury, subornation of | Yes | | 5 | | |
| | Prisoner, allowing to do an unauthorized act | | | | 3 | 1 |
| | Public record, willfully and unlawfully altering, concealing, destroying, mutilating, obliterating, removing, or taking and carrying away with intent to alter, conceal, destroy, mutilate, obliterate, remove, or steal. | Yes | | 3 | | |
| | Quarantine, medical, breaking | | | | 6 | 1 |
| | Refusing, wrongfully, to testify before a court martial, military commission, court of inquiry, board of officers, investigation under Article 32, or officer taking deposition. | Yes | | 5 | | |

[4] See indecent acts or liberties with a child when the offense is so charged as a result of an indecent, insulting, or obscene communication in the physical presence of a child.

ATTACHMENT C

PUNISHMENTS

¶ 127c

# TABLE OF MAXIMUM PUNISHMENTS—Continued

| Offenses | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | | Forfeiture of two-thirds pay per month not to exceed— |
|---|---|---|---|---|---|
| | | | Years | Months | Months |
| Frauds against the United States: | | | | | |
| In connection with making or presenting a claim or obtaining the approval, allowance, or payment of a claim (Art. 132(1) and (2)). | Yes | | 5 | | |
| By delivering an amount less than called for by a receipt or by making or delivering a receipt without knowledge of the facts (Art. 132(3) and (4))— | | | | | |
| When the amount involved is $50 or less | | Yes | | 6 | |
| When the amount involved is $100 or less and more than $50. | | Yes | 1 | | |
| When the amount involved is more than $100. | Yes | | 5 | | |
| Abusing a public animal | | | | 3 | 3 |
| Adultery | Yes | | 1 | | |
| Assault: | | | | | |
| Indecent | Yes | | 5 | | |
| With intent to commit voluntary manslaughter, robbery, sodomy, arson or burglary. | Yes | | 10 | | |
| With intent to commit housebreaking | Yes | | 5 | | |
| With intent to commit murder or rape | Yes | | 20 | | |
| Bigamy | Yes | | 2 | | |
| Bribe or graft, accepting, asking, receiving, offering, or promising. | Yes | | 3 | | |
| Burning with intent to defraud | Yes | | 10 | | |
| Check, worthless, making and uttering (by dishonorably failing to maintain sufficient funds). | | Yes | | 6 | |
| Correctional custody: | | | | | |
| Escape from | Yes | | 1 | | |
| Breach of restraint during | | Yes | | 6 | |
| Criminal libel | Yes | | 5 | | |
| Debt, dishonorably failing to pay | | Yes | | 6 | |
| Disloyal statements undermining discipline and loyalty, uttering. | Yes | | 3 | | |
| Disorderly: | | | | | |
| In command, quarters, station, camp, or on board ship. | | | | 1 | 1 |
| Under such circumstances as to bring discredit upon the military service. | | | | 4 | 4 |
| Drinking liquor with a prisoner | | | | | |
| Drugs, habit forming, wrongful possession, sale, transfer, use or introduction into a military unit, base, station, post, ship or aircraft. | Yes | | 10 | | |
| Drugs, marihuana, wrongful possession, sale, transfer, use or introduction into a military unit, base, station, post, ship or aircraft. | Yes | | 5 | | |
| Drunk: | | | | | |
| Aboard ship | | | | 3 | 3 |
| In command, quarters, station, or camp | | | | 1 | 1 |
| Prisoner found | | | | 3 | 3 |
| Under such circumstances as to bring discredit upon the military service. | | | | 3 | 3 |
| Incapacitating self to perform duties through prior indulgence in intoxicating liquor. | | | | 3 | 3 |
| Drunk and disorderly: | | | | | |
| Aboard ship | | Yes | | 6 | |
| In command, quarters, station, or camp | | | | 3 | 3 |
| Under such circumstances as to bring discredit upon the military service. | | | | 6 | 6 |

