IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELVERT WASHINGTON, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| **AUTOZONER, INC.,** a Nevada ) | |
| **Corporation** ) | |
| ) | |
| **Defendant.** ) | |

<u>**AFFIDAVIT OF TIMOTHY M. HOLLY, ESQUIRE**</u>

STATE OF DELAWARE         :
                          :   ss:
COUNTY OF NEW CASTLE      :

TIMOTHY M. HOLLY, being duly sworn, does depose and state as follows:

1. I am an associate of the law firm of Connolly Bove Lodge & Hutz LLP, Delaware counsel to defendant, Autozoner, Inc. ("AutoZone") in this action. This affidavit places before the Court certain documents referred to in the Memorandum of Points and Authorities in Support of Defendant AutoZone's Motion *in Limine* filed concurrently herewith.

2. Each of the documents referenced below is among the documents that the plaintiff has stated that he intends to use as an exhibit at trial (with exception to the letter referenced in paragraph 8. For easy reference, the plaintiff's proposed trial exhibit number is referenced as "(#)" next to the exhibit designation. Thus, Exhibit A (6) refers to Exhibit A of this affidavit and relates to the plaintiff's proposed trial exhibit #6.

3. Attached hereto as "Exhibit A" (6) is a copy of correspondence pertaining to a sales performance appraisal dated 03/11/2000.

4. Attached hereto as "Exhibit B" (8) is a copy of a statement by Mr. Washington relating to racial incident dated 01/26/00.

5. Attached hereto as "Exhibit C" (11) is a copy of an undated memo relating to meeting with Dennis Carruth.

6. Attached hereto as "Exhibit D" (13-36, 39) are copies of documents relating to conduct that the plaintiff complained about in 2000, AutoZone's investigation of the plaintiff's complaint of 2000, and plaintiff's transfer request pre-dating August 2001.

7. Attached hereto as "Exhibit E" (48-52, 55-56, 58-59, and 61) are copies of documents pertaining to the plaintiff's submissions to the Delaware Department of Labor.

8. Attached hereto as "Exhibit F" (63) is a copy of a Lost Earnings chart for Melvert Washington, which was part of the report of Dr. David Black—the plaintiff's intended expert. Also included in "Exhibit F" is Dr. Black's letter dated July 11, 2005, which the plaintiff did not include among his proposed trial exhibits.

9. Attached hereto as "Exhibit G" (68-71) are copies of tax records of the plaintiff from years 2000-2001.

10. Attached hereto as "Exhibit H" (72-80 and 85) are copies of documents relating to the dismissed claim of differential treatment – failure to promote; and / or irrelevant earnings information of employees not involved in this litigation.

_____
Timothy M. Holly (Del. Bar No. 4106)

Sworn and subscribed to before me
this 23 day of January, 2008.

_____
Notary Public

Tanya L. Huselton
Notary Public
State of Delaware
My Commission Expires Oct. 26, 2008