# EXHIBIT A

# Plaintiff's Exh. 6

To: Director of Human Relations
Alison Smith
Dept: 8029

Address: 123 S Front Street
Memphis Tenn. 38103

From: Melvert Washington Jr.
319 Billy Mitchell Ln Apt 308D
Dover Delaware 19901
Phone 302-521-8796

Subject: Fair Treatment/ Harassment in the workplace/
Employee Comments referencing 03/11/2000 Sales Performance Appraisal

Director:

Please find enclosed a grievance letter dated 04\29\2000. On Wensday May 03,2000 I met with DM " District Manager Mr. Dennis Carruth concerning Mr. Ralph Findle. Mr. Carruth and I agreed that this matter should come to the attention of Autozone Human Relations for assistance in this matter.

Mr. Carruth during our meeting received copies of my 04/29/2000 complaints

Melvert Washington Jr

To: Dennis \ DM / Area Advisor / Store 1157/
Autozone Relations Department Manager

Fr: Melvert Washington JR. P/T Sales
Customer Service

Sub: Fair Treatment / Harassment in the workplace/
Employee Comments referrencing 03/11/2000 Sales Person Performance Appraisal

Content : 4 total pages

Date: 04/29/2000

I have been employed with Autozone beginning Sept 1999 to present. I am preparing this statement as a direct result of what in my opinion are attempts and motives by Mr. Ralph Findle to harass me, character assassinate me personally on the job , use of provoking remarks and underrate my abilities to perform my Autozone duties as a result to what I believe are Mr. Findles own biases and prejudicial opinion of myself .

Mr. Findle really began showing a dislike for me as a result when on one occasion he failed to arrive at 7:30 AM to open the 1157 Autozone as he and I were scheduled. At around 7:50 AM, I contacted Asst. Manager Mr. Frank Wilson at his home for instructions on who was going to open the store. Mr. Wilson advised me to contact the 1152 Dover store and advise my situation. Mr. Antonio Farley was contacted and later came to the store shortly thereafter. Mr. Findle did in fact arrive shortly to open the store.

On Occasion Mr. Findle has also slandered my good name making unprofessional comments to customers about my ability to perform my Autozone duties. Further, on one occasion, while I was pulling overstock Mr. Findle approached me and asked if I needed any help, I responded saying a lot of items aren't in the correct location. At that moment, Mr. Findle very loudly started shouting at me while pointing to the item concerned, saying, " the item is on the top shelf and if you open your eyes you can find it ". This incident occurred during the time period after Mr. Thomas Sheehorn "PSM" had just reorganized the overstock area. I mentioned Mr. Findles behavior to whom , at that time was Asst. Manager Frank Wilson for store 1157. It seems that sometimes in the early morning hours when Mr. Findle and I arrive to open the store, Mr. Findle is in a bad mood and attempts to intimidate and provoke me into a confrontation in which he will have the opportunity to use his managerial authority.

A good example is on one occasion as I arrived for work, Mr. Sheehorn PSM and Mr. Ralph Findle , were waiting outside the store beside the doors to open the store, as I departed my vehicle and joined Mr. Findle and Mr. Sheehorn, I commented to Mr. Findle " are you going to open the doors so that I can clock in and do my 30/30 / Witt Jr. and other duties Ralph? " Mr. Findle replied " Yea right" I responded "Ralph why are you always messing with me?" Looking directly at me, Mr. Findle responded in the presence of Mr. Sheehorn " BECAUSE I LIKE IT ". On Occasion Mr. Findle has also referred to Mr. Sheehorn as "Goofy" as well.

Mr. Findle, within the past 2 weeks attempted to provoke me by using a trigger word referring to me as a "LITTLE BOY " while on the sales floor of 1157. Mr. Findle did this as a direct result of my not wanting to respond to a comment made by Mr. Findle concerning the use of Autozone phones for personal phone calls. I felt at that time Mr. Findle was trying to provoke an argument that I wanted to avoid. The gist of this particular conversation was that the district manager " DM" Dennis said that it was ok to use the Autozone phones to make a personal phone call. Asst. Manager Frank Wilson was outside the store and as he reentered the store
I mentioned about Mr. Findles remark to Mr. Wilson during which Mr. Findle admitted to Mr. Wilson that he indeed did make the remark, However, that I had taken it out of context. The fact is that Mr. Findle did indeed make the remark however he may have intended its context to be taken .

