# EXHIBIT D
# PART 2

# Plaintiff's Exh. 25

# MEMO NOTE

TO:      Mr. Brian Paduano, Autozone Store Manager, 1157
         Emanuell Kitchen, DM, 1157 Autozone Store Manager

FROM:    Mr. Melvert Washington Jr.
         Part-time Sales Personnel - 1157
         302.521.8407

SUBJECT: Schedule Flexibility

DATE:    September 25, 2000

Dear Sir,

    With all due respect, you are aware this store has undergone many personnel changes all of which I'm sure are in the best interest of Autozone.

    Mr. Richard Robinson, the former 1157 DM, was good enough to meet with me on August 2000, in order that I might request and share my availability in terms of Autozone having a flexible schedule that I might request.

    It was discussed at that time I am and was prior to becoming employed with Autozone employed full time. However, I would be able to work *Monday - Friday 7:30 a.m. - 1:30 p.m. and on Saturdays and Sundays I would be available to open and work until 3 p.m. or 4 p.m. In addition, if I required time off weekends or weekdays that I would make a request.*

    Finally, I am writing, this letter for any forthcoming and presently acting managers and District Managers concerning Store 1157, addressing my scheduling concerns as not to conflict with my personal needs and the needs of Autozone. Thank you for your attention in this matter. If you have any further questions or concerns please don't hesitate to contact me.

Respectfuly,

Melvert Washington Jr.
Melvert Washington Jr.

# Plaintiff's Exh. 26

I, _Richard Charlettenion_ D.O.B. 06 10 181 AGE _19_ SS# ___

ADDRESS _73 Clearview Ave    North East MD 21_

PHONE # _(410) 287-3695_ HEREBY GIVE THIS VOLUNTARY STATEMENT TO _Ron Wertz_

_Regional Loss Prevention Manager_ AT _1860    303 east pulaski Hway Elkto_

ON _9/29/00_ at _11:05_ AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT TH
OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AI
FREE TO LEAVE AT ANY TIME. ( )

Q – Denotes a question asked by: <u>Ron Wertz, Regional Loss Prevention Mgr.</u>

A – Denotes an answer given by: _Richard C Henion_

**Q What is your position with AutoZone?**

A. _Parts Manager_

**Q. What is your date of hire?**

A. _10-3-99_

Q Did you write a statement for Shaun Permelia on 9/19/00 concerning issues about Mel Washington?

A: I rewrote a statement

Q Where is the original statement?

A: Shaun kept it.

Q Did Shaun dictate it or did you copy it?

A: Dictated it.

Q Why did Shaun write a statement in the first place?

A: If its a problem put it in writin is what i told them. Because it was a constant complaint from the employees to me.

Q Why didn't you refer this to LP or HR?

A: I did leave VM with DM Fromview Kitchen and VM to Ron Wertz LP Then

SIGNED _____ TIME _11:15_ AM/PM. DATE: _9-29-00_

WITNESS _Ronald Wertz_ TIME _11:15_ AM/PM. DATE: _9/29/00_    Pg _1_ of _5_

Washinton

contacted HR Hizeem Sikandar on
He was the only one to cont.
me. Was contacted By LP
Ron Wertz later in the day.

Q: Were the statements already done when the above people
called back?

A: They were done before Anyone
called back.

Q: What are your personal observations about any School
out 115??

A: I would be approached by
Mel Washington in the mornings
and recive complaints from him.
He would say things like the
guys around here dont do shit
they leave all the work for
me and i'm getting tired of it.
He would call me on my
cellular phone and complain about
how someone didnt mop the floor
or sweep. He had made the
comment to me one morning after
complaining about Shawn P. "It wouldn't
take to much to get someone on the
street." He would get into verbal
altercations with other employess
about how they never did anything
around there, and i would have to

D: _____  TIME 11 25 AM/PM. DATE: 9-29-00

WITNESS _____ TIME 11 25 AM/PM. DATE: 9/29/00    Pg 2 of 5
                                                       Wash cont

break them up. Then he would
take me aside, in the back
room or in the office and
tell me i should not write them
up for not doing what they are
supposed to do. He would make
comment's like Shaun really
make me made because he do
do Anything, and im not going t
put up with it Anymore.

Q who did he get into Verbal altercations with that you
had to step in and break up?

