# EXHIBIT D
# PART 3

# Plaintiff's Exh. 32

STATEMENT

I, Melvert Washington Jr. D.O.B. 1 53 AGE 46 SS#

ADDRESS 319 Billie Mitchell LN Apt 308D

PHONE # (302) 521-8407 HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager AT 1157

ON 10 / 13 / 2000 at 1041 (AM)/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (_____)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Melvert Washington Jr.

**Q What is your position with AutoZone?**

A. Parttime Sales

**Q. What is your date of hire?**

A. Sept 1999

Q Have you ever talked about the incident that happened between the old Mgr, DM & you?

A. No I have never discussed the above mentioned incident with anyone in any way.

Q Have you ever said to anyone "all I have to do is get out my pencil & people leave" or something like this?

A. No I never did make any statement to anyone in anyone in any shape or form, to that effect.

Q Have you mentioned the prior incident to anyone?

A. Yes I did mention the "boy" incident to Brian concerning Ralph Findle. But it was only after Shawn made his "your boy comment to me. I wanted him to understand that this term or word "Boy" had been directed towards me before and I

SIGNED [signature] Melvert Washington TIME 10:51 (AM)/PM. DATE: 10/13/00

WITNESS [signature] TIME 10:54 (AM)/PM. DATE: 10/13/00 Pg 1 of 2

Wash-016

wanted Brian to understand how I feel concerning my feelings. Other than that, I n mentioned the Prior incident before.

Q: Have you ever had any problems with an employee to which you said "I can get you fired by talking to someone higher up"?

A. No I never did, that would be a threat and I would never threaten anyone in that manner concerning the above mentioned comme

Q Do you have anything else to add?

A. I can really appreciate Ron & Ezeems difficu position. And thank them both for giving me the benefit of the doubt. I would never offend the friendship and trust that I feel and have with Ron and Ezeem.

SIGNED [signature] TIME 11:04 AM/PM. DATE: 10/13/00

WITNESS [signature] TIME 11:04 AM/PM. DATE: 10/13/00 Pg 2

1 Inch - 017

# Plaintiff's Exh. 33

## STATEMENT

I, Shaun Kmelic D.O.B. 1 78 AGE 22 SS#

ADDRESS 2812 Hallets Ct 60 Clayton De 19975

PHONE # (302 ) 653-0710 HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager AT 1157

ON 10 / 18 / 00 at 12:35 AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THR OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. ( SK )

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Shaun Kmelic.

**Q What is your position with AutoZone?**

A. Sales

**Q. What is your date of hire?**

A. Aug 2000

Q Did you make a remark to Melvert Washington in which you used the word Boy?

A: yes

Q what was the remark?

A The costomer was on The phone with me Because he left a part in The store That MEL had in his possesion Then I said yes your Boy said To come in and get IT The reason I said That was Because I Thought They were friends And Boy ~~was~~ (I said) was slang word for friend.

Q Did you mean this racially?

A no not at all.

SIGNED Shaun Kmelic TIME 12:40 AM/PM. DATE: 10/18/00

WITNESS [signature] TIME 12:40 AM/PM. DATE: 10/18/00 Pg 1 of 1

Wash-026

D-00094

# Plaintiff's Exh. 34

# Memo for Record

**TO:**      Mr. Melvert Washington Jr.

**FROM:**    Ms. Sandra Surman

**DATE:**    October 11, 2000

**RE:**      **UNPROFESSIONAL CUSTOMER SERVICE**

**CC:**  Store Manager, AUTOZONE, Smyrna, DE
Personal File

I am writing this is a statement as a follow-up to today's incident for my records and on the behalf of Mr. Melvert Washington Jr. On October 11, 2000, at 12:08pm. I Sandra Surman made a phone call to AUTOZONE, Smyrna, DE. A man answered the phone and identified that I had called AUTOZONE, and his name was Shaun. I then ask to speak with a friend of mine Mr. Melvert Washington. He hesitated and then told me that "Mr. Washington was no longer employed there". I said "OK" "Thank You" and hung up.

At this point I was really confused, then started to get worried and upset because my caller I.D. on my cell phone, had identified that Mr. Washington had called from AUTOZONE (3026591562) at 10:04am on October 11, 2000.

I was on my way out of town on some business, and I needed to speak with Mr. Washington regarding some business matters. I then proceeded to try and reach Mr. Washington several times at his home and on his cell phone and could not reach him.

At 1:30pm Mr. Washington called me back, the first thing I ask was "why was I told that he was no longer employed at AUTOZONE." I told him what happened and who I had spoke with. He immediately asked me to speak with the Manager regarding the incident.

I then spoke with the Manager, Paul, and told him about the conversation that took place earlier between Shaun and myself and also stated that "I felt it was not right". The manager told me he would speak with Shaun. The conversation with Mr. Washington, Manager and myself was over.

I would also like to mention that I spoke with Melvert Washington later on the evening of October 11, 2000 and Mr. Washington mention that he called back to AUTOZONE and spoke with the Assistant Manager, Tom Sheehorn regarding the conversation that took place between myself and Shaun. Mr. Sheehorn stated that Shaun was going to apologize, and that he claimed he had misunderstood what I had said and thought I had asked for a Charles Watkins. I do not know this person, never heard of this person, and I do not see any similarities to the two names. I don't see any explanation that Shaun can offer in his defense.

Finally, I have called for Mr. Washington on other occasions, it seems that Shaun always has a problem understanding me when I call for Mr. Melvert Washington. I do not seem to have this problem with anyone else. This time I feel that he has gone over the line. Please feel free to contact me 302.423.8773 if you have any further questions.

