# EXHIBIT E

# Plaintiff's Exh. 48

To: Holley Whitney
Mattleton, Weinroth & Miller
200 Continental Drive, Suite 211
Newark, Delaware 19713
Tel: (302)731-8349
Fax (302)731-8753

Fr:
Shane Treesh, Former Asst. Manager, Autozone
400 N Dupont Hwy.
Apartment I-21
Dover Delaware 19901
302-730-1594 hp
 302-677-4311 bus

Date: May 28 2002

---

This statement is prepared at the request of Melvert Washington Jr.

RE: Melvert Washington Jr.
380 Fork Branch Rd ·
Dover Delaware19904
302-521-8407

I was employed with Autozone during a period when Mr. Robert Baker's credibility was
under scrutiny concerning shorting cash drawers that he and Mel were assigned on any
given shift. I was also aware that Mr. Leon Bynum Store Manager for store 1157 was
aware of this problem concerning Robert and he called this problem to Mel's attention.
Further, Leon also disclosed to Mel and myself while I was Assistant Manager that Leon
believed he had discovered this pattern of register shortages only when Robert Baker
was assigned to that register with another Autozoner or Mel , or Robert was the opening
or  closing manager.

According to Leon, this pattern only started occurring after Robert Baker was transferred
as a partimer from an Autozone store in Pennsylvania to the Smyrna Autozone as a Parts
Sales Manager .
Mel discloses this to me after Leon made him aware of his suspicion while reviewing
past register recon reports.

Mel also told me that he was reporting this information to the District manager; William
Britt, that he advised me he did. Further I do know for a fact that Robert had a severe
dislike toward Mel. On occasion Robert would say bad things about Mel under his breath
whenever Mel would walk by or make rude gestures toward him.

I remember the time period that the above occurred because shortly after its occurrence Mel was absent from work under doctors care and also during this time period Leon advised Robert Baker to update his resume. It was my understanding that he needed to consider employment elsewhere .

I am writing this statement to assist Mel , his attorneys, EEOC , FEPA, any and all Labor law enforcement officers to assist Mel with the problems he is experiencing concerning his employer .

Sincerely,

Shane Treesh

To: Holley Whitney
Mattleman, Weinroth & Miller
200 Continental Drive, Suite 211
Newark, Delaware 19713
Tel(302)731-8349
Fax(302)731-8753

Fr:
Shane Treesh Former Assistant Manager Autozone
400 N Dupont Hwy
Apartment I-21
Dover Delaware 19901
(302)-730-1594 HP
(302)-677-4311BUS

7 PM to 7 AM    of: Sun Mon

1 OF 2 Pages

Date: May 28, 2002

This Statement is prepared at the request of Melvert Washinton Jr.

Re: Melvert Washington Jr.
308 Fork Branch Rd
Dover Delaware 19904
302-521-8407

Dear Sir:

As you know, Mel's immediate supervisor is Mr. Leon Bynum Sr. On May 17th 2002 Mel started experiencing problems within the work place concerning a letter of correction action. According to Mel, Leon tried to force Mel to sign the letter that alleges authorizing a customer to remove merchandise from within the Autozone 1157 store and allowing said customer to install said merchandise on their vehicle prior to paying for that merchandise.

Mel was already employed with Autozone 1157 when I began my employment part time May 2000. I became a parts sales manager full-time January or Febuary 2001. Also I became the Assistant Manager December 2001. Mel and other Autozoners including Leon trained me to learn my duties within the store.

I was already employed within the store when Leon was assigned as Store Manager. To that effect customers were authorized as a courtesy to remove new parts from within the store to compare against their old parts as the new parts sometimes don't look exactly like the new ones. As stated this was a curtesy that I offered to the Autozone customer and I observed the Store Manager Leon and every other Autozoner practicing this

courtesy. During my employment with Autozone I never observed Mel authorizing the allege charge.

Although I do not recall the exact date I feel it is necessary at this time to disclose other statements of fact concerning statements that Leon made concerning Mel. I remember on one occasion Leon said that he would love to "get rid of Mel, but no one will take him" meaning transfer him out of the store. I remember this because at the time Leon and I were standing at the end of the parts counter discussing problems concerning another employee,this was  during a slow period and the two of us were alone in the store. Leon also disclosed to me that Mel got no raise and all the other employees received a ten cent raise after the April evaluations were made April 2001. This in my opinion was the wrong mind set that Leon had concerning Mel.

This statement is given of my free will, without coercion from anyone, nor do I fear of reprisal from anyone, for the record that in my opinion  Mel was not treated fairly while I was employed with Autozone and apparently the same continues .
I hope that Mel  can find this statement helpful to his attorneys, EEOC, FEPA, and any other labor law enforcement officer to assist Mel with the problems he is experiencing concerning his employer.

Please feel free to call if you have any questions .

Sincerely ,
Shane Treesh

*Shane B Treesh*

Witness :

*Sworn to subscribed this 1st Jyar 2002*

# Plaintiff's Exh. 49

File 8||||

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER

++
++ FEPA 0206430
++
++ EEOC 17CA200447
and EEOC

Delaware Department of Labor

(State, or local Agency, if any)

| NAME (Indicate Mr., Mrs., Ms)<br>Mr. Melvert Washington, Jr. | HOME TELEPHONE NO. (Include Area Code)<br>(302) 674-5751 |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 380 Fork Branch Road, Dover, DE 19904 | | Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME<br>AutoZone | NO. OF EMPLOYEES OR MEMBERS 100+ | TELEPHONE NUMBER (Incl. Area Code) (302) 659-1562 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 116-A Glenwood Avenue, Smyrna, DE 19977 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|

[ ] RACE  [ ] COLOR    [ ] SEX    [ ] RELIGION    [ ] NATIONAL ORIGIN    [ ] AGE

[x] RETALIATION    [ ] DISABILITY    [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 10/01
LATEST 5/29/02

[x] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I began my employment with Respondent on September 1, 1999. I am an individual who made a complaint of race discrimination internally against Respondent in 2000. Respondent has retaliated against me since I made this complaint by denying me the opportunity to advance byway of promotion, and have created a hostile work environment by accusing me of violating standard company policies, which I have not. This is a continuing action on the part of Respondent as of today's date.

II. Recently, Leon Bynum, Sr., Manager of Store #157, informed me that I would never get promoted into a full-time position because of the internal discrimination complaint that I made against Respondent in 2000, and indicated that I would have to seek approval from additional members of management. Mr. Bynum also stated that I had a "rather thick personnel file which was located in Fort Washington, Maryland."

III. I believe that Respondent has violated Title VII of the Civil Rights Act of 1964, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, because it is retaliating against me for voicing my beliefs that Respondent violated the above listed Acts in 2000.

| ++ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>5-29-02<br>Date    Charging Party (Signature) Melvert Washington | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

EEOC FORM 5    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED    REV 6/92

# Plaintiff's Exh. 50

File 8|||



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

302
422 - 1137

June 3, 2002

Mr. Melvert Washington, Jr.
380 Fork Branch Road
Dover, DE 19904

RE:    Washington v. AutoZone
       Case No.: 0206430/17CA200447

Dear Mr. Washington:

This will acknowledge receipt of your Charge of Discrimination. You should keep this letter and the enclosed copy of your charge for future reference.

It is your responsibility to keep this Agency informed of your address and telephone number at all times. Should you change your address and/or telephone number, please notify this Agency immediately. Failure to do so could result in an administrative closure of your case.

Thank you for your attention.

Sincerely,

*Susan S. Anders*

Susan S. Anders, Administrator
Office of Labor Law Enforcement

SSA/wh

Enclosures



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5ᵗʰ Street, Suite 400
Philadelphia, PA 19106-2515
(215) 451-5800
TTY (215) 451-5814
FAX (215) 451-5804, 5767 & 5838

File 8|||

EEOC Charge No.: _17CA200447_    Date: _June 3, 2002_

Your charge of employment discrimination as filed with the Labor Law Enforcement Section of the Delaware Dept. of Labor (DDOL) will also be forwarded to the Philadelphia District Office of the U.S. Equal Employment Opportunity Commission (EEOC) for dual filing. This dual-filing is done in order to preserve your federal rights as explained below. The EEOC charge number will be assigned by the DDOL in addition to DDOL's own charge number. This letter, which will be sent to you by the DDOL, constitutes your notification of the dual-filing with EEOC. The Respondent named in your charge will also be notified by DDOL of the dual-filing with EEOC.

The EEOC will refrain from any processing of your charge until such time as the DDOL completes its processing and issues final findings and orders. At that time, the DDOL will notify the EEOC of the closure so that EEOC can review the DDOL finding. Those final findings and orders may be adopted by EEOC and the EEOC case would then be closed based on the DDOL proceedings.

However, under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within 15 days of your receipt of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

To request the Substantial Weight Review, you should address your request to the address shown in the letterhead above, to the attention of the State and Local Unit. In addition, you should provide as much specific detail as possible as to why you are dissatisfied with the DDOL investigation or finding.

While your charge is being investigated by the DDOL, you should address any concerns or additional information concerning your charge or the DDOL investigation directly to the DDOL. This will ensure that such concerns or information are provided to the appropriate person(s). Please do not contact EEOC directly as EEOC will not be able to assist you while the charge is being processed by DDOL.

The dual-filing of the charge with EEOC will preserve your rights to file a private lawsuit in federal district court as follows:

a. If your charge is filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII) (that is, based on race, sex, color, religion or national origin) or under the Americans with Disabilities Act of 1990, as amended (ADA) (that is, based upon mental or physical disability), you can only file a lawsuit in Federal Court if EEOC first issues you a Notice of Right to Sue. To obtain such a Notice, you must wait for 240 days from the date you filed your charge with

File 8111

DDOL. You must thereafter make a written request for issuance of the Notice of Right to Sue. This request can be sent directly to EEOC at the address shown in the letterhead above or you can send the request to the DDOL for forwarding to EEOC. Upon its receipt, EEOC will issue you the Notice of Right to Sue and you would have 90 days in which to file suit. The issuance of the Notice of Right to Sue will normally result in EEOC terminating all further processing.

b. If your charge is filed under the Age Discrimination in Employment Act of 1967 as amended (ADEA), (that is, based on age 40 or older), you do not have to request a Notice of Right to Sue from EEOC if you wish to file a lawsuit in Federal Court. Instead, you must wait at least <u>60</u> days from the date you filed your charge with the DDOL, regardless of the status of the DDOL or EEOC processing. Thereafter, you can file a private lawsuit directly in Federal Court without first contacting EEOC in any manner.

If based upon EEOC's review of DDOL's final finding, the EEOC determines that the finding should be accepted as the basis for EEOC's closure, you will be so notified in writing. If the DDOL closure is for any reason other than a successful settlement or a withdrawal, the EEOC closure will also include a Notice of Right to Sue. This applies to charges filed under Title VII, the ADA and/or the ADEA. In such an event, you would then have 90 days from the date of your receipt of the Notice of Right to Sue to file suit in federal district court.

EEOC's regulations require that you notify EEOC of any change in address and keep us informed of any prolonged absence from your current address. However, if the DDOL is still processing your charge, you should forward any such notification or change of address directly to the DDOL. You should also cooperate fully with the DDOL in its processing of your charge.

Should you contact EEOC to request a Substantial Weight Review or to request a Notice of Right to Sue, please include the EEOC Charge Number shown at the top of page 1 in your correspondence to EEOC.

Sincerely,

Marie M. Tomasso
District Director

# Plaintiff's Exh. 51



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 451-5800
TTY (215) 451-5814
FAX (215) 451-5804, 5767 & 5838

File 8|1|1

EEOC Charge Number _17CA200447_    DDOL Charge Number _02063430_

## NOTICE OF CHARGE OF DISCRIMINATION

You are hereby notified that the above-referenced charge of employment discrimination has been received by the Labor Law Enforcement Section of the Delaware Dept. of Labor (DDOL) and sent to the EEOC for dual-filing purposes. This Notice is being sent to you by the DDOL, on behalf of EEOC, simultaneously with DDOL's notification to you of the filing of the charge with DDOL. The charge has been assigned the EEOC and DDOL charge numbers shown above. A copy of the charge is included with these Notices.

While EEOC has jurisdiction (upon the expiration of any 60-day deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of DDOL's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that there has been a violation of the statute(s) administered by EEOC.

