# EXHIBIT H
# PART 1

# Plaintiff's Exh. 72



# SET-UP PACKAGE CHECKLIST

Handle these items the day the AutoZoner is hired.

☐ **Have these documents filled out completely. Forward to the Payroll Department using the Payroll envelope.**

☑ 1.  Application – Complete, Original Only (SKU# 912576)

☑ 2.  AutoZoner Status Record – Use Legal Name – Management To Complete (SKU# 931030)

☑ 3.  Federal Withholding Form W-4 (SKU# 933127)

☑ 4.  State Withholding Form (If Applicable)

☑ 5.  I-9 (Immigration Form) (SKU# 912816)

☑ 6.  General Release (SKU# 912766)

☑ 7.  AutoZone Handbook Acknowledgment Card (found in handbook - SKU# 933150)

☑ 8.  Drug and Alcohol Testing Acknowledgment Form (SKU# 999655)

☑ 9.  Sexual Harassment Agreement (SKU# 998822)

☑ 10. Diversity Mission Statement and Agreement (SKU# 998824)

☑ 11. Personal Information Form: (SKU# 912527)

☑ 12. Set-Up Package Checklist (SKU# 933143)

☑   **Give a Welcome Box to the AutoZoner.** (SKU# 913541)

☑   Give the AutoZoner a Benefits guide (SKU# 998221), Summary Plan Description (SKU #011457) and physicians' directory if applicable for your store. These are found in the Benefits Enrollment Binder (Planogram TRAINHD4) in the manager's office.

☑   Order the uniform and/or name tag on the system. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☑   Realistic job preview (SKU# 999255) – discuss with the new AutoZoner. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☑   Sixty-day training checklist – discuss with the new AutoZoner, and file in the AutoZoner's store file.

☑   Management/Recruiter to call SMS Management Services (W.O.T.C.) (1-800-477-8582) and write down reference number on top of form 8850 (SKU# 998645).

☑   Reference Number _____22JXE4JU8N_____

AutoZoner's Name: _____Robert T Baker_____   Social Security No: _____

Store No.: _____1157-100 W. Glenwood Ave_____   Date of Hire: _____7/31/00_____
_____Smyrna, DE. 19977_____

Signature: _____
        Management/Recruiter completing Set-Up Package

SKU #933143                                                                        Rev. 6/99

D-00087
Washington v. AutoZone

This form is not to be completed until after you have accepted employment with AutoZone/TruckPro. You, the AutoZoner/TruckPro associate, must fill this out.

## PERSONAL INFORMATION FORM
### (Please Print All Information)

Name  _Baker_  /  _Robert_  /  _T_
　　　　　Last　　　　　　First　　　　　MI

Social Security Number_____ ._____  Date of Birth_____ / _81_

Sex:　☒Male　　　　　☐Female

Race:　☒White　　　　☐Black　　　　　☐American Indian

　　　　☐Asian American　☐Eskimo　　　☐Hispanic

Other (Please Specify)_____

Have you ever been a student in an AutoZone Partners in Education program? ☐yes ☒no

If yes, name of school _____

City_____  State_____  Year Graduated_____

Please list one or more individuals who should be contacted in case of emergency.

Name  _Brenda Thompson_____  Relationship  _Mother_

Phone: Home ( _302_ ) _653-5995_____ Work: ( _302_ ) _678-4223_

City/State/Zip_____

Name  _Lynne Espe_____  Relationship  _Aunt_

Phone: Home ( _302_ ) _653-4535_____ Work: (____) _N/A_

City/State/Zip_____

Name  _Laura Hillary_____  Relationship  _Friend_

Phone: Home ( _302_ ) _650-0146_____ Work: (____)_____

City/State/Zip_____

Signature_____  Date_____

SKU 912527

D-00088
Washington v. AutoZone

6/98

**AutoZone**

Check one:
☐ Self-assessment
☐ Manager's assessment

Check one:
☑ Annual appraisal
☐ Midyear update

## PERFORMANCE APPRAISAL

Name: Robert Baker

Position: PSM

SSN: _____

Dept/Store: J157

Appraisal period: April 2002 - March 2003

Date written: 3-17-03

Region: Wash. D.C.

### Overall Job Performance

*Comment on the AutoZoner's job performance for the entire rating period. Describe and evaluate the AutoZoner's performance of the day-to-day duties, such as those found in the job description. Discuss the progress made toward each objective established at the beginning of the performance year.*

Robert has the capability of been a good Asst. Somed but he needs to be more aware of things that need to be address right away, and delegate to his part time workers.

D-00089
Washington v. AutoZone

| Overall Rating | Falls to Meet Expectations ☐ | Needs Improvement ☐ | Achieves Expectations ☑ | Exceeds Expectations ☐ |

AutoZoner's Signature: _____    Date: 3-17-03

Manager (print name): James Miller    Manager's Signature: James Miller    Date: 3-17-03

Next level manager's signature: _____    Date: 3/31
(Required for Annual Appraisals only.)

AutoZone Performance Appraisal ©2003    Revised 1/28/2003

5/29/2008 13:24 AM

Check the box that reflects the AutoZoner's level of the professional skills. Write comments in the space provided.

| Professional Skills | Development Opportunity | Meets Standards | Strength |
|---|---|---|---|
| **Integrity** <br> Lives up to commitments and is true to their word <br> Acts in the best interest of others and AutoZone <br> Sets a positive example for others <br><br> Comments: | ☐ | ☑ | ☐ |
| **Teamwork/Respect** <br> Works effectively as a team member; encourages teamwork; involves AutoZoners when necessary to best complete the task <br> Actively seeks and values different opinions and perspectives <br> Treats AutoZoners, customers and visitors with respect <br><br> Comments: | ☐ | ☑ | ☐ |
| **Communication** <br> Listens carefully and fully to others <br> Is approachable; welcomes ideas, comments and questions <br> Communicates openly, honestly, respectfully and timely <br> Effectively uses oral and written communication <br><br> Comments: | ☐ | ☑ | ☐ |
| **Innovation** <br> Actively seeks new ideas for the project/department/store <br> Encourages and recognizes innovation, experimentation and new solutions <br><br> Comments: | ☐ | ☐ | ☑ |
| **Leadership** <br> Gives and seeks frequent, candid feedback including recognition that supports and develops self and others <br> Seeks to understand our business and to share that knowledge <br> Effectively coaches and mentors others; learns actively <br><br> Comments: | ☐ | ☑ | ☐ |

D-00090
Washington v. AutoZone

AutoZone Performance Appraisal ©2003    Revised 1/28/2003

| | | | |
|---|---|---|---|
| **Accountability**<br>Accepts responsibility for quality and completeness of work<br>Acknowledges and improves upon mistakes<br>Finds ways to save money or eliminate inefficiencies and waste<br><br>Comments: | ☐ | ☐ | ☑ |
| **Initiative**<br>Takes initiative; reaches for more responsibility<br>Sets priorities well, distinguishes between important and unimportant tasks<br>Promotes a sense of urgency for accomplishing goals and meeting deadlines<br><br>Comments: | ☐ | ☑ | ☐ |
| **Problem Solving**<br>Tackles problems quickly; knows when to delegate; makes decisions effectively<br>Uses knowledge and experience to help others troubleshoot problems<br>Uses organizational skills resulting in the efficient use of time and resources<br>Follows through on problems that were brought to his or her attention<br><br>Comments: | ☐ | ☑ | ☐ |
| **Job Knowledge**<br>Applies job-related techniques, concepts, theories, principles and methods to work assignments<br>Demonstrates the ability and willingness to learn new job skills and to improve processes<br>Understands and communicates proper information and procedures<br>Comments: | ☐ | ☑ | ☐ |
| **Attitude**<br>Approaches work with a positive attitude, looking for solutions<br>Strives for superior results<br>Seizes the opportunity to improve individual and team performance<br>Comments: | ☐ | ☑ | ☐ |

**AutoZoner's Comments:**

D-00091
Washington v. AutoZone

AutoZone Performance Appraisal ©2003          Revised 1/28/2003

```
prsmsint                    AUTOZONE                    RUN DATE: 08/02/00
prsmshir              NEW EMPLOYEE SETUP                TIME: 04:36
                        FOR STORE:1157
```

AUTOZONER INFORMATION

```
    AUTOZONER #:            .D SSN # :    -   -
    LAST NAME  : BAKER
    FIRST NAME : ROBERT
    MIDDLE NAME: THOMAS
    SEX: M
    RACE: WHITE
    BIRTHDATE: 1981
    MARITAL STATUS: SINGLE
    ADDRESS: 22B ALLEY CORNER RD
    ADDR 2:
    CITY: SMYRNA
    STATE: DE
    ZIPCODE: 19977
    PHONE #: (302)653-5995
```

WORK STORE INFORMATION

```
    WORK STORE: 1157
    STORE CITY: SMYRNA
    STORE STATE: DE
    STORE ZIP: 19977-0000
```

PAYROLL INFORMATION

```
    PAY CLASS: FT
    WAGE_CODE: HOURLY
     PAY_RATE: 8.50
    HIRE DATE: 2000-07-31
    HIRE TYPE: NEW HIRE
    JOB TITLE: SALES,FULL-TIME
```

