# EXHIBIT H
# PART 2

Form W-4 (2000)                                                                                                    Page **2**

## Deductions and Adjustments Worksheet

| | | | |
|---|---|---|---|
| **Note:** | *Use this worksheet only if you plan to itemize deductions or claim adjustments to income on your 2000 tax return.* | | |
| 1 | Enter an estimate of your 2000 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2000, you may have to reduce your itemized deductions if your income is over $128,950 ($64,475 if married filing separately). See Worksheet 3 in Pub. 919 for details) . . . | 1 | $ |

| 2 | Enter: | $7,350 if married filing jointly or qualifying widow(er) | | |
| | | $6,450 if head of household | . . . . . . . . . . . | 2 | $ |
| | | $4,400 if single | | |
| | | $3,675 if married filing separately | | |

| 3 | Subtract line 2 from line 1. If line 2 is greater than line 1, enter -0- . . . . . . | 3 | $ |
| 4 | Enter an estimate of your 2000 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | 4 | $ |
| 5 | Add lines 3 and 4 and enter the total (include any amount for credits from Worksheet 7 in Pub. 919.) . | 5 | $ |
| 6 | Enter an estimate of your 2000 nonwage income (such as dividends or interest) . . . . . | 6 | $ |
| 7 | Subtract line 6 from line 5. Enter the result, but not less than -0- . . . . . . . . . | 7 | $ |
| 8 | Divide the amount on line 7 by $3,100 and enter the result here. Drop any fraction . . . . . | 8 | |
| 9 | Enter the number from the Personal Allowances Worksheet, line H, page 1 . . . . . . . | 9 | |
| 10 | Add lines 8 and 9 and enter the total here. If you plan to use the Two-Earner/Two-Job Worksheet, also enter this total on line 1 below. Otherwise, stop here and enter this total on Form W-4, line 5, page 1 . | 10 | |

## Two-Earner/Two-Job Worksheet

| | | | |
|---|---|---|---|
| **Note:** | *Use this worksheet only if the instructions under line H on page 1 direct you here.* | | |
| 1 | Enter the number from line 10 above (or from line 1 above if you used the Deductions and Adjustments Worksheet) | 1 | |
| 2 | Find the number in Table 1 below that applies to the LOWEST paying job and enter it here . . | 2 | |
| 3 | If line 1 is MORE THAN OR EQUAL TO line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, page 1. Do not use the rest of this worksheet . . . . . | 3 | |
| **Note:** | *If line 1 is LESS than line 2, enter -0- on Form W-4, line 5, page 1. Complete lines 4-9 below to calculate the additional withholding amount necessary to avoid a year end tax bill.* | | |
| 4 | Enter the number from line 2 of this worksheet . . . . . . . . . | 4 | |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . | 6 | $ |
| 7 | Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here . . | 7 | $ |
| 8 | Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed . | 8 | $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2000. For example, divide by 26 if you are paid every other week and you complete this form in December 1999. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . | 9 | $ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 41,001 - 45,000 | 8 | $0 - $5,000 | 0 | 65,001 - 80,000 | 8 |
| 4,001 - 7,000 | 1 | 45,001 - 55,000 | 9 | 5,001 - 11,000 | 1 | 80,001 - 100,000 | 9 |
| 7,001 - 13,000 | 2 | 55,001 - 63,000 | 10 | 11,001 - 17,000 | 2 | 100,001 and over | 10 |
| 13,001 - 19,000 | 3 | 63,001 - 70,000 | 11 | 17,001 - 22,000 | 3 | | |
| 19,001 - 25,000 | 4 | 70,001 - 85,000 | 12 | 22,001 - 27,000 | 4 | | |
| 25,001 - 31,000 | 5 | 85,001 - 100,000 | 13 | 27,001 - 40,000 | 5 | | |
| 31,001 - 37,000 | 6 | 100,001 - 110,000 | 14 | 40,001 - 50,000 | 6 | | |
| 37,001 - 41,000 | 7 | 110,001 and over | 15 | 50,001 - 65,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $50,000 | $420 | $0 - $30,000 | $420 |
| 50,001 - 100,000 | 780 | 30,001 - 60,000 | 780 |
| 100,001 - 130,000 | 870 | 60,001 - 120,000 | 870 |
| 130,001 - 250,000 | 1,000 | 120,001 - 270,000 | 1,000 |
| 250,001 and over | 1,100 | 270,001 and over | 1,100 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and for use in the National Directory of New Hires.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 46 min., Learning about the law or the form 13 min., Preparing the form 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your employer.

♻ Printed on recycled paper                                                                      *U.S. GPO: 1999-456-170*

# *AutoZone*  Corrective Action Review

Date  9-20-01

Name  Brown, Deanna          SS#          Store# 1152

**Check appropriate space below:**          **Type of infraction:** *(fill in below)*

☑ Verbal warning          Failure to Follow

☐ First written warning          Schedule

☐ Second written warning

☐ Serious violation
   *May be separated without prior warning*

**Details of infraction:**

On Friday Sept 14, 2001 Deanna called store only 1-2 hr before scheduled.

**Suggestions for improvement:** AutoZoner needs to follow schedule and report to work unless Dr. Excused. Also needs to notify with enough notice so store can make arrangements to cover shift.

I have read this report and understand that my signature doesn't necessarily indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.

Notice: Should your performance not improve or should this same violation recur, the following action will be taken:

Further Corrective Action up to and including Termination

Deanna M Brown          Deborah Guild
_AutoZoner's signature_          _Manager's signature_

Original to your Personnel Records Department
Copy to Regional Human Resources Manager
Copy to AutoZoner's Store Personnel File

SKU# 832319

Rev. 2/00

D-00124
Washington v. AutoZone

11/16/200  :58:51

**AutoZone**     # Corrective Action Review

Date _9-20-01_

Name _Brown Deanna_    SS# _____ )Store# _1152_

**Check appropriate space below:**

✔ Verbal warning

☐ First written warning

☐ Second written warning

☐ Serious violation
   *May be separated without prior warning*

**Type of infraction:** *(fill in below)*

_Failure to follow_
_Schedule_
_____
_____

**Details of infraction:**
_On Friday Sept 14, 2001 Deanna_
_Called store only 1-2 hr before_
_Scheduled._

**Suggestions for improvement:** _Autozoner needs to_
_follow schedule and report to work_
_unless Dr. excused. Also needs to_
_notify with enough notice so store_
_can make arrangements to cover shift._

I have read this report and understand that my signature doesn't necessarily indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.

**Notice: Should your performance not improve or should this same violation recur, the following action will be taken:**
_Further corrective action up to_
_and including termination_

X _____     X _Deborah Guild_
AutoZoner's signature       Manager's signature

*Original to your Personnel Records Department*
*Copy to Regional Human Resources Manager*
*Copy to AutoZoner's Store Personnel File*

*SKU# 932319*

D-00125
Washington v. AutoZone

Rev. 2/00

**AutoZone**                    **Corrective Action Review**

Date _1-21-02_

Name _Dranna Brown_      SS# _____.      Store# _115_

Check appropriate space below:

☐ Verbal, warning

☒ First written warning

☐ Second written warning

☐ Serious violation
   *May be separated without prior warning*

Type of infraction: *(fill in below)*

_Failure to Follow_
_Schedule_
_____
_____
_____

Details of infraction: _Sunday 1-20-02 Dranna_
_called the mngr 1/2 hr prior to scheduled time_
_to shift she would be late. She then called_
_back to call out due to unacceptable_
_personal problem._

Suggestions for improvement: _AutoZoner needs to_
_not let personal issues interfere with_
_work schedule._

I have read this report and understand that my signature doesn't necessarily indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.

Notice: Should your performance not improve or should this same violation recur, the following action will be taken:

_Further corrective action up to and_
_including termination_

_Dranna M. Brown_                    _Deborah Gould_
AutoZoner's signature                Manager's signature

*Original to your Personnel Records Department*
*Copy to Regional Human Resources Manager*
*Copy to AutoZoner's Store Personnel File*

D-00126
Washington v. AutoZone

*SKU# 932319*                                    *Rev. 2/00*

**AutoZone** **Corrective Action Review**

Date _1-21-02_

Name _Deanna Brown_    SS# _____    Store# _1150_

**Check appropriate space below:**

☐ Verbal warning

☑ First written warning

☐ Second written warning

☐ Serious violation
  *May be separated without prior warning*

**Type of infraction:** *(fill in below)*

_Failure to Follow_

_Schedule_

_____

_____

**Details of infraction:** _Sunday 1-20-02 Deanna_
_Called Store Approx 1/2 hr prior to scheduled time_
_to say she would be late. She then called_
_back to call out due to unexceptable_
_personal problem._

**Suggestions for improvement:** _AutoZone needs to_
_not let personal issues interfer with_
_work schedule._

_____

_____

**I have read this report and understand that my signature doesn't necessarily indicate agreement. NOTE: AutoZoner's signature isn't needed for verbal warnings.**

**Notice: Should your performance not improve or should this same violation recur, the following action will be taken:**

_Further Corrective action up to and_
_including termination._

_Deanna M Brown_
AutoZoner's signature

_Deborah Cauld_
Manager's signature

*Original to your Personnel Records Department*
*Copy to Regional Human Resources Manager*
*Copy to AutoZoner's Store Personnel File*

D-00127
Washington v. AutoZone

SKU# 932319

Rev. 2/00

# AutoZone
# Drug and alcohol testing policy
# acknowledgment form

I have read the attached AutoZone alcohol and drug testing policy, and I understand it.

