# EXHIBIT H
# PART 3

D-00391
Washington v. AutoZone

Page No. 1
Run Date 04/23/200
Run Time 14:25:50

Report ID: PPS414 v1.1
Company     AZO AUTOZONERS INC
            SOBOTKIN,DAVID

PeopleSoft
EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD

|  |  | ---Regular/OT--- |  | ---Other Earns--- |  | -------Taxes--------- |  |  | Deductions | ------------ 2002 Quarter 1 Year To Date ------------ |  |  |  |  |
| Payqrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OPH | 2001-12-29 | 68.70 | 690.00 | 8.00 | 80.00 | 195.52 | 22.54 | 0.00 | 0.00 | 5,284.25 | 1,164.73 |  | 4,119.52 |
| OPH | 2002-01-12 | 77.40 | 774.00 | 8.00 | 80.00 | 219.75 | 26.57 | 0.00 | 0.00 |  |  |  |  |
| OPH | 2002-01-26 | 76.75 | 767.50 | 0.00 | 0.00 | 194.78 | 22.42 | 0.00 | 0.00 |  |  |  |  |
| OPH | 2002-02-09 | 33.35 | 333.50 | 0.00 | 0.00 | 69.58 | 3.17 | 0.00 | 0.00 |  |  |  |  |
| OPH | 2002-02-23 | 83.80 | 857.00 | 0.00 | 0.00 | 220.61 | 26.71 | 0.00 | 0.00 |  |  |  |  |
| OPH | 2002-03-09 | 64.70 | 871.00 | 0.00 | 0.00 | 224.67 | 27.39 | 0.00 | 0.00 |  |  |  |  |
| OPH | 2002-03-23 | 81.80 | 831.25 | 0.00 | 0.00 | 213.16 | 25.48 | 0.00 | 0.00 |  |  |  |  |
| Grand Total Line |  | 506.50 | 5124.25 | 16.00 | 160.00 | 1338.07 | 154.28 | 0.00 | 0.00 |  |  |  |  |

Page No. 1
Run Date 04/23/200?
Run Time 14:26:2?

Washington V. AutoZone
D-00392

Report ID:  PPS414 v1.1
AZO AUTOZONERS INC
Company
SOBOTKIN,DAVID

PeopleSoft
EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Taxes Fed | Taxes State | Taxes Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2002 Quarter 2 | | Year To Date | |
| CPH | 2002-04-06 | 80.15 | 846.11 | 0.00 | 0.00 | 217.47 | 26.19 | 0.00 | 0.00 | 10,622.54 | 2,384.62 | | 8,337.?? |
| CPH | 2002-04-20 | 97.40 | 1098.14 | 0.00 | 0.00 | 290.19 | 39.14 | 0.00 | 0.00 | | | | |
| CPH | 2002-05-04 | 81.45 | 881.56 | 0.00 | 0.00 | 227.69 | 27.89 | 0.00 | 0.00 | | | | |
| CPH | 2002-05-18 | 77.05 | 797.47 | 0.00 | 0.00 | 203.45 | 23.86 | 0.00 | 0.00 | | | | |
| CPH | 2002-06-01 | 82.60 | 868.37 | 0.00 | 0.00 | 223.89 | 27.26 | 0.00 | 0.00 | | | | |
| CPH | 2002-06-15 | 80.90 | 846.64 | 0.00 | 0.00 | 217.62 | 26.32 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 501.55 | 5338.29 | 0.00 | 0.00 | 1380.31 | 170.56 | 0.00 | 0.00 | | | | |

Report ID: PPS414 v1.1
AZO AUTOZONERS INC
Company    SOBOTKIN,DAVID

ENPLOYEE 2002 QUARTER 3 EARNINGS RECORD

Peop- ..ft

Page No.  1
Run Date 04/23/200
Run Time 14:26:35

| Paygrp | Payenddt | Regular/OT Hours | Earnings | Other Hours | Earns- Earnings | Fed | State | Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2002-06-29 | 77.45 | 801.61 | 0.00 | 0.00 | 204.63 | 24.05 | 0.00 | 0.00 | 16,455.03 | 3,719.96 | | 12,735.05 |
| OPH | 2002-07-13 | 90.25 | 987.13 | 8.00 | 82.80 | 282.03 | 37.64 | 0.00 | 0.00 | | | | |
| OPH | 2002-07-27 | 91.70 | 1011.71 | 0.00 | 0.00 | 265.25 | 34.61 | 0.00 | 0.00 | | | | |
| OPH | 2002-08-10 | 80.15 | 836.03 | 0.00 | 0.00 | 214.56 | 25.71 | 0.00 | 0.00 | | | | |
| OPH | 2002-08-24 | 76.55 | 792.29 | 0.00 | 0.00 | 201.93 | 23.61 | 0.00 | 0.00 | | | | |
| OPH | 2002-08-31 | 40.35 | 419.43 | 0.00 | 0.00 | 107.71 | 12.92 | 0.00 | 0.00 | | | | |
| OPH | 2002-09-14 | 79.10 | 818.69 | 8.00 | 82.80 | 233.44 | 28.88 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 535.55 | 5666.89 | 16.00 | 165.60 | 1509.55 | 187.42 | 0.00 | 0.00 | | | | |

D-00393
Washington v. AutoZone

# Plaintiff's Exh. 77

Report ID:  PPS14 v1.1
Company     A2O AUTOZONERS INC
            ZAMBRANO,JAMES

Pecu.eSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| Paygrp | Payenddt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | --------Taxes------- Fed | State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 1 TaxesYTD | Year To Date DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 81.60 | 744.08 | 8.00 | 72.00 | 201.33 | 21.95 | 0.00 | 73.29 | 5,058.46 | 1,111.93 | 355.05 | 3,591.4 |
| OPH | 2001-01-13 | 71.65 | 644.85 | 8.00 | 72.00 | 182.32 | 18.45 | 0.00 | 46.96 | | | | |
| OPH | 2001-01-27 | 77.60 | 698.40 | 0.00 | 0.00 | 176.98 | 17.57 | 0.00 | 46.96 | | | | |
| OPH | 2001-02-10 | 83.60 | 770.63 | 0.00 | 0.00 | 197.80 | 21.03 | 0.00 | 46.96 | | | | |
| OPH | 2001-02-24 | 77.75 | 710.10 | 0.00 | 0.00 | 180.37 | 18.13 | 0.00 | 46.96 | | | | |
| OPH | 2001-03-10 | 63.15 | 568.35 | 0.00 | 0.00 | 139.44 | 11.32 | 0.00 | 46.96 | | | | |
| OPH | 2001-03-24 | 84.30 | 778.05 | 0.00 | 0.00 | 199.97 | 21.39 | 0.00 | 46.96 | | | | |
| | Grand Total Line | 539.65 | 4914.46 | 16.00 | 144.00 | 1280.21 | 129.84 | 0.00 | 355.05 | | | | |

