IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVERT WASHINGTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-320 (SLR) |
| v. | : | |
| | : | |
| AUTOZONERS, INC., a Nevada corporation, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant AutoZone's Motion In Limine ("Defendant's Motion"), and Plaintiff's opposition thereto;

IT IS HEREBY ORDERED that Defendant AutoZone's Motion In Limine is DENIED.

_____
The Honorable Sue L. Robinson