## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR. : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-320 (SLR) |
| v. : | |
| : | |
| AUTOZONERS, INC., a Nevada corporation, : | |
| : | |
| Defendant. : | |
| : | |

### PLAINTIFF MELVERT WASHINGTON'S MOTION TO STRIKE DEFENDANT AUTOZONE'S MOTION IN LIMINE AS TO PLAINTIFF'S ECONOMIC EXPERT

1. On May 19, 2004, Plaintiff filed this action against his former employer, AutoZone, alleging, inter alia, that AutoZone retaliated against him and created a hostile work environment because of his race.

2. On January 3, 2005, the Court entered a Scheduling Order containing a July 22, 2005 discovery deadline and a Daubert motion deadline of August 22, 2005. (D.I. 25-1).

3. On June 22, 2005, Plaintiff filed a motion to extent the deadline for opening expert reports to July 13, 2005 and rebuttal reports to August 15, 2005 (D.I. 37), which was granted on June 29, 2005. (D.I. 37-1).

4. On July 13, 2005, Plaintiff tendered his timely and proper economic expert report to Defendant.

5. Defendant did not identify a rebuttal expert or submit a rebuttal report.

6. On January 23, 2008, nearly two and a half years after the Daubert motion deadline, Defendant, as part of its Motion in Limine, moved to strike Plaintiff's economic expert on Daubert grounds ("Defendant's Daubert Motion"). (D.I. 58 and 59).

7. Defendant's Daubert Motion is time barred. As such, Plaintiff respectfully requests that Defendant's Daubert Motion be stricken.

8. Plaintiff submits this Motion without prejudice to respond to Defendant's Daubert Motion if ordered by the Court. In the event the Court is inclined to hear the merits of Defendant's Daubert Motion, Plaintiff respectfully requests that the Court set a schedule for Daubert briefing and a hearing. Plaintiff notes that his economic expert is out of town on February 6, 2008, and, thus, is unable to give testimony at the pre-trial conference scheduled for that day.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order (i) striking Defendant's Daubert Motion; and (ii) granting such further relief as the Court deems just and proper.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Joseph J. Farnan, III
Joseph J. Farnan, III (#3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: January 30, 2008