IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR. : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-320 (SLR) |
| v. : | |
| : | |
| AUTOZONERS, INC., a Nevada corporation, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

AND NOW, this _____ day of _____, 2008, Plaintiff's Melvert Washington's Motion to Strike Defendant AutoZone's Motion in Limine as to Plaintiff's Economic Expert ("Plaintiff's Motion"), and any response thereto;

IT IS HEREBY ORDERED that the Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Defendant AutoZone's Motion in Limine as it relates to Plaintiff's economic expert is hereby stricken.

_____
The Honorable Sue L. Robinson