IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR. | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-320 (SLR) |
| v. | : |
| | : |
| AUTOZONERS, INC., a Nevada corporation, | : |
| | : |
| Defendant. | : |

### D. Del. LR 7.1.1 CERTIFICATION

Plaintiff, by and through his undersigned counsel, hereby certifies that counsel made a reasonable effort to resolve the issues raised in Plaintiff's Melvert Washington's Motion to Strike Defendant AutoZone's Motion in Limine as to Plaintiff's Economic Expert with Defendant's counsel; however, those efforts were not successful.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Joseph J. Farnan, III
Joseph J. Farnan, III (#3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: January 30, 2008