25–15

ATTACHMENT C

¶ 127c

CHAPTER XXV

# TABLE OF MAXIMUM PUNISHMENTS—Continued

| Article | Offenses | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | | Forfeiture of two-thirds pay per month not to exceed— |
|---|---|---|---|---|---|---|
| | | | | Years | Months | Months |
| 121 | Larceny of property: | | | | | |
| | Of a value of $50 or less | | | | | |
| | Of a value of $100 or less and more than $50 | | Yes | | 6 | |
| | Of a value of more than $100 or any motor vehicle, aircraft, or vessel | | Yes | 1 | | |
| | Wrongful appropriation of property: | Yes | | 5 | | |
| | Of a value of $50 or less | | | | | |
| | Of a value of $100 or less and more than $50 | | | | 3 | 3 |
| | Of a value of more than $100 | | | | 6 | 6 |
| | Of any motor vehicle, aircraft, or vessel | | Yes | | 6 | |
| 122 | Robbery | Yes | | 2 | | |
| 123 | Forgery | Yes | | 10 | | |
| 123a | Check, worthless, making, drawing, uttering, delivering, with intent to defraud (for procurement of an article or thing of value), in the face amount of: | Yes | | 5 | | |
| | $50 or less | | Yes | | | |
| | $100 or less and more than $50 | | Yes | | 6 | |
| | More than $100 | Yes | | 1 | | |
| | Check, worthless, making, drawing, uttering, delivering, with intent to deceive (for payment of past due obligation or any other purpose). | Yes | | 5 | | |
| | | | Yes | | 6 | |
| 124 | Maiming | Yes | | 7 | | |
| 125 | Sodomy: | | | | | |
| | By force and without consent | Yes | | 10 | | |
| | With a child under the age of 16 years | Yes | | 20 | | |
| | Other cases of | Yes | | 5 | | |
| 126 | Arson: | | | | | |
| | Aggravated | Yes | | 20 | | |
| | Simple, where the property is— | | | | | |
| | Of a value of $100 or less | Yes | | 1 | | |
| | Of a value of more than $100 | Yes | | 10 | | |
| 127 | Extortion | Yes | | 3 | | |
| 128 | Assault | | | | 3 | 3 |
| | Upon a commissioned officer of the Air Force, Army, Coast Guard, Navy, or a friendly foreign power, not in the execution of his office. | Yes | | 3 | | |
| | Upon a warrant officer, not in the execution of his office. | Yes | | 1½ | | |
| | Upon a noncommissioned or petty officer, not in the execution of his office. | | Yes | | 6 | |
| | Upon any person who, in the execution of his office, is performing Air Force security police, military police, shore patrol, or civil law enforcement duties. | Yes | | 1 | | |
| | Upon a sentinel or lookout while in execution of his duty. | Yes | | 1 | | |
| | Assault (consummated by a battery): | | | | | |
| | On a child under the age of 16 years | Yes | | 2 | | |
| | Other cases of | | | | 6 | 6 |
| | Assault, aggravated: | | | | | |
| | With a dangerous weapon or other means or force likely to produce death or grievous bodily harm. | Yes | | 3 | | |
| | Intentionally inflicting grievous bodily harm, with or without a weapon. | Yes | | 5 | | |
| 129 | Burglary | Yes | | 10 | | |
| 130 | Housebreaking | Yes | | 5 | | |
| 131 | Perjury | Yes | | 5 | | |