Mr. Findle has really been harassing me concerning the use of AutoZone telephones since Mr. Joe Mannering, HP 302-378-8968 " who is a devoted Autozone customer complained to me personally on one occasion after in Mr. Mannering words " on two occasion's was unable to get Mr. Findle to wait on him, due to the fact Mr. Findle was on the parts counter phone and looking directly at Mr. Manering ignoring him while having a conversation with someone about a sandwich. When I approached Mr. Mannering and waited on him, afterward Mr. Mannering wanted to know Mr. Findles bosses name and telephone number to complain due to the poor customer service he received from Mr. Findle. It's my understanding that the DM Antonio Farley was contacted.

Mr. Findle also has been harassing me after DM Mr. Antonio Farley was made aware that Mr. Findle made a comment to the effect "that he didn't give a F_ _ _ about how the floors looked at the 1157 store .

ITEM # 1 WOW! CUSTOMER SERVICE

Mr. Findle comments on my Sales Person Appraisal that I don't promote Premium Products First. One of the first things then Asst. Manager Frank Wilson taught me was to always sell premium products first. I disagree with Mr. Findles comments because they aren't true. I agree with the " 3" rating, not the comments .

ITEM #2 SELLING

Mr. Findle rated me a "2" fails to meet job expectations. Mr. Findle indicates that I don't Promote Autozone premium products, I disagree, because I always use WITT JR with the brand, part number, alt part number and price, warranty, etc Quote premium first, normally the customer makes the final decision based on ability to pay. Mr. Findle makes no comments in this area.

#3 JOB KNOWLEDGE ITEM E and ITEM G

As I prepare these comments, To date, I have completed 12 out of 15 total test. Concerning concerning Item "E" I disagree with Mr. Findles rating of "2" and also his comments, As the DM, "Dennis advised me that as a part-time employee , I really was only required to complete only 4 out of 15 test .

Item "G"

The Autozone policy is clearly stated on the parts screen along with other information, all Autozone parts have a ninety-day warranty unless otherwise stated. I state this information to every customer. The return procedures are approved with receipt or with manager approval, a cores is returned anytime and I always check for damaged.

#4 Responsibility Item H

I only work 15 or less hours weekly including weekends. When I read my mail it is already full.

#5 Attendance Item C & D

I was very flexible when schedule changes occurred. and continue to be so.

When I was interviewed for this job, it was discussed that I had another fulltime job that might make it impossible for me to attend store meetings regularly.

When I began my employment with Autozone store 1157 September 1999, a total of 4 Autozoners were employed. On the day I was hired one Autozoner went home for lunch and never returned. At that time, and other times I was asked to work over and sometimes in addition to my regular shift. This I did at the request of Mr. Findle with little or no notice. Mr. Findle was even given my home phone and my cell phone as well. To this date, Mr. Findle has this information written on a small note pad which he carries in his shirt pocket. I have worked in the past as a part-timer for Mr. Findle as much as 30hrs weekly, this in addition to my fulltime job.

Mr. Findle always makes up his store schedule every Monday and at that time request go in for days off. I have even given Mr. Findle written request well in advance of any requested days off.

#6 INITIATIVE ITEM B& C

Mr. Findle indicates that I don't volunteer to do other task when not selling. I disagree and also the DM "Dennis" After consulting with the DM, Mr. Findles comments were lined out and initialed by the DM. The rating was also increased from "2" to "3".

#7 Teamwork Item A&B

A. Mr. Findle indicates that Im not a team player. I am not an individualist. I very much enjoy working and dealing with people, customers especially and fellow Autozoners.

B. I don't disrespect anyone, due to the fact that my mother and father didn't bring me up that way, and am very offended that Mr. Findle would consider such a thing.