Shaun P. O was being talked to by
Mel and i was down At the othe
end of the parts counter and heard
them. Mel was saying "you guys do
do anything around here and leave m
with all the work to do, Shaun said
we do things around here. they
went back and forth like this for
a couple minutes and their voices
Started getting higher so i started
to approach and they split up
mel went twoards the back ra
and Shaun turned to me and
Said "do you see what i mean". Sh
had Approached me numerous times
telling me about how Mel wou.

SIGNED _____   TIME 11:35 AM/PM. DATE: 9-29-00

WITNESS _____   TIME 11:35 AM/PM. DATE: 9/29/00     Pg 3 of _

**STATEMENT**

come up to him and start
Arguing @ with him about how
he needs to do something around
here and Stop putting all the wo
at on him.

Q were there other times w/ other employees where you had
to break it up?

A: He got into an argument
with Robert baker about how not
is being done around here, they arg
for about a minute and Rob
just walked away from him.

Q Was there any problem about work not getting done
at night and the morning shift having to pick up
the extra work?

A: I closed most of the nights
and knew that most of work was
done but he somehow he found som
that would'nt be done and he would
come to me complaining that Rob didn't do
this, or Shaun should have done.

Q Has anyone ever made statements to you at 1157 that
made you feel threatened?

A: Mel Washington made the stateme
to me once in the office at 1157
"it would'nt take much to get someone
out on the street." I've had people
taken out of here and I can do it Aga

SIGNED _____    TIME 11 50 AM/PM. DATE: 9-29-00

WITNESS _____    TIME 11:50 AM/PM. DATE: 9/29/00    pg 4 of 5

Q When did this happen?

A. On a wednesday About 2½ weeks ago before the statements.

Q Did any of the mgt counsel Mel and ask him to stop complaining to the other employee?

No. I believe that the mgmt crew was in fear of their Jobs if he told Him to stop complaining, or even if they told him to do something because of what happened to Ralph and Denny.

Q Do Have anything else to add?

In my time their i felt threatened by Mel with the comment he made, and the y way his attitude twoard other coworkers and people was.

TIME 1155 AM/PM. DATE: 9-29-00

'NESS  TIME 11.55 AM/PM. DATE: 9/29/00  Pg 5 of 5

# Plaintiff's Exh. 27

STATEMENT

I, Brian Paduano D.O.B. '7 7 AGE 29 SS#

ADDRESS 142 Antlers Lane Bear DE 19701

PHONE # (302) 832-1294 HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

_Regional Loss Prevention Manager_ AT 1157

ON 10 3 00 at 3:15 AM PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (DAY)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Brian Paduano .

**Q What is your position with AutoZone?**

A. Manager

**Q. What is your date of hire?**

A. August 2000

Q. How long have you been the Store Mgr at 1157?

A. 10 Days

Q. Have you noticed any problems with or between the employees of 1157?

A. Yes 1 Employee Mel Washington, on Tues 9/28/00 we arrived at team for Inv. Mgt and Mel confronted me about his schedule and gave me a list of his availability stating "No one else clocks so he should get the most hours of the part-time employees. This preceed by 3 phone calls to my house on my days off concerning this same issue. When I mentioned to him we are over hours as it is and a lay-off was an outside possibility he became confrontational stating that I would choose him. I felt he was trying to bait me in saying this.

SIGNED_____   TIME 3.22 AM PM  DATE: 10/3/00

WITNESS _[signature]_   TIME 3.22 AM PM DATE: 10/3/00   Pg 1 of 3

Q What do you mean by "I would choose him" statement?

A = I had made a casual comment that "everyone wants hours but I don't have them to give, and I said that I may have to lay some one off in worst ca scenario". At this point Mel started asking "who will it be" I told him it was just a comment and it wasn't a strong possibility or option at this ti he continued to ask repeatedly who I would lay off at which point I said you are trying to bet me to say something I haven't even thought about at this poin Mel said its me right I did not answer I walke away.

Q Did anything else happen?

A: Yes Mel spoke at length about his past situation involving prior management and focused on the poin that alot of things were said to him and he was treat unfairly and how he basically had the manager fired he also mentioned that the district manager was terminated because of the situation. I asked him why are you telling me and he replied he just wanted t let me know at which point I said "I don't care what happened then I am here now we all have a fresh start so just come to work do your job a go home. This conversation made me feel awkward and almost threatened to a point where I felt he was telling me this to let me know he can be after me also.

Q What happened next?