# Plaintiff's Exh. 35

# Memo for Record

**TO:** Mr. Azeem Sikandar, Regional HR Manager

Mr. Emmanyel Kitchen, New York City District Manager
New York City Region

Mr. Brian Paduano, Store Manager
AUTOZONE Store Manager 1157

**FROM:** Mr. Melvert Washington Jr.

**DATE:** October 12, 2000

**RE:** **TRANSFER REQUEST**

On October 9, 2000 a customer came into AUTOZONE to purchase a Tie Rod End for his vehicle. After having purchased his part the customer left the store, but later returned to say that the part was incorrect. However, the part was correct, in fact the customer needed a Tie Rod Press Tool, which myself and Mr. Brian Paduano explained could be rented and then returned for refund after the job was completed to get a refund.

The customer however didn't have sufficient money to rent the Tie Rod Press Tool and promise to return later. The customer mistakenly forgot a rubber boot from the Tie Rod-end, and placed a call to the Smyrna AUTOZONE to inquire if we found his boot.

Mr. Shaun Permelia, answered the phone and told the customer, and I repeat verbatim "Your boy has your part", while looking at me. It should be noteworthy that their was no conversation going on between Shaun and I prior to his remark. After Shaun got off the phone, I approached him and said, Shaun I don't want to hear anything about me being anybodies boy again, OK? Shaun then turned to me and said Melvert I don't know what you're talking about. I then repeated myself, saying that I didn't want to hear that remark again. At that point Brian Paduano, who was standing at the last parts counter computer said, "the both of you knock it off and go your separate ways." That was the end of that.

EXHIBIT B

D-00437
Washington v. AutoZone

Brain then went to Macdonalds to get lunch. As Brian sat in the manager office I talked with him concerning Shaun's remark. Brian said he really didn't share my feelings concerning Shaun referring to me as "your boy" But that he would talk with Shaun. To date I don't know if Brian has talked to Shaun regarding his remark "your boy". Also Brian said he wasn't going to write Shaun up. I never ask Brian to write Shaun up, and I feel I should mentioned that its not my place nor would I try to tell this man how to do his job.

I took this opportunity to ask Brian for a transfer, and Brian said to me nobody wants you or will take you at the Dover Store 1152. He said he would try to contact the Milford 1153.

I feel as though I'm being black balled, or labeled as a result of what happened to the last store manager and DM of store 1157. I would please like a transfer. When Mr. Richard Robinson, former DM of 1157 took over for Mr. Dennis Curruth. I had the option of going to the Dover store 1152. Mr. Richard Robinson welcomed my presence due to his sudden loss of personnel and I felt things would be better at 1157 after management changed.

Considering everything concerning Mr. Permelia, I would respectfully request a transfer. The Dover store is closer to my home and I don't feel comfortable, working in the environment that Mr. Permelia has created. His remarks are unwarranted and disrespectful. And his unprofessional telephone manners leave a lot to be desired. It's no secret, that referring to any African American male as "boy" carries racial overtones and racial labeling effects. He has single handily instigated two incidents alone this week as mentioned in this memo.

It clear to me now that I made a big mistake when I didn't exercise my option to transfer earlier to the Dover store 1152. However, at this time I would like a transfer, please.

Finally, I have left at least two voice messages on Mr. Kitchens' voice mail requesting that he return my call. Mr. Paduano has advised me that Mr. Kitchen will not return my calls and that any concerns must be addressed by Mr. Paduano. Today Mr. Kitchen called the 1157 store and I greeted him on the phone. At that time I had no idea whom I was speaking with. Mr. Kitchen asked to speak with the manager and I transferred the call to Paul. Prior to their conversation ending Paul mentioned that he was speaking with Mr. Kitchen on the phone. I asked Paul if I could speak with Mr. Kitchen at the end of his conversation and Paul said that Mr. Kitchen said "No, talk with Brian and he (Mr. Kitchen) would get with Brain. My main concern is to request a transfer. I eagerly await your reply. Please feel free to contact me at 302.521.8407.

# Plaintiff's Exh. 36

# Facsimile Transmittal Cover Sheet

*Melvert Washington Jr.*

*Fax: 302 674 5751*

*Dover, Delaware*

Date: Oct 16, 2000

Attention: Mr. Azeem Sikandar, Regional HR Manager

From: Melvert Washington Jr.

Number of pages sent (including this cover): 3 Pages

Comment(s):

Mr. Sikandar,

Please disregard the letters that you received from myself on Oct 13, 2000 during our meeting. Corrections have been made, and the following letter that you received via this fax are the corrected copies to consider

DEPOSITION
EXHIBIT
Washington-26

# Memo for Record

**TO:** Mr. Azeem Sikandar, Regional HR Manager

Mr. Emmanyel Kitchen, New York City District Manager
New York City Region

Mr. Brian Paduano, Store Manager
AUTOZONE Store Manager 1157

**FROM:** Mr. Melvert Washington Jr.

**DATE:** October 12, 2000

**RE:** **TRANSFER REQUEST**

On October 9, 2000 a customer came into AUTOZONE to purchase a Tie Rod End for his vehicle. After having purchased his part the customer left the store, but later returned to say that the part was incorrect. However, the part was correct, in fact the customer needed a Tie Rod Press Tool, which myself and Mr. Brian Paduano explained could be rented and then returned for refund after the job was completed to get a refund.

The customer however didn't have sufficient money to rent the Tie Rod Press Tool and promise to return later. The customer mistakenly forgot a rubber boot from the Tie Rod-end, and placed a call to the Smyrna AUTOZONE to inquire if we found his boot.

Mr. Shaun Permelia, answered the phone and told the customer, and I repeat verbatim "Your boy has your part", while looking at me. It should be noteworthy that their was no conversation going on between Shaun and I prior to his remark. After Shaun got off the phone, I approached him and said, Shaun I don't want to hear anything about me being anybodies boy again, OK? Shaun then turned to me and said Melvert I don't know what you're talking about. I then repeated myself, saying that I didn't want to hear that remark again. At that point Brian Paduano, who was standing at the last parts counter computer said, "the both of you knock it off and go your separate ways." That was the end of that.