You are therefore urged to cooperate fully with the DDOL. All facts and evidence provided by you to the DDOL in the course of its proceedings will be considered by EEOC when it reviews the DDOL's final findings and orders. In many instances the EEOC will take no further action, thereby avoiding the necessity of an investigation by both the DDOL and the EEOC. This likelihood is increased by your full cooperation with the DDOL.

As a party to the charge, you may request that EEOC review the DDOL's final decision and order. For such a request to be honored, you must notify the EEOC in writing within of 15 days of your receipt of DDOL's final closure notification. Such a request should be forwarded to EEOC at the address shown in the letterhead above, to the attention of the State and Local Unit. If the DDOL terminates its processing without issuing a final finding and order or the charge is otherwise one which requires further EEOC processing, you will be contacted further by EEOC. Regardless of whether the DDOL or EEOC process the charge, the Recordkeepng and non-retaliation provisions of Title VII, the ADA and the ADEA as explained in the "EEOC Rules and Regulations" apply.

_Marie M. Tomasso_

_June 3, 2002_
Date

Marie M. Tomasso, District Director

# Plaintiff's Exh. 52

CONTINUATION OF AFFIDAVIT

1.    Coverage/Respondent's Business (#of employees/nature of business/Charging
      Party's Department/Title/Identify Others of Same Title):
Respondent employs over one hundred (100) people within the state of Delaware.
Respondent is a retail auto parts store.  Charging Party is a part-time sales
representative.

2.    Relevant Work History (Qualified, Requirements of Position, Date of Hire,
      Employment History, Prior Disciplines):
Charging Party is qualified for the position he currently holds and is
qualified for a full-time position.  Charging Party began his employment with
Respondent in 1999.

3.    Personal Harm (Discharge, Demoted, Sexually Harassed, etc., dates of harm,
      alleged harassers with titles, where did the harm occur, harm was based on
      what basis):
Charging Party is being denied the opportunity to advance in his place of
employment and believes that Respondent is retaliating against him due to an
internal race discrimination complaint that he made in 2000.

4.    R's Explanation for the alleged harm and its policies and practices
      (written/verbal, who (name/title) gave explanation):
Recently, Leon Bynum, Sr., Manager of Store #157, informed Charging Party that
he would never get promoted into a full-time position because of the internal
discrimination complaint that he made against Respondent in 2000.

5.    Direct Evidence (verbal/written statements/documents, name/title person
      (s) made discriminatory/statements/when and where statements were made):
Please see attached information.

6.    Witnesses (name, title, address/phone number, what information can witness
      provide):
Please see attached information.

7.    Comparative Data (identify all similarly situated persons, describe
      treatment of comparator (s), how does CP know this information,
      qualifications of comparator):
Please see attached information.

8.    Class Harm (identify (name, title, dates & circumstances) all other of
      same EEO class as CP also harmed by Respondent):
None

9.    Remedy/Relief Sought (describe what remedy or terms of settlement CP is
      seeking, and describe why CP believes he/she is entitled to provided
      remedy):
Please see attached information.

CON  ̄UATION OF EEOC AFFIDAVIT

SIGNATURE PAGE

 ̄IS AFFIDAVIT HAS BEEN PREPARED BY A REPRESENTATIVE OF THE EEOC IN AN OFFICIAL
 ̄ ̄PACITY AS PART OF AN INVESTIGATION.
IT HAS BEEN READ BY ME AND I AGREE WITH THE CONTENTS.    WHERE CHANGED (IF ANY)
WERE NECESSARY, I HAVE INITIALED SUCH CHANGES.

If affidavit is signed before a Notary Public, complete the following:

_____
Signature of Interviewee

State of _____

County of _____

My Commission expires _____

Subscribed and sworn to before me on

this    day of          ,

20   , at            .

_____
Signature of Notary Public

Sign below if affidavit is signed before an EEO Representative:

| I declare under the penalty that the foregoing is true and correct. | | | |
|------|----------------------|-------------------------------|---------|
| DATE | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE | PAGE OF |

PRIVACY ACT STATEMENT:    (This form is covered by the Privacy Act of 1974, Public
Law 93-579.    Authority for requesting and uses  of the personal date are given
below.)

1.    FORM NUMBER/TITLE/DATE:  EEOC FORM 133, EEOC AFFIDAVIT, August 1985.

2.    AUTHORITY: 42: USC 2000e(9), 29 USC 201, 29 USC 621.

3.    PRINCIPAL PURPOSES.  Provides a standardized format for obtaining from the
Charging Party, Respondent and Witness sworn statements of information
relevant to a charge of discrimination.

4.    ROUTINE USES.    These affidavits are used to: (1) make an official
determination regarding the validity of the charge of discrimination; (2)
guide the Commission's investigatory activity; and (3) in Title VII, Equal
Pay Act, and Age Discrimination in Employment Act litigation, to impeach or
substantiate a witness's testimony.

WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR
NOT PROVIDING INFORMATION: Voluntary.  Failure to provide an affidavit has
no effect upon the jurisdiction of the Commission to process a charge.
However, sworn statements submitted by the parties are, of course, relied
upon more heavily than unsworn statements in making determination as to the
existence of unlawful discrimination.

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974 | ++<br>++ FEPA<br>++<br>++ EEOC |

Delaware Department of Labor                    and EEOC

*(State, or local Agency, if any)*

| NAME (Indicate Mr., Mrs., Ms)<br>Mr. Melvert Washington, Jr. | HOME TELEPHONE NO. (Include Area Code)<br>(302) 674-5751 |
|---|---|

| STREET ADDRESS          CITY, STATE AND ZIP CODE          COUNTY<br>380 Fork Branch Road, Dover, DE 19904     Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME<br>AutoZone | NO. OF EMPLOYEES OR<br>MEMBERS  100+ | TELEPHONE NUMBER (Incl. Area<br>Code) (302) 659-1562 |
|---|---|---|

| STREET ADDRESS          CITY, STATE AND ZIP CODE<br>116-A Glenwood Avenue, Smyrna, DE 19977 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS          CITY, STATE AND ZIP CODE |

| [] RACE [] COLOR  [] SEX  [] RELIGION  [] NATIONAL ORIGIN  [] AGE<br><br>[x] RETALIATION    [] DISABILITY    [] OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST 10/01    LATEST 5/29/02<br><br>[x] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I began my employment with Respondent on September 1, 1999. I am an individual who made a complaint of race discrimination internally against Respondent in 2000. Respondent has retaliated against me since I made this complaint by denying me the opportunity to advance byway of promotion, and have created a hostile work environment by accusing me of violating standard company policies, which I have not. This is a continuing action on the part of Respondent as of today's date.

II. Recently, Leon Bynum, Sr., Manager of Store #157, informed me that I would never get promoted into a full-time position because of the internal discrimination complaint that I made against Respondent in 2000, and indicated that I would have to seek approval from additional members of management. Mr. Bynum also stated that I had a "rather thick personnel file which was located in Fort Washington, Maryland."

III. I believe that Respondent has violated Title VII of the Civil Rights Act of 1964, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, because it is retaliating against me for voicing my beliefs that Respondent violated the above listed Acts in 2000.

| + +I also want this charge filed with the EEOC. I will advise<br>+ +the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
|---|---|
| Date      Charging Party (Signature) | |

EEOC FORM 5      PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED    REV 6/92

# Plaintiff's Exh. 55

June 17th 2002

Subject: Statement of Witness

To whom it may concern:

From: James McIver
        11 Holden Court
        Clayton De  19938
        302-659-3520 hp

To:State of Delaware
Department of Labor
Division of Industrial Affairs
4425 North Market Street
Wilmington, DE 19202

Re: Melvert Washington, Jr. 408 Fork Branch Rd, Dover ,Delaware 19904
     Case No. 0206430/17CA20047


This statement of witness is prepared at the request of Melvert Washington Jr.


On Jan 26 2002 I James McIver walk into Auto Zone in Symrna Delaware to purchase a battery. As I walk in I heard a loud shouting argument between the Manager Mr. Bynum and a Customer at the parts counter. The Manager was shouting at the Customer for a receipt which the customer said he never receive from the manager when he purchase the items. At that time the customer wanted his money back because he stated that the manager was treating him like a thief and the customer stated that Mr. . Bynum could do better in terms of his tone of voice and yelling. When the customer was about to leave, the manager ask the customer who looked up the part that he purchased? The customer pointed to employee Mel Washington. The manager looks over to Mel Washington and said, I will deal with you after the customer's leaves the store. Mr. Washington then asks the customer to leave his name and number, and that he would get someone to contact him concerning the problem. At no time was Mr.Washington involved in any altercation between the manager and customer concerning the issue. However, it appeared to me as well as the other customers in the store, that

the manager Mr. Bynum was trying to blame the altercation between himself
and the customer on Mr. Washington.

I am aware that Mr. Washington has filed charges of discrimination and
retaliatory claims against his employer Autozone through EEOC.

While I don't know the entire specifics surrounding Mr. Washington's
claim, I am aware that he is now and have in the past encountered difficulty
gaining full-time status and promotions with Autozone.
I have known Mel since his employment began at Autozone, many
occasions when I shop at Autozone Mel waits on me with excellent
customer service

*James E. Mc G*

Sworn to subscribed before me a notary public
this 27th day of June, 2002

Notary Public
Atty at law

# Plaintiff's Exh. 56

July 8th 02

Leon ask me if I wanted full time.
I responded, Kelston and yourself offered me
a shot at _PSM_ position and _full time_ this Spring 2002
is that what you're offering. Leon responded that he
can't promise anything. well, I said who can, he
said he would talk with Billy Britt.



DEPOSITION
EXHIBIT
Washington 40

D-00287

- Leon also said he is looking for something else other than Auto zone.

7-9-02. Leon manager ask me did I want fulltime

7-10-02 Billy and I talked until 6:18 PM from 5:00 Pm he also ask me if I want fulltime position



DEPOSITION
EXHIBIT
Washington 41

D-00290

# Plaintiff's Exh. 58

Leon Byrum Sr.
1483 John Clark Rd
Dover DE 19904
302-730-8885

I. Leon Byrum Sr.
Was the Store Manager of AutoZone
store #1157 Smyrna De From 12/01 until 10/02, During
such time I worked with Melvin Washington.
Mr Washington did a good job while working with
me., to the point I had ask upper management
more than once about making him a full time
employee, No one would hear of this, always
saying Mr Washington would not be good for
the business, I as the store manager was
very short of help, Did Not have enough people
to run the business, would have to Call
Sister stores to transfer other employees to help
run the business, I Know Mr Washington could
do the Job, I took the time and trained him
for the upper management, He had the skills to
do the Job. Also not fair to Mr Washington
the Company would hire in new employees with
no skills for more wages. If you need to
Contact me for any reason Please feel free.

Leon Byrum Sr.

SWORN TO AND SUBSCRIBED BEFORE ME, A NOTARY PUBLIC, THIS
10TH DAY OF MARCH, 2003.

NOTARY E SOLL
NOTARY PUBLIC
ATTY AT LAW

Janis Miller  1157 STORE
Brian Weeks 1157 STORE

John   1157 STORE
Kervin  1846  BEAR DE STORE

Mossa  1157 STORE
     Employee shut to help out
     short Staff Sue Burich  3/10/03


Subject to the Subject matter of the item term

# Plaintiff's Exh. 59



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

## NOTICE OF REASONABLE CAUSE FINDING

RE: Washington v. AutoZone                    State Case No.: 0206430

On May 29, 2002, Mr. Melvert Washington filed a charge of discrimination against AutoZone. The Charge of Discrimination is hereby incorporated by reference.

Reasonable Cause Finding:

On May 30, 2003, the Department of Labor concluded its investigation and now finds, based on the following facts, that there is reasonable cause to believe that a violation of the State Discrimination Act has occurred.

I.    Undisputed Facts:
1. Charging Party began his employment with Respondent as a part-time sales associate in September of 1999 at Store #1157.
2. Charging Party made an internal complaint of racial discrimination in 2000. Upon conclusion of an investigation, Respondent discharged the individuals who where involved in the disparate treatment received by Charging Party.
3. Charging Party voiced numerous times both verbally and in writing his desire to be transferred to another location and his interest in being promoted to a full-time management position. In fact, Charging Party made a request for a transfer in October of 2000, provided a written request to change to full-time status in January of 2002 and in April of 2002, in a performance evaluation Leon Bynum, Store Manager indicated that he wished to be part of management.
4. A number of individuals who began working after Charging Party were promoted and transferred during Charging Party's period of employment, including Robert Baker, Deanna Brown and Shane Treesh.
5. Charging Party was given a verbal warning for allowing a customer to go out of store with merchandise.
6. Charging Party resigned his position on July 29, 2002.