FEDERAL WITHHOLDING DATA

```
    SINGLE
    W4 ALLOWANCES: 01
    W4 ADDITIONAL AMT:  0.00
```

EMERGENCY NOTIFICATION DATA

```
    NAME: BRENDA THOMPSON
    PHONE: (302)653-5995
    RELATIONSHIP: PARENT

    NAME: LYNNE ROSE
    PHONE: (302)653-4535
    RELATIONSHIP: OTHER_RELATIVE
```
HIRED BY:

D-00092
Washington v. AutoZone

# //////AutoZone

## AUTOZONER STATUS RECORD
### (Please Print)

AutoZoner Name _Robert T. Baker_

**AUTOZONE #1157**
**100 W. GLENWOOD AVE.**
**SMYRNA, DE 19977**

SS # _____      Store Stamp/Dept. # _____

| NEW HIRE OR REHIRE (ONLY) | CHANGE IN STATUS (ONLY) |
|---|---|
| ☒ New Hire   ☐ Rehire | Effective Date of Change _____ |
| Date of Hire _7/31/00_ | ☐ Rate of Pay |
| Dept./Store # _1157-Smyrna DE_ | From_____To_____ |
| ☒ Hourly   ☐ Salary | ☐ Full Time/Part Time Status |
| Hourly Rate _$8.50_  Salary_____ | From_____To_____ |
| ☐ Part Time   ☒ Full Time | ☐ Store/Dept. Transfer |
| Address _228 Alley Center Rd._ | From_____To_____ |
| City _Smyrna_ State _DE_ Zip _19977_ | Job Title (Stores Only): |
| Phone _302-653-5995_ | ☐ Manager, Customer Satisfaction |
| ☒ Male   ☐ Female | ☐ Assistant Manager ☐ Parts Sales Manager ☐ Salesperson ☐ Customer Service Rep ☐ Program Participant |
| Race _W_   W—White B—Black AI—American Indian AA—Asian American HIS—Hispanic ALE—Aleute | From_____ To_____ ☐ Other Than Store From_____ To_____ |
| Birth Date _02_/_10_/_81_ | ☐ Address or Name Change |
| Job Title (Stores Only): ☐ Manager, Customer Satisfaction ☐ Assistant Manager ☐ Parts Sales Manager ☒ Salesperson ☐ Customer Service Rep ☐ Program Participant ☐ Other Than Store | Name_____ Address_____ City_____State___Zip___ |
| ☒ Single ☐ Married ☐ Widowed ☐ Divorced ☐ Separated | ☐ Single ☐ Married ☐ Widowed ☐ Divorced ☐ Separated |
| Spouse's Date of Birth ___/___/___ | Spouse's Date of Birth ___/___/___ |
| Spouse's First Name _____ | Spouse's First Name _____ |

APPROVAL SIGNATURE _____ DATE _____ APPROVAL SIGNATURE _____ DATE

IS THIS A: (Check One) ☐ STATUS CHANGE: Send in orange envelope to your Payroll Dept. by U.S. Mail
☒ NEW HIRE? Send WITH ... Dept. in orange envelope by U.S. Mail

D-00093
Washington v. AutoZone

00002

From Store: 1159
SSN:
Name: ALEONG,KELSTON
Date: 20010207

AUTOZONE STATUS RECORD

AUTOZONER'S STORE/DEPT #1159          EFFECTIVE DATE: 02-04-01

FORM NAME: ROBERT BAKER                    SOC. SEC. #
PAYROLL NAME:  BAKER,ROBERT

REASON FOR CHANGE:

    PROMOTION

RATE OF PAY:

    OLD WAGE  $00008.50        HOURLY
    NEW WAGE  $00010.00        HOURLY

JOB STATUS CHANGE:

NEW JOB TITLE:

    PSM

BONUS ELIGIBILTY IF APPLICABLE $       OR     %

D-00094
Washington v. AutoZone

**////AutoZone**

**Stock Purchase Plan Sale Request**

83.74

Robert J. Baker
_____
Name

_____
Social Security Number

(302) 659-3348
_____
Telephone Number

I request that AutoZone purchase (ALL) or ____ shares of my stock.
(Circle ALL or enter number.)

> **Note: Ordinary income will be reported on your W-2 form due to the sale of stock.**
> **AutoZone recommends that you consult your tax advisor with respect to capital**
> **gains tax and the effect shares sold will have on your particular tax situation.**

_____
Signature

5-28-03
_____
Date

P.O. Box 353
_____
Street

Clayton, DE, 19938
_____
City, State, ZIP

| Check will be mailed |
| to this address |

**Mail to:**
**AutoZone Inc.**
**Dept 8070-2**
**P.O. Box 2198**
**Memphis, TN 38101-9842**
**Fax (901) 495-8314**

**White – SSC**

**Yellow – Shareholder**

D-00095
Washington v. AutoZone

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding. If you are exempt**, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, How Do I Adjust My Tax Withholding?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . | A _1_ |
| B | Enter "1" if: {• You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } | B _0_ |
| C | Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . . | C _0_ |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . | D _0_ |
| E | Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . | E _0_ |
| F | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . | F _0_ |
| G | Child Tax Credit • If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child. • If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. | G _0_ |
| H | Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶ | H _1_ |

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job and your combined earnings from all jobs exceed $34,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

| Form **W-4** | | **Employee's Withholding Allowance Certificate** | | | OMB No. 1545-0010 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | | | **2000** |

| 1 | Type or print your first name and middle initial _ROBERT T._   Last name _BAKER_ | | 2 Your social security number |
|---|---|---|---|
| | Home address (number and street or rural route) _228 ALLEY CHEWER RD._ | 3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. | |
| | City or town, state, and ZIP code _SMYRNA, DE. 19977_ | 4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card . . ▶ ☐ | |

| 5 | Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2) | 5 |
|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 $ _0.00_ |
| 7 | I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption: • Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND • This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability. If you meet both conditions, write "EXEMPT" here ▶ | 7 |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it) ▶ _Robert T. Baker_   Date ▶ _08/01/00_

| 8 | Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) _Auto Zone, Inc.; 100 Glenwood Ave; Smyrna DE_ | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|---|

Cat. No. 10220Q _19577_

D-00096
Washington v. AutoZone

Form W-4 (2000)  Page 2

## Deductions and Adjustments Worksheet

Note: Use this worksheet only if you plan to itemize deductions or claim adjustments to income on your 2000 tax return.

1. Enter an estimate of your 2000 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2000, you may have to reduce your itemized deductions if your income is over $128,950 ($64,475 if married filing separately). See Worksheet 3 in Pub. 919 for details.) ... 1 $

2. Enter: { $7,350 if married filing jointly or qualifying widow(er)
$6,450 if head of household
$4,400 if single
$3,675 if married filing separately } ... 2 $

3. Subtract line 2 from line 1. If line 2 is greater than line 1, enter -0- ... 3 $
4. Enter an estimate of your 2000 adjustments to income, including alimony, deductible IRA contributions, and student loan interest 4 $
5. Add lines 3 and 4 and enter the total (Include any amount for credits from Worksheet 7 in Pub. 919.) ... 5 $
6. Enter an estimate of your 2000 nonwage income (such as dividends or interest) ... 6 $
7. Subtract line 6 from line 5. Enter the result, but not less than -0- ... 7 $
8. Divide the amount on line 7 by $3,000 and enter the result here. Drop any fraction ... 8
9. Enter the number from the Personal Allowances Worksheet, line H, page 1 ... 9
10. Add lines 8 and 9 and enter the total here. If you plan to use the Two-Earner/Two-Job Worksheet, also enter this total on line 1 below. Otherwise, stop here and enter this total on Form W-4, line 5, page 1 ... 10

## Two-Earner/Two-Job Worksheet

Note: Use this worksheet only if the instructions under line H on page 1 direct you here.

1. Enter the number from line H, page 1 (or from line 10 above if you used the Deductions and Adjustments Worksheet) 1
2. Find the number in Table 1 below that applies to the LOWEST paying job and enter it here ... 2
3. If line 1 is MORE THAN OR EQUAL TO line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, page 1. Do not use the rest of this worksheet 3

Note: If line 1 is LESS THAN line 2, enter -0- on Form W-4, line 5, page 1. Complete lines 4-9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

4. Enter the number from line 2 of this worksheet ... 4
5. Enter the number from line 1 of this worksheet ... 5
6. Subtract line 5 from line 4 ... 6
7. Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here ... 7 $
8. Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed 8 $
9. Divide line 8 by the number of pay periods remaining in 2000. For example, divide by 26 if you are paid every other week and you complete this form in December 1999. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck ... 9 $

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 41,001 - 45,000 | 8 | $0 - $6,000 | 0 | 65,001 - 80,000 | 8 |
| 4,001 - 7,000 | 1 | 45,001 - 55,000 | 9 | 6,001 - 11,000 | 1 | 80,001 - 100,000 | 9 |
| 7,001 - 13,000 | 2 | 55,001 - 65,000 | 10 | 11,001 - 17,000 | 2 | 100,001 and over | 10 |
| 13,001 - 19,000 | 3 | 65,001 - 70,000 | 11 | 17,001 - 22,000 | 3 | | |
| 19,001 - 25,000 | 4 | 70,001 - 85,000 | 12 | 22,001 - 27,000 | 4 | | |
| 25,001 - 31,000 | 5 | 85,001 - 100,000 | 13 | 27,001 - 40,000 | 5 | | |
| 31,001 - 37,000 | 6 | 100,001 - 110,000 | 14 | 40,001 - 50,000 | 6 | | |
| 37,001 - 41,000 | 7 | 110,001 and over | 15 | 50,001 - 65,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $50,000 | $420 | $0 - $30,000 | $420 |
| 50,001 - 100,000 | 780 | 30,001 - 60,000 | 780 |
| 100,001 - 130,000 | 870 | 60,001 - 120,000 | 670 |
| 130,001 - 250,000 | 1,000 | 120,001 - 270,000 | 1,000 |
| 250,001 and over | 1,100 | 270,001 and over | 1,100 |

Privacy Act and Paperwork Reduction Act Notice. We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and for use in the National Directory of New Hires.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 46 min., Learning about the law or the form 13 min., Preparing the form 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your employer.