All provisions, limitations and exclusions aren't covered in this policy. No rights accrue to any AutoZoner by any statement or omission from this policy. Furthermore, I understand that AutoZone has the sole right to deviate at any time from the provisions in this policy at its sole discretion.

Deanna m Brown
_____
Name (Please print.)

_____
Social Security number

Deanna M Brown
_____
Signature

8-18-1
_____
Date

D-00128
Washington v. AutoZone

Send to Personnel Records, Dept. 8070



# AutoZone
## Drug and alcohol testing policy acknowledgment form

I have read the attached AutoZone alcohol and drug testing policy, and I understand it.

All provisions, limitations and exclusions aren't covered in this policy. No rights accrue to any AutoZoner by any statement or omission from this policy. Furthermore, I understand that AutoZone has the sole right to deviate at any time from the provisions in this policy at its sole discretion.

Deanna Brann
_____
Name (Please print.)

_____
Social Security number

Deanna Brown
_____
Signature

10-18-1
_____
Date

D-00129
Washington v. AutoZone

Send to Personnel Records, Dept. 8070





*The diversity of our AutoZoners is a vital part of our success. If every AutoZoner were exactly alike, we'd all come up with the same ideas, and our company couldn't grow. Diversity helps us learn new things and see old things from different perspectives.*

*We want every AutoZoner to understand our commitment to diversity, and we want you to be committed, too. Please join us as we work toward this goal:*

### AutoZone Diversity Mission Statement

AutoZone strives to create an environment in which every AutoZoner and every customer is treated with dignity and respect – regardless of race, gender, age, physical ability, sexual orientation or any other perceived difference. We are committed to seeking out talented, diverse people, encouraging them to work to their full potential and valuing their contributions. These AutoZoners will help us remain number one with our customers and in our communities.

**I understand AutoZone's commitment to valuing the diversity of every AutoZoner and every customer, and, as an AutoZoner, I understand my obligation to support this commitment.**

Deanne M Brown
Name (Please print.)

1152
Location (store#, DC, call center, department#)

Deanne M Brown
Signature

SS#

8-18-1
Date

D-00130
Washington v. AutoZone

**AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)**

SKU # 998824    White copy - Personnel Records    Yellow copy - AutoZoner    Pink copy – Store personnel file                10/96



*The diversity of our AutoZoners is a vital part of our success. If every AutoZoner were exactly alike, we'd all come up with the same ideas, and our company couldn't grow. Diversity helps us learn new things and see old things from different perspectives.*

*We want every AutoZoner to understand our commitment to diversity, and we want you to be committed, too. Please join us as we work toward this goal:*

### AutoZone Diversity Mission Statement

AutoZone strives to create an environment in which every AutoZoner and every customer is treated with dignity and respect — regardless of race, gender, age, physical ability, sexual orientation or any other perceived difference. We are committed to seeking out talented, diverse people, encouraging them to work to their full potential and valuing their contributions. These AutoZoners will help us remain number one with our customers and in our communities.

**I understand AutoZone's commitment to valuing the diversity of every AutoZoner and every customer, and, as an AutoZoner, I understand my obligation to support this commitment.**

Deanne m Brown
Name (Please print.)

1152
Location (store#, DC, call center, department#)

Deamma m Brown
Signature

SS#

8-18-1
Date

D-00131
Washington v. AutoZone

**AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)**

SKU # 998824     White copy - Personnel Records     Yellow copy - AutoZoner     Pink copy - Store personnel file     10/96

ır first responsibility is to complete and sign this card and
e it to your manager.

I understand it's my responsibility to read and understand the policies and procedures in the AutoZone Handbook and the Safety Handbook that I have received.

I understand that this handbook serves only as a guide. Under no circumstances can this handbook create a contract of employment between AutoZone and myself. All provisions, limitations and exclusions aren't covered in this handbook. No rights accrue to any AutoZoner by any statement or omission from this handbook. Furthermore, I understand that AutoZone has the right to deviate at any time from the provisions in this handbook at its sole discretion.

I understand that I will be assigned a unique electronic security password to operate computer systems and that I must protect this password at all times. I will not give my password to other AutoZoners. AutoZone reserves the right to accept my confidential password in place of my signature on all electronic documents that I submit.

I authorize AutoZone to accept this confidential password as authorization and in place of my signature to make deductions from my paycheck for any benefit plans or uniform purchases which I request electronically. Furthermore, I authorize AutoZone to accept the signature on this acknowledgment page as my signature to authorize these deductions for any benefit plan which I enroll in telephonically by a voice response system.

. further understand that my employment with AutoZone is at will and for no definite period of time. It may be terminated by me or AutoZone, with or without cause or notice at any time, and no AutoZone manager can alter this policy verbally or otherwise.

This handbook supersedes all previous handbooks and any oral or written policies or communications covered by this handbook or contrary to its provisions.

Deanna M Brown
**Name (Please print.)**

Social Security Number

Deanna M Brown
**Signature**

8-22-1
**Date**

D-00132
Washington v. AutoZone



**Q.**     What do I do first?

**A.**     *Complete the back
of this card and give it to
your manager.*

Your manager will send the card to Personnel
Records as soon as you're hired.

D-00133
Washington v. AutoZone

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Brown | Deanna | m | Durbin |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 2038 Whitecock Rd | | 82 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Dover | DE | 19901 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- ☒ A citizen or national of the United States
- ☐ A Lawful Permanent Resident (Alien # A _____
- ☐ An alien authorized to work until _____
  (Alien # or Admission # _____

| Employee's Signature | Date (month/day/year) |
|---|---|
| Deanna M Brown | 8-18-1 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title | | DELAWARE LICENSE | | SOCIAL SECURITY |
| Issuing authority | | | | |
| Document # | | | | |
| Expiration Date (if any) | | 6.12.82 | | __/__/__ |
| Document # | | | | |
| Expiration Date (if any) | __/__/__ | | | |

**CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 8/18/01 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).**

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Deborah Caulk | Deborah Caulk | Manager |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| AutoZone 1152 | 1044 Dupont Hwy Brown | |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title _____ | Document # _____ | Expiration Date (if any) __/__/__ |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

Washington v. AutoZone

# LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| Documents that Establish Both Identity and Employment Eligibility | OR | Documents that Establish Identity | AND | Documents that Establish Employment Eligibility |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-588A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**AND**

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 11-21-91) N

D-00135
Washington v. AutoZone



# Preventing sexual harassment
## A fact sheet for AutoZoners

On ꞈAugust 18, 2001, I attended an AutoZone training session on sexual harassment. The meeting defined sexual harassment and explained that it won't be tolerated at AutoZone.

I understand the following:

- There are two kinds of sexual harassment. *Quid pro quo* sexual harassment takes place when a manager or another person in authority makes sexual demands, even if no direct threats or promises are made. There is an implied threat any time the person making sexual demands has influence over the other person's job.
- Another type of sexual harassment is called *hostile work environment* – a sexually charged atmosphere that makes AutoZoners so uncomfortable they have trouble doing their jobs.
- Although it would be impossible to list every example, both types of sexual harassment can include the following:
  - *Verbal:* Sexual innuendoes; suggestive comments; insults or jokes about sex, anatomy or gender-specific traits; sexual propositions; threats; repeated requests for dates; negative comments about an AutoZoner's appearance; and statements of a sexual nature about other AutoZoners, even outside of their presence
  - *Nonverbal:* Suggestive or insulting sounds – like whistling, catcalls or smacking or kissing noises – leering; and obscene gestures
  - *Physical:* Touching; grabbing; pinching; unwelcome hugging or kissing; brushing up against another person's body; coerced sexual intercourse; and actual assault
- If I know of a situation that may be sexual harassment – whether it involves me or another AutoZoner – I'll tell my direct supervisor, another member of management or AutoZoner Relations. I understand that my obligation under the law is to notify AutoZone of the situation prior to contacting a government agency or private attorney so that AutoZone will have the opportunity to investigate and resolve the situation.
- Every complaint will be investigated, and AutoZoners who are found guilty of sexual harassment will face discipline up to and including termination.
- No one will be allowed to retaliate against AutoZoners who make complaints of sexual harassment. However, AutoZoners who intentionally make false charges will be disciplined.

Deanna M Brown
Name (Please print.)