Washington v. AutoZone
D-00394

EXHIBIT
[handwritten mark]
robber

D-00395
Washington v. AutoZone

Report ID:  FPS414 v1.1
Company    AZO AUTOZONERS INC
           ZAVERANT,JANES

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

| Paygrp | Payerdst | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Fed | State | Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | Net Pay |
|--------|----------|------------------|----------|-------------------|----------|-----|-------|-------|-----------------|----------|----------|--------|---------|
| CPH | 2001-04-07 | 74.50 | 677.95 | 0.00 | 0.00 | 171.08 | 16.58 | 0.00 | 56.96 | 9,512.47 | 2,103.65 | 671.61 | 6,737 |
| CPH | 2001-04-21 | 79.55 | 725.50 | 0.00 | 0.00 | 184.80 | 18.87 | 0.00 | 56.96 | | | | |
| CPH | 2001-05-05 | 79.25 | 721.18 | 0.00 | 0.00 | 183.54 | 18.66 | 0.00 | 51.96 | | | | |
| OPH | 2001-05-19 | 86.60 | 819.00 | 0.00 | 0.00 | 211.78 | 23.36 | 0.00 | 46.96 | | | | |
| OPH | 2001-06-02 | 79.45 | 723.00 | 0.00 | 0.00 | 184.07 | 18.75 | 0.00 | 46.96 | | | | |
| OPH | 2001-06-16 | 84.00 | 787.38 | 0.00 | 0.00 | 202.65 | 21.84 | 0.00 | 56.96 | | | | |
| Grand Total Line | | 483.35 | 4454.01 | 0.00 | 0.00 | 1137.92 | 118.06 | 0.00 | 316.76 | | | | |

D-00396
Washington v. AutoZone

Report ID. PPS414 v1 1
Company   AZO AUTOZONERS INC
          ZSMBRANC..JWES

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

| PaygYTD | Payenddt | ----Regular/OT---- | | ----Other Earns--- | | --------Taxes-------- | | | Deductions | GrossYTD | 2001 Quarter 3 TaxesYTD | Year To Date DedYTD | NetPay |
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | | | | |
| OPH | 2001-06-10 | 61.95 | 754.85 | 0.00 | 0.00 | 193.28 | 20.28 | 0.00 | 56.96 | 14,609.17 | 3,233.32 | 995.53 | 10,39 |
| OPH | 2001-07-14 | 79.50 | 725.27 | 8.00 | 72.80 | 205.74 | 22.35 | 0.00 | 46.96 | | | | |
| OPH | 2001-07-28 | 79.45 | 723.68 | 0.00 | 0.00 | 184.28 | 18.78 | 0.00 | 46.96 | | | | |
| OPH | 2001-08-11 | 77.70 | 707.07 | 0.00 | 0.00 | 179.46 | 17.98 | 0.00 | 46.96 | | | | |
| OPH | 2001-08-25 | 81.45 | 764.41 | 0.00 | 0.00 | 196.02 | 20.73 | 0.00 | 46.96 | | | | |
| OPH | 2001-09-08 | 22.80 | 207.48 | 48.00 | 436.80 | 161.38 | 14.97 | 0.00 | 46.96 | | | | |
| OPH | 2001-09-22 | 77.40 | 704.34 | 0.00 | 0.00 | 178.70 | 17.85 | 0.00 | 31.96 | | | | |
| Grand Total Line | | 500.25 | 4587.10 | 56.00 | 509.60 | 1298.86 | 132.94 | 0.00 | 323.72 | | | | |

D-00397
Washington v. AutoZone

```
Report ID:  PPSA14 v1.1                                        PeopleSoft                                                          Page No.   1
Company     AZO AUTOZONERS INC                   EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD                                          Run Date 04/
            ZAMBRANO,JAMES                                                                                                        Run Time 14:

                      -----Regular/OT-----  ----Other Earns---   --------Taxes--------   Deductions  ----------- 2001 Quarter 4 Year To Date -------
PayGrp  Payendt      Hours    Earnings      Hours    Earnings    Fed      State   Local   Dedn        GrossYTD        TaxesYTD        DedYTD      Net??

OPH     2001-10-06  4.10      37.31         0.00     0.00        5.16     0.00    0.00    0.00        15,010.48       3,321.24        995.53     10.6
OPH     2001-10-20  0.00      0.00          40.00    364.00      97.38    10.26   0.00    0.00

Grand Total Line    4.10      37.31         40.00    364.00      102.54   10.26   0.00    0.00
```

D-00398
Washington v. AutoZone

Report ID: FPS414 v1.1

Company

PeopleSoft
EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD

Page No.  1
Run Date 04/23/2003
Run Time 14:05:37

| PaygrP Payenddt | ----Regular/OT---- | | ----Other Earns--- | | ---------Taxes---------- | | | Deductions | -------------- 2002 Quarter 1 Year To Date -------------- | | | |
| | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |



D-00399
Washington v. AutoZone

Page No.   1
Run Date 04/23/200
Run Time 14:05:5

Report ID:  FPS414 v1.1
Company

Peoplesoft
EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD

| Paygrp | Payenddt | ---Regular/OT---- | | ---Other Earns--- | | --------Taxes---------- | | | Deductions | --------- 2002 Quarter 2 Year To Date --------- | | | |
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