28–14

PUNISHMENTS ¶ 127c

## TABLE OF MAXIMUM PUNISHMENTS—Continued

| Article | Offenses | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— Years | Confinement at hard labor not to exceed— Months | Forfeiture of two-thirds pay per month not to exceed— Months |
|---|---|---|---|---|---|---|
| 106 | Spies. (See Art. 106.) | | | | | |
| 107 | Signing any false record, return, regulation, order, or other official document. | Yes | | 1 | | |
| | Making any other false official statement: | | | | | |
| | By a noncommissioned or petty officer | Yes | | 1 | | |
| | By any other enlisted member | | | | 3 | 3 |
| 108 | Selling or otherwise disposing of military property of the United States: | | | | | |
| | Of a value of $50 or less | | Yes | | 6 | |
| | Of a value of $100 or less and more than $50 | | Yes | 1 | | |
| | Of a value of more than $100 | Yes | | 5 | | |
| | Through neglect damaging, destroying, or losing, or through neglect suffering to be lost, damaged, destroyed, sold, or wrongfully disposed of, military property of the United States of a value or damage: | | | | | |
| | Of $50 or less | | | | 3 | 3 |
| | Of $100 or less and more than $50 | | | | 6 | 6 |
| | Of more than $100 | | Yes | 1 | | |
| | Willfully damaging, destroying, or losing, or willfully suffering to be lost, damaged, destroyed, sold, or wrongfully disposed of, military property of the United States of a value or damage: | | | | | |
| | Of $50 or less | | Yes | | 6 | |
| | Of $100 or less and more than $50 | | Yes | 1 | | |
| | Of more than $100 | Yes | | 5 | | |
| 109 | Wasting, spoiling, destroying, or damaging any property other than military property of the United States of a value or damage: | | | | | |
| | Of $50 or less | | Yes | | 6 | |
| | Of $100 or less and more than $50 | | Yes | 1 | | |
| | Of more than $100 | Yes | | 5 | | |
| 110 | Hazarding or suffering to be hazarded any vessel of the armed forces: | | | | | |
| | Willfully and wrongfully (See Art. 110(a)). | Yes | | | | |
| | Negligently | Yes | | 2 | | |
| 111 | Operating any vehicle while drunk or in a reckless or wanton manner: | | | | | |
| | Resulting in personal injury | Yes | | 1 | | |
| | Otherwise | | Yes | | 6 | |
| 112 | Found drunk on duty | | Yes | | 9 | |
| 113 | Misbehavior of sentinel or lookout: | | | | | |
| | In areas designated as authorizing entitlement to special pay for duty subject to hostile fire. | Yes | | 10 | | |
| | In all other places | Yes | | 1 | | |
| 114 | Dueling | Yes | | 1 | | |
| 115 | Feigning illness, physical disablement, mental lapse, or derangement. | Yes | | 1 | | |
| | Intentional self-inflicted injury | Yes | | 7 | | |
| 116 | Riot | Yes | | 10 | | |
| | Breach of the peace | | | | 6 | 6 |
| 117 | Provoking or reproachful words or gestures | | | | 3 | 3 |
| 118 | Murder. (See Art. 118.) | | | | | |
| 119 | Manslaughter: | | | | | |
| | Voluntary | Yes | | 10 | | |
| | Involuntary | Yes | | 3 | | |
| 120 | Rape. (See Art. 120.) | | | | | |
| | Wrongful carnal knowledge of a female under the age of 16 years. | Yes | | 15 | | |

ATTACHMENT C

¶ 127c        CHAPTER XXV

## TABLE OF MAXIMUM PUNISHMENTS—Continued

| Article | Offenses | Punishments | | | |
|---|---|---|---|---|---|
| | | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | Forfeiture of two-thirds pay per month not to exceed— |
| | | | | Years / Months | Months |
| 90 | Striking, drawing, or lifting up any weapon or offering any violence to his superior commissioned officer in the execution of his office. | Yes | | 10 | |
| | Willfully disobeying a lawful order of his superior commissioned officer. | Yes | | 6 | |
| 91 | Striking or otherwise assaulting, while in the execution of his office, a: | | | | |
| |    Warrant officer. | Yes | | 6 | |
| |    Noncommissioned or petty officer | Yes | | 3 | |
| | Willfully disobeying the lawful order of a: | | | | |
| |    Warrant officer. | Yes | | 2 | |
| |    Noncommissioned or petty officer | | Yes | 6 (mo.) | |
| | Treating with contempt or being disrespectful in language or deportment, while in the execution of his office, a: | | | | |
| |    Warrant officer | | Yes | 6 (mo.) | |
| |    Noncommissioned or petty officer | | Yes | 3 (mo.) | 3 |
| 92 | Violating or failing to obey any lawful general order or regulation.[3] | Yes | | 2 | |
| | Knowingly failing to obey any other lawful order.[3] | | Yes | 6 (mo.) | |
| | Being derelict in the performance of duties | | Yes | 3 (mo.) | 3 |
| 93 | Cruelty toward or oppression or maltreatment of any person subject to his orders. | Yes | | 1 | |
| 94 | Mutiny, sedition, failing to report, etc. (See Art. 94.) | | | | |
| 95 | Resisting apprehension | | Yes | 1 | |
| | Breaking arrest | | Yes | 6 (mo.) | |
| | Escaping from custody or confinement | Yes | | 1 | |
| 96 | Releasing, without proper authority, a prisoner duly committed to his charge | Yes | | 2 | |
| | Suffering a prisoner duly committed to his charge to escape: | | | | |
| |    Through design | Yes | | 2 | |
| |    Through neglect | | Yes | 1 | |
| 97 | Unlawful detention of another | Yes | | 3 | |
| 98 | Unnecessary delay in disposing of a case, or failing to enforce or comply with procedural rules. | | Yes | 6 (mo.) | |
| 99 | Misbehavior before the enemy. (See Art. 99.) | | | | |
| 100 | Subordinate compelling surrender. (See Art. 100.) | | | | |
| 101 | Improper use of countersign. (See Art. 101.) | | | | |
| 102 | Knowingly forcing a safeguard. (See Art. 102.) | | | | |
| 103 | Captured or abandoned property, failing to secure, give notice and turn over, selling, or otherwise wrongfully dealing in or disposing of: | | | | |
| |    Of a value of $50 or less | | Yes | 6 (mo.) | |
| |    Of a value of $100 or less and more than $50 | | Yes | 1 | |
| |    Of a value of more than $100 | Yes | | 5 | |
| | Looting or pillaging. (Any punishment other than death.) | | | | |
| 104 | Aiding the enemy. (See Art. 104.) | | | | |
| 105 | Misconduct as a prisoner. (Any punishment other than death.) | | | | |