#8 Mr. Findle makes no comments, However I do agree with the rating

Finally, Mr. attempted to intimidate me on 04/29/00. A man and his wife came into the store to say that a DL3218S starter had failed and would like to check on the warranty. I proceeded to look up the warranty by customer Phone # and to look the item up in WITT JR. After I located the correct chart to use for testing the damaged starter, I pulled the new starter off the shelf. At this point Mr. Findle approach the man and his wife and started taking over my customer. Then Mr.Findle picked up the damaged starter and shoved it toward me saying " here go test this starter" I did not care for his tone and the way he talked to me in front of the customers. At that point I said " Ralph I know what I'm doing, please let me do my job". Then right in front of the customer, Mr. Findle tried to discuss what he felt was my lack of job knowledge. I really didn't care for Mr. Findles tone of voice or his trying to discount me in the presence of the customer with his tone of voice and intimidating manner. I completed the damaged swap for the customer. I later approached Mr. Findle to ask him please let me help my customers , and if I require assistance that I would call on him. Mr. Findle interrupted me before I could finish what I was saying. I asked Mr. Findle to let me finish please. Before I could complete what I was saying Mr. Findle told me to shut up whenever he was talking, " I then asked Mr. Findle not to talk to me that way and not tell me to shut up. " Again Mr. Findle told me to shut up and that I was to punch out and go home. At that point I advised Mr. Findle that I was contacting the DM Dennis. Mr. Findle at that point got on the phone talking to someone about the incident I don't know whom he was talking to. I wasn't able

to make contact with the DM However, I did leave a voice message concerning the events that occurred on 04/29/00 . Mr. Findles conduct , verbal abuse , and harassment , and intimidating manner have created and uncomfortable working enviornment that I should not have to tolerate under any circumstances . Mr. Findle has even gone so far as to say " I want two weeks notice" .

I might also add that whenever Mr. Findle talks to me it's not with the same degree of cooperation, willingness, and respect he requires for himself. And I think its fair to say that I have asked the

DM Dennis to transfer me please to the Bear Delaware Store. The DM says its ok, if the manager of the Bear store manager Mr. Frank Wilson will agree to the transfer.

Further, I would like to add that for some strange reason, my sales performance data has disappeared from the computer. Mr. Findle says that he doesn't know what has happened to the data .

Finally, A good demonsration of my willingness to go that extra mile was displayed earlier last month in the following manner when a customer by the name of Mr. Lindsay " HP 302-659-1305 was waited on by me earlier last month. And this occurred during the end of my scheduled shift about two weeks ago. Due to the nature of my assistance, I was instructed by the Asst. Manager Mr. Wilson to clock out because my shift had ended. However, I continued to assist the customer in the parking lot off the clock because I had had not completed the task begun when I was instructed to clock out as schedualed . Asst. Manager Frank Wilson thought this noteworthy and submitted paperwork to the "DM" Dennis for my consideration of recognition. I would ask that the disposition of that consideration be researched.

Thanking you in advance for your consideration in this matter. I await your reply .

Melvant Washington Jr.

# EXHIBIT B

# Plaintiff's Exh. 8

2/17/ 37 8:11 P

CSR RECON REPORT **AutoZone 1157** 01/26/2000

## Recons For 01/26/2000

| Sign Off Time / Variance | CSR Number |
|---|---|
| | 42 |
| 12:27:20<br>10.00 | + |

DEPOSITION EXHIBIT Washington-7 PENGAD 800-631-6989

Refused To Sign

X Sign

At 12:25 noon

Also Frank instructed me at 12:25 to let Eric Pull my register down because it was time for me to go home and Prepare for my Next shift. I did in fact ask Frank to put his Manager number in my Register, so That I could pull my register down, And it was Franks idea that I Eric Pull the Register. Frank in fact [illegible] Eric to pull the register in my Presence. I Left the Store at 12:30 noon

I dont have a problem signing Any CSR Report that is generated concerning My register, However, I always count my drawer prior to the start of my shift, and I was unable to do so in this matter due to the fact Frank Wilson Placed the Drawer in My Register while I was in the back unloading containers containing stock. I'm Hesitant about this matter do to the fact this store has had several past problems concerning Register shortages and overages. In the Past Frank always gives me my register and I count it for $300.00.

# EXHIBIT C

# Plaintiff's Exh. 11

People to call

John O'Keefe
NCB Management
1-800-838-1110
Ext 333

M [illegible]
Protection
302-739-5387
Ext 231

Capital One
[illegible]
[illegible] Ext
[illegible]

OCWEN

Frank Hernandez
800-[illegible]-3255
ext [illegible]550

Call Autozone
1800 510 1033

DEPOSITION EXHIBIT
Washington-8
PENGAD 800-631-6989

Dennis Carruth : Director / Alison Smith Dept.
Attn: 8029
123 S Front St
Memphis Tenn. 38103

Met W/ Dennis on 5/4/2000 at 1145 AM to 1245 PM
Dennis said he is turning information over to Human Relations Dept. and let them handle it

D-00042

Chuck Tucker

653-3553 HP

302 653-1364
work

in Ref To yell at
employ