A: I have him TAL Hours he wanted and on monday 10/2 he came To work at 7:30 AM and left at 8 AM complaining of SHOULDER pain.

Q Do you have anything else to add?

A: I feel an uncomfortableness in THE STORE WHEN Mel is here between Himself and THE OTHER Employee No one speaks to each other or works with each other unless absolutely necessary.

Q Were you treated fair during this interview with no threats or promise made?

A: Yes

GNED _____ TIME 340 AM/PM DATE: 10/3/00

WITNESS _____ TIME 3:40 AM/PM DATE: 10/3/00    Pg 3 of 3

D-00068

# Plaintiff's Exh. 28

I, _Robert J. Baker_ D.O.B. _____ _81_ AGE _19_ SS# _____

ADDRESS _228 Alley Corner Road Smyrna, DE 19977_

PHONE # (_302_) _653-5995_ HEREBY GIVE THIS VOLUNTARY STATEMENT TO _Ron Wertz_

_Regional Loss Prevention Manager_ AT _____

ON _10 03 00_ at _12:15_ AM/**PM** THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (_RTB_ )

Q – Denotes a question asked by: _Ron Wertz, Regional Loss Prevention Mgr._

A – Denotes an answer given by: _Robert Baker, CSK_ .

**Q What is your position with AutoZone?**

A. _Full Time CSR_

**Q. What is your date of hire?**

A. _July '00_

Q Did you give a statement to Rick Henson on 9/9/00 concerning Mel Washington?

A. Yes

Q What brought this about?

A. Thinking of what comments Mel had made in the past made me want to say something about it.

Q Did Rick suggest you write the statements?

A. It was our idea (the employees) to write the statements.

Q Then Rick just took statements about your Concerns?

A. Yes

Q What problems are concerning you?

A. Mel came to me one day and said if he had to do tasks that weren't done, then he would go to the DM or LP and say that the tasks were done the night before. I took this as a threat to myself, as well as others.

SIGNED _Robert J. Baker_ TIME _12:30_ AM/**PM** DATE: _10/03/00_

WITNESS _Ronald Wertz_ TIME _12:31_ AM/**PM** DATE: _10/3/00_ Pg _1_ of _3_

D-00071

Q Were any of the tasks done?

A. I opened on the morning he told me this. I had worked the morning before also. Even though I didn't close the night before, I knew the tasks were done just by looking. The only thing not done was the bathroom.

Q Did you tell Mel you didn't close the night before?

A. Yes and when I told him he said, "I don't care. But I'll tell him anyway"

Q Did Mel say why he would tell?

A. He said he was tired of doing tasks.

Q You mentioned that you took this as a threat to yourself as well as others? Why?

A. It seemed to me that he was trying to get me or someone else in trouble for not completing tasks.

Q Did Mel say anything else that made you feel threatened?

A. Not to me.

Q You recent mentioned Mel stared at you - Please describe this situation?

A. The rest of that day while I would be doing some midday fronting or helping a customer, he would be standing across from me somewhere staring at me. This was a very stern stare that might be considered scary. I know it worried me a little, or gave me chills.

Q Did you say anything to Mel about it?

A. No

Q You said Mel makes phone calls that contain foul language and he ignores customers - Please expla[in]

GNED _Robert T Cooke_     TIME 12 : 45 AM/PM DATE: 10/3/00

WITNESS _Thomas Woods_     TIME 12:45 AM/PM DATE: 10/3/00     Pg. 2 of 3

A. Mel will make phone calls and talk for a while. Sometimes a phone call comes in and it is for him and he is on there for long periods of time.

Q. What do you mean by a period of time?

A. He stays on the phone talking to someone who one can tell is not a customer. He's on there for sometimes 15 minutes, sometimes less, and sometimes more.

Q. Have you said anything to Mgt about this?

A. Yes, I mentioned it to Tommy Shehorn.

Q. Please describe How Mel ignored Customers?

A. When a customer walked in the doors Mel looked at the doors and looked the other way and continued to talk.

Q. How many times has this happened?

A. Whenever I work with him, I can say it is at least 10 times.

Q. Please describe the foul language?

A. One particular phrase I heard was "I'll get your shit motherfucker." He was on the phone nearest to the doors. There were customers in the store at this time.