Brain then went to Macdonalds to get lunch. As Brian sat in the manager office I talked with him concerning Shaun's remark Brian said he really didn't share my feelings concerning Shaun referring to me as "your boy" But that he would talk with Shaun To date I don't know if Brian has talked to Shaun regarding his remark "your boy" Also Brian said he wasn't going to write Shaun up. I never ask Brian to write Shaun up, and I feel I should mentioned that its not my place nor would I try to tell this man how to do his job.

I took this opportunity to ask Brian for a transfer, and Brian said to me nobody wants you or will take you at the Dover Store 1152. He said he would try to contact the Milford 1153.

I feel as though I'm being black balled, or labeled as a result of what happened to the last store manager and DM of store 1157. I would please like a transfer. When Mr. Richard Robinson, former DM of 1157 took over for Mr. Dennis Curruth. I had the option of going to the Dover store 1152. Mr. Richard Robinson welcomed my presence due to his sudden loss of personnel and I felt things would be better at 1157 after management changed.

Considering everything concerning Mr. Permelia, I would respectfully request a transfer. The Dover store is closer to my home and I don't feel comfortable, working in the environment that Mr. Permelia has created. His remarks are unwarranted and disrespectful. And his unprofessional telephone manners leave a lot to be desired. It's no secret, that referring to any African American male as "boy" carries racial overtones and racial labeling effects. He has single handily instigated two incidents alone this week as mentioned in this memo.

It clear to me now that I made a big mistake when I didn't exercise my option to transfer earlier to the Dover store 1152. However, at this time I would like a transfer, please.

Finally, I have left at least two voice messages on Mr. Kitchens' voice mail requesting that he return my call. Mr. Paduano has advised me that Mr. Kitchen will not return my calls and that any concerns must be addressed by Mr. Paduano. Today Mr. Kitchen called the 1157 store and I greeted him on the phone. At that time I had no idea whom I was speaking with. Mr. Kitchen asked to speak with the manager and I transferred the call to Paul. Prior to their conversation ending Paul mentioned that he was speaking with Mr. Kitchen on the phone. I asked Paul if I could speak with Mr. Kitchen at the end of his conversation and Paul said that Mr. Kitchen said 'No, talk with Brian and he (Mr. Kitchen) would get with Brain. My main concern is to request a transfer I eagerly await your reply. Please feel free to contact me at 302.521.8407.

**STATEMENT**

I, Shaun [illegible] D.O.B. [illegible] /78 AGE 22 SS#

ADDRESS 2813 Hollets [illegible] Rd Clayton De 19938

PHONE # (302) 653-0210 HEREBY GIVE THIS VOLUNTARY STATEMENT TO Ron Wertz

Regional Loss Prevention Manager AT 1157

ON 10/18/00 at 12:35 AM/PM. THIS STATEMENT IS MADE BY ME, OF MY OWN FREE WILL, WITHOUT THREAT OR INDUCEMENT OF ANY KIND. I UNDERSTAND THAT I DO NOT HAVE TO MAKE A STATEMENT AND THAT I AM FREE TO LEAVE AT ANY TIME. (SP)

Q – Denotes a question asked by: Ron Wertz, Regional Loss Prevention Mgr.

A – Denotes an answer given by: Shaun [illegible]

DEPOSITION EXHIBIT Washington - 27

Q What is your position with AutoZone?

A. sales

Q. What is your date of hire?

A. Aug 2000

Q Did you make a remark to Melvert Washington in which you used the word Boy?

A: yes

Q What was the remark?

A The costomer was on The phone with me Because he left a part in The store That mel had in his posesion Then I said yes your Boy said To come In and get IT The reason I said That was Because I Thought They were friends and Boy ~~[illegible]~~ (SP I said) was slang word for friend.

Q Did you mean this racially?

A no not at all.

SIGNED Shaun [illegible] TIME 12:46 AM/PM. DATE: 10/18/00

WITNESS [signature] TIME 12:46 AM/PM. DATE: 10/18/00 Pg 1 of 1

D-00094

# Plaintiff's Exh. 39

45.00 Mike
51.00 Bragg
$96.00

To: Mr. Aleong Kelston, DM AutoZone Store 1157
Mr. Leon Bynum Sr. Manager AutoZone Store 1157

Fr: Mr. Melvert Washington Jr. Sales AutoZone Store 1157

Subject: Availability and Autozone Flexibility

Date:Febuary 26,2001

Recently on 02-08-01 within the last thirty days at around 2pm I called out sick to inform my manager at Autozone that I would be unable to work my assigned shift which I was scheduled to work at 5pm. Mr. Bynum answered the phone and upon learning that I wasn't able to work informed me that this was unacceptable. During this same call Mr. Emmanuelle Kitchins, former DM for Autozone store 1157 also was put on the phone to speak with me concerning my calling out sick. Mr. Kitchins also told me that this was unacceptable. I explained to Mr. Kitchens that as we spoke I was working my full time job and that at the end of that shift I would be going home to get some rest and take medication. Mr. Kitchins said that my calling out sick would be documented. Further, during this same phone conversation Mr. Kitchings mentioned that it appears I have been missing time lately. I explained to Mr. Kitchins that on January 20th I had been called away from State of Delaware by family members in Virginia due to the fact my father had become seriously ill and was placed on life support and not given much chance of recovery by his Doctors. ~~Unfortuntely~~ Also on Monday January 22, 2001, I was scheduled to report at store 1157 at 5pm this same day . At this time I contacted store 1157 and spoke with Mr. Thomas Sheehorn Asst. manager of 1157 and advised that I would not be reporting for my shift as I was still in Va. handling my fathers affairs. Mr. Sheehorn advised me that he would let Mr. Leon Bynum Sr. manager of 1157 know my situation , as I understand , Mr. Bynum was scheduled to complete his shift at 6:30pm this same day . ~~On January 21st I contacted store 1157 and talked with Mr. Sheehorn as I was scheduled to work on 01-22-01 and informed Mr. Sheehorn that I was still in Virginia on matters concerning my father~~ . On January 01-23-2001 . upon returning to Delaware I did come into 1157 to speak with Mr. Bynum and advise him that I was back in the state . At this time Mr. Bynum suggested that if I wanted to take off on 01-24-01 to further deal with matters concerning my father it would be alright .