II.    Disputed Facts:
1. Charging Party alleges that he was placed in a hostile work environment by being more closely scrutinized and disciplined than other employees were after he reported acts of racial harassment in 2000. Respondent states that Charging Party was

legitimately subjected to disciplinary action and was not treated any differently as a result of his internal discrimination complaint.

2. Charging Party states that Mr. Bynum, Manager informed him that he would never get promoted to a full-time position because of the internal discrimination complaint and his thick personnel file. Respondent denied that Mr. Bynum made any statements to Charging Party regarding the reason why Charging Party failed to be promoted, transferred or made full time.

3. Charging Party states that Mr. Bynum also told him on February 1, 2001 that he needed to talk to and get permission from Mike Broderick, Joe Simmon (Co-Presidents) and William Britt, District Manager in order to be promoted to Parts Sales Manager or to get a full time position. Respondent indicated that the Store Manager and the District Manager make promotion and transfer decisions generally, not the President and Vice-President of the company.

III.    Resolution of Material Facts in Dispute:

1. Charging Party provided numerous notarized witness statements indicating that Charging Party was regularly scrutinized more closely than other employees. Specifically, the witness statements and documentation support the fact that Charging Party was unreasonably disciplined for actions that numerous employees take. Witness testimony obtained during investigation revealed that it was a common courtesy practiced by many employees to allow customers to remove new parts from within the store so that the customer may compare it to their old parts. However, Charging Party was written-up for this action.

2. Witness testimony also confirmed that Charging Party was intentionally kept from obtaining more hours, moving up to management positions and kept from transferring to other stores. Respondent thereby, kept Charging Party at a low salary with no benefits. This witness also stated that full-time employees and management staff was needed as the store was short-staffed.

3. Numerous employees who did not previously complain of discriminatory treatment, including Robert Baker and Shane Treesh were transferred and promoted during Charging Party's employment. Robert Baker was hired on July 31, 2000 as a sales associate, on February 4, 2001 was promoted to a Part Sales Manager and was transferred on December 16, 2001 to Store # 1157. Deanna Brown was hired on August 18, 2001 and she was transferred to Store #1157 and promoted to Part Sales Manager on March 3, 2002. Mr. Treesh began employment after Charging Party as part-time sales associate and was promoted to Part Sales Manager shortly thereafter.

4. Charging Party provided a notarized sworn statement from a witness who stated that store #1157 was short staffed between December of 2001 and October of 2002 and therefore, brought individuals in from other stores to work the available hours. However, Respondent never gave Charging Party the opportunity to work more hours.

IV.    Resolution:

1. Charging Party met his burden of showing that he suffered adverse action in retaliation for complaining of discriminatory treatment.

The Charge of Discrimination, State Case No. 0206430 will be administratively processed and assigned to a conciliation officer in an effort to administratively resolve the complaint pursuant to 19 *Del. C.* Section 712(c).

5/30/03
DATE

Andrea Licoro
INVESTIGATOR
LABOR LAW ENFORCEMENT OFFICER

5/30/03
DATE

Julie Cutler
JULIE CUTLER
LABOR LAW ENFORCEMENT SUPERVISOR

# Plaintiff's Exh. 61

EEOC Form 161-B (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Melvert Washington, Jr.
380 Fork Branch Road
Dover, DE 19904

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA 19106-2515

[    ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170CA200447 | Legal Unit | 215-440-2828 |

(See also the additional information attached to this form.)

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ x ]    More than 180 days have passed since the filing of this charge.

[    ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[    ]    The EEOC is terminating its processing of this charge.

[    ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ x ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          February 26, 2004
Marie M. Tomasso, District Director          *(Date Mailed)*

Enclosure(s)

Information Sheet

cc:    Gary Aber, Esq for Charging Party
LaJuene Rose, Esq for Respondent

# EXHIBIT F

# Plaintiff's Exh. 63

## LOST EARNINGS
### MELVERT WASHINGTON

| Pay End Date (1) | Washington Hours (2) | Washington Earnings (3) | Washington Wage Rate [(3)/(2)] (4) | Treesh Hours (5) | Treesh Earnings (6) | Treesh Wage Rate [(6)/(5)] (7) | Earnings Washington's Hours @ Treesh's Wage Rate [(2) x (7)] (8) | Losses Wage Rate Difference Alone [(8) - (3)] (9) | Losses Wage Rate and Hours Differences [(6) - (3)] (10) |
|---|---|---|---|---|---|---|---|---|---|
| 12 / 30 / 2000 | 35.50 | $271.63 | $7.65 | 79.25 | $673.63 | $8.50 | $301.75 | $30.12 | $402.00 |
| 1 / 13 / 2001 | 51.60 | $393.71 | $7.63 | 73.80 | $628.37 | $8.51 | $439.35 | $45.64 | $234.66 |
| 1 / 27 / 2001 | 11.00 | $83.93 | $7.63 | 81.45 | $699.34 | $8.59 | $94.45 | $10.52 | $615.41 |
| 2 / 10 / 2001 | 25.10 | $191.51 | $7.63 | 79.35 | $675.76 | $8.62 | $213.76 | $22.25 | $484.25 |
| 2 / 24 / 2001 | 19.70 | $150.31 | $7.63 | 83.30 | $722.08 | $8.67 | $170.77 | $20.46 | $571.77 |
| 3 / 10 / 2001 | 13.90 | $106.08 | $7.63 | 83.00 | $718.25 | $8.65 | $120.29 | $14.23 | $612.19 |
| 3 / 24 / 2001 | 12.35 | $94.23 | $7.63 | 83.90 | $729.73 | $8.70 | $107.42 | $13.19 | $635.50 |
| 4 / 7 / 2001 | 12.90 | $98.43 | $7.63 | 82.00 | $756.44 | $9.22 | $119.00 | $20.57 | $658.01 |
| 4 / 21 / 2001 | 12.50 | $95.38 | $7.63 | 95.55 | $940.27 | $9.84 | $123.01 | $27.63 | $844.89 |
| 5 / 5 / 2001 | 10.55 | $80.50 | $7.63 | 85.20 | $834.12 | $9.79 | $103.29 | $22.79 | $753.62 |
| 5 / 19 / 2001 | 14.40 | $109.87 | $7.63 | 100.35 | $1,049.99 | $10.46 | $150.87 | $40.80 | $940.12 |
| 6 / 2 / 2001 | 6.55 | $49.98 | $7.63 | 86.05 | $846.21 | $9.83 | $66.44 | $14.43 | $796.23 |
| 6 / 16 / 2001 | 12.70 | $96.90 | $7.63 | 84.20 | $819.87 | $9.74 | $123.66 | $26.76 | $722.97 |
| 6 / 30 / 2001 | 10.05 | $76.68 | $7.63 | | | | | | |
| 7 / 14 / 2001 | 12.75 | $97.26 | $7.63 | 80.10 | $767.84 | $9.59 | $122.22 | $24.94 | $670.56 |
| 7 / 28 / 2001 | 17.55 | $133.91 | $7.63 | 79.50 | $755.68 | $9.52 | $167.04 | $33.13 | $622.77 |
| 8 / 11 / 2001 | 8.25 | $62.95 | $7.63 | 84.15 | $819.14 | $9.73 | $80.31 | $17.36 | $756.19 |
| 8 / 25 / 2001 | 22.60 | $172.44 | $7.63 | 91.40 | $922.45 | $10.09 | $228.09 | $55.65 | $750.01 |
| 9 / 8 / 2001 | 32.60 | $248.74 | $7.63 | 81.20 | $777.34 | $9.57 | $312.08 | $63.34 | $528.60 |
| 9 / 22 / 2001 | 17.15 | $130.86 | $7.63 | 79.30 | $753.35 | $9.50 | $162.93 | $32.08 | $622.50 |
| 10 / 6 / 2001 | 23.05 | $175.87 | $7.63 | 81.75 | $785.18 | $9.60 | $221.39 | $45.52 | $609.31 |
| 10 / 20 / 2001 | 12.00 | $91.56 | $7.63 | 79.40 | $754.30 | $9.50 | $114.00 | $22.44 | $662.74 |
| 11 / 3 / 2001 | 10.40 | $79.35 | $7.63 | 81.60 | $594.47 | $9.62 | $100.04 | $20.69 | $515.12 |
| 11 / 17 / 2001 | 80.90 | $620.70 | $7.67 | 90.20 | $905.36 | $10.04 | $812.01 | $191.31 | $284.66 |
| 12 / 1 / 2001 | 13.00 | $99.19 | $7.63 | 78.00 | $767.60 | $9.84 | $127.93 | $28.74 | $668.41 |
| 12 / 15 / 2001 | 51.55 | $413.92 | $8.03 | 89.75 | $898.94 | $10.02 | $516.33 | $102.41 | $485.02 |
| 12 / 29 / 2001 | 68.25 | $520.75 | $7.63 | 97.70 | $1,062.30 | $10.87 | $742.09 | $221.34 | $541.55 |
| 1 / 12 / 2002 | 72.20 | $550.89 | $7.63 | 89.00 | $939.44 | $10.56 | $762.11 | $211.22 | $388.55 |
| 1 / 26 / 2002 | 59.35 | $452.84 | $7.63 | 93.50 | $999.49 | $10.69 | $634.44 | $181.60 | $546.65 |
| 2 / 9 / 2002 | 60.80 | $463.90 | $7.63 | 89.90 | $945.65 | $10.52 | $639.55 | $175.65 | $481.75 |
| 4 / 6 / 2002 | 59.60 | $463.69 | $7.78 | 80.00 | $797.60 | $9.97 | $594.21 | $130.52 | $333.91 |
| 4 / 20 / 2002 | 69.20 | $538.38 | $7.78 | 85.36 | $851.08 | $9.97 | $689.92 | $151.54 | $312.70 |
| 5 / 4 / 2002 | 73.30 | $570.27 | $7.78 | 85.36 | $851.08 | $9.97 | $730.80 | $160.53 | $280.81 |
| 5 / 18 / 2002 | 65.55 | $509.98 | $7.78 | 85.36 | $851.08 | $9.97 | $653.53 | $143.55 | $341.10 |
| 6 / 1 / 2002 | 46.35 | $360.80 | $7.78 | 85.36 | $851.08 | $9.97 | $462.11 | $101.51 | $490.48 |
| 6 / 15 / 2002 | 61.60 | $479.25 | $7.78 | 85.36 | $851.08 | $9.97 | $614.15 | $134.90 | $371.83 |
| 6 / 29 / 2002 | 66.40 | $516.59 | $7.78 | 85.36 | $851.08 | $9.97 | $662.01 | $145.42 | $334.49 |
| 7 / 13 / 2002 | 66.60 | $518.15 | $7.78 | 85.36 | $851.08 | $9.97 | $664.00 | $145.85 | $332.93 |
| 7 / 27 / 2002 | 86.60 | $708.37 | $8.18 | 85.36 | $851.08 | $9.97 | $863.40 | $155.03 | $142.71 |
| 8 / 10 / 2002 | 39.35 | $308.14 | $7.79 | 85.36 | $851.08 | $9.97 | $392.32 | $86.18 | $544.94 |
| 8 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 9 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 9 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 10 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 10 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 11 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 11 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 12 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 12 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 12 / / 2002 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 1 / / 2003 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 1 / / 2003 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |
| 2 / / 2003 | 63.61 | $494.86 | $7.78 | 85.36 | $851.08 | $9.97 | $634.17 | $139.31 | $356.21 |

| TOTAL LOSS -- WAGE RATE DIFFERENCE ALONE | | $4,902.80 |
|---|---|---|
| TOTAL LOSS -- WAGE RATE AND HOURS DIFFERENCES | | $25,522.63 |

**David E. Black**
*ECONOMIST*
Department of Economics
University of Delaware
Newark, Delaware 19716
(302) 831-1902
*FAX:* (302) 831-6968

July 11, 2005

Joseph J. Farnan, III, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

RE: Melvert Washington v. Autozoners

Dear Mr. Farnan:

At your request, I am reporting on my estimate of the loss of earnings suffered by Mr. Washington as a result of racial discrimination.