Printed on recycled paper

*U.S. GPO: 1999-456-120

D-00097
Washington v. AutoZone

**AutoZone**   **Corrective Action Review**

Date: 7-28-02   Name: Rob Baker

SS#: _____   tore/Dept: 1157   Position: PSM

Check appropriate space below:   Type of infraction: (fill in below)

- ☑ Verbal warning   Re-porting To Work
- ☑ First written warning   late
- ☑ Second written warning
- ☑ Serious violation
- ☑ Termination
  *May be separated without prior warning*

Details of infraction: Opening Manager Had other
AutoZoners waiting Too Clock in For Work

Suggestions for improvement: Uses Too Follow
Work Schodule when Giving

I have read this report and understand that my signature doesn't necessarily
indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.

Notice: Should your performance not improve or should this same violation recur,
the following action will be taken:

_____   _____
AutoZoner's signature      Manager's Signature
                           Supervisor Title

Mail original to Human Resources Department #8204
Copy to Regional HR Manager
Keep copy for AutoZoner's Store Personnel File

Revised 05/23

D-00098
Washington v. AutoZone

# Corrective Action Review

Date 8-8-02

Name Rob Baker                     SS#                     Store# 1157

**Check appropriate space below:**

☐ Verbal warning

☐ First written warning

☑ Second written warning

☐ Serious violation

*May be separated without prior warning*

**Type of infraction:** *(fill in below)*

Poor Job Performance

Truck Not Put Up.

Did Not Tell the Truth

when asked About Truck.

**Details of infraction:** Everyone To Put Truck Away
Manager was off Wed's 8-7-02, Returning 8-8-02
the Truck was Not Put Away, As a PSM in
AutoZone Company It's our Job Too Put Truck
Away

**Suggestions for improvement:** To Do Your Job as
part of AutoZone Management Team

I have read this report and understand that my signature doesn't necessarily
indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.

Notice: Should your performance not improve or should this same violation recur,
the following action will be taken:

_____          _____
AutoZoner's signature                              Manager's signature

*Mail original to Human Resources, Department #8204*
*Give copy to Regional HR Manager*
*Keep copy for AutoZoner's Store Personnel File*

D-00099
Washington v. AutoZone

SKU# 932319                                                        Rev. 9/01

**AutoZone**                    ## Corrective Action Review

Date  8-21-00

Name  Robert Baker          SS#_____          ore# 1157

**Check appropriate space below:**          **Type of infraction:** *(fill in below)*

☐ Verbal warning                             Visitors
☑ First written warning                      _____
☐ Second written warning                     _____
☐ Serious violation                          _____
*May be separated without prior warning*

**Details of infraction:** Girlfriend Repeatdly
Visits store hangs out, almost
All day. Found Her sitting behind
Parts counter on shelving eating a
Pizza HAS been warned on 8-18-00 Still counting

**Suggestions for improvement:** Dont Want her in
here to hang out, unless she's buying
Something Dont let it happen
Anymore

**I have read this report and understand that my signature doesn't necessarily indicate agreement.** NOTE: AutoZoner's signature isn't needed for verbal warnings.

**Notice: Should your performance not improve or should this same violation recur, the following action will be taken:**
Written up one more time
Could lead to termination.

_____                    _____
AutoZoner's signature                   Manager's signature

*Original to your Personnel Records Department*
*Copy to Regional Human Resources Manager*
*Copy to AutoZoner's Store Personnel File*

*SKU# 932319*

D-00100
Washington v. AutoZone                  *Rev. 2/00*

**////AutoZone**                **Corrective Action Review**

Date _4 /19 /01_

Name _Robert Baker_ _____ SS# _____ Store# _1159_

**Check appropriate space below:**

☐ Verbal warning

☒ First written warning

☐ Second written warning

☐ Serious violation

*May be separated without prior warning*

**Type of infraction:** *(fill in below)*

_Poor Store_

_Recovery_

_____

_____

_____

**Details of infraction:** _Shelfs not Faded_
_Area Behind counter not swept_
_FAS log not updated_
_oil Rack not filled_
_Trash Cans not Empty / Counter not Clear_

**Suggestions for improvement:** _____
_All recovery procedures_
_must be completed 100%_

_____

**I have read this report and understand that my signature doesn't necessarily indicate agreement.  NOTE:** AutoZoner's signature isn't needed for verbal warnings.

**Notice:  Should your performance not improve or should this same violation recur, the following action will be taken:**
_Further corrective action up_
_to and including termination_

_____        _____
AutoZoner's signature                  Manager's signature

*Original to your Personnel Records Department*
*Copy to Regional Human Resources Manager*
*Copy to AutoZoner's Store Personnel File*

SKU# 932319

D-00101
Washington v. AutoZone

Rev. 2/00

DRUG AND ALCOHOL TESTING POLICY ACKNOWLEDGMENT FORM

"I HAVE READ AUTOZONE'S ALCOHOL AND DRUG TESTING POLICY, AND I UNDERSTAND
IT. ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS AREN'T COVERED IN THIS POLICY
NO RIGHTS ACCRUE TO ANY AUTOZONER BY ANY STATEMENT OR OMISSION FROM THIS
POLICY. FURTHERMORE, I UNDERSTAND THAT AUTOZONE HAS THE SOLE RIGHT TO
DEVIATE AT ANY TIME FROM THE PROVISIONS IN THIS POLICY AT ITS SOLE
DISCRETION."

NAME: ROBERT T BAKER                          SSN:

STORE/DISTRICT#: 1157   DATE: 080100

PRESS <F7> TO SEND THIS FORM. _ **AUTOZONE #1157**
**100 W. GLENWOOD AVE.**
**SMYRNA, DE 19977**

D-00102
Washington v. AutoZone

# *AutoZone*

*The diversity of our AutoZoners is a vital part of our success. If every AutoZoner were exactly alike, we'd all come up with the same ideas, and our company couldn't grow. Diversity helps us learn new things and see old things from different perspectives.*

*We want every AutoZoner to understand our commitment to diversity, and we want you to be committed, too. Please join us as we work toward this goal:*

### AutoZone Diversity Mission Statement

AutoZone strives to create an environment in which every AutoZoner and every customer is treated with dignity and respect – regardless of race, gender, age, physical ability, sexual orientation or any other perceived difference. We are committed to seeking out talented, diverse people, encouraging them to work to their full potential and valuing their contributions. These AutoZoners will help us remain number one with our customers and in our communities.

**I understand AutoZone's commitment to valuing the diversity of every AutoZoner and every customer, and, as an AutoZoner, I understand my obligation to support this commitment.**

*Robert T. Baker*
Name (Please print.)

1157 - Smyrna, DE  19977
Location (store#, DC, call center, department#)

*Robert T. Baker*
Signature

SS#

08/01/00
Date

AUTOZONE #1157
100 W. GLENWOOD AVE.
SMYRNA, DE 19977

D-00103
Washington v. AutoZone

**AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)**

SKU # 998824     White copy - Personnel Records     Yellow copy - AutoZoner     Pink copy – Store personnel file     10/96

*Please read and sign this form.*
*Detach it and return it to your manager.*

I understand it's my responsibility to read and understand the policies and guidelines contained in the Code of Conduct.

I further understand that failure to comply with any of the policies and guidelines described herein will result in corrective action, up to and including termination.

Nothing in this Code of Conduct shall create a contract of employment with AutoZone. I understand that my employment with AutoZone is at will and for no definite period of time. It may be terminated by me or AutoZone, with or without cause or notice, at any time, and no AutoZone manager can alter this policy verbally or otherwise. This Code of Conduct supersedes all previous Codes of Conduct and any oral or written policies or communications covered by this Code of Conduct or contrary to its provisions.

Name: _____ Robert T. Baker _____
Please PRINT LEGIBLY

Signature: _____

Date: _3-22-03_

Social Security #: _____

Department: _1157_

Received by: _____

27

D-00104
Washington v. AutoZone

Your first responsibility is to complete and sign this card and give it to your manager.

I understand it's my responsibility to read and understand the policies and procedures in the AutoZone Handbook and the Safety Handbook that I have received.

I understand that this handbook serves only as a guide. Under no circumstances can this handbook create a contract of employment between AutoZone and myself. All provisions, limitations and exclusions aren't covered in this handbook. No rights accrue to any AutoZoner by any statement or omission from this handbook. Furthermore, I understand that AutoZone has the right to deviate at any time from the provisions in this handbook at its sole discretion.

I understand that I will be assigned a unique electronic security password to operate computer systems and that I must protect this password at all times. I will not give my password to other AutoZoners. AutoZone reserves the right to accept my confidential password in place of my signature on all electronic documents that I submit.