1152
Location (store#, DC, call center, department#)

SS#

8-18-1
Date

Deanna M Brown
Signature

## AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)

SKU # 998822          White copy - Personnel Records    Yellow copy - AutoZoner    Pink copy – Store personnel file          10/96

D-00136
Washington v. AutoZone



# Preventing sexual harassment
## A fact sheet for AutoZoners

On **August 18, 2001**, I attended an AutoZone training session on sexual harassment. The meeting defined sexual harassment and explained that it won't be tolerated at AutoZone.

I understand the following:

- There are two kinds of sexual harassment. *Quid pro quo* sexual harassment takes place when a manager or another person in authority makes sexual demands, even if no direct threats or promises are made. There is an implied threat any time the person making sexual demands has influence over the other person's job.
- Another type of sexual harassment is called *hostile work environment* -- a sexually charged atmosphere that makes AutoZoners so uncomfortable they have trouble doing their jobs.
- Although it would be impossible to list every example, both types of sexual harassment can include the following:
  - *Verbal:* Sexual innuendoes; suggestive comments; insults or jokes about sex, anatomy or gender-specific traits; sexual propositions; threats; repeated requests for dates; negative comments about an AutoZoner's appearance; and statements of a sexual nature about other AutoZoners, even outside of their presence
  - *Nonverbal:* Suggestive or insulting sounds – like whistling, catcalls or smacking or kissing noises – leering; and obscene gestures
  - *Physical:* Touching; grabbing; pinching; unwelcome hugging or kissing; brushing up against another person's body; coerced sexual intercourse; and actual assault
- If I know of a situation that may be sexual harassment – whether it involves me or another AutoZoner – I'll tell my direct supervisor, another member of management or AutoZoner Relations. I understand that my obligation under the law is to notify AutoZone of the situation prior to contacting a government agency or private attorney so that AutoZone will have the opportunity to investigate and resolve the situation.
- Every complaint will be investigated, and AutoZoners who are found guilty of sexual harassment will face discipline up to and including termination.
- No one will be allowed to retaliate against AutoZoners who make complaints of sexual harassment. However, AutoZoners who intentionally make false charges will be disciplined.

Deanna M Brown
Name (Please print.)

1152
Location (store#, DC, call center, department#)

Deanna M Brown
Signature

SS#

8-18-1
Date

D-00137
Washington v. AutoZone

**AutoZoner Relations: 1-800-510-1033 (Metro Memphis: 495-7250)**

SKU # 998822      White copy - *Personnel Records*      Yellow copy - AutoZoner      Pink copy – Store personnel file      10/96

# *IIII AutoZone* **SET-UP PACKAGE CHECKLIST**

Handle these items the day the AutoZoner is hired.

☑ **Have these documents filled out completely.  Forward to the Payroll Department using the Payroll envelope.**

☑ 1.  Application – Complete, Original Only (SKU# 912576)

☑ 2.  AutoZoner Status Record -- Use Legal Name – Management To Complete (SKU# 931030)

☑ 3.  Federal Withholding Form W-4 (SKU# 933127)

N/A 4.  State Withholding Form (If Applicable)

☑ 5.  I-9 (Immigration Form) (SKU# 912816)

☑ 6.  General Release (SKU# 912766)

☐ 7.  AutoZone Handbook Acknowledgment Card (found in handbook - SKU# 933150)

☑ 8.  Drug and Alcohol Testing Acknowledgment Form (SKU# 999655)

☑ 9.  Sexual Harassment Agreement (SKU# 998822)

☑ 10.  Diversity Mission Statement and Agreement (SKU# 998824)

☑ 11.  Personal Information Form: (SKU# 912527)

☑ 12.  Set-Up Package Checklist (SKU# 933143)

☑ **Give a Welcome Box to the AutoZoner.** (SKU# 913541)

☑ Give the AutoZoner a Benefits Package (SKU# 998221).

☑ Order the uniform and/or name tag on the system. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☑ Realistic job preview (SKU# 999255) – discuss with the new AutoZoner. Have the AutoZoner sign the form and file in the AutoZoner's store file.

☐ Sixty-day training checklist – discuss with the new AutoZoner, and file in the AutoZoner's store file.

☑ Management/Recruiter to call SMS Management Services (W.O.T.C.) (1-800-477-8582) and write down reference number on top of form 8850. (SKU# 998645)

☐ Reference Number ____74835____

D-00138
Washington v. AutoZone

AutoZoner's Name: __Shank  B  Treesh__     Social Security No: _____

Store No.: __1157- Angola, IN__     Date of Hire: __05/05/00__

Signature: _____

Management/Recruiter completing Set-Up Package

933143     Rev 2/98

Form **8850**
(Rev. September 1997)
partment of the Treasury
.ternal Revenue Service

**Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits**
► Use only for individuals who begin work after September 30, 1997.
► See separate instructions.

OMB No. 1545-1500

24835

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name ____SHANE B. TREESH____ Social security number ► _____

Street address where you live __400 N. DUPONT HWY APT. I-21__

City or town, state, and ZIP code __DOVER, DE 19901__

Telephone no. _(302) 730 - 1554_

If you are under age 25, enter your date of birth (month, day, year) __/__/__

---

**Work Opportunity Credit (For individuals who begin work after September 30, 1997)**

1 ☐ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if **any** of the following statements apply to you.

- I am a member of a family that has received assistance from Aid to Families with Dependent Children (AFDC) or a successor program for any 9 months during the last 18 months.

- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.
- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.

- I am at least age 18 but **not** over age 24 and I am a member of a family that:
  a Received food stamps for the last 6 months, OR
  b Received food stamps for at least 3 of the last 5 months, BUT is no longer eligible to receive them.

- Within the past year, I was convicted of a felony or released from prison for a felony AND during the last 6 months I was a member of a low-income family.

- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

---

**Welfare-to-Work Credit (For individuals who begin work after December 31, 1997)**

3 ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4 ☐ Check here if you are a member of a family that:
- Received AFDC or successor program payments for at least the last 18 months, OR
- Received AFDC or successor program payments for any 18 months beginning after August 5, 1997, OR
- Stopped being eligible for AFDC or successor program payments after August 5, 1997, because Federal or state law limited the maximum time those payments could be made.

---

**All Applicants**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete

Job applicant's signature ► _Shane B Treesh_                          Date _5/5/00_

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 22851L     Form **8850** (Rev. 9-97)

D-00139
Washington v. AutoZone

Form 8850 (Rev. 9-97)

### For Employer's Use Only

Employer's name _____ Telephone no. ( ) _____ EIN ▶ _____

Street Address _____

City or town, state, and ZIP code _____

Person to contact, if different from above ___ **SMS, Inc.** _____ Telephone No. **1-800-477-8582**

Street address _____ 1945 West Palmetto Street, Suite 310 _____

City or town, state, and ZIP code ____ Florence, SC 29501 _____

If based on the individual's age and home address, he or she is a member of group 4 or 6 (as described under **Members of Targeted Groups** in the separate instructions), enter that group number (4 or 6) . . . . . . . . . . . . . . . . . . ▶ ____

| DATE APPLICANT: Gave Information | / | / | Was offered job | / | / | Was hired | / | / | Started Job | / | / |
|---|---|---|---|---|---|---|---|---|---|---|---|

Under penalties of perjury, I declare that I completed this form on or before the day a job was offered to the applicant and that the information I have furnished is, to the best of my knowledge true, correct and complete. Based on the information on the job applicant furnished on page 1, I believe the individual is a member of a targeted group or a long term family assistance recipient. I hereby request a certification that the individual is a member of a targeted group or a long-term family assistance recipient.

Employer's Signature: _____ Title _____ Date / /

---

## Privacy Act and Paperwork Reduction Act Notice

Section references are to the Internal Revenue Code. Section 51(d)(12) permits a prospective employer to request the Applicants to complete this form and give it to the prospective employer. The information will be used by the employer to complete the employer's federal tax return. Completion of this form is voluntary and may assist members of targeted groups and long-term family assistance recipients in securing employment. Routine uses of this form include giving it to the state Employment security agency (SESA), which will contact appropriate sources to confirm that the applicant is

a member of a targeted group or a long-term family assistance recipient. This form may also be given to the Internal Revenue Service for the administration of the Internal Revenue laws, to the Department of Justice for civil and criminal litigation, to the Department of Labor for oversight of the certifications performed by the SESA, and to the cities, states, and the District of Columbia for use in administering their tax laws. You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by

Section 6103. The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

**Recordkeeping–2hr., 47min.**

**Learning about the law or the form — 37 min.**

**Preparing and sending this form to the SESA —** 36 min.

If you have comments concerning the accuracy of the time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send this form to this address. Instead, see **When and Where To File** in the separate instructions.

D-00140
Washington v. AutoZone

# *//////AutoZone*

> This form is not to be completed until after you have accepted employment with AutoZone. You, the AutoZoner, must fill this out.