# Plaintiff's Exh. 78

Report ID: PPS314 v1.1
Company: AZO AUTOZONERS INC
       TREESH, SHANE

Page No.  1
Run Date 04/23/200
Run Time 14:40:59

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| PayGrp | Payendt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | Fed | Taxes State | Local | Deductions Dedn | GrossYTD | 2001 Quarter 1 Year To Date TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GPH | 2000-12-30 | 79.25 | 673.61 | 8.00 | 68.00 | 176.74 | 15.18 | 0.00 | 0.00 | 4,983.16 | 964.44 | 36.00 | 3,983.72 |
| GPH | 2001-01-13 | 73.80 | 628.37 | 8.00 | 68.00 | 163.70 | 13.00 | 0.00 | 0.00 | | | | |
| GPH | 2001-01-27 | 81.45 | 699.34 | 0.00 | 0.00 | 164.55 | 13.15 | 0.00 | 0.00 | | | | |
| GPH | 2001-02-10 | 79.35 | 675.76 | 0.00 | 0.00 | 157.73 | 12.01 | 0.00 | 0.00 | | | | |
| GPH | 2001-02-24 | 83.10 | 722.08 | 0.00 | 0.00 | 171.11 | 14.24 | 0.00 | 36.00 | | | | |
| GPH | 2001-03-10 | 83.00 | 718.25 | 0.00 | 0.00 | 170.00 | 14.05 | 0.00 | 0.00 | | | | |
| GPH | 2001-03-24 | 83.90 | 729.73 | 0.00 | 0.00 | 173.34 | 14.60 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 564.05 | 4847.16 | 16.00 | 136.00 | 1177.17 | 96.23 | 0.00 | 36.00 | | | | |

EXHIBIT

Washington v. AutoZone
D-00400



Report ID: P5414 v1.1
Company: AZO AUTOZONERS INC
TREESH,SHANE

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Page No. 1
Run Date 04/23/200
Run Time 14:27:31

Washington v. AutoZone
D-00401

| Paygrp | Payenddt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | ------Taxes--------- Fed | State | Local | Deductions Dedn | 2001 Quarter 2 Year To Date GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPH | 2001-04-07 | 82.00 | 756.44 | 0.00 | 0.00 | 181.01 | 15.89 | 0.00 | 0.00 | 10,230.06 | 2,059.03 | 35.00 | 8,135.03 |
| CPH | 2001-04-21 | 95.55 | 940.27 | 0.00 | 0.00 | 234.05 | 24.71 | 0.00 | 0.00 | | | | |
| CPH | 2001-05-05 | 85.20 | 834.12 | 0.00 | 0.00 | 203.44 | 19.61 | 0.00 | 0.00 | | | | |
| CPH | 2001-05-19 | 100.35 | 1049.99 | 0.00 | 0.00 | 265.72 | 30.10 | 0.00 | 0.00 | | | | |
| CPH | 2001-06-02 | 86.05 | 846.21 | 0.00 | 0.00 | 206.91 | 20.20 | 0.00 | 0.00 | | | | |
| CPH | 2001-06-16 | 84.20 | 819.87 | 0.00 | 0.00 | 199.32 | 18.93 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 533.35 | 5246.90 | 0.00 | 0.00 | 1290.45 | 129.44 | 0.00 | 0.00 | | | | |

Report ID: PP5414 v1.1
Company   AZO AUTOZONERS INC
          TREESH,SHANE

Page No.  1
Run Date 04/23/200
Run Time 14:27:36

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

| Paygrp | Payendct | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Taxes Fed | State | Local | Deductions Dedn | 2001 Quarter 3 Year To Date GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-07-14 | 80.10 | 767.84 | 8.00 | 76.00 | 206.23 | 20.08 | 0.00 | 0.00 | 15,178.86 | 3,071.57 | 35.00 | 12,071.19 |
| OPH | 2001-07-28 | 79.50 | 756.68 | 0.00 | 0.00 | 181.10 | 15.90 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-11 | 84.15 | 819.14 | 0.00 | 0.00 | 199.10 | 18.90 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-25 | 91.40 | 922.45 | 0.00 | 0.00 | 228.92 | 23.85 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-08 | 81.20 | 777.34 | 8.00 | 76.00 | 208.98 | 20.54 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-22 | 79.30 | 753.35 | 0.00 | 0.00 | 180.13 | 15.74 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 495.65 | 4796.80 | 16.00 | 152.00 | 1204.46 | 115.01 | 0.00 | 0.00 | | | | |

Washington v. AutoZone
D-00402

D-00405
Washington v. AutoZone

Report ID: PPS14 v1.1
Company    AZO AUTOZONERS INC
           TRESEK, SHANE

Page No.   1
Run Date 04/23/200?
Run Time 14:27:51

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Taxes Fed | State | Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPH | 2001-10-06 | 61.75 | 785.18 | 0.00 | 0.00 | 189.32 | 17.27 | 0.00 | 0.00 | | | | |
| CPH | 2001-10-20 | 79.40 | 754.30 | 0.00 | 0.00 | 180.41 | 15.78 | 0.00 | 0.00 | | | | |
| CPH | 2001-11-03 | 61.80 | 594.47 | 0.00 | 0.00 | 134.28 | 8.47 | 0.00 | 0.00 | | | | |
| CPH | 2001-11-17 | 90.20 | 905.36 | 0.00 | 0.00 | 223.99 | 23.03 | 0.00 | 0.00 | | | | |
| CPH | 2001-12-01 | 78.00 | 767.60 | 8.00 | 76.00 | 206.17 | 20.07 | 0.00 | 0.00 | | | | |
| CPH | 2001-12-15 | 89.75 | 898.94 | 0.00 | 0.00 | 222.12 | 22.73 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 460.90 | 4705.85 | 8.00 | 76.00 | 1156.29 | 107.35 | 0.00 | 0.00 | 19,960.71 | 4,038.84 | 36.00 | 15,885.87 |