[3] This punishment does not apply in the following cases:
    (1) If in the absence of the order or regulation which was violated or not obeyed the accused would on the same facts be subject to conviction for another specific offense for which a lesser punishment is prescribed in this table.
    (2) If the violation or failure to obey is a breach of restraint imposed as a result of an order.

In these instances, the maximum punishment is that specifically prescribed elsewhere in this table for the offense.

PUNISHMENTS

¶ 127c

## TABLE OF MAXIMUM PUNISHMENTS—Continued

| Article | Offenses | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | | Forfeiture of two-thirds pay per month not to exceed— |
|---|---|---|---|---|---|---|
| | | | | Years | Months | Months |
| 80 | Attempts.[1] | | | | | |
| 81 | Conspiracy.[2] | | | | | |
| 82 | Soliciting or advising another: | | | | | |
| | If the offense is not committed or attempted— | | | | | |
| | To desert | Yes | | 3 | | |
| | To mutiny | Yes | | 10 | | |
| | If the offense is not committed— | | | | | |
| | To commit an act of misbehavior before the enemy. | Yes | | 10 | | |
| | To commit an act of sedition | Yes | | 10 | | |
| 83 | Fraudulent enlistment: | | | | | |
| | Procured by means of false representation concerning, or failure fully to disclose, any detail of membership in, association with, or activities in connection with, any of the organizations, associations, movements, groups, or combinations listed in the enlistment documents proceed and noted at the time of enlistment. | Yes | | 6 | | |
| | Other cases of | Yes | | 1 | | |
| | Fraudulent separation | Yes | | 5 | | |
| 84 | Effecting an unlawful enlistment or appointment: | | | | | |
| | Of a person having membership in, association with, or activities in connection with, any prohibited organization, association, movement, group, or combination listed in enlistment or appointment documents. | Yes | | 6 | | |
| | Other cases of | Yes | | 1 | | |
| | Effecting an unlawful separation | Yes | | 5 | | |
| 85 | Desertion: | | | | | |
| | With intent to avoid hazardous duty or to shirk important service. | Yes | | 5 | | |
| | Other cases of— | | | | | |
| | Terminated by apprehension | Yes | | 3 | | |
| | Terminated otherwise | Yes | | 2 | | |
| | Attempted desertion: | | | | | |
| | With intent to avoid hazardous duty or to shirk important service. | Yes | | 5 | | |
| | Other cases of | Yes | | 1 | | |
| 86 | Absence without leave: | | | | | |
| | Failing to go to, or going from, the appointed place of duty. | | | | 1 | 1 |
| | From unit, organization, or other place of duty— | | | | | |
| | For not more than 3 days | | | | 1 | 1 |
| | For more than 3 days but not more than 30 days | | | | 6 | 6 |
| | For more than 30 days | Yes | | 1 | | |
| | From guard or watch | | | | 3 | 3 |
| | With intent to abandon | | Yes | | 6 | 6 |
| | With intent to avoid maneuvers or field exercises | | | | 6 | 6 |
| 87 | Missing movement of ship, aircraft, or unit: | | | | | |
| | Through design | Yes | | 1 | | |
| | Through neglect | | Yes | | 6 | 6 |
| 89 | Behaving with disrespect toward his superior commissioned officer. | | Yes | | 6 | 6 |