Q. Who was it that said Mel said he was going to start writing you all up?

A. Pilar Sanchez mentioned this. However we talked later and the words he used were that he would get us written up.

Q. Do you have anything else to add? Also, when did this all occur.

A. No. All this occurred in the month of September of 2000.

Q. Were you treated fairly during this interview with no threat or promise made to you?

A. Yes.

SGNED _Robert T. Pate_   TIME 1:03 AM/PM DATE: 10/03/00

WITNESS _Amad West_  TIME 1:03 AM/PM DATE: 10/3/00   Pg 3 of 3

D-00073

# Plaintiff's Exh. 29

I, _James Zambrano_    D.O.B. _____/178 AGE 22 SS# _____

ADDRESS 120 ½ W Water St   Dover DE  19904

PHONE # ( 302 ) 734-8608 ____ HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager__ AT _1157_____

ON 10/3/00 at 2:45 AM/PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. ( ____ )

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _James Zambrano_____.

**Q What is your position with AutoZone?**

A. PSM

**Q. What is your date of hire?**

A. Feb. of 2001

Q Did you witness and sign a statement by Shown on 9/14/00?

A Yes

Q Why was the statement written?

A. I have no idea

Q Have you personally had any problems like those written in the statement?

A No

Q In the statement Shown said Mel Washington said something to him while Mel was walking away and you were walking toward them? What did he say?

A I am not sure what was said but sounded like he said something about "Fired."

Q But you did not hear anything else?

A. No

SIGNED _____    TIME 2 :53 AM/PM  DATE: 10-3-00

WITNESS _____   TIME 2:53 AM/PM DATE: 10/3/00   Pg 1 of 2

D-00074

Q Have you ever personally heard Mel say anything to anyone about being fired?

A Yes I heard him say that all he had to do is pull out his pen and paper to get someone fired

Q Do you remember who he said that too?

A No I was in one of the isle's didn't see who he was talking to

Q Have you witnessed any problems between any of the employees?

A. no

Q Do you anything else to add

A no

Q Were you treated Fair during this interview with no threats or Promises made?

A Yes

GNED _____   TIME 3 : 05 AM/PM DATE: 10-3-00

WITNESS _____   TIME 3:05 AM/PM DATE: 10/3/00   Pg 2 of

D-00075

# Plaintiff's Exh. 30

### STATEMENT

I, _Shaun Permlie_ _____ D.O.B _____ 78 AGE 22 SS# _____

ADDRESS _5010_ _Halletts_ _cr R13_ _Clayton_ _De_ _19938_

PHONE # ( 302 ) 653 - 0260 _____ HEREBY GIVE THIS VOLUNTARY STATEMENT TO   Ron Wertz

_Regional Loss Prevention Manager_ AT _1157_ _____

ON 10 / 4 / 00 at 12:15 AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. ( SP )

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _Shaun_ _Permlia_ _____.

**Q What is your position with AutoZone?**

A. _full Time_ _sales_ _____

**Q. What is your date of hire?**

A: _8/03/00_

Q Did you have Rick Henion write a statement for you on 9/19/00?

A: yes

Q What brought this about?

A Had some concerns about the motor, I went to Rick

Q. Who's idea was it to write the statement?

A: Rick

Q What were your Concerns?

A. Mel Ohitude and some Incidents with mel

Q What incidents?

A. One day I was helping a costomer, I went to the back To get a power steering hose for the costomer, mel followed me back and asked me what was my problem, But first he asked me what was I doing, I told him I was helping a costomer, Then he asked me what was my problem, I didn't reply to mel

SIGNED _Shaun Permlie_ _____  TIME 12:26 AM/PM. DATE: 10/4/00

WITNESS _Ronald Wertz_ _____ TIME 12:26 AM/PM. DATE: 10/04/00   Pg 1 of 3

and I went Back To Doing what I was Doing. Then Mel
started Talking about Brandon Dier a Bomer employee who was
fired. Mel said That I can Take people Jobs and Take Them off
The streets. At That time I said I Try not To get Involved In so
of The shit That goes on in here. At That Time paul Started Towards
The Back. Mel Started To woke away I hord him mumble
you Dumb white muthe fucker. Paul asked me what was going on I said
nothing.

Q In Ricks statement it said you after Mel asked
what are doing, you replied you were helping a
Customer and then Mel said "What's your problem?"
and you replied "What do you mean?". Is This Correct

A No I didn't Reply That, I am Just going By what I can Remember.

Q Why is it in the first statement?

A Rick was with Telemont he must have miss hurd what I said.