The Following Concerns a Phone call That That Occured ON CEll Phone 3025218407 Between Mr. Kitchins and Mr. Bynum and myself on 02-01-01 at approximately 9:33am.

Mr. Bynum called me and said he was trying to make the schedule and when was I available to work . The next instant Mr. Bynum then gave the phone to Mr Kitchins and he asked me what would be a schedule that I could work concerning my part-time position with Autozone .At this time I requested a 5pm to 830pm schedule due to the fact I only have Tuesdays an Wensdays off on my fulltime job and most of the time I would use that time to leave the state going to Virginia or conduct personal business . During the course of the conversation Mr. Kitchins ask me repeatedly to work on the two days

off I had with the state I answered and said that it would cause a conflict due to the fact I need to leave the state on those days and also that I am attending classes two nights a week Monday and Wensday and that I would not also be available on Sundays .I took this opportunity to inquire if this meant that I could no longer remain employeed with Autozone and Mr. Kitchins replied that he nor Mr. Bynum were trying to fire me but he just needed to know when I am available to work . He continued to ask if I could work mostly on my days off with the state . I replied, It will conflict with the only time I have to handle family + personal matters. But if it means I wont get any hours , if you must schedule me on my days off with the state have me come in at 730am and off at 130pm, this way I can still go out of state for personal reasons as I have stated before .Mr. Kitchins assured me that Autozone was not trying to work me to death and that I would not work every week on my only days off during the week with the state . While I didnt want to work on the only days I had off with he state I felt pressure to do so. Mr. Kitchins wasnt able to tell me what days I would be off just that I wouldnt work the same days every week .

On Febuary 02-08-01 when I called out sick , Mr. Kitchins was put on the phone to speak to me by Mr. Leon Bynum SR. At that time I mentioned to Mr. Kitchins the fact that he had scheduled me on 02-07-01 to get off at 3pm and not 130pm as we had discussed earlier on 02-01-01, also at that time I mentioned again that I felt having me come in on my only days off with the state would conflict .Finally, At this time Mr. Kitchins was able to accommodate a 5pm to 830pm schedule for myself Thursday, Friday, Saturday. As we spoke Mr. kitchins redid the schedule for week 02-11-01 and redid this same schedule to reflect that I would be working Thursday , Friday , Saturday 5pm -830pm for week 02-11-01.

The Schedule had not been printed yet , and the way I knew when I was to work during the upcoming week of 02-11-01 is due to the fact that during my shift on 02-07-01 , I asked Mr. Sheehorn to go into the system , at that, I wrote my hours down on a sheet of paper and the next day on 02-08-01 when Mr. Kitchins was at the store he and I spoke by phone to that effect on the phone .

Concerning my fulltime job:

Beginning January 15th 2001 I began working 730am to 430pm Thursday through Monday. The former shift was 3pm to 12 midnights concerning my fulltime job with Delaware State University Monday through Friday.

Further, on February 23rd 2001 at 1157 AutoZone I had the opportunity to meet with Mr. Kelston the 1157-DM for the first time and introduce myself and to further explained the reason for my schedule change request. At his time Mr. Kelston ask me did I like working for AutoZone? "Which I replied yes I do". I explained to Mr.. Kelston that I would love to work additional hours, however, at present Im only available 5pm to 830pm Thursday through Saturday. Also that I anticipate in the future being available for extra hours if that's possible at that time.

Also I believe it noteworthy to mention at this time that in the past I was scheduled to open at 6am to help with the matrix , this I did not mind . However , When While I was on 3pm

to mids concerning my fulltime job ... I mentioned that it only allowed maybe 8hrs rest in 48hrs . I had to request only one day of matrix not two days back to back as was the case

Mr. Kelston promised to speak with Mr. Bynum concernig my present hour being cut to 7 hrs a week  from 10.5 a week. and also he and I were to meet on 02-27-01. However I was to learn from Mr. Bynum when I called 1157 on  02-27-01 that the DM Mr. Kelston was not coming to 1157 and was advised by Mr. Bynum that the  Mr. Kelston would contact  me at my home phone or cell phone to that effect  as I had been advised by Mr. Kelston on 02-23-01. TO that end I contacted Mr. Bynum again later this same day at 1157 and mentioned that I hadnt heard from the DM yet and could "he" Mr. Bynum grt into the Voice mail system and request that the DM please give me a call as I wanted to speak with him please. This Mr. Bynum promised he would do.

Concerning our 02-23-01 conversation:
Mr. Kelston promised to speak with Mr. Bynum, but that he couldn't promise anything definite concerning extra hours or that the present 10.5 hours weekly at present would remain the same .

Further, do to the fact that my present fulltime supervisors at Delaware State University with little or no notice occasionally require myself to work past 430pm on days I am scheduled to report for work for 5pm at 1157 AUTOZONE making it next to impossible for myself to arrive at Autozone on time at 5pm. I would respectfully request I be allowed to report to work at 530pm rather than 5pm.