The computation of Mr. Washington's loss of earnings is based on a comparison of his earnings with those of another Autozoner employee, Mr. Shane B. Treesh. A comparison of Earnings Records shows that Mr. Washington was not only paid a lower wage but was also not allowed to work as many hours as Mr. Treesh.

The loss calculation begins with the December 30, 2000 pay period. This is the pay period in which Mr. Treesh's wage rate was increased from $8.00 to $8.50 per hour and also the pay period in which he shifted from part-time to full-time employment. The loss calculation ends in the middle of February, 2003. This date is six months (13 pay periods) after Mr. Washington was terminated by Autozoners.

The table which accompanies this report shows two loss calculations. One calculation bases the loss on the difference between Mr. Washington's and Mr. Treesh's wage rates. It computes how much more Mr. Washington would have earned if he had worked the number hours that he did and earned at Mr. Treesh's wage rate. This loss is shown at the bottom of the table to be $4,902.80. The second calculation bases the loss on the difference between Mr. Washington's and Mr. Treesh's wage rates and hours of work. It computes how much more Mr. Washington would have earned if he had worked the same number of hours that Mr. Treesh did and earned at Mr. Treesh's wage rate. This loss is shown at the bottom of the table to be $25,522.63.

Columns (2) and (3) of the table show Mr. Washington's actual hours and earnings from the December 30, 2000 pay period to August 10, 2002. His hours in column (2) after this date are estimated based on his average hours per pay period in 2002 up to August, 10. Column (4) shows Mr. Washington's computed wage rate based on his hours and earnings up to August 10, 2002. After this date, his wage rate at the time of termination is assumed to apply. Also, after this date his earnings are estimated based on his estimate hours and wage rate.

Columns (5) and (6) of the table show Mr. Treesh's actual hours and earnings from the December 30, 2000 pay period to April 6, 2002 when he left employment at Autozoners. After this date, his hours are estimated based on his average hours per pay period over the previous year. Column (7) shows Mr. Treesh's computed wage rate based on his hours and earnings up to April 6, 2002. After this date, his final wage rate is assumed to apply. Also after this date, his earnings are estimated based on his estimate hours and wage rate.

Column (8) computes what Mr. Washington would have earned working the number of hours that he did but being paid at Mr. Treesh's wage rate.

Columns (9) and (10) compute the two losses of earnings. Column (9) computes the increased earnings that Mr Washington would have had if he would have worked the number hours that he did but would have been paid at Mr. Treesh's wage rate. Column (10) computes the increased earnings that Mr. Washington would have had if he had been allowed to work the same number of hours that Mr. Treesh had worked and had been paid at Mr. Treesh's wage rate.

The totals of columns (9) and (10) produce the two loss calculations shown at the bottom of the table.

Sincerely yours,

David E. Black, Ph.D.
Associate Professor, Economics

# EXHIBIT G

# Plaintiff's Exh. 68

Department of the Treasury - Internal Revenue Service
**1040** U.S. Individual Income Tax Return **2001**    (99)    IRS Use Only -- Do not write or staple in this space.

OMB No. 1545-0074

**Label**
(See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

MELVERT WASHINGTON JR
380 FORK BRANCH ROAD
DOVER, DE 19904

For the year Jan. 1- Dec. 31, 2001, or other tax year beginning _____ , 2001, ending _____ , 20 ____

Your social security number

Spouse's social security number

⚠ **Important!** ⚠
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)    Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶    You [ ] Yes [X] No    Spouse [ ] Yes [ ] No

**Filing Status**

Check only one box.

1 [ ] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above and full name here. ▶ _____
4 [X] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ ICHELLE WASHINGTON
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ____ ). (See page 19.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a  . . . . . . . . . . . . .

b [ ] Spouse . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b ........ **1**
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 22,969. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) . | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . | 12 | 367. |
| 13 | Capital gain or (loss). If Sch D not required, check here . . ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | 14 | |
| 15a | Total IRA distributions . 15a ____ | b Taxable amt . | 15b | |
| 16a | Total pensions and annuities. 16a ____ | b Taxable amt . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . | 19 | |
| 20a | Social security benefits . 20a ____ | b Taxable amt . . . | 20b | |
| 21 | Other income. List type and amount (see page 27) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income . . ▶ | 22 | 23,336. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) . . . . . . | 23 | |
| 24 | Student loan interest deduction (see page 28) . . | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) . | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income . . . . . . . ▶ | 33 | 23,336. |

KBA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.    Form **1040** (2001)

MELVERT WASHINGTON JR

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 23,336. |

35a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ 35a ☐

b If you are married filing separately and your spouse itemizes deductions, or
you were a dual- status alien, see page 31 and check here ▶ 35b ☐

**Standard Deduction for --**
- People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31.
- All others:
  Single, $4,550
  Head of household, $6,650
  Married filing jointly or Qualifying widow(er), $7,600
  Married filing separately, $3,800

| | | | |
|---|---|---|---|
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 6,650. |
| 37 | Subtract line 36 from line 34 | 37 | 16,686. |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 2,900. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 13,786. |
| 40 | **Tax.** Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 2,066. |
| 41 | **Alternative minimum tax.** Attach Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | 2,066. |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | 108. |
| 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| 48 | Child tax credit (see page 37) | 48 | |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | |
| 51 | Add lines 43 through 50 | 51 | 108. |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- | 52 | 1,958. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 53 | Self- employment tax. Attach Schedule SE | 53 | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, & other tax- favored accounts | 55 | |
| 56 | Advance earned income credit payments from Form(s) W- 2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52 through 57. This is your **total tax** ▶ | 58 | 1,958. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W- 2 and 1099 | 59 | 1,880. |
| 60 | 2001 estimated tax payments & amount applied from 2000 return | 60 | |
| 61a | **Earned income credit (EIC)** | 61a | |
| b | Nontaxable earned income | 61b | |
| 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see page 51) | 64 | |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. **Total payments** ▶ | 66 | 1,880. |

**Refund**

Direct deposit? See page 51 and fill in 68b, 68c, and 68d.

| | | | |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | |
| 68a | Amount of line 67 you want **refunded to you** ▶ | 68a | |
| ▶ b | Routing number | ▶ Type: ☐ Checking ☐ Savings | |
| ▶ d | Account number | | |
| 69 | Amount of line 67 you want applied to 2002 estimated tax ▶ | 69 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 70 | **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | 78. |
| 71 | Estimated tax penalty. Also include on line 70 | 71 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? (see page 53)? ☐ Yes. Complete the following.   ☐ No

Designee's name ▶ ___   Phone no. ▶ ___   Personal identification number (PIN) ▶ ___

**Sign Here**

Joint return? See page 19.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ___   Date ___   Your occupation CUSTODIAN TECH   Daytime phone number ___

Spouse's signature. If a joint return, **both** must sign.   Date ___   Spouse's occupation ___

**Paid Preparer's Use Only**

Preparer's signature ___   Date 4/11/2002   Check if self- employed ☐   Preparer's SSN or PTIN ___

Firm's name (or yours if self- employed), address, and ZIP code   H AND R BLOCK   DOVER, DE 19901-0000   EIN ___   Phone no. (302) 697-2786

# Profit or Loss From Business
### (Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

► Attach to Form 1040 or Form 1041.    ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2001**

Department of the Treasury
Internal Revenue Service (99)

Attachment
Sequence No. **09**

Name of proprietor: **MELVERT WASHINGTON JR**

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
**NEWSPAPERS : DELIVERY**

**B** Enter code from pages C-7 & 8
► **492000**

**C** Business name. If no separate business name, leave blank.
**INDEPENDENT NEWSPAPERS**

**D** Employer ID number (EIN), if any
**51-0072172**

**E** Business address (including suite or room no.) ► **P O BOX 7001**

City, town or post office, state, and ZIP code **DOVER, DE 19903**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses . . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2001, check here . . . . . . . . . . . . . . . . . ► [X]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here . . . . . . ► [ ] | **1** | 3,950. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,950. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | **5** | 3,950. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . . | **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ► | **7** | 3,950. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | **8** | | 19 | Pension and profit-sharing plans | **19** | |
| 9 | Bad debts from sales or services (see page C-3) . | **9** | | 20 | Rent or lease (see page C-4): | | |
| | | | | a | Vehicles, machinery, and equipment | **20a** | |
| 10 | Car and truck expenses (see page C-3). . . | **10** | 2,588. | b | Other business property. . . | **20b** | |
| 11 | Commissions and fees . . | **11** | | 21 | Repairs and maintenance . . | **21** | |
| 12 | Depletion . . . . | **12** | | 22 | Supplies (not included in Part III) | **22** | 995. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) . . | **13** | | 23 | Taxes and licenses . . . | **23** | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . | **24a** | |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | b | Meals and entertainment . | | |
| 15 | Insurance (other than health) . | **15** | | c | Enter nondeductible amount included on line 24b (see pg. C-5) | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | **16a** | | d | Subtract line 24c from line 24b . | **24d** | |
| b | Other . . . . . | **16b** | | 25 | Utilities . . . . . | **25** | |
| 17 | Legal and professional services . . . . | **17** | | 26 | Wages (less employment credits) . | **26** | |
| 18 | Office expense . . . . | **18** | | 27 | Other expenses (from line 48 on page 2) . | **27** | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . . . ► | | | | | **28** | 3,583. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | | | | | **29** | 367. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . | | | | | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | | |

31 Net profit or (loss). Subtract line 30 from line 29.
 • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees,
   see page C-5). Estates and trusts, enter on Form 1041, line 3.  **31**  367.
 • If a loss, you must go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).
 • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2   **32a** [ ] All investment is at risk.
   (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.   **32b** [ ] Some investment is not at risk.
 • If you checked 32b, you must attach Form 6198.

KBA   For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule C (Form 1040) 2001

Form 1040 2001   MELVERT WASHINGTON JR                                        Page 2

## Cost of Goods Sold (see page C-6)

Method(s) used to
value closing inventory:      a ☐ Cost           b ☐ Lower of cost or market           c ☐ Other (attach explanation)

14   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
     "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year. . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

## Part IV   Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ 6/1/1999

44   Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:

a   Business _____ 7500 _____   b   Commuting _____ 3000 _____   c   Other _____ 4500 _____

45   Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . ☒ Yes ☐ No

46   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☒ Yes ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . | 48 |

KRA                                                                    Schedule C (Form 1040) 2001

**Education Credits**
**(Hope and Lifetime Learning Credits)**

OMB No. 1545-1618

**2001**
Attachment
Sequence No. **50**

▶ See instructions on pages 2 and 3.    ▶ Attach to Form 1040 or Form 1040A.

(Name) shown on return
MELVERT WASHINGTON JR

Your social security number

### Part I  Hope Credit.  Caution: The Hope credit may be claimed for no more than 2 tax years for the same student.

1

| (a) Student's name (as shown on page 1 of your tax return) First, Last | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (but do not enter more than $2,000 for each student). See instructions | (d) Enter the smaller of the amount in column (c) or $1,000 | (e) Subtract column (d) from column (c) | (f) Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2   Add the amounts in columns (d) and (f)  .  .  .  .  .  .  .  .  .   **2**

3   Tentative Hope credit. Add the amounts on line 2, columns (d) and (f)  .  .  .  ▶  **3**

### Part II  Lifetime Learning Credit

4

| | (a) Student's name (as shown on page 1 of your tax return) First          Last | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses. See instructions |
|---|---|---|---|
| Caution: You cannot take the Hope credit and the lifetime learning credit for the same student. | MELVERT WASHINGTON | | 541. |
| | | | |
| | | | |
| | | | |

5   Add the amounts on line 4, column (c), and enter the total  .  .  .  .  .  .  .  .  .  **5**   541.

6   Enter the smaller of line 5 or $5,000  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  **6**   541.

7   Tentative lifetime learning credit. Multiply line 6 by 20% (.20)  .  .  .  .  ▶  **7**   108.

### Part III  Allowable Education Credits

| | | | | |
|---|---|---|---|---|
| 8 | Tentative education credits. Add lines 3 and 7  .  .  .  .  .  .  .  .  .  .  .  . | | **8** | 108. |
| 9 | Enter: $100,000 if married filing jointly; $50,000 if single, head of household, or qualifying widow(er)  .  .  .  . | **9** 50,000. | | |
| 10 | Enter the amount from Form 1040, line 34 (or Form 1040A, line 20)* | **10** 23,336. | | |
| 11 | Subtract line 10 from line 9. If line 10 is equal to or more than line 9, stop; you cannot take any education credits. | **11** 26,664. | | |
| 12 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er)  .  .  . | **12** 10,000. | | |
| 13 | If line 11 is equal to or more than line 12, enter the amount from line 8 on line 14 and go to line 15. If line 11 is less than line 12, divide line 11 by line 12. Enter the result as a decimal (rounded to at least three places)  .  .  .  .  .  . | | **13** | X |
| 14 | Multiply line 8 by line 13 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ | | **14** | 108. |
| 15 | Enter the amount from Form 1040, line 42 (or Form 1040A, line 26)  .  .  . | | **15** | 2,066. |
| 16 | Enter the total, if any, of your credits from Form 1040, lines 43 through 45 (or from Form 1040A, lines 27 and 28)  .  .  .  .  . | | **16** | |
| 17 | Subtract line 16 from line 15. If line 16 is equal to or more than line 15, stop; you cannot take any education credits  .  .  . | | **17** | 2,066. |
| 18 | Education credits. Enter the smaller of line 14 or line 17 here and on Form 1040, line 46 (or Form 1040A, line 29)  .  .  .  .  .  ▶ | | **18** | 108. |

* See Pub. 970 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

KBA  For Paperwork Reduction Act Notice, see page 4.