I authorize AutoZone to accept this confidential password as authorization and in place of my signature to make deductions from my paycheck for any benefit plans or uniform purchases which I request electronically. Furthermore, I authorize AutoZone to accept the signature on this acknowledgment page as my signature to authorize these deductions for any benefit plan which I enroll in telephonically by a voice response system.

I further understand that my employment with AutoZone is at will and for no definite period of time. It may be terminated by me or AutoZone, with or without cause or notice at any time, and no AutoZone manager can alter this policy verbally or otherwise.

This handbook supersedes all previous handbooks and any oral or written policies or communications covered by this handbook or contrary to its provisions.

_Robert T Baker_
Name (Please print.)

_Robert T Baker_
Signature

_8/3/00_
Social Security Number / Date

D-00105
Washington v. AutoZone

**Q.** What do I do first?

**A.** *Complete the back of this card and give it to your manager.*

Your manager will send the card to Personnel Records as soon as you're hired.

D-00106
Washington v. AutoZone

## AutoZone Store Handbook   1157

Your first responsibility as an AutoZoner is to complete and sign this card and give it to your manager. This action will confirm your receipt of the AutoZone Store Handbook.

---

*I understand it is my responsibility to read and understand the policies and procedures in the AutoZone Handbook that I have received.*

*I understand this handbook serves only as a guide. Under no circumstances can this handbook create a contract of employment between AutoZone and me. All provisions, limitations and exclusions aren't covered in this handbook. No rights accrue to any AutoZoner by any statement or omission from this handbook. Furthermore, I understand that AutoZone has the right to deviate at any time from the provisions in this handbook at its sole discretion.*

*I understand that I will be assigned a unique electronic security password to operate computer systems and that I must protect this password at all times. I will not give my password to other AutoZoners. AutoZone reserves the right to accept my confidential password in place of my signature on all electronic documents that I submit.*

*I authorize AutoZone to accept this confidential password as authorization and in place of my signature to make deductions from my paycheck for any benefits plans or purchases that I request electronically. Furthermore, I authorize AutoZone to accept the signature on this acknowledgement page as my signature to authorize these deductions for any benefits plans that I enroll in telephonically by a voice response system.*

*I understand that my employment with AutoZone is at will and will continue for no specific period of time. It may be terminated by me or by AutoZone-- with or without cause or notice--at any time. I understand that no AutoZone manager can alter this policy verbally or otherwise.*

*This handbook supersedes all previous handbooks and any oral or written policies or communications covered by this handbook or contrary to its provisions.*

Name (please print)   *Robert T. Baker*

Signature   *[signature]*

Social Security number

Date   *8-29-02*

---

AutoZone Store Handbook
1

D-00107
Washington v. AutoZone

**AUTOZONE #1157**
**100 W. GLENWOOD AVE.**
**SMYRNA, DE 19977**

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| BAKER | ROBERT | J. | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 228 ALLEY BRANCH RD. | | /31 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| SMYRNA | DE. | 19977 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until _____
   (Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | STATE OF DELAWARE | | SOCIAL SECURITY ADM. |
| Issuing authority: | | 1248916 | | |
| Document #: | | DRIVERS LICENSE | | SOC. SEC. CARD |
| Expiration Date (if any): / / | | 10-10-2002 | | / / |
| Document #: | | | | |
| Expiration Date (if any): / / | | | | |

**CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year)** 7 / 31 / 00 **and that to the best of my knowledge the employee is eligible to work in the United States.** (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | DENNIS F. CARRUTH | DISTRICT MANAGER |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| AUTOZONE, INC | 100 GLENWOOD AVE, SMYRNA, DE 19977 | 7/31/00 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): / / |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91) N

D-00108
Washington v. AutoZone

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Eligibility** |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 11-21-91) N

D-00109
Washington v. AutoZone



# Preventing sexual harassment
## A fact sheet for AutoZoners

On ___Aug. 1___, ___2000___, I attended an AutoZone training session on sexual harassment. The meeting defined sexual harassment and explained that it won't be tolerated at AutoZone.

I understand the following:

- There are two kinds of sexual harassment. *Quid pro quo* sexual harassment takes place when a manager or another person in authority makes sexual demands, even if no direct threats or promises are made. There is an implied threat any time the person making sexual demands has influence over the other person's job.
- Another type of sexual harassment is called *hostile work environment* – a sexually charged atmosphere that makes AutoZoners so uncomfortable they have trouble doing their jobs.
- Although it would be impossible to list every example, both types of sexual harassment can include the following:
  - *Verbal:* Sexual innuendoes; suggestive comments; insults or jokes about sex, anatomy or gender-specific traits; sexual propositions; threats; repeated requests for dates; negative comments about an AutoZoner's appearance; and statements of a sexual nature about other AutoZoners, even outside of their presence
  - *Nonverbal:* Suggestive or insulting sounds – like whistling, catcalls or smacking or kissing noises – leering; and obscene gestures
  - *Physical:* Touching; grabbing; pinching; unwelcome hugging or kissing; brushing up against another person's body; coerced sexual intercourse; and actual assault
- If I know of a situation that may be sexual harassment – whether it involves me or another AutoZoner – I'll tell my direct supervisor, another member of management or AutoZoner Relations. I understand that my obligation under the law is to notify AutoZone of the situation prior to contacting a government agency or private attorney so that AutoZone will have the opportunity to investigate and resolve the situation.
- Every complaint will be investigated, and AutoZoners who are found guilty of sexual harassment will face discipline up to and including termination.
- No one will be allowed to retaliate against AutoZoners who make complaints of sexual harassment. However, AutoZoners who intentionally make false charges will be disciplined.

___Robert T. Baker___
Name (Please print.)

SS#

___1157 – 100 Glenwood Ave; Smyrna DE.___  ___19977___
Location (store#, DC, call center, department#)

___08/01/00___
Date

___Robert T. Baker___
Signature

AUTOZONE #1157
100 W. GLENWOOD AVE.
SMYRNA, DE 19977

### AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)

SKU # 998822    White copy – Personnel Records    Yellow copy – AutoZoner    Pink copy – Store personnel file    10/96

# Plaintiff's Exh. 73

Report ID: PPS414 v1.1
Company AZO AUTOZONERS INC
BAKER, ROBERT

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| Paygrp | Payenddt | ---Regular/OT--- Hours | Earnings | ---Other Earns--- Hours | Earnings | ---Taxes--- Fed | State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 1 Year To Date TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 76.10 | 663.85 | 8.00 | 68.00 | 170.53 | 15.05 | 0.00 | 39.76 | 5,559.48 | 1,095.73 | 345.88 | 4,117.8 |
| OPH | 2001-01-13 | 73.45 | 624.54 | 8.00 | 68.00 | 155.94 | 12.62 | 0.00 | 51.02 | | | | |
| OPH | 2001-01-27 | 78.50 | 669.80 | 0.00 | 0.00 | 149.39 | 11.53 | 0.00 | 51.02 | | | | |
| OPH | 2001-02-10 | 83.40 | 726.97 | 0.00 | 0.00 | 165.88 | 14.27 | 0.00 | 51.02 | | | | |
| OPH | 2001-02-24 | 84.40 | 866.00 | 0.00 | 69.57 | 226.05 | 24.29 | 0.00 | 51.02 | | | | |
| OPH | 2001-03-10 | 90.55 | 958.25 | 0.00 | 0.00 | 232.61 | 25.47 | 0.00 | 51.02 | | | | |
| OPH | 2001-03-24 | 82.90 | 644.50 | 0.00 | 0.00 | 199.77 | 19.91 | 0.00 | 51.02 | | | | |
| Grand Total Line | | 571.60 | 5153.91 | 16.00 | 205.57 | 1300.17 | 123.14 | 0.00 | 345.88 | | | | |

Washington v. AutoZone
D-00382

EXHIBIT
A

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

Report ID: PPS414 v1.1
Company --- A20 AUTOZONERS INC
BAKER,ROBERT

D-00383
Washington v. AutoZone

| Paygrp | Payendt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | -------Taxes------- Fed | State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 4 TaxesYTD | Year To Date DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-10-06 | 59.95 | 615.09 | 0.00 | 0.00 | 133.60 | 16.07 | 6.15 | 66.02 | 20,648.89 | 4,197.64 | 1,583.51 | 14,667.74 |
| OPH | 2001-10-20 | 63.05 | 646.89 | 0.00 | 0.00 | 142.78 | 16.96 | 6.47 | 66.02 | | | | |
| OPH | 2001-11-03 | 59.25 | 607.91 | 0.00 | 0.00 | 131.51 | 15.87 | 6.08 | 66.02 | | | | |
| OPH | 2001-11-17 | 72.20 | 740.77 | 0.00 | 0.00 | 169.87 | 19.59 | 7.41 | 66.02 | | | | |
| OPH | 2001-12-01 | 58.10 | 596.11 | 16.00 | 164.16 | 175.48 | 20.14 | 7.60 | 66.02 | | | | |
| OPH | 2001-12-15 | 22.75 | 233.42 | 32.00 | 328.32 | 118.22 | 14.58 | 5.62 | 66.02 | | | | |
| Grand Total Line | | 335.30 | 3440.19 | 48.00 | 492.48 | 871.46 | 103.21 | 39.33 | 396.12 | | | | |