## PERSONAL INFORMATION FORM
### (Please Print All Information)

Name _____*TREESH*_____ / _____*SHANE*_____ / _____*B*_____
        Last                    First                  MI

**Social Security Number** _____    **Date of Birth** _____ / *174*

**Sex:**  ☑ Male  ☐ Female        **Race:**  ☑ White
                                            ☐ Black
                                            ☐ American Indian
                                            ☐ Asian American
                                            ☐ Eskimo
                                            ☐ Hispanic
                                            ☐ Other (Please Specify) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please list one or more individuals who should be contacted in case of emergency.**

Name *Maria G Treesh*                    Relationship *Wife*
                                         Phone: Home (*302*) *730 - 1594*
                                                Work (*302*) *674 - 7352*
City / State / Zip *Dover, DE  19901*

Name *Diane P Treesh*                    Relationship *Mother*
                                         Phone: Home (*219*) *484 - 4201*
                                                Work (___) *N/A*
City / State / Zip *Fort Wayne, IN  46825*

Name _____                 Relationship _____
                                         Phone: Home (___) _____
                                                Work (___) _____
City / State / Zip _____

Signature *Shane B Treesh*

Date *5 May 2000*

# Plaintiff's Exh. 75

```
prsmsint                        AUTOZONE
prsmshir                 NEW EMPLOYEE SETUP              RUN DATE: 05/06/00
                           FOR STORE:1157               TIME: 05:02
```

AUTOZONER INFORMATION

```
        AUTOZONER #:              SSN # :    -  -
        LAST NAME  : TREESH
        FIRST NAME : SHANE
        MIDDLE NAME: B
        SEX: M
        RACE: WHITE
        BIRTHDATE:       -08
        MARITAL STATUS: MARRIED
        ADDRESS: 400 N DUPONT HWY
        ADDR 2: APT 121
        CITY: DOVER
        STATE: DE
        ZIPCODE: 19901
        PHONE #: (302)730-1594
```

WORK STORE INFORMATION

```
        WORK STORE: 1157
        STORE CITY: SMYRNA
        STORE STATE: DE
        STORE ZIP: 19977-0000
```

PAYROLL INFORMATION

```
        PAY CLASS: PT
        WAGE_CODE: HOURLY
         PAY_RATE: 8.00
        HIRE DATE: 2000-05-05
        HIRE TYPE: NEW HIRE
        JOB TITLE: PART TIME SALES PERSON
```

FEDERAL WITHHOLDING DATA

```
        MARRIED
        W4 ALLOWANCES: 00
        W4 ADDITIONAL AMT:  0.00
```

EMERGENCY NOTIFICATION DATA

```
        NAME: MARIA G TREESH
        PHONE: (302)730-1594
        RELATIONSHIP: SPOUSE

        NAME: DIANE P TREESH
        PHONE: (219)484-4201
        RELATIONSHIP: PARENT
```

HIRED BY:

D-00142
Washington v. AutoZone

**AutoZone**

## AUTOZONER STATUS RECORD
### (Please Print)

AutoZoner Name _Shane B. Treen_

SS # _____

**AUTOZONE #1157**
**100 W. GLENWOOD AVE.**
**SMYRNA, DE 19977**

Store Stamp/Dept. # _____

| NEW HIRE OR REHIRE (ONLY) | CHANGE IN STATUS (ONLY) |
|---|---|

**NEW HIRE OR REHIRE (ONLY)**

☑ New Hire      ☐ Rehire

Date of Hire _05/05/00_

Dept./Store # _1157 - Smyrna, DE 19977_

☑ Hourly      ☐ Salary

Hourly Rate _8.00_    Salary _____

☑ Part Time      ☐ Full Time

Address _400 N. Dupont Hwy. -I-2/_

City _Dover_    State _DE_ Zip _19901_

Phone _(302) 730-1594_

☑ Male      ☐ Female

Race _W_
W—White
B—Black
AI—American Indian
AA—Asian American
HIS—Hispanic
ALE—Aleute

Birth Date _____ / _____ / _75_
Day    Mo.    Yr.

Job Title (Stores Only):
☐ Manager, Customer Satisfaction
☐ Assistant Manager
☐ Parts Sales Manager
☑ Salesperson
☐ Customer Service Rep
☐ Program Participant
☐ Other Than Store _____

☐ Single      ☑ Married      ☐ Widowed
☐ Divorced              ☐ Separated

Spouse's Date of Birth _____ / _____ / _____
Day    Mo.    Yr.

Spouse's First Name _____

**CHANGE IN STATUS (ONLY)**

Effective Date of Change _____

☐ Rate of Pay

From _____ To _____

☐ Full Time/Part Time Status

From _____ To _____

☐ Store/Dept. Transfer

From _____ To _____

Job Title (Stores Only):
☐ Manager, Customer Satisfaction
☐ Assistant Manager
☐ Parts Sales Manager
☐ Salesperson
☐ Customer Service Rep
☐ Program Participant

From _____

To _____

☐ Other Than Store

From _____

To _____

☐ Address or Name Change

Name _____

Address _____

City _____ State _____ Zip _____

☐ Single      ☐ Married      ☐ Widowed
☐ Divorced              ☐ Separated

Spouse's Date of Birth _____ / _____ / _____
Day    Mo.    Yr.

Spouse's First Name _____

_____    _____
APPROVAL SIGNATURE    DATE    APPROVAL SIGNATURE    DATE

D-00143
Washington v. AutoZone

IS THIS A: (Check One) ☐ STATUS CHANGE: Send in orange envelope to your Payroll Dept. by U.S. Mail
☐ NEW HIRE? Send WITH Set Up Package to your Payroll Dept. in orange envelope by U.S. Mail

MSV #P5-100-0

00012

From Store: 1161
SSN:
Name: KITCHEN,EMMANUEL
Date: 20001206

AUTOZONE STATUS RECORD

AUTOZONER'S STORE/DEPT #1157        EFFECTIVE DATE: 12-10-00

FORM NAME: SHANE TRESH              SOC. SEC. #
PAYROLL NAME:  TREESH,SHANE

REASON FOR CHANGE:

    PROMOTION

RATE OF PAY:

    OLD WAGE  $00008.00      HOURLY
    NEW WAGE  $00008.50      HOURLY

JOB STATUS CHANGE:

    PART-TIME TO FULL-TIME

NEW JOB TITLE:

    SALES

BONUS ELIGIBILTY IF APPLICABLE $        OR      %

D-00144
Washington v. AutoZone

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized

deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Child and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, How Do I Adjust My Tax Withholding?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two-earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet (Keep for your records.)**

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . **A** _1_

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . . . . . . . **B** _0_

C  Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . . . . . . **C** _0_

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . **D** _0_

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) **E** _0_

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit **F** _0_

G  Child Tax Credit:
- If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
- If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. **G** _0_

H  Add lines A through G and enter total here. Note: *This may be different from the number of exemptions you claim on your tax return.* ► **H** _6_

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job and your combined earnings from all jobs exceed $34,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

- - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - -

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

► For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2000**

| 1  Type or print your first name and middle initial | Last name | 2  Your social security number |
|---|---|---|
| _Shane_  _B._ | _Treesh_ | |

| Home address (number and street or rural route) | 3  ☐ Single  ☑ Married  ☐ Married, but withhold at higher Single rate. |
|---|---|
| _400 N. Dupont Hwy; I-71_ | Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.* |
| City or town, state, and ZIP code | 4  If your last name differs from that on your social security card, check |
| _Dover, DE  19901_ | here. You must call 1-800-772-1213 for a new card. . . . ► ☐ |

5  Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2) **5** _6_

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . **6** $ _0.00_

7  I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.

If you meet both conditions, write "EXEMPT" here . . . . . . . . ► **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it) ► _Shane B Treesh_        Date ► _5 May 2000_

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number |
|---|---|---|
| _AutoZone Inc.; 100 W. Glenwood Ave; Smyrna, DE._ | | D-00145 |

Cat. No. 10220Q  _15977_

Washington v. AutoZone

Form W-4 (2000)                                                                 Page **2**

## Deductions and Adjustments Worksheet

Note:  Use this worksheet only if you plan to itemize deductions or claim adjustments to income on your 2000 tax return.