2001 Quarter 4 Year To Date
GrossYTD    TaxesYTD    DedYTD    NetPayYTD

D-00406
Washington v. AutoZone

```
Report ID:  PPS414 v1.1                                    EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD  PeopleSoft                          Page No.  1
Company     AZO AUTOZONERS INC                                                                                                        Run Date 04/23/200:
            TRESH,SHANE                                                                                                               Run Time 14:28:21

                      ----Regular/OT----      ---Other Earns---    ------Taxes-----------   Deductions   ----------- 2002 Quarter 1 Year To Date --------
Paygrp   Payenddt     Hours     Earnings      Hours    Earnings    Fed       State   Local   Dedn        GrossYTD      TaxesYTD     DedYTD      NetPayYTD
CPH      2001-12-29   97.70     1062.10       8.00     79.76       269.20    34.89   0.00    0.00        5,889.53      1,132.90                 4,756.63
CPH      2002-01-12   85.00     936.44        8.00     79.76       232.87    28.35   0.00    0.00
OPH      2002-01-26   93.50     999.45        0.00     0.00        228.08    27.55   0.00    0.00
OPH      2002-02-09   89.90     945.65        0.00     0.00        212.53    24.97   0.00    0.00
OPH      2002-02-23   91.60     971.06        0.00     0.00        219.87    26.19   0.00    0.00
OPH      2002-03-09   79.30     815.05        0.00     0.00        174.85    18.70   0.00    0.00

Grand Total Line     541.00    5730.01        16.00    159.52      1337.40   160.65  0.00    0.00
```

Page No.  1
Run Date 04/23/200
Run Time 14:26:52

D-00407
Washington v. AutoZone

Report ID:  PPS414 v1.1
Company     AZO AUTOZONERS INC
            TRESSI SHANE

EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD

PeopleSoft

| Paygrp | Payendat | ---Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | --------Taxes------- Fed | State | Local | Deductions Dedn | ----------- 2002 Quarter 2 Year To Date ----------- GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPH | 2002-04-06 | 0.00 | 0.00 | 80.00 | 797.60 | 199.96 | 29.90 | 0.00 | 0.00 | 6,687.13 | 1,113.31 | | 5,373.82 |
| Grand Total Line | | 0.00 | 0.00 | 80.00 | 797.60 | 199.96 | 29.90 | 0.00 | 0.00 | | | | |

Report ID:  PPS414 v1.1

Company

                                    PeopleSoft
                    EMPLOYEE 2002 QUARTER 3 EARNINGS RECORD

Page No.  1
Run Date 04/23/200:
Run Time 14:32:38

D-00408
Washington v. AutoZone

| Paygrp | Payenddt | ----Regular/OT---- | | ----Other Earns--- | | ---------Taxes------------- | | | Deductions | ------------ 2002 Quarter 3 Year To Date ------------ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

Report ID: PPS414 v1.1
Company: AZO AUTOZONERS INC
TREESH,SHANE

EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD    PeopleSoft

Page No.  1
Run Date 04/23/200
Run Time 14:40:59

| PayGrp | PayEndDt | Regular/OT Hours | Earnings | Other Earns Hours | Earnings | Taxes Fed | State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 79.25 | 673.63 | 8.00 | 68.00 | 176.74 | 15.18 | 0.00 | 0.00 |
| OPH | 2001-01-13 | 73.80 | 628.37 | 8.00 | 68.00 | 163.70 | 13.00 | 0.00 | 0.00 |
| OPH | 2001-01-27 | 61.45 | 699.34 | 0.00 | 0.00 | 164.55 | 13.15 | 0.00 | 0.00 |
| OPH | 2001-02-10 | 79.35 | 675.76 | 0.00 | 0.00 | 157.73 | 12.01 | 0.00 | 0.00 |
| OPH | 2001-02-24 | 83.30 | 722.08 | 0.00 | 0.00 | 171.11 | 14.24 | 0.00 | 36.00 |
| OPH | 2001-03-10 | 83.00 | 718.25 | 0.00 | 0.00 | 170.00 | 14.05 | 0.00 | 0.00 |
| OPH | 2001-03-24 | 83.90 | 729.73 | 0.00 | 0.00 | 173.34 | 14.60 | 0.00 | 0.00 |
| Grand Total Line | | 564.05 | 4847.16 | 16.00 | 136.00 | 1177.17 | 96.23 | 0.00 | 36.00 |

----- 2001 Quarter 1 Year To Date -----

| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|
| 4,983.16 | 964.44 | 36.00 | 3,982.72 |

D-00400
Washington v. AutoZone

EXHIBIT


D-00401
Washington v. AutoZone

Report ID: PPS414 v1.1
Company   AZO AUTOZONERS INC
          TREESH SHANE

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Page No.   1
Run Date 04/23/200
Run Time 14:27:21

| Paygrp | Payendt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Taxes Fed | Taxes State | Taxes Local | Deductions Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPH | 2001-04-07 | 82.00 | 756.44 | 0.00 | 0.00 | 181.01 | 15.89 | 0.00 | 0.00 | 10,230.06 | 2,059.03 | 36.00 | 8,135.03 |
| CPH | 2001-04-21 | 95.55 | 940.27 | 0.00 | 0.00 | 234.05 | 24.71 | 0.00 | 0.00 | | | | |
| CPH | 2001-05-05 | 85.20 | 834.12 | 0.00 | 0.00 | 203.44 | 19.61 | 0.00 | 0.00 | | | | |
| CPH | 2001-05-19 | 100.35 | 1043.99 | 0.00 | 0.00 | 265.72 | 30.10 | 0.00 | 0.00 | | | | |
| CPH | 2001-06-02 | 86.05 | 846.21 | 0.00 | 0.00 | 206.91 | 20.20 | 0.00 | 0.00 | | | | |
| CPH | 2001-06-16 | 84.20 | 819.87 | 0.00 | 0.00 | 199.32 | 18.93 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 533.35 | 5246.90 | 0.00 | 0.00 | 1290.45 | 129.44 | 0.00 | 0.00 | | | | |