[1] Unless otherwise provided in this table, any person subject to the code who is found guilty of an attempt to commit any offense punishable by the code shall be subject to the same maximum punishment authorized for the commission of the offense attempted, except that in no case shall the death penalty be imposed nor the authorized period of confinement exceed 20 years.

[2] Any person subject to the code who is found guilty of conspiracy shall be subject to the maximum punishment authorized for the offense which is the object of the conspiracy, except that in no case shall the death penalty be imposed.

ATTACHMENT C

¶ 127c

substituting additional forfeitures, or hard labor without confinement, the accused will be adequately punished but will not be prevented from performing his regular duties.

(3) *Computation of period of unauthorized absence.* In computing time of absence without leave, any one continuous period of absence found that totals not more than 24 hours is counted as a day; any such period found that totals more than 24 hours and not more than 48 hours is counted as two days, and so on. The hours of departure and return on different dates are assumed to be the same if both are not found. For example, if an accused is convicted of an absence without leave from 0600 hours, 4 April, to 1000 hours, 7 April, of the same year (76 hours), the maximum punishment would be based on an absence of four days. However, if the accused is convicted simply of an absence from 4 to 7 April, the maximum punishment would be based on an absence of three days (72 hours).

(4) *Punitive discharges.* A bad-conduct discharge may be adjudged upon conviction of any offense for which a dishonorable discharge is authorized in the table. In determining whether a bad-conduct discharge is more appropriate than a dishonorable discharge, see 76c(3) and (4).

(5) *Automatic suspension of limitations.* Immediately upon a declaration of war subsequent to the effective date of this manual, the prescribed limitations on punishment for violations of Articles 82, 85, 86(3), 87, 90, 91(1) and (2), 113, and 115 automatically will be suspended and will not apply until the formal termination of the war or until restored by Executive Order before formal termination.

(6) *Arrangement of Table of Maximum Punishments.* The headings of the table and the descriptions of offenses therein are condensed for convenience of arrangement, are intended solely to identify the portions of this manual and the offenses to which they pertain, and do not define any offense. In the case of a discrepancy between a heading or description of an offense in the table and any other part of this manual, the other part shall be controlling. The descriptions of offenses do not purport to define either the elements of proof of (ch. XXVIII) or the form of pleading for (app. 6) the various offenses.

# TABLE OF MAXIMUM PUNISHMENTS
## SECTION A

| Article | Offenses | Punishments | | | |
|---|---|---|---|---|---|
| | | Dishonorable discharge, forfeiture of all pay and allowances | Bad-conduct discharge, forfeiture of all pay and allowances | Confinement at hard labor not to exceed— | Forfeitures of two thirds pay per month not to exceed— |
| | | | | Years | Months | Months |
| 77 | Principals.[1] | | | | | |
| 78 | Accessory after the fact.[2] | | | | | |
| 79 | Conviction of lesser included offense. (See 168 and Art. 79.) | | | | | |

[1] Any person punishable under the code who aids, abets, counsels, commands, procures, or causes the commission of an offense punishable by the code shall, unless otherwise specifically prescribed, be subject to the maximum punishment authorized for the commission of the offense.

[2] Any person subject to the code who is found guilty as an accessory after the fact to an offense punishable by the code shall be subject to the maximum punishment authorized for the offense to which he is an accessory, except that, if the death penalty is authorized for that offense, no case shall the death penalty be imposed nor the confinement authorized exceed more than one-half of the maximum confinement authorized for that offense, nor shall the period of confinement in any case, including offenses for which life imprisonment may be adjudged, exceed 10 years.

ATTACHMENT C