Q Did mel Say you had an attitude?

A yes mel Did say That I had an attitude problem and he
didn't like It.

Q Do you have anything else to add?

A yes I have a problem with mel Tell The customers That ask
for me. He says are you sure you want To go Through w/
That! makes me fell That I am worthless or I Don't Know what
I am Doing

Q anything else?

A yes, mel gives very evil looks at me all The Time All most like
he is Trying To stare you Down. I have seen mel do This To
Bob and some Times shane & paul

SIGNED Shawn Permelie                    TIME 12:50 AM/PM. DATE: 10/4/00

WITNESS [signature]                    TIME 12:50 AM/PM. DATE: 10/4/00          Pg 2 of 2

Q How do the stares make you feel?

SP

A, When mxL stores at me I feel Like h— wont's To come over and Beat me To death or come over and Kill me!

Q Anything else?

A : no

Q Were you Treated fair during this enterview with no threats or promises made to you?

A : yes

Shaun

Purmelia

GNED Shaun Purmelia    TIME 12:55 AM/PM. DATE: 10/4/00

WITNESS Amael Wels    TIME 12:55 AM/PM DATE: 10/4/00    Pg. 3 of 3

D-00076

# Plaintiff's Exh. 31

STATEMENT

I, _Thomas Wayne Shehorn_ D.O.B. _165_ AGE _35_ SS# _____

ADDRESS _742 Fox Hole Rd. Camden, Del. 19934_

PHONE # (_302_) _492-2127_ HEREBY GIVE THIS VOLUNTARY STATEMENT TO  Ron Wertz

_Regional Loss Prevention Manager_ AT _____

ON _10/4/00_ at _1:08_ AM/PM THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (T.W.S)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: _Thomas W. Shehorn_

**Q What is your position with AutoZone?**

A. _Parts sales manager_

**Q. What is your date of hire?**

A. _May 11, 1998_

Q Did you write a statement on 9/19/00 concerning Mel Washington? T.S

A. Yes I did write a statement about Mel Washington

Q What brought about this statement?

A. The problems with Mel was building up.

Q Did anyone ask you to write the statement?

A. No I wrote the statement on my own free will

Q In the statement you said Mel complained about the closes. Please explain?

A. He said everyones is putting all the work on he and he takes a long time pulling the over stock.

Q Is it true that he has to do everyone elses work? Are the other employees not pending their Tasks?

A. No its not true. 99% of the time the work is done. What Mel is complaining about small Things.

SIGNED _Thomas W Shehorn_ TIME _1_ : _20_ AM/PM DATE: _10-4-00_

WITNESS _Ahmad Abdel_ TIME _1:20_ AM/PM DATE: _10/4/00_  Pg _1_ of _3_

Q. you said he takes a long time pulling the overstock? What do you mean?

A. one day I gave him the over stock to pull. it was about ten things on the sheet. it took him 30 min. to pull it. I gave it to him. at 7:30 AM. and he finished at 8:00 AM. he take too long to do the overstock as it consistent every time we open.

Q. Why is the length of time Mel spends on overstock important to this situation?

A. He complain about everybody else about the work that is not getting done. he is putting more work on the other workers by taking long time on the overstock.

Q. In your statement you said Mel said something about having everybody job. Please explain?

A. he said he will have everybody job. he will have his lawyer contact some one higher up in the company if I don't do anything about the task getting done. he said I can have your job to.

Q. How did make you feel?

A. It made me feel like he was the manager and I was the worker and I felt that I wanted to go home and don't come to work.

Q. you stated Mel Cursed to you about the tasks. What did he say?

A. he was using M.F this and M.F that. it was consiste all day long. it was when customers wasn't around a I don't need this in n around the store or me.

SGNED _Thomas Shehoen_____ TIME _1:45_ AM/PM DATE: _10-4-00_

WITNESS _____ TIME _1:45_ AM/PM DATE: _10/4/00_    Pg _2_ of _2_

D-00079

Q. Is there anything else you want to add?

A. No there not.

Q. Were you treated fair during this interview with no threat or promises made?

A. Yes Sir I was treated fair in this interview.

*Thomas W Shahan*

GNED _Thomas W. Shahan_ TIME _1_:_47_ AM/PM. DATE: _10-4-00_

WITNESS _Manuel Utz_ TIME _1:47_ AM/PM. DATE: _10/4/00_   Pg. _3_ of _3_

D-00080