In the past I have contacted Autozone supervisors when this has occurred. Just recently on February 24, 2001 my supervisor  with the State made a 4.30pm announcement that overtime was required. Mr. Pilar was contacted as he was Autozone supervisor on duty and was informed I would be at least 10 minutes late. Its my understanding according to Mr. Pilar, during this same shift Mr. Pilar received a phone call from the store manager of 1157  Mr. Bynum concerning whether or not I had called to advise that I might be running a little late.

However, not to incur a penalty or write-up on this and other occasions due to arriving late to work as a direct result I may be required to work overtime for my fulltime employer, I am making the following request, and again I **apologies** for any inconvenience I have caused to anyone as that is not my intentions . I respectfully request 530pm to 830pm Thursday, Friday, Saturday rather than 5pm to 830pm

Thank you for your understanding in this matter

Signed:

This is letter I JNQ on Leon Cutting my HRS From 18.5 to 7 wkly

To: Mr. Aleong Kelston, DM AutoZone Store 1157
Mr. Leon Bynum Sr. Manager AutoZone Store 1157

Fr: Mr. Melvert Washington Jr. Sales AutoZone Store 1157

Subject: Availability and Autozone Flexibility

Date:Febuary 26,2001

Recently on 02-08-01 within the last thirty days at around 2pm I called out sick to inform my manager at Autozone that I would be unable to work my assigned shift which I was scheduled to work at 5pm. Mr. Bynum answered the phone and upon learning that I wasn't able to work informed me that this was unacceptable. During this same call Mr. Emmanuelle Kitchins, former DM for Autozone store 1157 also was put on the phone to speak with me concerning my calling out sick. Mr. Kitchins also told me that this was unacceptable. I explained to Mr. Kitchens that as we spoke I was working my full time job and that at the end of that shift I would be going home to get some rest and take medication. Mr. Kitchins said that my calling out sick would be documented. Further, during this same phone conversation Mr. Kitchings mentioned that it appears I have been missing time lately. I explained to Mr. Kitchins that on January 20th I had been called away from State of Delaware by family members in Virginia due to the fact my father had become seriously ill and was placed on life support and not given much chance of recovery by his Doctors. Unfortuntely , I was scheduled to report at store 1157 at 5pm this same day . At this time I contacted store 1157 and spoke with Mr. Thomas Sheehorn Asst..manager of 1157 and advised that I would not be reporting for my shift . Mr. Sheehorn advised me that he would let Mr. Leon Bynum Sr. manager of 1157 know my situation , as I understand , Mr. Bynum was scheduled to complete his shift at 6:30pm this same day . On January 21st I contacted store 1157 and talked with Mr. Sheehorn as I was scheduled to work on 01-22-01 and informed Mr. Sheehorn that I was still in Virginia on matters concerning my father . On January 01-23-2001 . I did come into 1157 to speak with Mr. Bynum and advise him that I was back in the state . At this time Mr. Bynum suggested that if I wanted to take off on 01-24-01 to further deal with matters concerning my father it would be alright .

The Following Concerns a Phone call That That Occured ON CEll Phone 3025218407 Between Mr. Kitchins and Mr. Bynum and myself on 02-01-01 at approximately 9:33am.

Mr. Bynum called me and said he was trying to make the schedule and when was I available to work . The next instant Mr. Bynum then gave the phone to Mr Kitchins and he asked me what would be a schedule that I could work concerning my part-time position with Autozone .At this time I requested a 5pm to 830pm schedule due to the fact I only have Tuesdays an Wensdays off on my fulltime job and most of the time I would use that time to leave the state going to Virginia or conduct personal business . During the course of the conversation Mr. Kitchins ask me repeatedly to work on the two days

off I had with the state . , I answered and said that it would cause a conflict due to the fact I need to leave the state on those days and also that I am attending classes two nights a week Monday and Wensday and that I would not also be available on Sundays .I took this opportunity to inquire if this meant that I could no longer remain employeed with Autozone and Mr. Kitchins replyed that he nor Mr. Bynum were trying to fire me but he just needed to know when I am available to work . He continued to ask if I could work mostly on my days off with the state . I replyed no . But if it means I wont get any hours , if you must schedule me on my days off with the state have me come in at 730am and off at 130pm, this way I can still go out of state for personal reasons as I have stated before .Mr. Kitchins assured me that Autozone was not trying to work me to death and that I would not work every week on my only days off during the week with the state . While I didnt want to work on the only days I had off with he state I felt pressure to do so. Mr. Kitchins wasnt able to tell me what days I would be off just that I wouldnt work the same days every week .

On Febuary 02-08-01 when I called out sick , Mr. Kitchins was put on the phone to speak to me by Mr. Leon Bynum .At that time I mentioned to Mr, Kitchins the fact that he had scheduled me on 02-07-01 to get off at 3pm and not 130pm as we had discussed earlier . at that time I mentioned again that I felt having me come in on my only days off with the state would conflict .Finally At this time Mr. Kitchins was able to accommodate a 5pm to 830pm schedule for myself Thursday, Friday, Saturday. As we spoke Mr. kitchins corrected the schedule for week 02-11-01 and redid that same schedule to reflect that I would be working Thursday , Friday , Saturday 5pm -830pm

The Schedule had not been printed yet , and the way I knew when I was to work during the week of 02-11-01 is due to the fact that during my shift on 02-07-01 , I asked Mr. Sheehorn to go into the system , at that, I wrote my hours down on a sheet of paper and the next day when Mr. Kitchins was at the store he and I spoke to that effect on the phone

.

Concerning my fulltime job:
Beginning January 16th 2001 I began working 730am to 430pm Thursday through Monday. The former shift was 3pm to 12 midnights concerning my fulltime job with Delaware State University Monday through Friday.