Form 8863 (2001)

# Plaintiff's Exh. 69

...AShINGTON JR

**2001 DELAWARE RESIDENT FORM 200- 01, PAGE 2**

Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual). Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

## MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

| | | Filing status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|---|
| **SECTION A - ADDITIONS (+)** | | | |
| 26. Enter Federal AGI amount from Federal 1040, Line 33; 1040A, Line 19; 1040EZ, Line 4, or telefile, Line 1 | 26 | | |
| 27. Interest on State & Local obligations other than Delaware | 27 | | |
| 28. Fiduciary adjustment, oil depletion. | 28 | | |
| 29. TOTAL - Add Lines 27 and 28 | 29 | | |
| 30. Subtotal, Add Lines 26 and 29 | 30 | | |
| **SECTION B - SUBTRACTIONS (-)** | | | |
| 31. Interest received on U.S. Obligations | 31 | | |
| 32. Pension/Retirement Exclusions (See Instructions) | 32 | | |
| 33. Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward | 33 | | |
| 34. Taxable Soc. Sec./RR Retirement Benefits/Higher Educ. Excl./Certain Lump Sum Dist. (See Instr.) | 34 | | |
| 35. SUBTOTAL. Add Lines 31, 32, 33, and 34 and enter here. | 35 | | |
| 36. Subtotal, Subtract Line 35 from Line 30. | 36 | | |
| 37. Exclusion for certain persons 60 and over or disabled (See instructions) | 37 | | |
| 38. Total - Add Lines 35 and 37 | 38 | | |
| 39. DELAWARE ADJUSTED GROSS INCOME. Subtract Line 38 from Line 30. Enter here and on page 1, Line 1 | 39 | | |

SECTION C - ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A) If Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | | |
|---|---|---|---|
| 40. Enter total Itemized Deductions from Schedule A, Federal Form 1040, Line 28 | 40 | | |
| 41. Enter Foreign Taxes Paid (See instructions). | 41 | | |
| 42. Enter Charitable Mileage Deduction (See instructions) | 42 | | |
| 43. Self- Employed Health Insurance Deduction (See instructions) | 43 | | |
| 44. SUBTOTAL. Add Lines 40, 41, 42, and 43 and enter here | 44 | | |
| 45a. Enter State Income Tax included in Line 40 above (See instructions) | 45a | | |
| 45b. Enter Form 700 Tax Credits (Charitable Contributions) (See instructions) | 45b | | |
| 46. TOTAL. Subtract Line 45a and 45b from Line 44. Enter here and on Page 1, Line 2 (See instructions) | 46 | | |

SECTION D- DIRECT DEPOSIT INFORMATION   If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See instructions for details.

a. Routing Number [ ]     b. Type:  ☐ Checking     ☐ Savings

c. Account Number [ ]

## BE SURE TO SIGN YOUR RETURN BELOW

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules & statements, & believe it is true, correct and complete.

| Your signature | Date | Signature of Paid Preparer | Date 04/11/2002 |
|---|---|---|---|
| Spouse's Signature (If filing joint or combined return) | Date | Address - Zip Code H AND R BLOCK 2137 S DUPONT HWY 19901-0000 | |
| Home Phone (302) 674-5751 | Business Phone (302) 521-8407 | Business Phone (302) 697-2786 | EIN, SSN, or PTIN |

If a 2D barcode (black and white box) appears in the upper right corner of page 1 of this form, send the return to one of the following addresses:
MAKE CHECKS PAYABLE AND MAIL TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8753, WILMINGTON, DELAWARE 19899- 8753
MAIL REFUND DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8710, WILMINGTON, DELAWARE 19899- 8710
`AIL ZERO DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899- 8711

.a 2D barcode (black and white box) DOES NOT appear in the upper right corner of page 1 of this form, send the return to one of the following addresses:
MAKE CHECKS PAYABLE AND MAIL TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 508, WILMINGTON, DELAWARE 19899- 0508
``AIL REFUND DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8765, WILMINGTON, DELAWARE 19899- 8765
JL ZERO DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899- 8711

### MAKE CHECKS  PAYABLE TO: DELAWARE DIVISION OF REVENUE
### REMEMBER TO ATTACH APPROPRIATE SUPPORTING SCHEDULES WHEN FILING YOUR RETURN

(Vendor ID# 1029)                        (Rev 8/27/01)

DELAWARE INDIVIDUAL RESIDENT
INCOME TAX RETURN
FORM 200-01

or Fiscal year beginning _____ and ending _____

Social Security No. | Spouse's Social Security No.

Your Last Name | First Name and Middle Initial | Jr., Sr., III., etc.

**WASHINGTON MELVERT JR**

Spouse's Last Name | Spouse's First Name | Jr., Sr., III., etc.

Present Home Address (Number and Street) | Apt. #

**380 FORK BRANCH ROAD**

City | State | Zip Code
**DOVER** | **DE** | **19904**

**FILING STATUS (MUST CHECK ONE)**

1. Single, Divorced Widow(er)
2. Joint
3. Married & Filing Separate Forms
4. Married & Filing Combined Separately on this form
5. [X] Head of Household

Form DE2210 Attached

If you were a part-year resident in 2001, give the dates you resided in Delaware.
From **2001** To **2001**
Month Day | Month Day

Column A is for Spouse information, filing status 4 only. All other filing status use Column B.

| | | | Column A | Column B |
|---|---|---|---|---|
| 1. | DELAWARE ADJUSTED GROSS INCOME. Enter amount from Page 2, Line 39 .......... 1 | | | 23,336 |
| 2a. | If you elect the DELAWARE STANDARD DEDUCTION check here ........ [X] | | | |
| | Filing Status 1, 3 & 5 Enter $3250 in Column B    Filing Status 4 Enter $3250 in Column A and in Column B | | | |
| | Filing Status 2 Enter $6500 in Column B | | | |
| b. | If you elect the DELAWARE ITEMIZED DEDUCTIONS check here ......... | | | |
| | Filing Statuses 1, 2, 3 and 5, enter Itemized Deductions from page 2, Line 46 in Column B | | | |
| | Filing status 4 Enter Itemized Deductions from page 2, Line 46 in Columns A and B .......... 2 | | | 3,250 |
| 3. | ADDITIONAL STANDARD DEDUCTIONS (Not Allowed with Itemized Deductions - see instructions) | | | |
| | CHECK BOX(ES)    Column A - if SPOUSE was    Column B - if YOU were | | | |
| | 65 or over [ ] Blind [ ]    65 or over [ ] Blind [ ] | | | |
| | Multiply the number of boxes checked above by $2500. If you are filing a combined separate return | | | |
| | (Filing Status 4) enter the total for each appropriate column. All others enter total in Column B .......... 3 | | | |
| 4. | TOTAL DEDUCTIONS - Add Lines 2 & 3 and enter here ........................ 4 | | | 3,250 |
| 5. | TAXABLE INCOME - Subtract Line 4 from Line 1, and Compute Tax on this Amount .......... 5 | | | 20,086 |

| | | Column A | Column B | |
|---|---|---|---|---|
| 6. | Tax Liability from Tax Rate Table/Schedule ........... | | 745 | 6 |
| 7. | Tax on Lump Sum Distribution (Form 329) .......... | | | 7 |
| 8. | TOTAL TAX - Add Lines 6 and 7 and enter here ........................ > 8 | | | 745 |

PERSONAL CREDITS (See instructions, page 6) If you use Filing Status 4, enter the total for each appropriate column. All others enter total in Column B.

| | | | Column A | Column B | |
|---|---|---|---|---|---|
| 9a. | Enter number of exemptions claimed on Federal return **1** X $110. ............... 9a | | | | 110 |
| | On Line 9a, enter the number of exemptions for:    Column A [ ]    Column B [1] | | | | |
| 9b. | CHECK BOX(ES)  Spouse 60 or over (Column A) [ ]  Self 60 or Over (Column B) [ ] | | | | |
| | Enter number of boxes checked on Line 9b. ____ X $110. ............... 9b | | | | |
| 10. | Tax imposed by State of _____ (Must attach a signed copy of return) ............... 10 | | | | |
| 11. | Volunteer Firefighter/Other Non-Refundable Credits (See instructions) ............... 11 | | | | |
| 12. | Child Care Credit. Must attach Form 2441; Sch. 2, 1040A (Enter 50% of Federal credit) ....... 12 | | | | |
| 13. | Total Non-Refundable Credits. Add Lines 9a, 9b, 10, 11 & 12 and enter here ............... 13 | | | | 110 |
| 14. | BALANCE. Subtract Line 13 from Line 8. If Line 13 is greater than Line 8, enter "0" (Zero) ....... 14 | | | | 635 |
| 15. | Delaware Tax withheld (W-2's/1099 Required) ........ | | | 316 | 15 |
| 16. | 2001 Estimated Tax Paid & Payments with Extensions .... | | | | 16 |
| 17. | S Corporation Payments Form 1100S/A-1 Required .... | | | | 17 |
| 18. | TOTAL Refundable Credits. Add Lines 15, 16 and 17 and enter here > ............... > 18 | | | | 316 |
| 19. | BALANCE DUE. If Line 14 is more than Line 18, subtract Line 18 from Line 14 and enter here > 19 | | | | 319 |
| 20. | OVERPAYMENT. If Line 18 is more than Line 14, subtract Line 14 from Line 18 and enter here .... > 20 | | | | |

| 21. | CONTRIBUTIONS TO SPECIAL FUNDS | | | |
|---|---|---|---|---|
| | A. Non-Game Wildlife | D. Children's Trust | | |
| | B. U.S. Olympics | E. Breast Cancer Educ. | | |
| | C. Emergency Housing | F. Organ Donations | | |
| | | G. Diabetes Educ. | | |
| | Add Lines A thru G and enter here. ............... ENTER > | 21 | |

| 22. | AMOUNT OF LINE 20 TO BE APPLIED TO 2002 ESTIMATED TAX ACCOUNT ...................... ENTER > | 22 | |
|---|---|---|---|
| 23. | PENALTIES AND INTEREST DUE. If Line 19 is greater than $400, see estimated tax instructions ...... ENTER > | 23 | |
| 24. | NET BALANCE DUE (For Filing Status 4, see instructions, page 8) ................. PAY IN FULL > | 24 | 319 |
| | For all other filing statuses, enter Line 19 plus Lines 21 and 23 | | |

...RINGTON JR

## 2001 DELAWARE RESIDENT FORM 200-01, PAGE 2

Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual). Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

### MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

|  | | Filing status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|---|
| **SECTION A - ADDITIONS (+)** | | | |
| 26. Enter Federal AGI amount from Federal 1040, Line 33; 1040A, Line 19; 1040EZ, Line 4, or telefile, Line l | 26 | | |
| 27. Interest on State & Local obligations other than Delaware | 27 | | |
| 28. Fiduciary adjustment, oil depletion | 28 | | |
| 29. TOTAL - Add Lines 27 and 28 | 29 | | |
| 30. Subtotal. Add Lines 26 and 29 | 30 | | |
| **SECTION B - SUBTRACTIONS (-)** | | | |
| 31. Interest received on U.S. Obligations | 31 | | |
| 32. Pension/Retirement Exclusions (See Instructions) | 32 | | |
| 33. Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward | 33 | | |
| 34. Taxable Soc. Sec./RR Retirement Benefits/Higher Educ. Excl./Certain Lump Sum Dist. (See instr.) | 34 | | |
| 35. SUBTOTAL. Add Lines 31, 32, 33, and 34 and enter here | 35 | | |
| 36. Subtotal. Subtract Line 35 from Line 30 | 36 | | |
| 37. Exclusion for certain persons 60 and over or disabled (See instructions) | 37 | | |
| 38. Total - Add Lines 35 and 37 | 38 | | |
| 39. DELAWARE ADJUSTED GROSS INCOME. Subtract Line 38 from Line 30. Enter here and on page 1, Line 1 | 39 | | |