D-00384
Washington v. AutoZone

```
Report ID:  PPS414 v1.1                                              PeopleSoft                                        Page No.  1
Company     AZO AUTOZONERS INC                         EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD                         Run Date 04/23/200
            BAKER.ROBERT                                                                                              Run Time 14:03:0

                   ----Regular/Ot----    ----Other Earns---   -------Taxes-------    Deductions   ------------ 2002 Quarter 1 Year To Date ------------
PayGrp  PayendDt   Hours     Earnings    Hours     Earnings   Fed       State  Local Dedn         GrossYTD    TaxesYTD     DedYTD       NetPayYTD

OPH     2001-12-29  78.20    802.33      8.00      82.08      199.38    26.06  0.00  66.02         6,612.83    1,319.72     496.76       4,796.35
OPH     2002-01-12  81.35    841.58      8.00      82.08      209.04    27.67  0.00  71.79
OPH     2002-01-26  74.65    770.53      0.00      0.00       164.86    20.32  0.00  71.79
OPH     2002-02-09  83.30    871.59      0.00      0.00       194.02    25.17  0.00  71.79
OPH     2002-02-23  98.05    1098.59     0.00      0.00       285.50    36.69  0.00  71.79
OPH     2002-03-09  87.70    939.30      0.00      0.00       213.53    28.42  0.00  71.79
OPH     2002-03-23  99.75    1124.75     0.00      0.00       267.06    38.05  0.00  71.79

Grand Total Line   603.00   6448.67     16.00     164.16     1507.39   202.38 0.00  496.76
```

Washington v. AutoZone
D-00385

Report ID:  PPS414 v1.1
Company     AZC AUTOZONERS INC
            BAKER,ROBERT

Page No.  1
Run Date 04/23/200
Run Time 14:03:

PeopleSoft
EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD

| Paygrp | Payenddt | ---Regular/OT---- | | ---Other Earns--- | | ---------Taxes------------ | | | Deductions | ------------ | 2002 Quarter 2 | Year To Date | ------------- |
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPay |
| OPH | 2002-04-06 | 91.95 | 1014.50 | 0.00 | 0.00 | 235.22 | 32.32 | 0.00 | 71.79 | 12,455.88 | 2,497.70 | 927.50 | 9,030. |
| OPH | 2002-04-20 | 96.20 | 1080.55 | 0.00 | 0.00 | 254.31 | 35.76 | 0.00 | 71.79 | | | | |
| OPH | 2002-05-04 | 93.25 | 1034.71 | 0.00 | 0.00 | 241.08 | 33.37 | 0.00 | 71.79 | | | | |
| OPH | 2002-05-18 | 83.70 | 886.30 | 0.00 | 0.00 | 196.25 | 25.87 | 0.00 | 71.79 | | | | |
| OPH | 2002-06-01 | 88.75 | 964.78 | 0.00 | 0.00 | 220.89 | 29.74 | 0.00 | 71.79 | | | | |
| OPH | 2002-06-15 | 82.00 | 852.21 | 0.00 | 0.00 | 191.31 | 24.72 | 0.00 | 71.79 | | | | |
| Grand Total Line | | 535.85 | 5843.05 | 0.00 | 0.00 | 1341.06 | 181.78 | 0.00 | 430.74 | | | | |

Washington v. AutoZone
D-00386

Page No.   1
Run Date 04/23/200
Run Time 14:13:5

Report ID:  PPS414 v1.1
Company     AZO AUTOZONERS INC
            BAKER.ROBERT

PeopleSoft
EMPLOYEE 2002 QUARTER 3 EARNINGS RECORD

| Paygrp | Payendt | ---Regular/OT--- Hours | Earnings | ----Other Earns--- Hours | Earnings | Fed | -------Taxes------- State | Local | Deductions Dedn | GrossYTD | 2002 Quarter 3 TaxesYTD | Year To Date DedYTD | NetPayYTD |
|--------|---------|------|----------|-------|----------|--------|--------|-------|--------|-----------|-----------|-----------|-----------|
| OPH | 2002-06-29 | 84.20 | 894.07 | 0.00 | 0.00 | 200.50 | 26.25 | 0.00 | 71.79 | 19,136.02 | 3,885.83 | 1,356.24 | 13,891.9 |
| OPH | 2002-07-13 | 104.85 | 1214.97 | 8.00 | 82.88 | 317.00 | 47.63 | 0.00 | 71.79 | | | | |
| OPH | 2002-07-27 | 113.90 | 1355.61 | 0.00 | 0.00 | 340.01 | 50.84 | 0.00 | 71.79 | | | | |
| OPH | 2002-08-10 | 88.05 | 953.90 | 0.00 | 0.00 | 217.75 | 29.17 | 0.00 | 71.79 | | | | |
| OPH | 2002-08-24 | 81.50 | 852.11 | 0.00 | 0.00 | 188.40 | 24.23 | 0.00 | 71.79 | | | | |
| OPH | 2002-08-31 | 41.20 | 433.05 | 0.00 | 0.00 | 102.97 | 13.57 | 0.00 | 0.00 | | | | |
| OPH | 2002-09-14 | 78.25 | 810.67 | 8.00 | 82.88 | 200.35 | 26.22 | 0.00 | 71.79 | | | | |
| Grand Total Line | | 591.95 | 6514.38 | 16.00 | 165.76 | 1566.98 | 217.91 | 0.00 | 430.74 | | | | |

Washington v. AutoZone
D-00404

Report ID:  PPS414 V1.1
Company     AZO AUTOZONERS INC
            BAKER, ROBERT

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

Page No.  1
Run Date 04/23/2003
Run Time 14:01:55

| PayGrp | Payenddt | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Fed | State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-06-30 | 93.55 | 832.86 | 0.00 | 0.00 | 196.44 | 19.35 | 0.00 | 76.02 |
| OPH | 2001-07-14 | 74.50 | 764.37 | 6.00 | 82.08 | 200.34 | 20.01 | 0.00 | 76.02 |
| OPH | 2001-07-14 | 3.00 | 0.00 | 6.00 | 82.08 | 11.37 | 0.00 | 0.00 | 0.00 |
| OPH | 2001-07-28 | 64.30 | 659.72 | 0.00 | 0.00 | 146.48 | 11.04 | 13.42 | 76.02 |
| OPH | 2001-08-11 | 66.45 | 702.30 | 0.00 | 0.00 | 158.76 | 18.52 | 7.02 | 76.02 |
| OPH | 2001-08-25 | 73.80 | 757.19 | 0.00 | 0.00 | 174.61 | 20.05 | 7.57 | 76.02 |
| OPH | 2001-09-08 | 67.35 | 691.01 | 8.00 | 82.08 | 179.17 | 20.50 | 7.73 | 69.27 |
| OPH | 2001-05-22 | 67.50 | 692.55 | 0.00 | 0.00 | 155.95 | 18.24 | 6.93 | 66.02 |
| Grand Total Line | | 496.45 | 5100.00 | 24.00 | 246.24 | 1223.12 | 127.71 | 42.67 | 515.39 |

| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|
| 16,716.22 | 3,412.21 | 1,189.39 | 12,114 |

2001 Quarter 3   Year To Date

D-00403
Washington v. AutoZone

Report ID:  PPS414 v1.1
Company     AZC AUTOZONERS INC
            BAKER,ROBERT

Page No.  1
Run Date 04/23/200
Run Time 14:01:35

Peoplesoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

| Paygrp | Payenddt | ---Regular/OT---- Hours | Earnings | ---Other Earns--- Hours | Earnings | Fed | State | Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|--------|----------|-------|----------|-------|----------|-----|-------|-------|------------|----------|----------|--------|-----------|
| OPH | 2001-04-07 | 100.75 | 1140.14 | 0.00 | 0.00 | 285.09 | 34.97 | 0.00 | 71.02 | 11,369.98 | 2,332.38 | 672.00 | 8,365.60 |
| OPH | 2001-04-21 | 94.85 | 1049.35 | 0.00 | 0.00 | 258.89 | 30.20 | 0.00 | 51.02 | | | | |
| OPH | 2001-05-05 | 96.10 | 1071.66 | 0.00 | 0.00 | 265.30 | 31.36 | 0.00 | 51.02 | | | | |
| OPH | 2001-05-19 | 85.90 | 934.43 | 0.00 | 0.00 | 225.75 | 24.23 | 0.00 | 51.02 | | | | |
| OPH | 2001-05-19 | 0.00 | 0.00 | 0.00 | 84.64 | 35.41 | 4.47 | 0.00 | 0.00 | | | | |
| OPH | 2001-06-02 | 77.60 | 796.16 | 0.00 | 0.00 | 155.84 | 17.59 | 0.00 | 51.02 | | | | |
| OPH | 2001-06-16 | 55.55 | 569.94 | 16.00 | 164.16 | 167.93 | 14.61 | 0.00 | 51.02 | | | | |
| Grand Total Line | | 510.95 | 5561.70 | 16.00 | 248.80 | 1424.21 | 157.43 | 0.00 | 326.12 | | | | |

Page No.  1
Run Date 06/23/200.
Run Time 14:01:.

```
Report ID:  PPS414 V1.1                                    PeopleSoft
Company      AZC AUTOZONERS INC                EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD
             BAKER,ROBERT
```