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2000 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2000, you may have to reduce your itemized deductions if your income is over $128,950 ($64,475 if married filing separately). See Worksheet 3 in Pub. 919 for details.) . . . . | 1 | $ |
| 2 | Enter: { $7,350 if married filing jointly or qualifying widow(er)<br>$6,450 if head of household ..<br>$4,400 if single<br>$3,675 if married filing separately } . . . . . . . . . | 2 | $ |
| 3 | Subtract line 2 from line 1. If line 2 is greater than line 1, enter -0- . . . . . . . | 3 | $ |
| 4 | Enter an estimate of your 2000 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | 4 | $ |
| 5 | Add lines 3 and 4 and enter the total (include any amount for credits from Worksheet 7 in Pub. 919.) . | 5 | $ |
| 6 | Enter an estimate of your 2000 nonwage income (such as dividends or interest) . . . . . | 6 | $ |
| 7 | Subtract line 6 from line 5. Enter the result, but not less than -0- . . . . . . . . | 7 | $ |
| 8 | Divide the amount on line 7 by $3,000 and enter the result here. Drop any fraction . . . . | 8 | |
| 9 | Enter the number from the Personal Allowances Worksheet, line H, page 1 . . . . . | 9 | |
| 10 | Add lines 8 and 9 and enter the total here. If you plan to use the Two-Earner/Two-Job Worksheet, also enter this total on line 1 below. Otherwise, stop here and enter this total on Form W-4, line 5, page 1 . | 10 | |

## Two-Earner/Two-Job Worksheet

Note:  Use this worksheet only if the instructions under line H on page 1 direct you here.

| | | | |
|---|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the Deductions and Adjustments Worksheet) | 1 | |
| 2 | Find the number in Table 1 below that applies to the LOWEST paying job and enter it here . . . . | 2 | |
| 3 | If line 1 is MORE THAN OR EQUAL TO line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, page 1. Do not use the rest of this worksheet . . . | 3 | |

Note:  If line 1 is LESS THAN line 2, enter -0- on Form W-4, line 5, page 1. Complete lines 4-9 below to calculate the additional withholding amount necessary to avoid a year end tax bill.

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet . . . . . . . . . | 4 | |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . | 6 | |
| 7 | Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here . . . | 7 | $ |
| 8 | Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed . | 8 | $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2000. For example, divide by 26 if you are paid every other week and you complete this form in December 1999. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . | 9 | $ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 41,001 - 45,000 | 8 | $0 - $5,000 | 0 | 65,001 - 80,000 | 8 |
| 4,001 - 7,000 | 1 | 45,001 - 55,000 | 9 | 5,001 - 11,000 | 1 | 80,001 - 100,000 | 9 |
| 7,001 - 13,000 | 2 | 55,001 - 63,000 | 10 | 11,001 - 17,000 | 2 | 100,001 and over | 10 |
| 13,001 - 19,000 | 3 | 63,001 - 70,000 | 11 | 17,001 - 22,000 | 3 | | |
| 19,001 - 25,000 | 4 | 70,001 - 85,000 | 12 | 22,001 - 27,000 | 4 | | |
| 25,001 - 31,000 | 5 | 85,001 - 100,000 | 13 | 27,001 - 40,000 | 5 | | |
| 31,001 - 37,000 | 6 | 100,001 - 110,000 | 14 | 40,001 - 50,000 | 6 | | |
| 37,001 - 41,000 | 7 | 110,001 and over | 15 | 50,001 - 65,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | All Others | |
|---|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $50,000 | 420 | | $0 - $30,000 | $420 |
| 50,001 - 100,000 | 780 | | 30,001 - 60,000 | 780 |
| 100,001 - 130,000 | 870 | | 60,001 - 120,000 | 870 |
| 130,001 - 250,000 | 1,000 | | 120,001 - 270,000 | 1,000 |
| 250,001 and over | 1,100 | | 270,001 and over | 1,100 |

Privacy Act and Paperwork Reduction Act Notice. We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and for use in the National Directory of New Hires.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the

control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 46 min., Learning about the law or the form 13 min., Preparing the form 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your employer.

1 paper

*U.S. GPO:1999-456-120

E-Mail Copyright 1997 Autozone Inc.          AutoZone 1157          05/05/2000
                                                                   16:51:29

              DRUG AND ALCOHOL TESTING POLICY ACKNOWLEDGMENT FORM

"I HAVE READ AUTOZONE'S ALCOHOL AND DRUG TESTING POLICY, AND I UNDERSTAND

IT. ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS AREN'T COVERED IN THIS POLICY

NO RIGHTS ACCRUE TO ANY AUTOZONER BY ANY STATEMENT OR OMISSION FROM THIS

POLICY. FURTHERMORE, I UNDERSTAND THAT AUTOZONE HAS THE SOLE RIGHT TO

DEVIATE AT ANY TIME FROM THE PROVISIONS IN THIS POLICY AT ITS SOLE

DISCRETION."

NAME: SHANE B TREESH                    SSN:

STORE/DISTRICT#: 1157  DATE: 050500

                PRESS <F7> TO SEND THIS FORM. _


        X shane B Treesh


                      D-00147
                  Washington v. AutoZone

DRUG AND ALCOHOL TESTING POLICY ACKNOWLEDGMENT FORM

" HAVE READ AUTOZONE'S ALCOHOL AND DRUG TESTING POLICY, AND I UNDERSTAND
IT. ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS AREN'T COVERED IN THIS POLICY
NO RIGHTS ACCRUE TO ANY AUTOZONER BY ANY STATEMENT OR OMISSION FROM THIS
POLICY. FURTHERMORE, I UNDERSTAND THAT AUTOZONE HAS THE SOLE RIGHT TO
DEVIATE AT ANY TIME FROM THE PROVISIONS IN THIS POLICY AT ITS SOLE
DISCRETION. "

NAME: SHANE B TREESH                    SSN:

STORE/DISTRICT#: 1157  DATE: 050500

PRESS <F7> TO SEND THIS FORM.

D-00148
Washington v. AutoZone

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| TREESH | JANNE | B. | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 400 N. DUPONT HWY ; I-21 | | |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| DOVER | DE | 19901 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [x] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A _____
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission #

| Employee's Signature | Date (month/day/year) |
|---|---|
| Janne B Treesh | 5 May 2000 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | INDIANA DRIVERS LIC. | | MILITARY I.D. CARD |
| Issuing authority: _____ | | | | |
| Document #: _____ | | STATE OF INDIANA | | DEPT. OF THE AIR FORCE |
| Expiration Date (if any): __/__/__ | | 04/08/03 | | __/__/__ |
| Document #: _____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 05/05/00 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | DENNIS F. CREHURT | DISTRICT MANAGER |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| AUTO ZONE, INC. | 100 W. GLENWOOD Ave. SMYRNA DE 19977 | 05/05/00 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): __/__/__ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

D-00149
Washington v. AutoZone

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Eligibility** |

**LIST A** — Documents that Establish Both Identity and Employment Eligibility

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

**LIST B** — Documents that Establish Identity

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**AND**

**LIST C** — Documents that Establish Employment Eligibility

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)

Form I-9 (Rev. 11-21-91) N

D-00150
Washington v. AutoZone

```
prsmsint                        AUTOZONE
prsmshir           .        NEW EMPLOYEE SETUP                    RU⁻
                               FOR STORE:1157                     TI⁻
```

JTOZONER INFORMATION

```
    AUTOZONER #:              OLD SSN # :    -    -
    LAST NAME  : TREESH
    FIRST NAME : SHANE
    MIDDLE NAME: B
    SEX: M
    RACE: WHITE
    BIRTHDATE:         _ :08
    MARITAL STATUS: MARRIED
    ADDRESS: 400 N DUPONT HWY
    ADDR 2: APT I21
    CITY: DOVER
    STATE: DE
    ZIPCODE: 19901
    PHONE #: (302)730-1594
```

WORK STORE INFORMATION

```
    WORK STORE: 1157
    STORE CITY: SMYRNA
    STORE STATE: DE
    STORE ZIP: 19977-0000
```

PAYROLL INFORMATION

```
    PAY CLASS: PT
    WAGE_CODE: HOURLY
     PAY_RATE: 8.00
    HIRE DATE: 2000-05-05
    HIRE TYPE:☐NEW HIRE
    JOB TITLE: PART TIME SALES PERSON
```

FEDERAL WITHHOLDING DATA

```
    MARRIED
    W4 ALLOWANCES: 00
    W4 ADDITIONAL AMT:  0.00
```

EMERGENCY NOTIFICATION DATA

```
    NAME: MARIA G TREESH
    PHONE: (302)730-1594
    RELATIONSHIP: SPOUSE

    NAME: DIANE P TREESH
    PHONE: (219)484-4201
    RELATIONSHIP: PARENT
```

D-00151
Washington v. AutoZone

HIRED BY:

STATUS CHANGE FORM ENTRY

```
              Name: SHANE TREESH                              Date: 2001-04-27
Social Security# :                            Sunday Effect Date: 2001-04-29
            Store #: 1157                      Reason for Change: Other
          Old Wage: 00008.60                           New Wage: 00009.50
       Rate of Pay: Hourly                     Job Status Change:
         Job Title:
      Name Sent By: ALEONG, KELSTON                      SSN Sent By:
     Error Message: BAD - NOT INSERTED
```