Report ID: PPS414 v1.1
Company: AZO AUTOZONERS INC
TRESH SHANE

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

Page No. 1
Run Date 04/23/100
Run Time 11:27:36

Washington v. AutoZone
D-00402

| Paygrp | Payordt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | Fed | --------Taxes--------- State | Local | Deductions Dedn | GrossYTD | ----------- 2001 Quarter 3 Year To Date ----------- TaxesYTD | DedYTD | NetPayYTD |
|--------|---------|-------|----------|-------|----------|--------|--------|--------|--------|----------|----------|--------|-----------|
| OPH | 2001-07-14 | 80.10 | 767.84 | 8.00 | 76.00 | 206.23 | 20.08 | 0.00 | 0.00 | 15,178.86 | 3,071.67 | 36.00 | 12,371.19 |
| OPH | 2001-07-28 | 79.50 | 756.68 | 0.00 | 0.00 | 181.10 | 15.90 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-11 | 84.15 | 815.14 | 0.00 | 0.00 | 199.10 | 18.90 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-25 | 51.10 | 522.45 | 0.00 | 0.00 | 228.92 | 23.85 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-08 | 81.20 | 777.34 | 8.00 | 76.00 | 208.98 | 20.54 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-22 | 79.30 | 753.35 | 0.00 | 0.00 | 180.13 | 15.74 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 495.65 | 4796.80 | 16.00 | 152.00 | 1204.46 | 115.01 | 0.00 | 0.00 | | | | |

Report ID: FPS414 v1.1
Company   AZO AUTOZONERS INC
          TRESK, SHANE

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

D-00405
Washington v. AutoZone

| Paygrp | Payendt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Fed | State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-10-06 | 81.75 | 785.18 | 0.00 | 0.00 | 189.32 | 17.27 | 0.00 | 0.00 |
| OPH | 2001-10-20 | 79.40 | 754.30 | 0.00 | 0.00 | 180.41 | 15.78 | 0.00 | 0.00 |
| OPH | 2001-11-03 | 61.80 | 594.47 | 0.00 | 0.00 | 134.28 | 8.47 | 0.00 | 0.00 |
| OPH | 2001-11-17 | 90.20 | 905.16 | 0.00 | 0.00 | 223.99 | 23.03 | 0.00 | 0.00 |
| OPH | 2001-12-01 | 78.00 | 767.60 | 8.00 | 76.00 | 206.17 | 20.07 | 0.00 | 0.00 |
| OPH | 2001-12-15 | 89.75 | 898.94 | 0.00 | 0.00 | 222.12 | 22.73 | 0.00 | 0.00 |
| Grand Total Line | | 480.90 | 4705.85 | 8.00 | 76.00 | 1156.29 | 107.35 | 0.00 | 0.00 |

2001 Quarter 4 Year To Date

| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|
| 19,960.71 | 4,038.84 | 36.00 | 15,855.87 |

Washington v. AutoZone
D-00406

Report ID: FPS414 v1.1
Company: AZO AUTOZONERS INC
TREESH,SHANE

EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD    PeopleSoft

Page No. 1
Run Date 04/23/200
Run Time 14:26:21

| Paygrp | Payenddt | ----Regular/OT---- Hours | Earnings | ---Other Earns--- Hours | Earnings | ---------Taxes---------- Fed | State | Local | Deductions Dedn |
|--------|----------|-------|----------|-------|----------|--------|-------|-------|------|
| OPH | 2001-12-29 | 97.70 | 1062.30 | 8.00 | 79.76 | 269.20 | 34.89 | 0.00 | 0.00 |
| OPH | 2002-01-12 | 89.00 | 936.44 | 9.00 | 79.76 | 232.87 | 28.35 | 0.00 | 0.00 |
| OPH | 2002-01-26 | 93.50 | 999.45 | 0.00 | 0.00 | 228.08 | 27.55 | 0.00 | 0.00 |
| OPH | 2002-02-09 | 89.90 | 945.65 | 0.00 | 0.00 | 212.53 | 24.97 | 0.00 | 0.00 |
| OPH | 2002-02-23 | 91.60 | 971.08 | 0.00 | 0.00 | 219.87 | 26.19 | 0.00 | 0.00 |
| OPH | 2002-03-09 | 79.30 | 815.05 | 0.00 | 0.00 | 174.85 | 18.70 | 0.00 | 0.00 |
| Grand Total Line | | 541.00 | 5730.01 | 16.00 | 159.52 | 1337.40 | 160.65 | 0.00 | 0.00 |

| -------------- 2002 Quarter 1 Year To Date -------------- |
|------------|------------|------------|------------|
| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| 5,889.53 | 1,132.90 | | 4,756.63 |

Washington v. AutoZone
D-00407

Report No. PPS414 v1.1
Company   AZO AUTOZONERS INC
          TREESH,SHANE

EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD    ...oplesoft

Page No.  1
Run Date 04/23/10
Run Time 14:28:52

| Paygrp | Payenddt | Regular/OT---- Hours | Earnings | Other Earns--- Hours | Earnings | Fed | Taxes State | Local | Deductions Dedn. | GrossYTD | 2002 Quarter 2 Year To Date TaxesYTD | DedYTD | NetPayYTD |
|--------|----------|------|----------|------|----------|--------|--------|-------|--------|----------|----------|--------|----------|
| CFM | 2002-04-06 | 0.00 | 0.00 | 80.00 | 797.60 | 199.96 | 29.90 | 0.00 | 0.00 | 6,687.13 | 1,313.31 | | 5,373.82 |
| Grand Total Line | | 0.00 | 0.00 | 80.00 | 797.60 | 199.96 | 29.90 | 0.00 | 0.00 | | | | |

Report ID: PP5114 v1.1
Company

PeopleSoft
EMPLOYEE 2002 QUARTER 3 EARNINGS RECORD

D-00408
Washington v. AutoZone

| Paygrp | Payenddt | ---Regular/OT--- | | ----Other Earns--- | | --------Taxes--------- | | | Deductions | ----------- 2002 Quarter 3 Year To Date --------- | | | |
|--------|----------|-------|----------|-------|----------|-----|-------|-------|------------|----------|---------|--------|----------|
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