Further, on February 23rd 2001 at 1157 AutoZone I had the opportunity to meet with Mr. Kelston the 1157-DM for the first time and introduce myself and to further explained the reason for my schedule change request. At his time Mr. Kelston ask me did I like working for AutoZone? "Which I replied yes I do". I explained to Mr.. Kelston that I would love to work additional hours, however, at present Im only available 5pm to 830pm Thursday through Saturday. Also that I anticipate in the future being available for extra hours if that's possible at that time.

Also I believe it noteworthy to mention at this time that in the past I was scheduled to open at 6am to help with the matrix , this I did not mind . However , When I was on 3pm

to mids concerning my fulltime job ... I mentioned that it only allowed maybe 8hrs rest in 48hrs . I had to request only one day of matrix not two days back to back as was the case

Mr. Kelston promised to speak with Mr. Bynum concernig my present hour being cut to 7 hrs a week from 10.5 a week. and also he and I were to meet on 02-27-01. However I was to learn from Mr. Bynum when I called 1157 on 02-27-01 that the DM Mr. Kelston was not coming to 1157 and was advised by Mr. Bynum that the Mr. Kelston would contact me at my home phone or cell phone to that effect as I had been advised by Mr. Kelston on 02-23-01. TO that end I contacted Mr. Bynum again later this same day at 1157 and mentioned that I hadnt heard from the DM yet and could "he" Mr. Bynum grt into the Voice mail system and request that the DM please give me a call as I wanted to speak with him please. This Mr. Bynum promised he would do.

Kelston cut my HRS.

Concerning our 02-23-01 conversation:
Mr. Kelston promised to speak with Mr. Bynum, but that he couldn't promise anything definite concerning extra hours or that the present 10.5 hours weekly at present would remain the same .

Further, do to the fact that my present fulltime supervisors at Delaware State University with little or no notice occasionally require myself to work past 430pm on days I am scheduled to report for work for 5pm at 1157 AUTOZONE making it next to impossible for myself to arrive at Autozone on time at 5pm. I would respectfully request I be allowed to report to work at 530pm rather than 5pm.

In the past I have contacted Autozone supervisors when this has occurred. Just recently on February 24, 2001 my supervisor with the State made a 4.30pm announcement that overtime was required. Mr. Pilar was contacted as he was Autozone supervisor on duty and was informed I would be at least 10 minutes late. Its my understanding according to Mr. Pilar, during this same shift Mr. Pilar received a phone call from the store manager of 1157 Mr. Bynum concerning whether or not I had called to advise that I might be running a little late.

However, not to incur a penalty or write-up on this and other occasions due to arriving late to work as a direct result I may be required to work overtime for my fulltime employer, I am making the following request, and again I **apologies** for any inconvenience I have caused to anyone as that is not my intentions . I respectfully request 530pm to 830pm Thursday, Friday, Saturday rather than 5pm to 830pm

Thank you for your understanding in this matter

Signed:

Work Schedule

Monday, January 15 11:30 AM – 8:30 PM
Friday, January 19 4 – 10:30 PM
Saturday, January 20 11 AM – 9:30 PM
Sunday, January 21 11:45 AM – 4 PM

Weekly Schedule - Approved *** AutoZone 1157 *** 01/11/2001
12:02:45
Week Of 01/14/2001 Page: 1

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON<br>730-8885 | | 08:00a<br>06:00p | 07:30a<br>06:30p | | 06:00a<br>06:30p | 09:00a<br>08:00p | 07:30a<br>06:30p | 50.5 |
| F SHEHORN, THOMAS<br>659-0493 | | 00:30p<br>10:30p | | 07:30a<br>08:00p | 08:00a<br>08:30p | 06:00a<br>03:00p | 09:30a<br>08:30p | 50.0 |
| F SANCHEZ, PILAR<br>653-4644 | 08:30a<br>06:30p | 06:30a<br>03:00p | 12:00p<br>08:30p | 10:00a<br>08:30p | | 01:00p<br>08:30p | | 41.0 |
| P WASHINGTON JR, ME<br>521-8407 | | 04:30p<br>08:30p | 07:30a<br>11:30a | 07:30a<br>12:00p | | | 05:00p<br>08:30p | 16.0 |
| F BAKER, ROBERT<br>653-5995 | 09:00a<br>06:00p | 06:30a<br>03:30p | | 11:30a<br>08:30p | 11:00a<br>08:30p | 12:00p<br>08:30p | | 40.0 |
| F TREESH, SHANE<br>730-1594 | 08:30a<br>05:00p | 01:30p<br>10:30p | 10:00a<br>08:30p | | | 06:00a<br>01:00p | 07:30a<br>04:30p | 40.0 |
| F ZAMBRANO, JAMES<br>734-8608 | 09:30a<br>06:30p | 09:30a<br>06:00p | 12:00p<br>08:00p | | 06:00a<br>03:00p | | 08:00a<br>05:00p | 39.5 |

(Handwritten, beside WASHINGTON JR: Missed her do to daddys condition talked with Tommy 1st time)

789-5601

Becky

Gregory J. Washington Sr.

12/6/2000

Internal Affairs

- Sweep floor Hall
- trash
- Spot Mop
- 945–1000 Break
- Bathrooms 3 total
- 12 noon – 1 PM Lunch
- after Lunch check Restroom
- 245 – 3PM Break

415-20 out

208A
Robert Best

Jan 16th 2001 Mthly Meeting

Week-ends

Meeting every 1st Monday of Month.