**SECTION C - ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A)** If Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | | |
|---|---|---|---|
| 40. Enter total Itemized Deductions from Schedule A, Federal Form 1040, Line 28 | 40 | | |
| 41. Enter Foreign Taxes Paid (See Instructions) | 41 | | |
| 42. Enter Charitable Mileage Deduction (See Instructions) | 42 | | |
| 43. Self-Employed Health Insurance Deduction (See Instructions) | 43 | | |
| 44. SUBTOTAL. Add Lines 40, 41, 42, and 43 and enter here | 44 | | |
| 45a. Enter State Income Tax included in Line 40 above (See Instructions) | 45a | | |
| 45b. Enter Form 700 Tax Credits (Charitable Contributions) (See Instructions) | 45b | | |
| 46. TOTAL. Subtract Line 45a and 45b from Line 44. Enter here and on page 1, Line 2 (See Instructions) | 46 | | |

**SECTION D - DIRECT DEPOSIT INFORMATION**   If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See instructions for details.

a. Routing Number [                    ]    b.Type: [ ] Checking    [ ] Savings

c. Account Number [                    ]

## BE SURE TO SIGN YOUR RETURN BELOW

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules & statements, & believe it is true, correct and complete.

| Your signature | Date | Signature of Paid Preparer | Date 04/11/2002 |
|---|---|---|---|
| Spouse's Signature (If filing joint or combined return) | Date | Address - Zip Code  H AND R BLOCK 2137 S DUPONT HWY 19901-0000 | |
| Home Phone (302) 674-5751 | Business Phone (302) 521-8407 | Business Phone (302) 697-2786 | EIN, SSN, or PTIN |

a 2D barcode (black and white box) appears in the upper right corner of page 1 of this form, send the return to one of the following addresses:
MAKE CHECKS PAYABLE AND MAIL TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 8753, WILMINGTON, DELAWARE 19899-8753
MAIL REFUND DUE RETURNS TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 8710, WILMINGTON, DELAWARE 19899-8710
MAIL ZERO DUE RETURNS TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899-8711

a 2D barcode (black and white box) DOES NOT appear in the upper right corner of page 1 of this form, send the return to one of the following addresses:
MAKE CHECKS PAYABLE AND MAIL TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 508, WILMINGTON, DELAWARE 19899-0508
MAIL REFUND DUE RETURNS TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 8765, WILMINGTON, DELAWARE 19899-8765
MAIL ZERO DUE RETURNS TO:  DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899-8711

## MAKE CHECKS PAYABLE TO: DELAWARE DIVISION OF REVENUE
### REMEMBER TO ATTACH APPROPRIATE SUPPORTING SCHEDULES WHEN FILING YOUR RETURN

| Medicare wages and tips | 6 Medicare tax withheld |
| 6777.56 | 98.27 |

| Control Number | Dept. | Corp. | Employer use only |
| W7E | 1157 | AZO | A | 13516 |

Employer's name, address, and ZIP code

AUTOZONERS INC
PO BOX 2198
MEMPHIS, TN    38101

| Employer's FED ID number | d Employee's SSA number |
| 52-1611055 | |

| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12 Benefits included in box 1 |
| | 14 Other |

| Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |

Employee's name, address and ZIP code

MELVERT WASHINGTON JR
919 BILLIE MITCHELL LN
APT 308D
DOVER, DE    19901-0000

| State | Employer's state ID no. | 17 State wages, tips, etc. |
| DE | 1-621611055-001 | 6777.56 |

| State income tax | 19 Locality name |
| Local wages, tips, etc. | 21 Local income tax |

**DE. State Filing Copy**

**W-2** Wage and Tax Statement **2000**
2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| 13 See Instructions for Box 13 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | 20469.66 | 867.46 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 20923.49 | 1297.26 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 20923.49 | 303.39 |
| | 7 Social security tips | 8 Allocated tips |
| | 9 Advance EIC payment | 10 Dependent care benefits |
| | 11 Nonqualified plans | 12 Benefits included in Box 1 |

Copy 2 for State, City or Local Tax Departments

| 14 Other | |
| PENSION IRS 414(H) | 453.83 |
| FLEX/PRETAX SECT125 | 204.12 |

d Employee's soc. sec. no.

| 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
| 168.44 | | | |

of the Treasury–Internal Revenue Service    OMB # 1545-0008    Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Tax Department

APT 308D
DOVER, DE    19901-0000

© 2000 AUTOMATIC DATA PROCESSING, INC.
Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

| ✓ College fund planner | |
| ✓ Estate Tax projections | |
| ✓ Standard loan amortization schedules | |
| ✓ After tax loan refinance analysis | |
| ✓ Year- round assistance. | Included |
| ✓ Audit Assistance. | Included |
| ✓ Tax return maintenance for a full three years, or longer if required by the state. | Included |
| ✓ Appointments available any time, at your convenience. | Included |
| ✓ 1- 800- HRBLOCK available for client service and office locator needs. | Included |
| ✓ Withholding (W- 4) planning according to your preferences. | Included |
| ✓ Refund Rewards coupons- merchandise discounts at your favorite places. | Included |
| ✓ If your return is prepared anytime between January 1, 2001 to April 16, 2001 you will automatically be entered in the "The H&R Block $1,000,000 Giveaway" - ask your preparer for details! | Included |
| ✓ The convenience of over 9,000 locations nationwide to serve you. | Included |

Additional Services Available from H&R Block:

- Electronic filing options, including:
  - o  Refund Anticipation Loan - A loan against your refund available in as few as two days.
  - o  Refund Anticipation Check - The ability to withhold your fees from the anticipated refund.
  - o  Direct Deposit - Your refund deposited by IRS into your personal account.
- Peace of Mind (POM) Guarantee - Extends your guarantee to include the reimbursement of taxes due to our error or other special situations up to $4,000.

Franchise Office Version

# Plaintiff's Exh. 70

Department of the Treasury - Internal Revenue Service

## U.S. Individual Income Tax Return (99)

**2000**

IRS Use Only - Do not write or staple in this space.

OMB No.

| | | |
|---|---|---|
| Your social security number | | |
| Spouse's social security number | | |

L A B E L **MELVERT WASHINGTON JR**
H E R E **319 BILLY MITCHELL LANE APT. 308D**
**DOVER, DE 19901**

Otherwise, please print or type.

⚠ **Important!** ⚠
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ **You** Yes [ ] No [X]   **Spouse** Yes [ ] No [ ]

| **Filing status** | | |
|---|---|---|
| 1 | [ ] Single | |
| 2 | [ ] Married filing joint return (even if only one had income) | |
| 3 | [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶ | |
| Check only one box. | 4 | [X] Head of household (with qualifying person). (See page 22.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
| | 5 | [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 23.) |

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: **1**

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax credit (see page 24) |
|---|---|---|---|
| ICHELLE WASHINGTON | | DAUGHTER | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than seven dependents, see page 23.

No. of your children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation (see page 25)
Dependents on 6c not entered above

d Total number of exemptions claimed.

Add numbers entered on lines above. **2**

## Income

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 26.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips. | 7 | 27,248. |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | |
| 9 | Ordinary dividends. Attach Schedule 1 if required. | 9 | |
| 10 | Capital gain distributions (see page 26). | 10 | |
| 11a | Total IRA distributions. 11a | 11b Taxable amount | 11b |
| 12a | Total pensions and annuities. 12a | 12b Taxable amount (see page 27). | 12b |
| 13 | Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount (see page 29). | 14b |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ▶ | 15 | 27,248. |

## Adjusted gross income

| | | | |
|---|---|---|---|
| 16 | IRA deduction (see page 31). | 16 | |
| 17 | Student loan interest deduction (see page 31). | 17 | |
| 18 | Add lines 16 and 17. These are your total adjustments. | 18 | |
| 19 | Subtract line 18 from line 15. This is your adjusted gross income. ▶ | 19 | 27,248. |

KDA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 55.

Form **1040A** (2000)

CALVERT WASHING N JR

| | | | |
|---|---|---|---|
| Enter the amount from line 19. | | 20 | 27,248. |

| | | | | | |
|---|---|---|---|---|---|
| 21a | Check if: | You were 65 or older ☐  Blind ☐ | Enter number of | | |
| | | Spouse was 65 or older ☐  Blind ☐ | boxes checked ▶ 21a | ☐ | |
| b | If you are married filing separately and your spouse itemizes deductions, see page 33 and check here | ▶ 21b | ☐ | |

| 22 | Enter the standard deduction for your filing status. But see page 33 if you checked any box on line 21a or 21b or if someone can claim you as a dependent. | | |
|---|---|---|---|
| | • Single- $4,400    • Married filing jointly or Qualifying widow(er)- $7,350 | | |
| | • Head of household- $6,450    • Married filing separately-$3,675 | 22 | 6,450. |
| 23 | Subtract line 22 from line 20. If line 22 is more than line 20, enter -0-. | 23 | 20,798. |
| 24 | Multiply $2,800 by the total number of exemptions claimed on line 6d. | 24 | 5,600. |
| 25 | Subtract line 24 from line 23. If line 24 is more than line 23, enter -0-. This is your taxable income. | ▶ 25 | 15,198. |

**Tax, credits, and payments**

| 26 | Tax (see page 34). | | 26 | 2,276. |
|---|---|---|---|---|
| 27 | Credit for child and dependent care expenses. Attach Schedule 2. | 27 | | |
| 28 | Credit for the elderly or the disabled. Attach Schedule 3. | 28 | | |
| 29 | Education credits. Attach Form 8863. | 29 | | |
| 30 | Child tax credit (see page 37). | 30 | | |
| 31 | Adoption credit. Attach Form 8839. | 31 | | |
| 32 | Add lines 27 through 31. These are your total credits. | | 32 | |
| 33 | Subtract line 32 from line 26. If line 32 is more than line 26, enter -0-. | | 33 | 2,276. |
| 34 | Advance earned income credit payments from Form(s) W-2. | | 34 | |
| 35 | Add lines 33 and 34. This is your total tax. | | ▶ 35 | 2,276. |
| 36 | Federal income tax withheld from Forms W-2 and 1099. | 36 | 868. | |
| 37 | 2000 estimated tax payments and amount applied from 1999 return. | 37 | | |

**If you have a qualifying child, attach Schedule EIC.**

| 38a | Earned income credit (EIC). | NO | 38a | | |
|---|---|---|---|---|---|
| b | Nontaxable earned income: amount ▶ | and type ▶ | | | |
| 39 | Additional child tax credit. Attach Form 8812. | | 39 | | |
| 40 | Add lines 36, 37, 38a, and 39. These are your total payments. | | ▶ 40 | 868. |

**Refund**

**Have it directly deposited! See page 48 and fill in 42b, 42c, and 42d.**

| 41 | If line 40 is more than line 35, subtract line 35 from line 40. This is the amount you overpaid. | 41 | |
|---|---|---|---|
| 42a | Amount of line 41 you want refunded to you. | 42a | |
| ▶ b | Routing number | | |
| | ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |
| 43 | Amount of line 41 you want applied to your 2001 estimated tax. | 43 | |

**Amount you owe**

| 44 | If line 35 is more than line 40, subtract line 40 from line 35. This is the amount you owe. For details on how to pay, see page 49. | 44 | 1,479. |
|---|---|---|---|
| 45 | Estimated tax penalty (see page 49). | 45 | 71. |

**Sign here**

Joint return? See page 21.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation CUSTODIAN TECH | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | May IRS discuss this return with the preparer shown below (see page 50)? ☐ Yes ☐ No |

**Paid Preparer's use only**

| Preparer's signature | Date 2/20/01 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | H AND R BLOCK DOVER, DE 19901-0000 | EIN | Phone no. (302) 697-2786 |

KBA

Form 1040A (2000)

## Underpayment of
## Estimated Tax by Individuals, Estates, and Trusts

▶ See separate Instructions.

▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140

**2000**

Attachment
Sequence No. 06

Department of the Treasury
Internal Revenue Service

Name(s) shown on tax return
MELVERT WASHINGTON JR

Identifying number

Note: In most cases, you **do not need** to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 **only** if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21 or Part IV, line 35, on the penalty line of your return, **but do not attach Form 2210.**

**Part I** **Reasons for Filing ▪** If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1    Check whichever boxes apply (if none apply, see the **Note** above):

a ☐    You request a **waiver.** In certain circumstances, the IRS will waive all or part of the penalty. See Waiver of Penalty on page 1 of the instructions.

b ☐    You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See page 5 of the instructions.

c ☐    You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the Instructions for line 23 on page 3.

d ☐    Your required annual payment (line 14 below) is based on your 1999 tax and you filed or are filing a joint return for either 1999 or 2000 but not for both years.

**Part II** **Required Annual Payment**

| | | | |
|---|---|---|---|
| 2 | Enter your 2000 tax after credits (see page 2 of the instructions) . . . . . . . . . . . . . | 2 | 2,276 |
| 3 | Other taxes (see page 2 of the instructions) . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . | 4 | 2,276 |
| 5 | Earned income credit . . . . . . . . . . . . | 5 | | |
| 6 | Additional child tax credit . . . . . . . . . . | 6 | | |
| 7 | Credit for Federal tax paid on fuels . . . . . . . | 7 | | |
| 8 | Add lines 5, 6, and 7 . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Current year tax. Subtract line 8 from line 4 . . . . . . . . . . . . . . . . | 9 | 2,276 |
| 10 | Multiply line 9 by 90% (.90) . . . . . . . . . | 10 | 2,048 | |
| 11 | Withholding taxes. Do not include any estimated tax payments on this line (see page 2 of the Instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 868 |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; **do not complete or file this form. You do not owe the penalty** . . . . . . . . . . . . . . . . . . . . . . | 12 | 1,408 |
| 13 | Enter the tax shown on your 1999 tax return. (108.6% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 2000, more than $75,000). **Caution:** See page 3 of the instructions . . . . . . . . . . . . . . | 13 | |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 . . . . . . . . . . | 14 | 2,048 |

Note:   If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box 1d above.**

**Part III** **Short Method** (Caution: See page 3 of the instructions to find out if you can use the short method. If you checked box 1b or 1c in Part I, skip this part and go to Part IV.)

| | | | |
|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 above . . . . . . . . . | 15 | 868 | |
| 16 | Enter the total amount, if any, of estimated tax payments you made . . . . | 16 | | |
| 17 | Add lines 15 and 16 . . . . . . . . . . . . . . . . . . . . | 17 | 868 |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box 1d above** . . . . . . | 18 | 1,180 |
| 19 | Multiply line 18 by .05976 . . . . . . . . . . . . . . . . . . | 19 | 71 |
| 20 | ▪ If the amount on line 18 was paid **on or after** 4/15/01, enter - 0 -. ▪ If the amount on line 18 was paid **before** 4/15/01, make the following computation to find the amount to enter on line 20.   $\text{Amount on line 18} \times \text{Number of days paid before 4/15/01} \times .00025$ . . . . . . | 20 | 0 |
| 21 | **Penalty.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 70; Form 1040A, line 45; Form 1040NR, line 69; Form 1040NR-EZ, line 27; or Form 1041, line 26 . . . ▶ | 21 | 71 |

KPA    For Paperwork Reduction Act Notice, see page 1 of separate instructions.

Form **2210** (2000)

DELAWARE INDIVIDUAL RESIDENT
INCOME TAX RETURN
FORM 200- 01

...beginning ............ and ending.

Social Security Number    Spouse's Social Security Number

Your Last Name    First Name and Middle Initial    Jr., Sr., Ill., etc.
**WASHINGTON MELVERT JR**

Spouse's Last Name    Spouse's First Name    Jr., Sr., Ill., etc.

Present Home Address ( Number and Street )    Apt. #
**319 BILLY MITCHELL LANE APT 308D**

City    State    Zip Code
**DOVER    DE    19901**

### FILING STATUS (MUST CHECK ONE)

1. [X] Single, Divorced Widow(er)
2. [ ] Joint
3. [ ] Married & Filing Separate Forms
4. [ ] Married & Filing Combined Separate on this form
5. [ ] Head of Household

If you were a part year resident in 2000, give the dates you resided in Delaware.
From: Month Day **2000**    To: Month Day **2000**

Form DE2210 Attached

Column A is for Spouse information, filing status 4 only. All other filing status use Column B.

| | | Column A | Column B |
|---|---|---|---|
| 1. | DELAWARE ADJUSTED GROSS INCOME (Enter amount from Page 2, Line 39) ... 1 | | 27,248 |
| 2a. | If you elect the DELAWARE STANDARD DEDUCTION check here ......... [X] | | |
| | Filing Status 1,3 & 5 Enter $3250 in Column B    Filing Status 4 Enter $3250 in Column A and in Column B | | |
| | Filing Status 2 Enter $6500 in Column B | | |
| b. | If you elect the DELAWARE ITEMIZED DEDUCTIONS check here ......... [ ] | | |
| | Filing Statuses 1, 2, 3 and 5, enter Itemized Deductions from page 2, Line 46 in Column B | | |
| | Filing Status 4 Enter Itemized Deductions from Page 2, Line 46 in Columns A and B ........ 2 | | 3,250 |
| 3. | ADDITIONAL STANDARD DEDUCTIONS (Not Allowed with Itemized Deductions - see instructions) | | |
| | CHECK BOX(ES)    Column A - if SPOUSE was    Column B - if YOU were | | |
| | 65 or over [ ]  Blind [ ]    65 or over [ ]  Blind [ ] | | |
| | Multiply the number of boxes checked above by $2500. If you are filing a combined or separate return | | |
| | (Filing Status 4) enter the total for each appropriate column. All others total in Column B ...... 3 | | |
| 4. | TOTAL DEDUCTIONS - Add Lines 2 & 3 and enter here .................... 4 | | 3,250 |
| 5. | TAXABLE INCOME - Subtract Line 4 from Line 1, Compute Tax on this Amount ... 5 | | 23,998 |

| | | Column A | Column B | |
|---|---|---|---|---|
| 6. | Tax Liability from Tax Rate Table/Schedule .......... | | 948 | 6 |
| 7. | Tax on Lump Sum Distribution (Form 329) ........... | | | 7 |
| 8. | TOTAL TAX- Add Lines 6 and 7 and enter here ▶ 8 | | | 948 |

PERSONAL CREDITS (see instructions, page 6) If you use Filing Status 4, enter the total for each appropriate column. All others enter total in Column B.

| | | Column A | Column B | |
|---|---|---|---|---|
| 9a. | Enter number of exemptions claimed on Federal return **2** X$110. ............ 9a | | | 220 |
| | On Line 9a, enter the number of exemptions for:    Column A [ ]    Column B [2] | | | |
| 9b. | CHECK BOX(ES)  Spouse 60 or over (Column A) [ ]   Self 60 or Over (Column B) [ ] | | | |
| | Enter number of boxes checked on Line 9b. ____ X$110. .............. 9b | | | |
| 10. | Tax imposed by State of ____ (Must attach a signed copy of return) .......... 10 | | | |
| 11. | Volunteer Firefighter/ Other Non- Refundable Credits (See Instructions) ......... 11 | | | |
| 12. | Child Care Credit (Must attach Form 2441; Sch. 2, 1040A) (Enter 50% of Federal credit). ...... 12 | | | |
| 13. | Total Non- Refundable Credits. Add Lines 9a, 9b, 10, 11 & 12 and enter here ........ 13 | | | 220 |
| 14. | BALANCE (Subtract Line 13 from Line 8.) Cannot be less than ZERO ........ 14 | | | 728 |
| 15. | Delaware Tax withheld (W- 2's/1099 Required) ........ | | 168 | 15 |
| 16. | 2000 Estimated Tax Paid & Payments with Extensions .... | | | 16 |
| 17. | S Corporation Payments (Form 1100S/A- 1 Required) .... | | | 17 |
| 18. | TOTAL Refundable Credits. Add Lines 15, 16, and 17 and enter here. ......... 18 | | | 168 |
| 19. | BALANCE DUE. If Line 14 is more than Line 18, subtract 18 from 14 and enter here ▶ 19 | | | 560 |
| 20. | OVERPAYMENT. If Line 18 is more than Line 14, subtract 14 from 18 and enter here ▶ 20 | | | |

21. CONTRIBUTIONS TO SPECIAL FUNDS
A. Non- Game Wildlife    D. Children's Trust
B. U.S. Olympics    E. Breast Cancer Educ.
C. Emergency Housing    F. Organ Donations
G. Diabetes Educ.
Add Lines A thru G and enter here. ......... ENTER ▶ 21

| 22. | AMOUNT OF LINE 20 TO BE APPLIED TO 2001 ESTIMATED TAX ACCOUNT ...... ENTER ▶ 22 | |
| 23. | PENALTIES AND INTEREST DUE (If Line 19 is greater than $400, see estimated tax instructions) ...... ENTER ▶ 23 | |
| 24. | NET BALANCE DUE (For Filing Status 4, see instructions, page 8). .......... PAY IN FULL ▶ 24 | 560 |
| | For all other filing statuses, enter the amount due (Line 19 plus Lines 21, 22 and 23) | |
| | TO BE REFUNDED/ZERO DUE ▶ 25 | |

# Plaintiff's Exh. 71

ON

## 2000 DELAWARE RESIDENT FORM 200-01, PAGE 2

Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual). Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

### MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

| | Filing status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|

### SECTION A - ADDITIONS (+)

| | | | |
|---|---|---|---|
| 26. Enter Federal AGI amount from Federal 1040, Line 33; 1040A, Line 19; 1040EZ, Line 4, or telefile, Line I | 26 | | |
| 27. Interest on State & Local obligations other than Delaware | 27 | | |
| 28. Fiduciary adjustment, oil depletion. | 28 | | |
| 29. TOTAL - Add Lines 27 and 28 | 29 | | |
| 30. Subtotal (Add Lines 26 and 29) | 30 | | |

### SECTION B - SUBTRACTIONS (-)

| | | | |
|---|---|---|---|
| 31. Interest received on U.S. Obligations | 31 | | |
| 32. Pension/Retirement Exclusions (see instructions) | 32 | | |
| 33. Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward | 33 | | |
| 34. Taxable Soc. Sec./RR Retirement Benefits/Higher Educ. Excl./Certain Lump Sum Dist. (see instr.) | 34 | | |
| 35. SUBTOTAL (Add Lines 31, 32, 33, and 34 and enter here). | 35 | | |
| 36. Subtotal (Subtract Line 35 from Line 30). | 36 | | |
| 37. Exclusion for certain persons 60 and over or disabled (See instructions) | 37 | | |
| 38. Total - Add Lines 35 and 37. | 38 | | |
| 39. DELAWARE ADJUSTED GROSS INCOME. Subtract Line 38 from Line 30. Enter here and on Page 1, Line I | 39 | | |

### SECTION C - ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A)

If Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | | |
|---|---|---|---|
| 40. Enter total itemized deductions from Schedule A, Federal Form 1040, Line 28 | 40 | | |
| 41. Enter Foreign Taxes Paid (See instructions). | 41 | | |
| 42. Enter Charitable Mileage Deduction (See instructions) | 42 | | |
| 43. Self- Employed Health Insurance Deduction (See instructions) | 43 | | |
| 44. SUBTOTAL - Add Line 40, 41, 42, and 43 and enter here | 44 | | |
| 45a. Enter State Income Tax included in Line 40 above (See instructions) | 45a | | |
| 45b. Enter Charitable Contributions - Form 700 Tax Credits (See instructions). | 45b | | |
| 46. TOTAL - Subtract Line 45a and 45b from Line 44. Enter here and on Page 1, Line 2 (See instructions) | 46 | | |

### SECTION D - DIRECT DEPOSIT INFORMATION

If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See instructions for details.

a. Routing Number [ ]    b. Type: [ ] Checking    [ ] Savings

c. Account Number [ ]

## BE SURE TO SIGN YOUR RETURN BELOW

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules & statements, & believe it is true, correct & complete.