D-00403
Washington v. AutoZone

|  | | ---Regular/OT--- | | ---Other Earns--- | | --------Taxes-------- | | | Deductions |
|Paygrp|Payendt|Hours|Earnings|Hours|Earnings|Fed|State|Local|Dedn|
|---|---|---|---|---|---|---|---|---|---|
|OPH|2001-04-07|100.75|1140.14|0.00|0.00|285.09|34.97|0.00|71.02|
|OPH|2001-04-21|94.85|1049.35|0.00|0.00|258.89|30.20|0.00|51.02|
|OPH|2001-05-05|96.30|1071.66|0.00|0.00|265.30|31.36|0.00|51.02|
|OPH|2001-05-19|85.90|934.43|0.00|0.00|225.75|24.23|0.00|51.02|
|OPH|2001-05-19|0.00|0.00|0.00|84.64|35.41|4.47|0.00|0.00|
|OPH|2001-06-02|77.60|796.18|0.00|0.00|185.84|17.59|0.00|51.02|
|OPH|2001-06-16|55.55|569.94|16.00|164.16|167.93|14.61|0.00|51.02|
| | | | | | | | | | |
|Grand Total Line|510.95|5561.70|16.00|248.80|1424.21|157.43|0.00|326.12|

```
--------------- 2001 Quarter 2 Year To Date ---------------
GrossYTD        TaxesYTD        DedYTD          NetPay\~

11,369.38       2,332.38        672.00          8,365.
```

D-00404
Washington v. AutoZone

Page No. 1
Run Date 04/23/2003
Run Time 14:01:53

Report ID: PFS414 v1.1
Company  A2O AUTOCONERS INC
         BAKER,ROBERT

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Taxes Fed | Taxes State | Taxes Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-06-30 | 80.55 | 832.86 | 0.00 | 0.00 | 196.44 | 19.35 | 0.00 | 76.02 | 16,716.22 | 3,412.21 | 1,197.35 |
| OPH | 2001-07-14 | 74.50 | 764.37 | 8.00 | 82.08 | 200.34 | 20.01 | 0.00 | 76.02 | | | |
| OPH | 2001-07-14 | 0.00 | 0.00 | 8.00 | 82.08 | 11.37 | 0.00 | 0.00 | 0.00 | | | |
| OPH | 2001-07-28 | 64.30 | 659.72 | 0.00 | 0.00 | 146.48 | 11.04 | 13.42 | 76.02 | | | |
| OPH | 2001-08-11 | 68.45 | 702.30 | 0.00 | 0.00 | 158.76 | 18.52 | 7.02 | 76.02 | | | |
| OPH | 2001-08-25 | 73.80 | 757.19 | 0.00 | 0.00 | 174.61 | 20.05 | 7.57 | 76.02 | | | |
| OPH | 2001-09-08 | 67.15 | 691.01 | 8.00 | 82.08 | 179.17 | 20.50 | 7.73 | 69.27 | | | |
| OPH | 2001-09-22 | 67.50 | 692.55 | 0.00 | 0.00 | 155.95 | 18.24 | 6.93 | 66.02 | | | |
| Grand Total Line | | 496.45 | 5100.00 | 24.00 | 246.24 | 1223.12 | 127.71 | 42.67 | 515.39 | | | |

Washington v. AutoZone
D-004716

EXHIBIT
F
tabbies

Page No. 1
Run Date 04/23/2001
Run Time 14:33:15

Report ID: PPS414 v1.1
Company: AZO AUTOZONERS INC
SANCHEZ, FILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| Paygrp | Payenddt | ----Regular/OT----  Hours | Earnings | ----Other Earns---  Hours | Earnings | -------Taxes-------  Fed | State | Local | Deductions  Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 72.20 | 649.80 | 8.00 | 72.00 | 192.95 | 20.22 | 0.00 | 56.00 |
| OPH | 2001-01-13 | 71.85 | 646.65 | 8.00 | 72.00 | 192.05 | 20.07 | 0.00 | 5.00 |
| OPH | 2001-01-27 | 75.65 | 680.85 | 0.00 | 0.00 | 181.13 | 18.26 | 0.00 | 1.50 |
| OPH | 2001-02-10 | 75.25 | 677.25 | 0.00 | 0.00 | 180.10 | 18.09 | 0.00 | 22.00 |
| OPH | 2001-02-24 | 91.05 | 734.18 | 0.00 | 0.00 | 196.52 | 20.82 | 0.00 | 0.00 |
| OPH | 2001-03-10 | 77.90 | 701.10 | 0.00 | 0.00 | 186.99 | 19.23 | 0.00 | 0.00 |
| OPH | 2001-03-24 | 91.70 | 877.95 | 0.00 | 0.00 | 237.99 | 27.72 | 0.00 | 2.00 |
| Grand Total Line | | 545.60 | 4967.78 | 16.00 | 144.00 | 1367.73 | 144.41 | 0.00 | 86.50 |

| ---------- 2001 Quarter 1 Year To Date ---------- | | | | |
|---|---|---|---|---|
| GrossYTD | TaxesYTD | DedYTD | DedYTD | NetPayYTD |
| 5,111.78 | 1,195.21 | 86.50 | | 3,830.07 |

Report ID: PPS414 V1.1
Company   AZO AUTOZONERS INC
          SANCHEZ, PILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Washington v. AutoZone
D-00417

| Paygrp | Payenddt | ---Regular/OT--- Hours | Earnings | ---Other Earns--- Hours | Earnings | --------Taxes-------- Fed | State | Local | Deductions Dedn | ----------- 2001 Quarter 2 Year To Date ----------- GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-04-07 | 83.95 | 781.92 | 0.00 | 0.00 | 210.30 | 23.11 | 0.00 | 0.00 | 9,764.40 | 2,294.08 | $6.50 | 7,352.52 |
| OPH | 2001-04-21 | 88.45 | 843.34 | 0.00 | 0.00 | 228.02 | 26.06 | 0.00 | 0.00 | | | | |
| OPH | 2001-05-05 | 89.50 | 857.68 | 0.00 | 0.00 | 212.13 | 26.75 | 0.00 | 0.00 | | | | |
| OPH | 2001-05-19 | 81.20 | 745.52 | 0.00 | 0.00 | 199.79 | 21.36 | 0.00 | 0.00 | | | | |
| OPH | 2001-06-02 | 83.50 | 775.78 | 0.00 | 0.00 | 208.53 | 22.81 | 0.00 | 0.00 | | | | |
| OPH | 2001-06-16 | 71.25 | 648.38 | 0.00 | 0.00 | 171.77 | 16.70 | 0.00 | 0.00 | | | | |
| | Grand Total Line | 497.85 | 4652.62 | 0.00 | 0.00 | 1250.54 | 136.79 | 0.00 | 0.00 | | | | |

# Plaintiff's Exh. 74

# ////AutoZone   Store Employment Application

Equal Opportunity Employer

- Please print in ink.
- Answer all questions completely. If a question doesn't apply to you, write "N/A" in the space provided.
- This application will be kept on file for 90 days from the date completed.

Date  8-3-1

## PERSONAL DATA

Name  Deanna          Macie          Brown          SS#
          First          Middle          Last

Home address  2038 Whiteoak Rd                    Dover          DE          19901
          Street          City          State          Zip

Previous address (if less than one year at present address) _____
          Street          City          State          Zip

Home phone (302 )674 - 0789   Work phone (    )    -          Other phone (    )    -

May we contact you at work?  ☐Yes ☐No ☒N/A

If under 18 years old, can you provide proof of your eligibility to work?  ☐Yes ☐No ☒N/A

If hired, can you furnish proof that you're legally permitted to work in the United States? ☒Yes ☐No

Have you ever been convicted of a crime other than a minor traffic violation? ☐Yes ☒No

If yes, where and when? City/State _____   Date _____
(Convictions will not result in automatic disqualification.)

## POSITION INFORMATION

Position desired  Cashier/Sales                    Date available  Any

For which store are you applying?  Dover

☒Full-time ☒Part-time   Wage/salary expected  Competative

How did you learn of this position?  walk-in

Are you willing to relocate, if necessary? ☐Yes ☒No ☐N/A

Days available  Any                    Hours available  Any

Are there any days, hours or shifts you cannot work? ☐Yes ☒No  If yes, list _____

Have you previously applied with AutoZone? ☐Yes ☒No

Have you previously been employed by AutoZone, or any AutoZone subsidiary? ☐Yes ☒No

If yes to either question, when and where? _____

## EDUCATION

|  | Name, city and state of school(s) | Did you graduate? | If not, list years or hours completed | Major or field of study | Type of degree |
|---|---|---|---|---|---|
| High school | Canton South High school Canton, OH | Yes ☐ No ☒ G.E.D. ☐ | 1yr | Basic courses |  |
| Two-year college |  | Yes ☐ No ☐ |  |  |  |
| Four-year college |  | Yes ☐ No ☐ |  |  |  |
| Graduate school |  | Yes ☐ No ☐ |  |  |  |
| Trade/other |  | Yes ☐ No ☐ |  |  |  |

SKU #912676

D-00111
Washington v. AutoZone

12/98

## EMPLOYMENT HISTORY

List your last four employers, starting with the most recent. Please include specific dates of employment when possible. If you don't know the exact dates of employment, include a minimum of month and year. If you're not employed, list your last job first. Fill in all information requested, even if you're attaching a resume.