D-00152
Washington v. AutoZone

STATUS CHANGE FORM ENTRY

```
                Name: SHANE TREESH                              Date: 2001-04-27
Social Security# :                           Sunday Effect Date: 2001-02-04
            Store #: 1157                      Reason for Change: Other
          Old Wage: 00008.60                          New Wage: 00009.40
       Rate of Pay: Hourly                    Job Status Change:
         Job Title:
      Name Sent By: ALEONG,KELSTON                     SSN Sent By:
     Error Message: BAD - NOT INSERTED
```

D-00153
Washington v. AutoZone

STATUS CHANGE FORM ENTRY

Name: SHANE TREESH                           Date: 2001-12-27

Social Security# :                  Sunday Effect Date: 2001-12-16

Store #: 1157                       Reason for Change: Promotion

Old Wage: 00009.50                         New Wage: 00009.97

Rate of Pay: Hourly                 Job Status Change:

Job Title: Asst Manager

Name Sent By: ANTELL,GREGORY               SSN Sent By:

Error Message: BAD - NOT INSERTED

D-00154
Washington v. AutoZone

```
prsmsi                                                    RUN DATE: 03/13/02
prsmster                                                  TIME: 04:22
                            AUTOZONE
                  PAYROLL TERMINATION REPORT
                      FOR STORE:1157


AUTOZONER NUMBER:
  AUTOZONER NAME: TREESH,SHANE
         ADDRESS: 400 N DUPONT HWY
            CITY: DOVER
           STATE: DE
         ZIPCODE: 19901
           PHONE: (302)730-1594

LAST DAY WORKED: 2002-02-06
  LAST DAY PAID: 2002-02-06
TERMINATION REASON: QUIT
         REHIRE: YES

    TERMINATED BY:              - BYNUM SR,LEON
 DATE TERMINATED: 2002-03-12

WORK STORE INFORMATION

  WORK STORE: 1157
  STORE CITY: SMYRNA
  STORE STATE: DE
  STORE ZIP: 19977-0000
```

D-00155
Washington v. AutoZone

# Plaintiff's Exh. 75

```
prsmsint                    AUTOZONE
prsmshir               NEW EMPLOYEE SETUP              RUN DATE: 05/06/00
                        FOR STORE:1157                TIME: 05:02
```

AUTOZONER INFORMATION

```
     AUTOZONER #:              OLD SSN # :   -  -
     LAST NAME  : TREESH
     FIRST NAME : SHANE
     MIDDLE NAME: B
     SEX: M
     RACE: WHITE
     BIRTHDATE:         1-08
     MARITAL STATUS: MARRIED
     ADDRESS: 400 N DUPONT HWY
     ADDR 2: APT 121
     CITY: DOVER
     STATE: DE
     ZIPCODE: 19901
     PHONE #: (302) 730-1594
```

WORK STORE INFORMATION

```
     WORK STORE: 1157
     STORE CITY: SMYRNA
     STORE STATE: DE
     STORE ZIP: 19977-0000
```

PAYROLL INFORMATION

```
     PAY CLASS: PT
     WAGE_CODE: HOURLY
      PAY_RATE: 8.00
     HIRE DATE: 2000-05-05
     HIRE TYPE: NEW HIRE
     JOB TITLE: PART TIME SALES PERSON
```

FEDERAL WITHHOLDING DATA

```
     MARRIED
     W4 ALLOWANCES: 00
     W4 ADDITIONAL AMT:  0.00
```

EMERGENCY NOTIFICATION DATA

```
     NAME: MARIA G TREESH
     PHONE: (302) 730-1594
     RELATIONSHIP: SPOUSE

     NAME: DIANE P TREESH
     PHONE: (219) 484-4201
     RELATIONSHIP: PARENT
```

HIRED BY:

D-00142
Washington v. AutoZone

# AutoZone

## AUTOZONER STATUS RECORD
### (Please Print)

AutoZoner Name _Shawn B. Treesh_

SS # _____

AUTOZONE #1157
100 W. GLENWOOD AVE.
SMYRNA, DE 19977

Store Stamp/Dept. # _____

| NEW HIRE OR REHIRE (ONLY) | CHANGE IN STATUS (ONLY) |
|---|---|

**NEW HIRE OR REHIRE (ONLY)**

☑ New Hire          ☐ Rehire

Date of Hire _05/05/00_

Dept./Store # _1157 - Smyrna, DE 19977_

☑ Hourly          ☐ Salary

Hourly Rate _8.00_    Salary _____

☑ Part Time          ☐ Full Time

Address _400 N. Dupont Hwy. - I-21_

City _Dover_    State _DE_  Zip _19901_

Phone _(302) 730 - 1594_

☑ Male          ☐ Female

Race ___W___

W—White
B—Black
AI—American Indian
AA—Asian American
HIS—Hispanic
ALE—Aleute

Birth Date _____, ___ / _74_
         Day    Mo.    Yr.

Job Title (Stores Only):
☐ Manager, Customer Satisfaction
☐ Assistant Manager
☐ Parts Sales Manager
☑ Salesperson
☐ Customer Service Rep
☐ Program Participant
☐ Other Than Store _____

☐ Single    ☑ Married    ☐ Widowed
☐ Divorced              ☐ Separated

Spouse's Date of Birth ___ / ___ / ___
                      Day   Mo.   Yr.

Spouse's First Name _____

**CHANGE IN STATUS (ONLY)**

Effective Date of Change _____

☐ Rate of Pay

From_____To_____

☐ Full Time/Part Time Status

From_____To_____

☐ Store/Dept. Transfer

From_____To_____

Job Title (Stores Only):
☐ Manager, Customer Satisfaction
☐ Assistant Manager
☐ Parts Sales Manager
☐ Salesperson
☐ Customer Service Rep
☐ Program Participant

From_____

To_____

☐ Other Than Store

From_____

To_____

☐ Address or Name Change

Name_____

Address_____

City_____State_____Zip_____

☐ Single    ☐ Married    ☐ Widowed
☐ Divorced              ☐ Separated

Spouse's Date of Birth ___ / ___ / ___
                      Day   Mo.   Yr.

Spouse's First Name _____

_____
APPROVAL SIGNATURE          DATE

APPROVAL SIGNATURE          DATE

D-00143
Washington v. AutoZone

IS THIS A: (Check One) ☐ STATUS CHANGE: Send in orange envelope to your Payroll Dept. by U.S. Mail
☐ NEW HIRE? Send WITH Set Up Package to your Payroll Dept. in orange envelope by U.S. Mail

MSJ #3-103-0

00012

From Store: 1161
SSN:
Name: KITCHEN,EMMANUEL
Date: 20001206

AUTOZONE STATUS RECORD

AUTOZONER'S STORE/DEPT #1157          EFFECTIVE DATE: 12-10-00

FORM NAME: SHANE TRESH                    SOC. SEC. #
PAYROLL NAME:  TREESH,SHANE

REASON FOR CHANGE:

    PROMOTION

RATE OF PAY:

    OLD WAGE  $00008.00        HOURLY
    NEW WAGE  $00008.50        HOURLY

JOB STATUS CHANGE:

    PART-TIME TO FULL-TIME

NEW JOB TITLE:

    SALES

BONUS ELIGIBILTY IF APPLICABLE $        OR     %

D-00144
Washington v. AutoZone

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized

deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, How Do I Adjust My Tax Withholding?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . | A _1_ |
| B | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } | B _0_ |
| C | Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . | C _0_ |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . | D _0_ |
| E | Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) | E _0_ |
| F | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . | F _0_ |
| G | Child Tax Credit:<br>• If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.<br>• If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. | G _0_ |
| H | Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶ | H _0_ |

| | |
|---|---|
| For accuracy, complete all worksheets that apply. | • If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.<br>• If you are single, have more than one job and your combined earnings from all jobs exceed $34,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.<br>• If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. |

---

- - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - -

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010<br>**2000** |
|---|---|---|

| 1 | Type or print your first name and middle initial<br>_Shane_   _B._ | Last name<br>_Treese_ | 2 Your social security number |
|---|---|---|---|

| Home address (number and street or rural route)<br>_400 N. Dupont Hwy, I-21_ | 3 ☐ Single ☑ Married ☐ Married, but withhold at higher Single rate.<br>Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. |
|---|---|
| City or town, state, and ZIP code<br>_Dover, DE   19901_ | 4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card . . ▶ ☐ |

| 5 | Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2) | 5 | _0_ |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . | 6 | $ _0.00_ |
| 7 | I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption:<br>• Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND<br>• This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.<br>If you meet both conditions, write "EXEMPT" here . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it) ▶ _Shane B Treese_    Date ▶ _5 May 2000_

| 8 | Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)<br>_AutoZone Inc; 100 W. Glenwood Ave, Smyrna, DE._ | 9 Office code (optional) | 10 Employer identification number<br>D-00145 |
|---|---|---|---|

Cat. No. 10220Q    _15977_

Washington v. AutoZone

Form W-4 (2000)                                                                                                   Page **2**

## Deductions and Adjustments Worksheet

**Note:** *Use this worksheet only if you plan to itemize deductions or claim adjustments to income on your 2000 tax return.*