# Plaintiff's Exh. 79

Report ID: PPS414 v1.1
Company  AZO AUTOZONERS INC
SHEKORN,THOMAS

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

Page No.  1
Run Date 01/23/200
Run Time 14:10:25

| PayGrp | PayEndDt | ----Regular/OT----<br>Hours | Earnings | ----Other Earns---<br>Hours | Earnings | --------Taxes----------<br>Fed | State | Local | Deductions<br>Dedn | GrossYTD | 2001 Quarter 1 Year To Date<br>TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 98.40 | 1076.00 | 8.00 | 80.00 | 222.09 | 37.78 | 0.00 | 148.73 | 7,002.25 | 1,043.82 | 1,340.65 | 4,417.78 |
| OPH | 2001-01-13 | 92.45 | 986.75 | 8.00 | 80.00 | 194.98 | 32.90 | 0.00 | 153.47 | | | | |
| OPH | 2001-01-27 | 94.35 | 1015.25 | 0.00 | 0.00 | 180.11 | 30.22 | 0.00 | 153.47 | | | | |
| OPH | 2001-02-10 | 100.70 | 1110.50 | 0.00 | 0.00 | 207.59 | 35.17 | 0.00 | 163.47 | | | | |
| OPH | 2001-02-24 | 101.25 | 1118.75 | 0.00 | 0.00 | 209.98 | 35.60 | 0.00 | 304.03 | | | | |
| OPH | 2001-03-10 | 25.50 | 255.00 | 48.00 | 480.00 | 99.27 | 16.63 | 0.00 | 262.35 | | | | |
| OPH | 2001-03-24 | 0.00 | 0.00 | 80.00 | 800.00 | 118.00 | 19.75 | 0.00 | 155.13 | | | | |
| Grand Total Line | | 512.65 | 5562.25 | 144.00 | 1440.00 | 1232.02 | 208.05 | 0.00 | 1340.65 | | | | |

EXHIBIT
E
tabbies

Washington v. AutoZone
D-00409

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Report ID: PPS414 v1.1
Company   AZO AUTOZONERS INC
          SHEHORN,THOMAS

Page No.  1
Run Date 04/23/200
Run Time 14:10:40

| Paygrp | Payenddt | ---Regular/OT--- Hours | Earnings | ---Other Earns--- Hours | Earnings | Fed | -------Taxes------- State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-04-07 | 0.00 | 0.00 | 80.00 | 800.00 | 118.03 | 19.75 | 0.00 | 143.47 |
| OPH | 2001-04-21 | 0.00 | 0.00 | 82.55 | 825.50 | 169.08 | 30.03 | 0.00 | 143.47 |
| OPH | 2001-05-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grand Total Line | | 0.00 | 0.00 | 162.55 | 1625.50 | 287.11 | 49.78 | 0.00 | 286.94 |

----------- 2001 Quarter 2 Year To Date -----------
| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|
| 8,627.75 | 1,290.83 | 1,627.55 | 5,709.37 |

D-00410
Washington v. AutoZone

Report ID: PSS414 v1.1
Company  A20 AUTOZONERS INC
         SHEHORN,THOMAS

PeopleSoft

EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

| Paygrp | Payenddt | ----Regular/OT---- | | ----Other Earns--- | | ----------Taxes---------- | | | Deductions | 2001 Quarter 3 | Year To Date | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OPH | 2001-09-05 | 107.50 | 1212.50 | 8.00 | 80.00 | 302.23 | 34.54 | 36.08 | 0.00 | 10,789.00 | 1,782.67 | 1,627.59 | 7,378.74 |
| OFH | 2001-09-22 | 83.95 | 868.75 | 0.00 | 0.00 | 179.97 | 35.93 | 37.09 | 0.00 | | | | |
| Grand Total Line | | 191.45 | 2081.25 | 8.00 | 80.00 | 482.20 | 70.47 | 73.17 | 0.00 | | | | |

D-00411
Washington v. AutoZone

Report ID: PPS14 v1.1
Company: AZO AUTOZONERS INC
 SHEHORN,THOMAS

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

Page No.   1
Run Date 04/23/200
Run Time 14:11:27

| Paygrp | Payenddt | ----Regular/OT----<br>Hours | Earnings | ---Other Earns---<br>Hours | Earnings | ---------Taxes---------<br>Fed | State | Local | Deductions<br>Dedn |
|---|---|---|---|---|---|---|---|---|---|
| CPH | 2001-10-06 | 99.15 | 1087.25 | 0.00 | 0.00 | 243.04 | 46.42 | 0.00 | 0.00 |
| OPH | 2001-10-20 | 102.15 | 1132.25 | 0.00 | 0.00 | 256.00 | 25.92 | 0.00 | 0.00 |
| CPH | 2001-11-03 | 105.05 | 1175.75 | 0.00 | 0.00 | 268.55 | 28.18 | 0.00 | 0.00 |
| CPH | 2001-11-17 | 98.95 | 1084.25 | 0.00 | 0.00 | 242.16 | 23.42 | 0.00 | 0.00 |
| CPH | 2001-12-01 | 97.95 | 1069.25 | 8.00 | 80.00 | 260.91 | 26.80 | 0.00 | 0.00 |
| OPH | 2001-12-15 | 32.80 | 328.00 | 0.00 | 0.00 | 59.32 | 1.31 | 0.00 | 0.00 |
| Grand Total Line | | 536.05 | 5876.75 | 8.00 | 80.00 | 1129.98 | 152.05 | 0.00 | 0.00 |

| ------------ 2001 Quarter 4 Year To Date ------------ | | | |
|---|---|---|---|
| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| 16,745.75 | 2,895.35 | 1,527.59 | 12,223.31 |

D-004412
Washington v. AutoZone

Report ID: PPSd14 v1.1

Company

PeopleSoft

EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD

Page No. 1
Run Date 04/23/2003
Run Time 14:12:41

| Paygrp | Payenddt | ----Regular/OT---- | | ----Other Earns--- | | --------Taxes----------- | | | Deductions | -------------- 2002 Quarter 1 Year To Date -------------- | | | |
|--------|----------|-------|----------|-------|----------|-----|-------|-------|------------|----------|---------|--------|----------|
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

D-00413
Washington v. AutoZone

Report ID: PPS414 v1.1

Company

PeopleSoft
EMPLOYEE 2002 QUARTER 2 EARNINGS RECORD

| Paygrp | Payendt | ---Regular/OT---- | | ---Other Earns--- | | --------Taxes--------- | | | Deductions | | -------- 2002 Quarter 2 Year To Date -------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |

Washington v. AutoZone
D-00414

Report ID: PPS414 v1.1
Company

EMPLOYEE 2002 QUARTER 3 EARNINGS RECORD   PeopleSoft

D-00415
Washington v. AutoZone

| Paygrp Paygrpdt | ---Regular/OT---- Hours | Earnings | ----Other Earns-- Hours | Earnings | ----------Taxes---------- Fed | State | Local | Deductions Dedn | ----------- 2002 Quarter 1 Year To Date ------------ GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total Line | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