Mel. going into Evans Hall

PAM EVA Curtis

Bill
Armando ] Showers people

PC 99010 Aug 01

Weekly Schedule - Approved *** AutoZone 1157 *** 01/18/2001 15:36:52

Week Of 01/21/2001 Page: 1

| AutoZoner | 21 Sun | 22 Mon | 23 Tue | 24 Wed | 25 Thu | 26 Fri | 27 Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:30p 2 | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:30p | 50.0 |
| F SHEHORN, THOMAS 659-0493 | 08:30a 06:00p | 09:30a 08:30p 1 | 09:30a 08:30p | 07:30a 06:30p | | | 08:30a 08:00p | 49.0 |
| F SANCHEZ, PILAR 653-4644 | 09:30a 06:30p | | I talk W/ Leon Here | 01:00p 08:30p | 11:00a 08:30p | 11:30a 08:30p | 11:30a 08:30p | 39.0 |
| P WASHINGTON JR, ME 521-8407 | | call in talk W/ Tommy 04:30p 08:30p | | Leon Excuse this day 07:30a 11:30a | | 04:30p 08:30p | | 12.0 |
| F BAKER, ROBERT 653-5995 | 09:30a 06:30p | 07:30a 03:30p 1 | 12:00p 08:00p | | 11:30a 08:30p | 06:00a 03:00p | | 38.0 |
| F TREESH, SHANE 730-1594 | 08:30a 06:00p | 10:00a 06:00p 2 | 07:30a 04:30p | 11:30a 08:30p | | | 07:30a 04:30p | 39.5 |
| F ZAMBRANO, JAMES 734-8608 | | 00:30p 08:30p 3 | 00:30p 08:30p | | 06:00a 03:00p | 11:30a 08:30p | 11:30a 08:30p | 38.0 |

T W 5 days OFF

OFF Days concerning Autozone

Sul M Wl

gave tommy this Schedule our Altoona 1/22/200 0930 AM

T W TH FR SA

730-130 730 130 5PM 5PM 5PM

Weekly Schedule - Approved *** AutoZone 1157 *** 01/26/2001 11:47:30

Week Of 01/28/2001 Page: 1

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:30p | 09:30a 08:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:30p | 50.0 |
| F SHEHORN, THOMAS 659-0493 | 08:30a 06:30p | | 07:30a 06:30p | 07:30a 06:30p | 06:00a 05:00p | 09:30a 08:30p | | 50.0 |
| F SANCHEZ, PILAR 653-4644 | | 11:30a 08:30p | | 11:30a 08:30p | 12:00p 08:30p | 12:00p 08:30p | 11:30a 08:30p | 39.0 |
| P WASHINGTON JR, ME 521-8407 | OFF | OFF | 11:00 Haircut OFF | 2 PM Ms Garcia 07:30a 00:30p | Manny called me on cell 521-8407 | S 04:30p 08:30p | S 04:30p 08:30p | 13.0 |
| F BAKER, ROBERT 653-5995 | 08:30a 05:30p | 09:30a 06:30p | | 11:30a 08:30p | U5a Auto Mall 9 AM 366-3600 | 11:00a 07:00p | 11:30a 08:30p | 39.0 |
| F TREESH, SHANE 730-1594 | 09:30a 06:30p | 07:30a 04:30p | 07:30a 04:30p | | 00:30p 08:30p | 06:00a 02:00p | | 39.0 |
| F ZAMBRANO, JAMES 734-8608 | 09:00a 06:00p | 11:30a 08:30p | 12:00p 08:30p | | 12:00p 08:30p | | 07:30a 04:30p | 39.0 |

Advised Leon about Schedule and Advised will MDT Tuesday Meeting

Leon was on phone, then Manny g[illegible]

17.5
2
34.5

This is the day Manny Made up week of 02-11-2001

Weekly Schedule - Approved *** AutoZone 1157 *** 02/02/2001 17:01:55 Page: 1

Week Of 02/04/2001

| AutoZoner | 4. Sun | 5. Mon | 6. Tue | 7. Wed | 8. Thu | 9. Fri | 10. Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:00p | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 07:00p | 50.0 |
| F SHEHORN, THOMAS 659-0493 | 08:30a 06:30p | 10:30a 08:30p | | 07:30a 06:00p | | 10:00a 08:30p | 07:30a 08:30p | 50.0 |
| F SANCHEZ, PILAR 653-4644 | 11:00a 06:30p | 12:00p 08:30p | 01:00p 08:30p | 11:30a 08:30p | 09:00a 08:30p | | | 40.0 |
| P WASHINGTON JR, ME 521-8407 | | | 08:00a 12:00p | 07:30a 03:~~00~~p 1:30 | 2-8-01 05:00p 08:30p | 05:00p 08:30p | I called out SICK Talk with Manny again | 17.5 3.5 14.0 |
| F TREESH, SHANE 730-1594 | | 07:30a 04:30p | 07:30a 04:00p | 10:30a 08:30p | | 06:00a 03:00p | 12:00p 08:30p | 40.0 |
| F ZAMBRANO, JAMES 734-8608 | 08:30a 04:00p | | 11:00a 08:30p | | 06:00a 05:00p | 11:00a 08:00p | 09:00a 04:00p | 40.0 |

Weekly Schedule - Unapproved *** AutoZone 1157 *** 02/08/2001 15:33:45 Page: 1

ɘek Of 02/11/2001

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:00p | 07:30a 06:30p | | 06:00a 06:00p | 06:00a 06:00p | 07:30a 05:00p | 50.0 |
| F SHEHORN, THOMAS 659-0493 | 08:30a 06:30p | 08:30a 08:30p | 09:30a 08:30p | 07:30a 06:00p | | | 09:00a 08:30p | 50.0 |
| F SANCHEZ, PILAR 653-4644 | 12:00p 06:30p | 12:00p 08:30p | | 11:00a 08:30p | 10:00a 08:30p | 10:00a 08:30p | | 41.5 |
| F TREESH, SHANE 730-1594 | 08:30a 06:00p | 07:30a 04:00p | 07:30a 04:00p | | | 06:00a 05:00p | 07:30a 04:00p | 41.0 |
| P WASHINGTON JR, ME 521-8407 | | | | | 05:00p 08:30p | 05:00p 08:30p | 05:00p 08:30p | 10.5 |
| F ZAMBRANO, JAMES 734-8608 | 10:00a 02:00p | | 01:00p 08:30p | 07:30a 08:30p | 06:00a 05:00p | | 10:00a 08:00p | 41.5 |