| Your signature | Date | Signature of paid preparer | Date 02/20/2001 |
|---|---|---|---|
| Spouse's signature (If filing joint or combined return) | Date | Address - Zip code H AND R BLOCK 2137 S DUPONT HWY 19901-0000 | |
| Home phone (302) 674-5751 | Business phone (302) 521-8407 | Business phone (302) 697-2786 | EIN. SSN. OR PTIN |

If a 2D barcode (black and white shaded box) appears in the upper right corner of page 1 of this form, send the return to one of the following addresses:
NET BALANCE DUE (LINE 24):  DELAWARE DIVISION OF REVENUE, P.O BOX 8753, WILMINGTON, DE 19899-8753
NET REFUND (LINE 25):  DELAWARE DIVISION OF REVENUE, P.O BOX 8710, WILMINGTON, DE 19899-8710
ZERO (LINE 25):  DELAWARE DIVISION OF REVENUE, P.O BOX 8753, WILMINGTON, DE 19899-8753

If a 2D barcode (black and white shaded box) DOES NOT appear in the upper right corner of page 1 of this form, send the return to one of the following addresses:
NET BALANCE DUE (LINE 24):  DELAWARE DIVISION OF REVENUE, P.O BOX 508, WILMINGTON, DE 19899-0508
NET REFUND (LINE 25):  DELAWARE DIVISION OF REVENUE, P.O BOX 8765, WILMINGTON, DE 19899-8765
ZERO (LINE 25):  DELAWARE DIVISION OF REVENUE, P.O BOX 8711, WILMINGTON, DE 19899-8711

MAKE CHECKS PAYABLE TO: DELAWARE DIVISION OF REVENUE

DELAWARE IN  DUAL RESIDENT
INCOME TAX RETURN
FORM 200- 01
and ending

COPY

| | | |
|---|---|---|
| Your Last Name | First Name and Middle Initial | Jr., Sr., III., etc. |
| WASHINGTON | MELVERT JR | |
| Spouse's Last Name | Spouse's First Name | Jr., Sr., III., etc. |
| | | |

Present Home Address (Number and Street)    Apt. #
319 BILLY MITCHELL LANE APT 308D

| City | State | Zip Code |
|---|---|---|
| DOVER | DE | 19901 |

FILING STATUS (MUST CHECK ONE)

1. [X] Single, Divorced Widow(er)
2. [ ] Joint
3. [ ] Married & Filing Separate Forms
4. [ ] Married & Filing Combined Separate on this form
5. [ ] Head of Household

If you were a part year resident in 2000, give the dates you resided in Delaware.
From  Month Day  2000  To  Month Day  2000

Form DE2210 Attached

Column A Is for Spouse information, filing status 4 only. All other filing status use Column B.

| | | Column A | Column B |
|---|---|---|---|
| 1. | DELAWARE ADJUSTED GROSS INCOME (Enter amount from Page 2, Line 39) .... 1 | | 27,248 |
| 2a. | If you elect the DELAWARE STANDARD DEDUCTION check here ......... [X] | | |
| | Filing Status 1, 3 & 5 Enter $3250 in Column B  Filing Status 4 Enter $3250 in Column A and in Column B | | |
| | Filing Status 2 Enter $6500 in Column B | | |
| b. | If you elect the DELAWARE ITEMIZED DEDUCTIONS check here ......... [ ] | | |
| | Filing Statuses 1, 2, 3 and 5, enter Itemized Deductions from page 2, Line 46 in Column B | | |
| | Filing Status 4 Enter Itemized Deductions from Page 2, Line 46 in Columns A and B ... 2 | | 3,250 |
| 3. | ADDITIONAL STANDARD DEDUCTIONS (Not Allowed with Itemized Deductions - see instructions) | | |
| | CHECK BOX(ES)  Column A - If SPOUSE was  Column B - If YOU were | | |
| | 65 or over [ ] Blind [ ]  65 or over [ ] Blind [ ] | | |
| | Multiply the number of boxes checked above by $2500. If you are filing a combined or separate return | | |
| | (Filing Status 4) enter the total for each appropriate column. All others enter total in Column B ..... 3 | | |
| 4. | TOTAL DEDUCTIONS - Add Lines 2 & 3 and enter here .............. 4 | | 3,250 |
| 5. | TAXABLE INCOME - Subtract Line 4 from Line 1, Compute Tax on this Amount .... 5 | | 23,998 |

| | | Column A | Column B | |
|---|---|---|---|---|
| 6. | Tax Liability from Tax Rate Table/Schedule ........... | | 948 | 6 |
| 7. | Tax on Lump Sum Distribution (Form 329) ........... | | | 7 |
| 8. | TOTAL TAX - Add Lines 6 and 7 and enter here ......... ▶ | | | 8 | 948 |

PERSONAL CREDITS (see instructions, page 6). If you use Filing Status 4, enter the total for each appropriate column. All others enter total in Column B.

| | | | | |
|---|---|---|---|---|
| 9a. | Enter number of exemptions claimed on Federal return  2  X$110. ............ 9a | | | 220 |
| | On Line 9a, enter the number of exemptions for:  Column A [ ]  Column B [2] | | | |
| 9b. | CHECK BOX(ES)  Spouse 60 or over (Column A) [ ]  Self 60 or Over (Column B) [ ] | | | |
| | Enter number of boxes checked on Line 9b.  X$110. ........... 9b | | | |
| 10. | Tax imposed by State of _____ (Must attach a signed copy of return) ............. 10 | | | |
| 11. | Volunteer Firefighter/Other Non- Refundable Credits (See Instructions) ................. 11 | | | |
| 12. | Child Care Credit (Must attach Form 2441; Sch. 2, 1040A) (Enter 50% of Federal credit). ..... 12 | | | |
| 13. | Total Non- Refundable Credits. Add Lines 9a, 9b, 10, 11 & 12 and enter here ....... 13 | | | 220 |
| 14. | BALANCE (Subtract Line 13 from Line 8.) Cannot be less than ZERO. ........ 14 | | | 728 |
| 15. | Delaware Tax withheld (W- 2's/1099 Required) ......... 15 | 168 | | |
| 16. | 2000 Estimated Tax Paid & Payments with Extensions .... 16 | | | |
| 17. | S Corporation Payments (Form 1100S/A- 1 Required) ..... 17 | | | |
| 18. | TOTAL Refundable Credits. Add Lines 15, 16, and 17 and enter here. ........ ▶ 18 | | | 168 |
| 19. | BALANCE DUE, If Line 14 is more than Line 18, subtract 18 from 14 and enter here ..... ▶ 19 | | | 560 |
| 20. | OVERPAYMENT, If Line 18 is more than Line 14, subtract 14 from 18 and enter here ....... ▶ 20 | | | |

21. CONTRIBUTIONS TO SPECIAL FUNDS
A. Non- Game Wildlife [ ]
B. U.S. Olympics [ ]
C. Emergency Housing [ ]
D. Children's Trust [ ]
E. Breast Cancer Educ. [ ]
F. Organ Donations [ ]
G. Diabetes Educ. [ ]
Add Lines A thru G and enter here. ............ ENTER ▶ 21

| 22. | AMOUNT OF LINE 20 TO BE APPLIED TO 2001 ESTIMATED TAX ACCOUNT. ................ ENTER ▶ 22 | |
|---|---|---|
| 23. | PENALTIES AND INTEREST DUE (If Line 19 is greater than $400, see estimated tax instructions) ....... ENTER ▶ 23 | |
| 24. | NET BALANCE DUE (For Filing Status 4, see instructions, page 8). ......... PAY IN FULL ▶ 24 | 560 |
| | For all other filing statuses, enter the amount due (Line 19 plus Lines 21, 22 and 23) | |
| 25. | ... Filing Status 4 see instructions, page 8). ......... TO BE REFUNDED / ZERO- DUE ▶ 25 | |

(Left margin markings: CH LABEL; STAPLE W FORMS HERE; STAPLE CHECK HE)

,f0N

## 2000 DELAWARE RESIDENT FORM 200-01, PAGE 2

,MNS:  Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual. Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

## MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

|  | Filing status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|

### SECTION A - ADDITIONS (+)

| | | |
|---|---|---|
| 26. Enter Federal AGI amount from Federal 1040, Line 33; 1040A, Line 19; 1040EZ, Line 4, or telefile, Line I    26 | | |
| 27. Interest on State & Local obligations other than Delaware .......................................    27 | | |
| 28. Fiduciary adjustment, oil depletion. ..........................................................    28 | | |
| 29. TOTAL - Add Lines 27 and 28 ...............................................................    29 | | |
| 30. Subtotal (Add Lines 26 and 29) ...................    30 | | |

### SECTION B - SUBTRACTIONS (-)

| | | |
|---|---|---|
| 31. Interest received on U.S. Obligations .........................................................    31 | | |
| 32. Pension/ Retirement Exclusions (see instructions) ..............................................    32 | | |
| 33. Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward ................................................    33 | | |
| 34. Taxable Soc. Sec./RR Retirement Benefits/Higher Educ. Excl./Certain Lump Sum Dist. (see instr.) . .    34 | | |
| 35. SUBTOTAL (Add Lines 31, 32, 33, and 34 and enter here)......................................    35 | | |
| 36. Subtotal (Subtract Line 35 from Line 30)...........    36 | | |
| 37. Exclusion for certain persons 60 and over or disabled (See instructions) ........................    37 | | |
| 38. Total - Add Lines 35 and 37 ...............................................................    38 | | |
| 39. DELAWARE ADJUSTED GROSS INCOME. Subtract Line 38 from Line 30. Enter here and on Page 1, Line 1    39 | | |

### SECTION C - ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A) if Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | |
|---|---|---|
| 40. Enter total itemized deductions from Schedule A, Federal Form 1040, Line 28 ...............    40 | | |
| 41. Enter Foreign Taxes Paid (See instructions). ..............................................    41 | | |
| 42. Enter Charitable Mileage Deduction (See instructions) ......................................    42 | | |
| 43. Self- Employed Health Insurance Deduction (See Instructions) ................................    43 | | |
| 44. SUBTOTAL - Add Line 40, 41, 42, and 43 and enter here ....................................    44 | | |
| 45a. Enter State Income Tax included in Line 40 above (See instructions) ........................    45a | | |
| 45b. Enter Charitable Contributions - Form 700 Tax Credits (See instructions).....................    45b | | |
| 46. TOTAL - Subtract Line 45a and 45b from Line 44. Enter here and on Page 1, Line 2 (See Instructions) ........    46 | | |

SECTION D- DIRECT DEPOSIT INFORMATION If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See Instructions for details.

a. Routing Number [                    ]     b.Type:  ☐ Checking    ☐ Savings

c. Account Number [                    ]

## BE SURE TO SIGN YOUR RETURN BELOW

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules & statements, & believe it is true, correct & complete.

| Your signature | Date | Signature of paid preparer | Date 02/20/2001 |
|---|---|---|---|
| Spouse's signature (if filing joint or combined return) | Date | Address - Zip code  H AND R BLOCK 2137 S DUPONT HWY 19901-0000 | |
| Home phone (302) 674-5751 | Business phone (302) 521-8407 | Business phone (302) 697-2786 | EIN, SSN, OR PTIN |

If a 2D barcode (black and white shaded box) appears in the upper right corner of page 1 of this form, send the return to one of the following addresses:
NET BALANCE DUE (LINE 24):     DELAWARE DIVISION OF REVENUE, P.O BOX 8753, WILMINGTON, DE 19899- 8753
NET REFUND (LINE 25):     DELAWARE DIVISION OF REVENUE, P.O BOX 8710, WILMINGTON, DE 19899- 8710
ZERO (LINE 25):     DELAWARE DIVISION OF REVENUE, P.O BOX 8753, WILMINGTON, DE 19899- 8753

If a 2D barcode (black and white shaded box) DOES NOT appear in the upper right corner of page 1 of this form, send the return to one of the following addresses:
NET BALANCE DUE (LINE 24):     DELAWARE DIVISION OF REVENUE, P.O BOX 508, WILMINGTON, DE 19899- 0508
REFUND (LINE 25):     DELAWARE DIVISION OF REVENUE, P.O BOX 8765, WILMINGTON, DE 19899- 8765
ZERO (LINE 25):     DELAWARE DIVISION OF REVENUE, P.O BOX 8711, WILMINGTON, DE 19899- 8711

MAKE CHECKS PAYABLE TO DELAWARE DIVISION OF REVENUE