'ay we contact your present employer? ☑Yes ☐ No ☐ N/A   Have you ever been terminated or asked to resign from a position? ☐ Yes ☑ No

| 1. Company name and address | Type of business | From (MM/DD/YY) | To (MM/DD/YY) |
|---|---|---|---|
| Images Total Fitness - milford. | Gym | 4/18/1 | 6/31/1 |

Telephone number (302)430-0490   Job title: Manager   Supervisor's name: Darrel Nagle   Beginning wage 7.00   Ending wage 8.00

Duties and responsibilities: answered phones, signed people up for memberships, sold membersh

Reason(s) for leaving or wishing to leave: laid off - not enough money to pay me.

| 2. Company name and address | Type of business | From (MM/DD/YY) | To (MM/DD/YY) |
|---|---|---|---|
| Video Scene Dover | Video Store | 12/1/00 | 4/1/1 |

Telephone number (306)674-1502   Job title: Clerk   Supervisor's name: Bill Seaman   Beginning wage 6.15   Ending wage 6.15

Duties and responsibilities: ran cash register, entered new items in computer, put movies away

Reason(s) for leaving or wishing to leave: would not pay me more than $6.15

| 3. Company name and address | Type of business | From (MM/DD/YY) | To (MM/DD/YY) |
|---|---|---|---|
| Freedom Insurance | Insurance Agency | 2/17/00 | 6/3/00 |

Telephone number (302)734-8400   Job title: Supervisor   Supervisor's name: Keith Jansen   Beginning wage 6.15   Ending wage 6.15

Duties and responsibilities: made sure telemarketers were doing their job. Paperwork, ran errands.

Reason(s) for leaving or wishing to leave: went back to Ohio

| 4. Company name and address | Type of business | From (MM/DD/YY) | To (MM/DD/YY) |
|---|---|---|---|
| | | / / | / / |

Telephone number ( )   Job title:   Supervisor's name:   Beginning wage   Ending wage

Duties and responsibilities:

Reason(s) for leaving or wishing to leave:

D-00112
Washington v. AutoZone

## EMPLOYMENT HISTORY (CON'T.)

Account for all periods of unemployment of 30 days or more.

| Beginning date (MM/DD/YY) | Ending date (MM/DD/YY) | Reason |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SKILLS/FOREIGN LANGUAGES

List any professional or trade groups and any other organizations which you consider relevant to your ability to perform the position for which you're applying. (Don't list any organization that may reveal your race, sex, color, age, handicap, marital status or ancestry.)

Check (✓) any of the following skills you have acquired through experience and/or training. In the blank provided, describe how much experience you have (months and/or years).

☑ Auto Mechanics _____ ☐ Computer Skills _____ ☑ Management/Supervisory _____

☑ Customer Service _____ ☑ Retail/Sales _____ ☐ Automotive Test Equipment

☐ Electronic Cash Register _____ ☐ Stocking/Receiving _____ ☐ Electronic Parts Catalog

☐ Other _____ ☐ Other _____ ☐ Other _____

Rate your automotive knowledge: ☐ Excellent ☐ Good ☐ Fair ☐ Poor

List all languages, other than English, that you speak, read or write fluently. (Information will be used for job-related purposes only.)

| Language | Speak | Read | Write |
|---|---|---|---|
| _____ | ☐ | ☐ | ☐ |
| _____ | ☐ | ☐ | ☐ |

## MILITARY SERVICE

Were you in the armed forces? ☐ Yes ☐ No  If yes, which branch? _____ Length of service _____

Explain any military experience that may be relevant to the position for which you're applying (vehicle/aircraft maintenance, logistics, etc.).

_____

_____

D-00113
Washington v. AutoZone

## REFERENCES

Give names of persons (excluding relatives) we may contact to verify your qualifications for the position.

| Name *Peggy Windle* | Occupation *office Manager* | Organization *Images* |
| | Day phone *734-0409* | Address |
| Name *Mari Hill* | Occupation *office administrator* | Organization *Images* |
| | Day phone *734-0409* | Address |
| Name | Occupation | Organization |
| | Day phone | Address |

## SUMMARY

AutoZone makes every reasonable effort to accommodate individual preferences when possible; however, business needs and customer demands at times make the following conditions mandatory: overtime, shift work, a rotating schedule or a work schedule other than Monday through Friday. I understand these conditions and, if employed, I agree to accept them as conditions of my continuing employment.

I hereby agree and understand that, as a condition of employment or continued employment, I may be required by the company to submit to a physical examination, drug testing or other tests, a search or examination of myself or personal property while on the company's premises or while conducting business elsewhere, if such is not prohibited by applicable law.

If employed, I agree to abide by the directives, rules and regulations of AutoZone both present and future. I understand that the employment is for no definite period of time and may be terminated at will by me or by AutoZone with or without cause or notice at any time. I further understand that no representative of the company has the authority to enter into any employment agreement contrary to the foregoing.

I certify that my application for employment is true and complete, and I understand that, if employed, false or omitted statements on this application or any other company documents will subject me to immediate dismissal. I understand that an investigative consumer report involving information concerning my character, employment history, general reputation, police record and personal habits may be obtained prior to any offer of employment. Upon timely written request to AutoZone's Human Resources department, the name and address of the reporting agency will be disclosed to me. It is understood that completion of this application doesn't mean a job opening exists and in no way obligates AutoZone to employ me.

I further authorize all contacted persons and former employers to provide information concerning this application, my background and suitability for employment, and I release such persons and former employers from liability for providing such information.

Signature of applicant _Deanna M Brauer_        Date _8-3-1_



62-95/311                              93

Date _____

PAY to the
ORDER of _____  $ _____

_____ DOLLARS

**First Union National Bank**
of Delaware
firstunion.com
Org. 049  R/T 031100869

MEMO _____

---

PLEASE PRINT                    **Direct Deposit Request**

I authorize my employer/payer to initiate electronic credit entries and, if necessary, adjustments for any credit entries made in error, to my financial institution listed below:

First Name: DEANNA    Last Name: BROWN    Daytime Phone: 302

Street Address: 2038 White Oak Road    City: Dover    State: DE  Zip: 19901

**Financial Institution**
Name of Financial Institution: First Union    City: Dover    State: DE

TRANSIT ROUTING NUMBER: ☑ Checking ☐ Savings  ACCOUNT NUMBER

**Employer Information**  Name of Employer: Auto Zone    Payroll Office Phone: 302-736-5400

Address of Employer/Payroll Office: P.O. Box 2198    City: Memphis    State: TN  Zip: 38101

Customer's Signature: Deanna M Brown    Date: 12/7/01    Sold By (Emp. ID): A9624134    Branch Number: 9549.9    Mail Code: DE5808

Referred By (Emp. ID):    Branch Number:    Mail Code:

DON'T FORGET YOUR VOIDED CHECK

PROCESSING COPY 1

D-00115
Washington v. AutoZone



**FIRST UNION NATIONAL BANK**
Direct Deposit Services
NC 0368
1525 West W.T. Harris Blvd.
Charlotte, NC 28288-0368

December 13, 2001

Auto Zone
Attn: Payroll Department
P.O. Box 2198
Memphis, TN 38101

Dear Payroll Manager:

During a recent visit to First Union your employee/beneficiary notified us of their interest in Direct Deposit of their payroll/benefit.

Enclosed is a voided check and signed request form that includes all the data you should need to begin Direct Deposit.

If you cannot process this request, but know your company/agency does participate in Direct Deposit, please forward this form to the correct area.

If you do not offer electronic direct deposit and you need to mail the payroll check to First Union, please use the following address closest to you:

| Attn: Mail Teller | Attn: Mail Teller | Attn: Mail Teller |
|---|---|---|
| First Union | First Union | First Union |
| P.O. Box 26090 | P.O. Box 560781 | P.O. Box 52-2817 |
| Richmond, VA | Charlotte, NC | Miami, FL |
| 23260-6090 | 28256-0806 | 33152-2817 |

*(Mail tellers are only available for deposits into First Union accounts)*

If for some other reason you cannot process this request, do not currently offer Direct Deposit, have any questions or concerns, or need more information about Direct Deposit, please contact us immediately at (704) 590-6740.
*(8:30 a.m. to 5:00 p.m. Eastern Time Monday through Friday.)*

Sincerely,

*George J. White Jr.*

George J. White Jr.
Project Manager, Direct Deposit Services

Enclosure(s) 1
First Union Corporation Member FDIC

D-00116
Washington v. AutoZone

# *///AutoZone*

# SET-UP PACKAGE CHECKLIST

Handle these items the day the AutoZoner is hired.

☐ **Have these documents filled out completely. Forward to the Payroll Department using the Payroll envelope.**

- ☒ 1. Application – Complete, Original Only (SKU# 912576)
- ☒ 2. AutoZoner Status Record – Use Legal Name – Management To Complete (SKU# 931030)
- ☒ 3. Federal Withholding Form W-4 (SKU# 933127)
- ☐ 4. State Withholding Form (If Applicable) ?
- ☒ 5. I-9 (Immigration Form) (SKU# 912816)
- ☒ 6. General Release (SKU# 912766)
- ☐ 7. AutoZone Handbook Acknowledgment Card (found in handbook - SKU# 933150)
- ☒ 8. Drug and Alcohol Testing Acknowledgment Form (SKU# 999655)
- ☒ 9. Sexual Harassment Agreement (SKU# 998822)
- ☒ 10. Diversity Mission Statement and Agreement (SKU# 998824)
- ☒ 11. Personal Information Form: (SKU# 912527)
- 12. Direct Deposit Enrollment Form: (SKU# 990367)
- ☒ 13. Set-Up Package Checklist (SKU# 933143)

☐ **Give a Welcome Box to the AutoZoner.** (SKU# 913541)

☐ Give the AutoZoner a Benefits guide (SKU# 998221), Summary Plan Description (SKU #011457) and physicians' directory if applicable for your store. These are found in the Benefits Enrollment Binder (Planogram TRAINHD4) in the manager's office.