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2000 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2000, you may have to reduce your itemized deductions if your income is over $128,950 ($64,475 if married filing separately). See Worksheet 3 in Pub. 919 for details.) | 1 | $ |
| 2 | Enter: { $7,350 if married filing jointly or qualifying widow(er) $6,450 if head of household $4,400 if single $3,675 if married filing separately } | 2 | $ |
| 3 | Subtract line 2 from line 1. If line 2 is greater than line 1, enter -0- | 3 | $ |
| 4 | Enter an estimate of your 2000 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | 4 | $ |
| 5 | Add lines 3 and 4 and enter the total (include any amount for credits from Worksheet 7 in Pub. 919) | 5 | $ |
| 6 | Enter an estimate of your 2000 nonwage income (such as dividends or interest) | 6 | $ |
| 7 | Subtract line 6 from line 5. Enter the result, but not less than -0- | 7 | $ |
| 8 | Divide the amount on line 7 by $3,000 and enter the result here. Drop any fraction | 8 | |
| 9 | Enter the number from the Personal Allowances Worksheet, line H, page 1 | 9 | |
| 10 | Add lines 8 and 9 and enter the total here. If you plan to use the Two-Earner/Two-Job Worksheet, also enter this total on line 1 below. Otherwise, stop here and enter this total on Form W-4, line 5, page 1 | 10 | |

## Two-Earner/Two-Job Worksheet

**Note:** *Use this worksheet only if the instructions under line H on page 1 direct you here.*

| | | | |
|---|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the Deductions and Adjustments Worksheet) | 1 | |
| 2 | Find the number in Table 1 below that applies to the LOWEST paying job and enter it here | 2 | |
| 3 | If line 1 is MORE THAN OR EQUAL TO line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, page 1. Do not use the rest of this worksheet | 3 | |

**Note:** *If line 1 is LESS THAN line 2, enter -0- on Form W-4, line 5, page 1. Complete lines 4-9 below to calculate the additional withholding amount necessary to avoid a year end tax bill.*

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet | 4 | |
| 5 | Enter the number from line 1 of this worksheet | 5 | |
| 6 | Subtract line 5 from line 4 | 6 | |
| 7 | Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here | 7 | $ |
| 8 | Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed | 8 | $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2000. For example, divide by 26 if you are paid every other week and you complete this form in December 1999. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck | 9 | $ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 41,001 - 45,000 | 8 | $0 - $5,000 | 0 | 65,001 - 80,000 | 8 |
| 4,001 - 7,000 | 1 | 45,001 - 55,000 | 9 | 5,001 - 11,000 | 1 | 80,001 - 100,000 | 9 |
| 7,001 - 13,000 | 2 | 55,001 - 63,000 | 10 | 11,001 - 17,000 | 2 | 100,001 and over | 10 |
| 13,001 - 19,000 | 3 | 63,001 - 70,000 | 11 | 17,001 - 22,000 | 3 | | |
| 19,001 - 25,000 | 4 | 70,001 - 85,000 | 12 | 22,001 - 27,000 | 4 | | |
| 25,001 - 31,000 | 5 | 85,001 - 100,000 | 13 | 27,001 - 40,000 | 5 | | |
| 31,001 - 37,000 | 6 | 100,001 - 110,000 | 14 | 40,001 - 50,000 | 6 | | |
| 37,001 - 41,000 | 7 | 110,001 and over | 15 | 50,001 - 65,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $50,000 | $420 | $0 - $30,000 | $420 |
| 50,001 - 100,000 | 780 | 30,001 - 60,000 | 780 |
| 100,001 - 130,000 | 870 | 60,001 - 120,000 | 870 |
| 130,001 - 250,000 | 1,000 | 120,001 - 270,000 | 1,000 |
| 250,001 and over | 1,100 | 270,001 and over | 1,100 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and for use in the National Directory of New Hires.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the

control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 46 min., Learning about the law or the form 13 min., Preparing the form 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your employer.

*f paper*                                                                     ☆U.S. GPO:1999-456-120

E-Mail Copyright 1997 Autozone Inc.        AutoZone 1157        05/05/2000
                                                                16:51:29

                DRUG AND ALCOHOL TESTING POLICY ACKNOWLEDGMENT FORM

"I HAVE READ AUTOZONE'S ALCOHOL AND DRUG TESTING POLICY, AND I UNDERSTAND

IT. ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS AREN'T COVERED IN THIS POLICY

NO RIGHTS ACCRUE TO ANY AUTOZONER BY ANY STATEMENT OR OMISSION FROM THIS

POLICY. FURTHERMORE, I UNDERSTAND THAT AUTOZONE HAS THE SOLE RIGHT TO

DEVIATE AT ANY TIME FROM THE PROVISIONS IN THIS POLICY AT ITS SOLE

DISCRETION."

NAME: SHANE B TREESH                    SSN:

STORE/DISTRICT#: 1157   DATE: 050500

                PRESS <F7> TO SEND THIS FORM. _

        X shane B Treesh

                    D-00147
                Washington v. AutoZone

DRUG AND ALCOHOL TESTING POLICY ACKNOWLEDGMENT FORM

" HAVE READ AUTOZONE'S ALCOHOL AND DRUG TESTING POLICY, AND I UNDERSTAND IT. ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS AREN'T COVERED IN THIS POLICY NO RIGHTS ACCRUE TO ANY AUTOZONER BY ANY STATEMENT OR OMISSION FROM THIS POLICY. FURTHERMORE, I UNDERSTAND THAT AUTOZONE HAS THE SOLE RIGHT TO DEVIATE AT ANY TIME FROM THE PROVISIONS IN THIS POLICY AT ITS SOLE DISCRETION."

NAME: SHANE B TREESH                          SSN:

STORE/DISTRICT#: 1157   DATE: 050500

PRESS <F7> TO SEND THIS FORM.

D-00148
Washington v. AutoZone

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

| Print Name: Last _INEESH_ | First _JJANE_ | Middle Initial _B._ | Maiden Name |
|---|---|---|---|

| Address (Street Name and Number) _400 N. DUPONT HWY ; I-21_ | Apt. # | Date of Birth (month/day/year) |
|---|---|---|

| City _DOVER_ | State _DE_ | Zip Code _19901_ | Social Security # |
|---|---|---|---|

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [x] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A ___
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission # ___

| Employee's Signature X _Jane B Ineesh_ | Date (month/day/year) X 5 May 2000 |
|---|---|

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _INDIANA DRIVERS LIC._ | | _MILITARY I.D. CARD_ |
| Issuing authority: _____ | | _STATE OF INDIANA_ | | _DEPT. OF THE AIR FORCE_ |
| Document #: _____ | | _04/08/03_ | | |
| Expiration Date (if any): ___/___/___ | | | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION -** I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _05/05/00_ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name _DENNIS F. CRISANTI_ | Title _DISTRICT MANAGER_ |
|---|---|---|

| Business or Organization Name _AUTOZONE, INC._ | Address (Street Name and Number, City, State, Zip Code) _100 W. GLENWOOD AVE. SMYRNA DE 19977_ | Date (month/day/year) _05/05/00_ |
|---|---|---|

**Section 3. Updating and Reverification.** To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: _____ | Document #: _____ | Expiration Date (if any): ___/___/___ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91) N

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Eligibility** |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration *(other than a card stating it is not valid for employment)*

2. Certification of Birth Abroad issued by the Department of State *(Form FS-545 or Form DS-1350)*

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card *(INS Form I-197)*

6. ID Card for use of Resident Citizen in the United States *(INS Form I-179)*

7. Unexpired employment authorization document issued by the INS *(other than those listed under List A)*

**Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)**

Form I-9 (Rev. 11-21-91) N



D-00150
Washington v. AutoZone

```
prsmsint                      AUTOZONE
prsmshir                 NEW EMPLOYEE SETUP              RU⁻
                          FOR STORE:1157                TI⁻
```

JTOZONER INFORMATION

```
    AUTOZONER #:                  Ɔ SSN # :    -   -
    LAST NAME  : TREESH
    FIRST NAME : SHANE
    MIDDLE NAME: B
    SEX: M
    RACE: WHITE
    BIRTHDATE:           -08
    MARITAL STATUS: MARRIED
    ADDRESS: 400 N DUPONT HWY
    ADDR 2: APT I21
    CITY: DOVER
    STATE: DE
    ZIPCODE: 19901
    PHONE #: (302)730-1594
```

WORK STORE INFORMATION

```
    WORK STORE: 1157
    STORE CITY: SMYRNA
    STORE STATE: DE
    STORE ZIP: 19977-0000
```

PAYROLL INFORMATION

```
    PAY CLASS: PT
    WAGE_CODE: HOURLY
     PAY_RATE: 8.00
    HIRE DATE: 2000-05-05
    HIRE TYPE:☐NEW HIRE
    JOB TITLE: PART TIME SALES PERSON
```