# Plaintiff's Exh. 80

D-00418
Washington v. AutoZone

Report ID: PPS414 v1.1
Company:   AZO AUTOZONERS INC
           SANCHEZ, FILAR

Pe...eSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

Page No.  1
Run Date 04/23/2003
Run Time 14:34:10

| Paygrp | Payenddt | Regular/OT---- Hours | Earnings | ---Other Earns--- Hours | Earnings | Fed | -------Taxes------- State | Local | Deductions Dedn |
|--------|----------|------|----------|-------|----------|--------|--------|-------|------|
| OPH | 2001-06-30 | 73.55 | 672.50 | 0.00 | 0.00 | 178.75 | 17.86 | 0.00 | 0.00 |
| OPH | 2001-07-14 | 69.10 | 619.71 | 8.00 | 72.80 | 184.49 | 18.82 | 0.00 | 0.00 |
| OPH | 2001-07-28 | 78.15 | 711.17 | 0.00 | 0.00 | 189.90 | 19.71 | 0.00 | 0.00 |
| OPH | 2001-08-11 | 76.05 | 692.06 | 0.00 | 0.00 | 184.35 | 18.80 | 0.00 | 0.00 |
| OPH | 2001-08-25 | 41.55 | 378.11 | 32.00 | 291.20 | 177.82 | 17.70 | 0.00 | 0.00 |
| OPH | 2001-09-08 | 76.65 | 697.52 | 8.00 | 72.80 | 206.95 | 22.55 | 0.00 | 0.00 |
| OPH | 2001-09-22 | 76.30 | 694.33 | 0.00 | 0.00 | 185.03 | 18.90 | 0.00 | 0.00 |
| Grand Total Line | | 490.35 | 4465.40 | 48.00 | 436.80 | 1307.29 | 134.34 | 0.00 | 0.00 |

| | 2001 Quarter 3 Year To Date | | | |
|---|---|---|---|---|
| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| 14,666.60 | 3,431.77 | 86.50 | 11,148.33 |

Report ID:  PS414 v1.1
Company     AZO AUTOZONERS INC
            SANCHEZ, FILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

| Paygrp | Payenddt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Fed | State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-10-06 | 78.30 | 712.53 | 0.00 | 0.00 | 190.28 | 19.78 | 0.00 | 0.00 |
| OPH | 2001-10-20 | 69.95 | 635.55 | 0.00 | 0.00 | 168.34 | 16.13 | 0.00 | 0.00 |
| OPH | 2001-11-03 | 39.15 | 356.27 | 0.00 | 0.00 | 95.14 | 9.89 | 0.00 | 0.00 |
| Grand Total Line | | 187.40 | 1705.35 | 0.00 | 0.00 | 453.76 | 45.80 | 0.00 | 0.00 |

2001 Quarter 4 Year To Date
GrossYTD 16,371.95   TaxesYTD 3,825.60   DedYTD 86.50   NetPayYTD 12,459.95

Washington v. AutoZone
D-00419

Washington v. AutoZone
D-00420

Report ID: PPSAl4 v1.1
Company

Page No.   1
Run Date 04/23/2003
Run Time 14:34:55

PeopleSoft
EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD

| | ----Regular/OT---- | | ----Other Earns--- | | --------Taxes--------- | | | Deductions | ----------- 2002 Quarter 1 Year To Date ----------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payyrp  Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| Grand Total Line | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |

Report ID: PPS114 V1 1
Company: AZO AUTOZONERS INC
SANCHEZ, PILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

| Paygrp | PayendDt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Taxes Fed | Taxes State | Taxes Local | Deductions Dedn | 2001 Quarter 1 Year To Date GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPH | 2000-12-30 | 72.20 | 649.80 | 8.00 | 72.00 | 192.95 | 20.22 | 0.00 | 56.00 | 5,111.78 | 1,195.21 | 86.50 | 3,830.07 |
| OPH | 2001-01-13 | 71.85 | 646.65 | 8.00 | 72.00 | 192.05 | 20.07 | 0.00 | 5.00 | | | | |
| OPH | 2001-01-27 | 75.65 | 680.85 | 0.00 | 0.00 | 181.13 | 18.26 | 0.00 | 1.50 | | | | |
| OPH | 2001-02-10 | 75.25 | 677.25 | 0.00 | 0.00 | 180.10 | 18.09 | 0.00 | 22.00 | | | | |
| OPH | 2001-02-24 | 81.05 | 734.18 | 0.00 | 0.00 | 196.52 | 20.82 | 0.00 | 0.00 | | | | |
| OPH | 2001-03-10 | 77.90 | 701.10 | 0.00 | 0.00 | 186.99 | 19.23 | 0.00 | 0.00 | | | | |
| OPH | 2001-03-24 | 91.70 | 877.95 | 0.00 | 0.00 | 237.99 | 27.72 | 0.00 | 2.00 | | | | |
| Grand Total Line | | 545.60 | 4967.78 | 16.00 | 144.00 | 1367.73 | 144.41 | 0.00 | 86.50 | | | | |

EXHIBIT

Washington v. AutoZone
D-004l6

D-00417
Washington v. AutoZone

```
Report ID: FPS414 v2.1                                              PeopleSoft                                    Page No.  1
Company    AZO AUTOZONERS INC                                                                                    Run Date 04/23/2001
           SANCHEZ.PILAR                                                                                         Run Time 14:33.39

                                                   EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

                                                                                                  ------------ 2001 Quarter 2 Year To Date ------------
         ----Regular/OT----    ---Other Earns---   --------Taxes--------  Deductions
Paygrp  Payenddt   Hours  Earnings    Hours  Earnings    Fed     State  Local    Dedn      GrossYTD    TaxesYTD    DedYTD    NetPayYTD

OPH     2001-04-07  83.95   781.92     0.00    0.00    210.30   23.11   0.00     0.00      9,764.40    2,294.08    86.50     7,383.52
OPH     2001-04-21  86.45   843.34     0.00    0.00    228.02   26.06   0.00     0.00
OPH     2001-05-05  89.50   857.68     0.00    0.00    232.13   26.75   0.00     0.00
CPH     2001-05-19  81.20   745.52     0.00    0.00    199.79   21.36   0.00     0.00
CPH     2001-06-02  63.50   775.78     0.00    0.00    208.53   22.81   0.00     0.00
OFH     2001-06-16  71.25   648.38     0.00    0.00    171.77   16.70   0.00     0.00

Grand Total Line   497.85  4652.62     0.00    0.00   1250.54  136.79   0.00     0.00
```