This is the Schedule that Mary Redd for me.
The Kelston cut my hrs. to 7 hrs. a week for no reason

Weekly Schedule - Approved *** AutoZone 1157 *** 03/01/2001
09:00:11
Week Of 03/04/2001 Page: 1

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:30p | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:30p | 50.0 |
| F SHEHORN, THOMAS 659-0735 | 08:30a 06:30p | 09:30a 08:30p | 08:30a 07:30p | 07:30a 07:00p | | | 07:30a 07:00p | 50.0 |
| F SANCHEZ, PILAR 670-4789 | 09:30a 06:30p | | | 11:30a 08:30p | 11:30a 08:30p | 11:30a 08:30p | 11:30a 08:30p | 40.0 |
| F TREESH, SHANE 730-1594 | | 07:30a 04:30p | 11:00a 08:30p | | 12:00p 08:30p | 06:00a 04:00p | 00:30p 08:30p | 40.0 |
| P MCDONALD, CRAIG 335-4979 | 08:30a 05:30p | 11:00a 04:00p | 07:30a 11:30a | 07:30a 00:30p | | | | 22.0 |
| P WASHINGTON JR, ME 521-8407 | | | | | | 05:00p 08:30p | 05:00p 08:30p | 7.0 |
| F ZAMBRANO, JAMES 697-7053 | | 11:30a 08:30p | 11:30a 08:30p | 11:30a 08:30p | 06:00a 03:00p | 11:30a 08:30p | | 40.0 |

Weekly Schedule - Approved *** AutoZone 1157 *** 03/10/2001 13:08:56

'eek Of 03/11/2001 Page: 1

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:30p | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:30p | 50.0 |
| F SHEHORN, THOMAS 659-0735 | | | 07:30a 06:30p | 09:30a 08:30p | 08:30a 08:30p | 09:00a 08:00p | 08:30a 06:30p | 50.0 |
| F SANCHEZ, PILAR 670-4789 | 08:30a 06:30p | 12:00p 08:30p | | 00:30p 08:30p | | 12:00p 08:30p | 11:30a 08:30p | 40.0 |
| F TREESH, SHANE 730-1594 | | 10:00a 07:00p | 11:30a 08:30p | 07:30a 04:30p | 11:00a 08:30p | 06:00a 02:30p | | 40.0 |
| P MCDONALD, CRAIG 335-4979 | 08:30a 05:30p | 07:30a 00:30p | 07:30a 00:30p | 07:30a 11:30a | | | 07:30a 00:30p | 27.0 |
| P WASHINGTON JR, ME 521-8407 | | | | | | 05:00p 08:30p | 05:30p 08:30p | 6.5 |
| F ZAMBRANO, JAMES 697-7053 | 09:30a 06:30p | 11:30a 08:30p | 11:30a 08:30p | | 06:00a 03:00p | | 11:30a 08:30p | 40.0 |

Weekly Schedule - Approved *** AutoZone 1157 *** 03/16/2001
15:40:55
Week Of 03/18/2001 Page: 1

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:30p | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:30p | 50.0 |
| F SANCHEZ, PILAR 670-4789 | 08:30a 06:30p | 11:30a 08:30p | 11:30a 08:30p | 07:30a 08:30p | 11:30a 08:30p | | | 46.0 |
| F TREESH, SHANE 730-1594 | 08:30a 06:30p | 07:30a 05:30p | 11:30a 08:30p | | | 10:30a 08:30p | 11:00a 08:30p | 43.5 |
| P MCDONALD, CRAIG 335-4979 | | | | 07:30a 04:30p | 06:00a 12:00p | 06:00a 03:00p | 07:30a 01:30p | 28.0 |
| P WASHINGTON JR, ME 521-8407 | | | | | | 05:00p 08:30p | 05:00p 08:30p | 7.0 |
| F ZAMBRANO, JAMES 697-7053 | 09:30a 06:30p | 11:30a 08:30p | 07:30a 04:30p | 11:30a 08:30p | 11:30a 08:30p | | | 40.0 |

Weekly Schedule - Approved *** AutoZone 1157 *** 03/17/2001 12:34:05 Page: 1

Week Of 03/18/2001

| AutoZoner | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|
| F BYNUM SR, LEON 730-8885 | | 07:30a 06:00p | 07:30a 06:30p | | 06:00a 05:00p | 06:00a 05:00p | 07:30a 06:00p | 50.0 |
| F SANCHEZ, PILAR 670-4789 | 08:30a 07:00p | 07:30a 05:30p | 11:30a 08:30p | 07:30a 08:30p | 01:00p 08:30p | | | 46.0 |
| F TREESH, SHANE 730-1594 | 01:00p 11:00p | 11:30a 08:30p | 11:30a 08:30p | | | 11:00a 08:30p | 11:00a 08:30p | 42.0 |
| P MCDONALD, CRAIG 335-4979 | 08:30a 05:00p | | | 07:30a 04:30p | 06:00a 12:00p | 06:00a 03:00p | 07:30a 02:00p | 36.0 |
| P WASHINGTON JR, ME 521-8407 | | | | | | 05:00p 08:30p | 05:00p 08:30p | 7.0 |
| F ZAMBRANO, JAMES 697-7053 | 01:00p 11:00p | 11:30a 08:30p | 07:30a 04:30p | 11:30a 08:30p | 11:00a 08:30p | | | 41.5 |