☐ Order the uniform and/or name tag on the system. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☐ Realistic job preview (SKU# 999255) – discuss with the new AutoZoner. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☐ Sixty-day training checklist – discuss with the new AutoZoner, and file in the AutoZoner's store file.

☐ Management/Recruiter to call SMS Management Services (W.O.T.C.) (1-800-477-8582) and write down reference number on top of form 8850 (SKU# 998645).

☐ Reference Number  *N2N8XH FEPN*

AutoZoner's Name: *Deanna M Brown*　　Social Security No: _____

Store No.: *1152*　　　　　　　　　Date of Hire: *8/18/01*

Signature: *Deborah Gault*
Management/Recruiter completing Set-Up Package

SKU #933143

Rev.8/00

This form is not to be completed until after you have accepted employment with AutoZone/TruckPro. You, the AutoZoner/TruckPro associate, must fill this out.

## PERSONAL INFORMATION FORM
(Please Print All Information)

Name **Brown** / **Deanna** / **Macie**
       Last        First         MI

Social Security Number _____    Date of Birth _____ /82

Sex:   ☐Male    ☒Female

Race:  ☒White    ☐Black    ☐American Indian
       ☐Asian American    ☐Eskimo    ☐Hispanic

Other (Please Specify)_____

Have you ever been a student in an AutoZone Partners in Education program? ☐yes ☒no

If yes, name of school _____

City_____ State_____ Year Graduated_____

Please list one or more individuals who should be contacted in case of emergency.

Name **Bill Ferencz**    Relationship **Boyfriend**
Phone: Home **(302) 674-0789**    Work: **(302) 734-0409**
City/State/Zip **Dover DE    19901**

Name_____ Relationship_____
Phone: Home (___)_____ Work: (___)_____
City/State/Zip_____

Name_____ Relationship_____
Phone: Home (___)_____ Work: (___)_____
City/State/Zip_____

Signature **Deanna M Brown**    Date **8/8/01**
SKU 912527                                      6/98

D-00118
Washington v. AutoZone

**AutoZone**

## STORE HOURLY PERFORMANCE APPRAISAL
### Overall Job Performance

Name: Deanna Brown  Position: PTS  Time in Position: ____  SSN: ____

Dept/Store: 1152  Region Name: Washington DC  Appraisal period: ____

*For the following areas, describe and evaluate the AutoZoner's performance of day-to-day duties and expectations by noting strengths and development opportunities demonstrated during this review period. Include specific examples.*

## Performance Evaluation

| Strengths | Development Opportunities |
|---|---|
| **Professionalism** | • DEANNA NEEDS TO PAY ATTENTION TO DETAILS ON SALESFLOOR. |
| • Dresses according to AutoZones Policy and maintains a clean appearance | • IE. Front checkouts clean +neat. |
| • Is very outgoing and positive with customers. | |
| **Salesmanship** | • Learn to suggest WITHDTJR items every time Rather than using "Is that all you need"? |
| • Exercises Drop Stop 30/30 | |
| • participates in store contests | |
| | |
| **Teamwork and Respect** | • Deanna needs to Desire to learn what goals need to be met to get to the next level. Ask questions, get involved with the business. |
| • Works well with fellow AutoZoners | |
| • Reports to work prepared | |
| • Takes the time to teach new AutoZoners | |
| **Responsibility** | • Deanna needs to Know what tasks need to be done before being asked. Prioritize, get out from behind counter when not with a customer. |
| • Reports to work prepared on time. | |
| • Completes tasks as assigned | |
| **Job Knowledge and Problem Solving** | • NEES to Complete CERTIFICATIONS |
| • Deanna has a good understanding of parts & functions | • Deanna needs to try to assist customers in parking lot before calling on another AutoZoner for help. |

**AutoZoner's Comments:**

D-00119
Washington v. AutoZone

| Overall Rating | Fails to Meet ☐ Expectations | Needs ☐ Improvement | Achieves ☐ Expectations | Exceeds ☐ Expectations |
|---|---|---|---|---|

*Signatures:*

AutoZoner's Signature: _____  Date: ____

Manager's Signature: *Deborah Bipole*  Date: 3-1-02

District manager's signature: _____  Date: 4-8-02
(Required for management appraisal.)

Original – Central Imaging Dept. 8096    Copy – AutoZoner    Copy – Store files    Copy-- RHRM

*12/18/2002  18:21 PM* (vertical, left margin)

oZoner Termination Report          *** AutoZone 1157 ***          07/02/2002
                                                                  12:23:33
                                                                  Page   1

      AutoZoner Number:
        AutoZoner Name: BROWN, DEANNA
     AutoZoner Address: 1492 N LITTLE CREEK RD
        AutoZoner City: DOVER
       AutoZoner State: DE
         AutoZoner Zip: 19901
       AutoZoner Phone: (302) 674-0789
     Termination Reason: Abandoned Job *
       Last Day Worked: 06/24/2002
         Last Day Paid: 06/24/2002
     Would You Rehire ?: With Resevation

     *Comments

     She Spoke with Bob Baker on 6/27/02 AND Said She was
     broken down in Ohio and boy Friend was coming to get her. She
     aquic a phone # in which She could be reached and it was
     disconnected. She was Scheduled to work on Sunday AND Monday
     the week of 6/30 DID not Call or Show.

     ger Signature:
        Completed By: DISTRICT MANAGER
          Job Title: Area Advisor
             Date: 07/02/2002

D-00120
Washington v. AutoZone

# ////AutoZone

## AUTOZONER STATUS RECORD
### (Please Print)

AutoZoner Name Deanna M Brown

SS #. _____   Store Stamp/Dept. # _____

| NEW HIRE OR REHIRE (ONLY) | CHANGE IN STATUS (ONLY) |
|---|---|
| ☒ New Hire    ☐ Rehire | Effective Date of Change _____ |
| Date of Hire 8-18-1 | ☐ Rate of Pay |
| Dept./Store # 1152 | From_____To_____ |
| ☒ Hourly    ☐ Salary | ☐ Full Time/Part Time Status |
| Hourly Rate 7.25    Salary___ | From_____To_____ |
| ☒ Part Time    ☐ Full Time | ☐ Store/Dept. Transfer |
| Address 2038 Whiteoak Rd | From_____To_____ |
| City Dover   State DE Zip 19901 | Job Title (Stores Only): |
| Phone 302-674-0789 | ☐ Manager, Customer Satisfaction ☐ Assistant Manager |
| ☐ Male    ☒ Female | ☐ Parts Sales Manager ☐ Salesperson |
| Race W    W—White | ☐ Customer Service Rep ☐ Program Participant |
|  B—Black | |
|  AI—American Indian | From_____ |
|  AA—Asian American | To_____ |
|  HIS—Hispanic | ☐ Other Than Store |
| Birth Date ___ ___ / 82 | From_____ |
|  | To_____ |
| Job Title (Stores Only): | ☐ Address or Name Change |
| ☐ Manager, Customer Satisfaction | Name_____ |
| ☐ Assistant Manager | Address_____ |
| ☐ Parts Sales Manager | City_____State___Zip_____ |
| ☒ Salesperson | |
| ☐ Customer Service Rep | |
| ☐ Program Participant | |
| ☐ Other Than Store ____ | |
| ☒ Single    ☐ Married    ☐ Widowed ☐ Divorced    ☐ Separated | ☐ Single    ☐ Married    ☐ Widowed ☐ Divorced    ☐ Separated |
| Spouse's Date of Birth ___ / ___ / ___ | Spouse's Date of Birth ___ / ___ / ___ |
| Spouse's First Name _____ | Spouse's First Name _____ |

Deanna M Brown    8-18-1    Deborah Chall
APPROVAL SIGNATURE    DATE    APPROVAL SIGNATURE    DATE

IS THIS A: (Check One) ☐ STATUS CHANGE: Send in orange envelope to your Payroll Dept. by U.S. Mail
☐ NEW HIRE? Send WITH Set Up Package to your Payroll Dept. in orange envelope by U.S. Mail

931030    11/90

D-00121
Washington v. AutoZone

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, How Do I Adjust My Tax Withholding.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet (Keep for your records.)**

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . .  **A** ___

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.  **B** ___

C  Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . .  **C** ___

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . .  **D** ___

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above)  **E** ___

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit  . .  **F** ___

G  Child Tax Credit:
- If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
- If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children.  **G** ___

H  Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶  **H** ___

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job and your combined earnings from all jobs exceed $34,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - -

---

Form **W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010
**2000**

| 1  Type or print your first name and middle initial  Deanna  m | Last name  Brown | 2  Your social security number |
|---|---|---|

| Home address (number and street or rural route)  2038 White Oak Rd | 3  ☐ Single  ☒ Married  ☐ Married, but withhold at higher Single rate.  Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. |
| City or town, state, and ZIP code  Dover DE  19901 | 4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐ |

5  Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2)  **5** ___

6  Additional amount, if any, you want withheld from each paycheck  . . . . . . . . . . . . . .  **6** $ ___

7  I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.

If you meet both conditions, write "EXEMPT" here . . . . . . . . . . . ▶  **7** ___

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it) ▶  _Deanna M Brown_    Date ▶  8-18-1

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number |
|---|---|---|

Cat. No. 10220Q

D-00122
Washington v. AutoZone