FEDERAL WITHHOLDING DATA

```
    MARRIED
    W4 ALLOWANCES: 00
    W4 ADDITIONAL AMT:  0.00
```

EMERGENCY NOTIFICATION DATA

```
    NAME: MARIA G TREESH
    PHONE: (302)730-1594
    RELATIONSHIP: SPOUSE

    NAME: DIANE P TREESH
    PHONE: (219)484-4201
    RELATIONSHIP: PARENT
```

D-00151
Washington v. AutoZone

HIRED BY:

STATUS CHANGE FORM ENTRY

```
              Name: SHANE TREESH                                Date: 2001-04-27
Social Security# :                          Sunday Effect Date: 2001-04-29
            Store #: 1157                   Reason for Change: Other
          Old Wage: 00008.60                        New Wage: 00009.50
       Rate of Pay: Hourly                 Job Status Change:
         Job Title:
      Name Sent By: ALEONG,KELSTON                   SSN Sent By:
     Error Message: BAD - NOT INSERTED
```

D-00152
Washington v. AutoZone

STATUS CHANGE FORM ENTRY

```
          Name: SHANE TREESH                              Date: 2001-04-27
Social Security# :                        Sunday Effect Date: 2001-02-04
        Store #: 1157                       Reason for Change: Other
      Old Wage: 00008.60                            New Wage: 00009.40
   Rate of Pay: Hourly                    Job Status Change:
     Job Title:
  Name Sent By: ALEONG,KELSTON                     SSN Sent By: :
 Error Message: BAD - NOT INSERTED
```

D-00153
Washington v. AutoZone

STATUS CHANGE FORM ENTRY

```
                                                    Date: 2001-12-27
                                      Sunday Effect Date: 2001-12-16
                                      Reason for Change: Promotion
                                               New Wage: 00009.97
                                      Job Status Change:

                                               SSN Sent By:
```

```
              Name: SHANE TREESH
Social Security# :
         Store #: 1157
       Old Wage: 00009.50
    Rate of Pay: Hourly
      Job Title: Asst Manager
   Name Sent By: ANTELL,GREGORY
  Error Message: BAD - NOT INSERTED
```

D-00154
Washington v. AutoZone

prsmsi
prsmster

AUTOZONE
PAYROLL TERMINATION REPORT
FOR STORE:1157

RUN DATE: 03/13/02
TIME: 04:22

AUTOZONER NUMBER:
AUTOZONER NAME: TREESH,SHANE
    ADDRESS: 400 N DUPONT HWY
    CITY: DOVER
    STATE: DE
    ZIPCODE: 19901
    PHONE: (302)730-1594

LAST DAY WORKED: 2002-02-06
LAST DAY PAID: 2002-02-06
TERMINATION REASON: QUIT
    REHIRE: YES

    TERMINATED BY:          BYNUM SR,LEON
DATE TERMINATED: 2002-03-12

WORK STORE INFORMATION

    WORK STORE: 1157
    STORE CITY: SMYRNA
    STORE STATE: DE
    STORE ZIP: 19977-0000

D-00155
Washington v. AutoZone

# Plaintiff's Exh. 76

EXHIBIT B

Washington v. AutoZone
D-00387

Report ID: PPS414 v1.1
Company    AZO AUTOZONERS INC
           SOBOTKIN,DAVID

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Fed | Taxes State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 1 TaxesYTD | Year To Date DedYTD | NetPay |
|--------|----------|------|----------|------|------|------|------|------|------|----------|----------|------|------|
| APH | 2000-12-30 | 61.70 | 501.58 | 0.00 | 0.00 | 141.54 | 12.99 | 0.00 | 0.00 | 4,064.79 | 782.56 | | 3,252 |
| APH | 2001-01-13 | 51.30 | 500.18 | 0.00 | 0.00 | 112.29 | 8.94 | 0.00 | 0.00 | | | | |
| APH | 2001-01-27 | 66.85 | 651.79 | 0.00 | 0.00 | 156.02 | 15.19 | 0.00 | 0.00 | | | | |
| APH | 2001-02-10 | 47.80 | 466.05 | 0.00 | 0.00 | 102.44 | 7.57 | 0.00 | 0.00 | | | | |
| APH | 2001-02-24 | 51.95 | 506.51 | 0.00 | 0.00 | 114.11 | 9.19 | 0.00 | 0.00 | | | | |
| APH | 2001-03-10 | 72.80 | 741.00 | 0.00 | 0.00 | 181.75 | 19.29 | 0.00 | 0.00 | | | | |
| APH | 2001-03-24 | 61.30 | 597.68 | 0.00 | 0.00 | 140.42 | 12.84 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 413.70 | 4064.79 | 0.00 | 0.00 | 948.57 | 86.01 | 0.00 | 0.00 | | | | |

Report ID: PSP414 v1.1
Company    A20 AUTOZONERS INC
           SOBITXIN,DAVID

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Taxes Fed | State | Local | Deductions Dedn | GrossYTD | TaxesYTD | Year To Date DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APH | 2001-04-07 | 53.15 | 532.03 | 0.00 | 0.00 | 121.46 | 10.21 | 0.00 | 0.00 | 6,608.91 | 1,286.78 | | 5.322 |
| APH | 2001-04-21 | 52.25 | 523.02 | 0.00 | 0.00 | 118.88 | 9.85 | 0.00 | 0.00 | | | | |
| APH | 2001-05-05 | 61.50 | 635.64 | 0.00 | 0.00 | 151.36 | 14.46 | 0.00 | 0.00 | | | | |
| APH | 2001-05-19 | 13.15 | 131.63 | 0.00 | 0.00 | 21.96 | 0.60 | 0.00 | 0.00 | | | | |
| OPH | 2001-06-16 | 80.10 | 721.80 | 0.00 | 0.00 | 192.95 | 20.22 | 0.00 | 0.00 | | | | |
| | Grand Total Line | 262.15 | 2544.12 | 0.00 | 0.00 | 606.61 | 55.34 | 0.00 | 0.00 | | | | |

Washington v. AutoZone
D-00388

Washington v. AutoZone
D-00389

Report ID:  PPS414 v1.1
Company     AZO AUTOZONERS INC
            SOBCZKIN,DAVID

EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

P..teSoft

| PaygrP | Payendt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | ------Taxes------ Fed | State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 3 Year To Date TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-06-30 | 79.25 | 713.25 | 0.00 | 0.00 | 190.48 | 19.61 | 0.00 | 0.00 | 11,770.86 | 2,495.74 | | 9,275 |
| OPH | 2001-07-14 | 77.15 | 694.35 | 8.00 | 72.00 | 205.81 | 22.36 | 0.00 | 0.00 | | | | |
| OPH | 2001-07-28 | 77.35 | 696.15 | 0.00 | 0.00 | 185.55 | 18.99 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-11 | 87.55 | 837.00 | 0.00 | 0.00 | 226.17 | 25.75 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-25 | 82.60 | 755.10 | 0.00 | 0.00 | 202.57 | 21.82 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-08 | 77.65 | 696.85 | 8.00 | 72.00 | 207.10 | 22.58 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-22 | 69.25 | 623.25 | 0.00 | 0.00 | 164.52 | 15.49 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 550.60 | 5017.95 | 16.00 | 144.00 | 1382.20 | 146.80 | 0.00 | 0.00 | | | | |

Washington v. AutoZone
D-00390

Report ID: PP5414 v1.1
Company: AZO AUTOZONERS INC
SOBOTKIN,DAVID

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

| Paygrp | Payendd: | ---Regular/OT--- Hours | Earnings | ---Other Earns--- Hours | Earnings | Fed | ---Taxes--- State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 4 Year To Date TaxesYTD | DedYTD | NetPay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-10-06 | 69.60 | 626.40 | 0.00 | 0.00 | 165.43 | 15.64 | 0.00 | 0.00 | 16,593.01 | 3,650.30 | | 12,942 |
| OPH | 2001-10-20 | 77.95 | 701.55 | 0.00 | 0.00 | 187.11 | 19.25 | 0.00 | 0.00 | | | | |
| OPH | 2001-11-03 | 80.80 | 734.85 | 0.00 | 0.00 | 156.72 | 20.85 | 0.00 | 0.00 | | | | |
| OPH | 2001-11-17 | 83.46 | 769.05 | 0.00 | 0.00 | 206.58 | 22.49 | 0.00 | 0.00 | | | | |
| OPH | 2001-12-01 | 82.20 | 749.70 | 8.00 | 72.00 | 221.76 | 25.02 | 0.00 | 0.00 | | | | |
| OPH | 2001-12-15 | 90.15 | 952.75 | 0.00 | 215.85 | 329.64 | 43.05 | 0.00 | 0.00 | | | | |
| | Grand Total Line | 484.15 | 4534.30 | 8.00 | 287.85 | 1307.24 | 146.30 | 0.00 | 0.00 | | | | |