Report ID:  PPS414 v1.1
Company     AZO AUTOZONERS INC
            SANCHEZ, PILAR

PowerSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

| | ---Regular/OT---- | | ----Other Earns--- | | --------Taxes---------- | | | Deductions | | ----------- 2001 Quarter 3 Year To Date ------------ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paygrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OPH | 2001-06-30 | 73.55 | 672.50 | 0.00 | 0.00 | 178.75 | 17.86 | 0.00 | 0.00 | 14,866.60 | 3,431.77 | 86.50 | 11,148.33 |
| OPH | 2001-07-14 | 8.10 | 619.71 | 8.00 | 72.80 | 184.49 | 18.82 | 0.00 | 0.00 | | | | |
| OPH | 2001-07-28 | 78.15 | 711.17 | 0.00 | 0.00 | 189.90 | 19.71 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-11 | 76.05 | 692.06 | 0.00 | 0.00 | 184.35 | 18.80 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-25 | 41.55 | 378.11 | 32.00 | 291.20 | 177.82 | 17.70 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-08 | 76.65 | 697.52 | 8.00 | 72.80 | 206.95 | 22.55 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-22 | 76.30 | 694.33 | 0.00 | 0.00 | 185.03 | 18.90 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 490.35 | 4465.40 | 48.00 | 436.80 | 1307.29 | 134.34 | 0.00 | 0.00 | | | | |

D-00418
Washington v. AutoZone

Report ID:  PPS414 v1.1
Company     AZG AUTOZONERS INC
            SANCHEZ, PILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 4 EARNINGS RECORD

Page No.  1
Run Date 04/23/2003
Run Time 14:34:40

| | | ----Regular/OT---- | | ----Other Earns--- | | --------Taxes--------- | | | Deductions | ----------- 2001 Quarter 4 Year To Date ----------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paygrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OFH | 2001-10-06 | 78.10 | 712.53 | 0.00 | 0.00 | 190.28 | 19.78 | 0.00 | 0.00 | 16,371.95 | 3,825.60 | 86.50 | 12,459.85 |
| OFH | 2001-10-20 | 69.95 | 636.55 | 0.00 | 0.00 | 168.34 | 16.13 | 0.00 | 0.00 | | | | |
| OFH | 2001-11-03 | 39.15 | 356.27 | 0.00 | 0.00 | 95.14 | 9.89 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 187.40 | 1705.35 | 0.00 | 0.00 | 453.76 | 45.80 | 0.00 | 0.00 | | | | |

D-00419
Washington v. AutoZone

Washington v. AutoZone
D-00420

Report ID: PPS314 v1.1

Company

EMPLOYEE 2002 QUARTER 1 EARNINGS RECORD    PeopleSoft

Page No.  1
Run Date 04/11/2003
Run Time 14:34:55

| Paygrp | Payenddt | ----Regular/OT---- Hours | Earnings | ----Other Earns--- Hours | Earnings | ---------Taxes---------- Fed | State | Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| Grand Total Line | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

-------------- 2002 Quarter 1 Year To Date --------------

| GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|

# Plaintiff's Exh. 85

# //////AutoZone    Store Employment Application

Equal Opportunity Employer

- Please print in ink.
- Answer all questions completely  If a question doesn't apply to you, write "N/A" in the space provided.
- This application will be kept on file for 90 days from the date completed.

Date  3-27-00

## PERSONAL DATA

Name  Brandon _____ Diaz _____ SS# _____
        First          Middle           Last

Home address  628  Big Woods Rd _____ Smyrna _____ DE ___ 19977
                    Street                        City      State   Zip

Previous address (if less than one year at present address) ___ None ___
                                              Street        City      State   Zip

Home phone ( 302 ) 653 - 5275  Work phone ( ___ ) ___ - ___  Other phone ( ___ ) ___ - ___

May we contact you at work?  ☐ Yes  ☐ No  ☑ N/A

If under 18 years old, can you provide proof of your eligibility to work?  ☐ Yes  ☐ No  ☐ N/A

If hired, can you furnish proof that you're legally permitted to work in the United States?  ☑ Yes  ☐ No

Have you ever been convicted of a crime other than a minor traffic violation?  ☐ Yes  ☑ No

If yes, where and when? City/State _____ Date _____
(Convictions will not result in automatic disqualification.)

## POSITION INFORMATION

Position desired  Parts Sales Manager _____ Date available  4-3-00

For which store are you applying?  Smyrna

☐ Full-time ☐ Part-time  Wage/salary expected  Negotiable

How did you learn of this position?  Worked here before

Are you willing to relocate, if necessary?  ☑ Yes  ☐ No  ☐ N/A

Days available  Any _____ Hours available _____

Are there any days, hours or shifts you cannot work? ☐ Yes  ☑ No  If yes, list _____

Have you previously applied with AutoZone?  ☑ Yes  ☐ No

Have you previously been employed by AutoZone, or any AutoZone subsidiary? ☑ Yes ☐ No

If yes to either question, when and where?  Smyrna  98  99

## EDUCATION

| | Name, city and state of school(s) | Did you graduate? | If not, list years or hours completed | Major or field of study | Type of degree |
|---|---|---|---|---|---|
| High school | Smyrna High School | Yes ☑ No ☐  G.E.D. ☐ | | College Prep | Diploma |
| Two-year college | Del Tech | Yes ☐ No ☑ | 1 semester | Comp Info Sys | |
| Four-year college | | Yes ☐ No ☐ | | | |
| Graduate school | | Yes ☐ No ☐ | | | |
| Trade/other | | Yes ☐ No ☐ | | | |

SKU #912576

D- DD637

12/98