# ATTACHMENT A

# ATTACHMENT A

## EXHIBITS

A.  By the Plaintiff

The following exhibits are offered by Plaintiff and are not objected to unless specified below:

| NO | DATE | DESCRIPTIONS | OBJECTION |
|---|---|---|---|
| 1 | 1 Jan 98 | AutoZone employee handbook | |
| 2 | (undated) | AutoZone Job Description Salesperson | |
| 3 | (undated) | AutoZone Job Description Part Sales Manager | |
| 4 | 31 Aug 99 | AutoZoner Employment Data Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 5 | 25 Jan 02 | Acknowledgement of Diversity Mission signed by Melvert Washington, Jr. | |
| 6 | Undated | Washington memo to Smith DUR re: Fair Treatment & Harassment & 3/11/00 Performance Appraisal | Fed.R.Evid. 401-403, 801 |
| 7 | 31 Aug 99 | Employee Set Up and ESOP option Melvert Washington, Jr. | |
| 8 | 26 Jan 00 | Statement by Melvert Washington, Jr (n.d.) Relating to racial incident | Fed.R.Evid. 401-403, 801 |
| 9 | 2 Feb 00 | Corrective Action Review to Melvert Washington, Jr. by Ralph Findle | |
| 10 | 11 Mar 00 | Performance Appraisal Melvert Washington, Jr. by Ralph Findle | |
| 11 | undated | Memo relating to meeting with Dennis Carruth, District Manager | Fed.R.Evid. 401-403, 801 |
| 12 | 2 Apr 00 | Corrective Action Review Melvert Washington by Ralph Findle | |
| 13 | 5 May 00 | Statement of Chuck Tucker to AutoZoners concerning an April | Fed.R.Evid. 401-403, 801 |

| NO | DATE | DESCRIPTIONS | OBJECTION |
|----|------|--------------|-----------|
|    |      | 2000 incident |          |
| 14 | 27 Jul 00 | Express mail receipts Melvert Washington, Jr. to AutoZoners, Inc. Memphis, TN | Fed.R.Evid. 401-403 |
| 15 | 1 Aug 00 | Letter from John G. Mulford to Alison Smith HR AutoZoners, Inc. relating to Washington discrimination charge | Fed.R.Evid. 401-403, 801 |
| 16 | 2 Aug 00 | Letter from Timothy P. Harrison to John G. Mulford relating to Washington discrimination charge | Fed.R.Evid. 401-403 |
| 17 | 4 Aug 00 | Statement of Ralph Findle, Jr. concerning incident involving Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 18 | 4 Aug 00 | Statement of Dennis Carruth concerning complaint by Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 19 | 4 Aug 00 | Statement of Thomas Shehorn concerning discussion between Melvert Washington, Jr. and Ralph Findle | Fed.R.Evid. 401-403 |
| 20 | 9 Aug 00 | Statement of Brandon Diaz concerning Ralph Findle | Fed.R.Evid. 401-403 |
| 21 | 9 Aug 00 | Statement of Franklin Wilson concerning Ralph Findle | Fed.R.Evid. 401-403, 801 |
| 22 | 8 Aug 00 | Statement of Melvert Washington, Jr. concerning incident with Ralph Findle | Fed.R.Evid. 401-403 |
| 23 | 30 Aug 00 | Letter from Timothy P. Harrison to Melvert Washington, Jr. | Fed.R.Evid. 401-403, 801 |
| 24 | 8 Sep 00 | Memo from Melvert Washington, Jr. to Richard Robinson requesting full time employment | Fed.R.Evid. 401-403, 801 |
| 25 | 25 Sep 00 | Memo from Melvert Washington to Brian Paduano respecting working hours | Fed.R.Evid. 401-403, 801 |
| 26 | 29 Sep 00 | Statement of Richard C. Henion concerning Melvert Washington, Jr | Fed.R.Evid. 401-403 |

| NO | DATE | DESCRIPTIONS | OBJECTION |
|---|---|---|---|
| 27 | 3 Oct 00 | Statement of Brian Paduano concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 28 | 3 Oct 00 | Statement of Robert T. Baker concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 29 | 3 Oct 00 | Statement of James Zambrano concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 30 | 4 Oct 00 | Statement of Shawn Parmelia concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 31 | 4 Oct 00 | Statement of Thomas W. Shehorn concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 32 | 13 Oct 00 | Statement of Melvert Washington, Jr. concerning discussion of complaint vs. Ralph Findle | Fed.R.Evid. 401-403, 801 |
| 33 | 18 Oct 00 | Supplemental Statement of Shawn Parmelia concerning Melvert Washington, Jr. | Fed.R.Evid. 401-403 |
| 34 | 11 Oct 00 | Memo from Sandra Surman to Melvert Washington concerning incident with AutoZoner employees | Fed.R.Evid. 401-403, 801 |
| 35 | 12 Oct 00 | Memo from Melvert Washington, Jr to Azeem Sikander et al requesting transfer to a different AutoZone store | Fed.R.Evid. 401-403 |
| 36 | 16 Oct 00 | Corrected version of memo of 12 Oct 2000 (Exhibit 32) | Fed.R.Evid. 401-403 |
| 37 | 10 Jan 01 | Acknowledgement of Diversity Mission signed by Melvert Washington, Jr. | |
| 38 | 8 Feb 01 | Corrective Action Review of Melvert Washington, Jr. by Leon Bynum | |
| 39 | 26 Feb 01 | Memo from Melvert Washington, Jr. to Aleon Kelston concerning incidents involving sick call and manager Leon Bynum | Fed.R.Evid. 401-403 |
| 40 | 25 Jan 02 | Realistic Job Preview signed by Melvert Washington, Jr. | |
| 41 | 20 Apr 01 | Salesperson performance review of Melvert Washington, Jr. by Leon Bynum | |

| NO | DATE | DESCRIPTIONS | OBJECTION |
|---|---|---|---|
| 42 | 31 Aug 01 | Corrective Action review of Melvert Washington, Jr. by Leon Bynum | |
| 43 | 6 Oct 01 | Corrective Action review of Melvert Washington, Jr. by Pilar Sanchez | |
| 44 | 25 Jan 02 | Work Schedule with request from Melvert Washington, Jr. to become a full-time employee | Fed.R.Evid. 801 |
| 45 | 28 Jan 02 | Memo from Melvert Washington, Jr. to Leon Bynum concerning request for full time position | Fed.R.Evid. 801 |
| 46 | 15 Feb 02 | Letter from Melvert Washington, Jr. to Billy Britt concerning inability to work | Fed.R.Evid. 801 |
| 47 | 14 May 02 | Corrective Action Review of Melvert Washington, Jr. by Leon Bynum | |
| 48 | 28 May 02 | Statement of Shane Treesh to Delaware Dept. of Labor | Fed.R.Evid. 401-403, 801 |
| 49 | 29 May 02 | Civil Rights complaint filed by Melvert Washington, Jr with Delaware Dept of Labor | Fed.R.Evid. 401-403, 801 |
| 50 | 3 Jun 2002 | Acknowledgment of receipt of Discrimination charges, Delaware Dept. of Labor | Fed.R.Evid. 401-403, 801 |
| 51 | 3 Jun 02 | Notice of Charge of Discrimination USEEOC | Fed.R.Evid. 401-403, 801 |
| 52 | 3 Jun 02 | Continuation of Discrimination Affidavit | Fed.R.Evid. 401-403, 801 |
| 53 | 22 Jun 02 | Corrective Action review of Melvert Washington, Jr by Leon Bynum | |
| 54 | 13 Aug 02 | Statement of Leon Bynum concerning Melvert Washington, Jr. | |
| 55 | 17 Jun 02 | Statement of James McIver concerning behavior of Leon Bynum and Melvert Washington, Jr. | Fed.R.Evid. 701, 801 |
| 56 | 8 Jul 02 | Statement of Melvert Washington, Jr. concerning offer of full-time position | Fed.R.Evid. 801 |
| 57 | 15 Jul 02 | Statement of Billy Britt concerning offer of full-time position to Melvert | |

| NO | DATE | DESCRIPTIONS | OBJECTION |
|---|---|---|---|
| | | Washington, Jr. | |
| 58 | 3 Mar 03 | Affidavit of Leon Bynum relating to discrimination charge made by Melvert Washington, Jr. | Fed.R.Evid. 801 |
| 59 | 30 May 03 | Notice of Reasonable Cause Finding Delaware Dept. of Labor with Cover Letter | Fed.R.Evid. 401-403, 801 |
| 60 | 29 Jul 02 | Memo from Melvert Washington, Jr. to AutoZone declining full-time work | |
| 61 | 26 Feb 04` | USEEOC Notice of Right to Sue | Fed.R.Evid. 401-403, 801 |
| 62 | 20 Apr 01 | Salesperson Performance Appraisal of Melvert Washington, Jr. by Leon Bynum | |
| 63 | 13 Jul 05 | Summary of Lost Earnings Chart Melvert Washington, Jr. | Fed.R.Evid. 401-403, 701-702 |
| 64 | (various) | Earnings records Melvert Washington, Jr. in 141 pages | |
| 65 | 30 Jun 02 | AutoZone report of benefits to Melvert Washington, Jr. | |
| 66 | 8 Feb 03 | US IRS FORM 1040 (electronic filing) Melvert Washington, Jr. for 2002 | |
| 67 | 8 Feb 03 | Delaware Division of Revenue Income Tax Form 200-01 for 2002 | |
| 68 | 11 Apr 02 | US IRS FORM 1040 Melvert Washington, Jr. for 2001 | Fed.R.Evid. 401-403 |
| 69 | 11 Apr 02 | Delaware Division of Revenue Income Tax Form 200-01 for 2001 | Fed.R.Evid. 401-403 |
| 70 | 20 Feb 01 | US IRS FORM 1040 Melvert Washington, Jr. for 2000 | Fed.R.Evid. 401-403 |
| 71 | 20 Feb 01 | Delaware Division of Revenue Income Tax Form 200-01 for 2000 | Fed.R.Evid. 401-403 |
| 72 | (various) | Employment records Robert Baker in 24 pages | Fed.R.Evid. 401-403 |
| 73 | (various) | Earnings records Robert Baker in 9 pages | Fed.R.Evid. 401-403 |

| NO | DATE | DESCRIPTIONS | OBJECTION |
|---|---|---|---|
| 74 | (various) | Employment Records Deanna Brown in 30 pages | Fed.R.Evid. 401-403 |
| 75 | (various) | Employment Records Shane Treesh in 16 pages | Fed.R.Evid. 401-403 |
| 76 | (various) | Earnings Records David Sobotkin in 7 pages | Fed.R.Evid. 401-403 |
| 77 | (various) | Earnings of James Zambrano in 6 pages | Fed.R.Evid. 401-403 |
| 78 | (various) | Earnings of Shane Treesh in 10 pages | Fed.R.Evid. 401-403 |
| 79 | (various) | Earnings of Thomas Shehorn in 14 pages | Fed.R.Evid. 401-403 |
| 80 | (various) | Earnings of Pilar Sanchez in 10 pages | Fed.R.Evid. 401-403 |
| 81 | 30 Dec 00 | Corrective Action Review David Sobotkin | |
| 82 | 6 Nov 00 | Corrective Action Review David Sobotkin | |
| 83 | 8 Nov 00 | Corrective Action review David Sobotkin | |
| 84 | 24 Sep 01 | Corrective Action Review David Sobotkin | |
| 85 | 27 Mar 00 | Store Employment Allocation Brandon Diaz | Fed.R.Evid. 401-403 |
| 86 | 21 Aug 00 | Corrective Action Review Rob Baker | |
| 87 | 19 Apr 01 | Corrective Action Review Rob Baker | |
| 88 | 28 Jul 02 | Corrective Action Review Rob Baker | |
| 89 | 8 Aug 02 | Corrective Action Review Rob Baker | |
| 90 | 20 Sep 01 | Corrective Action Review Deanna Brown | |
| 91 | 21 Jan 02 | Corrective Action Review Deanna Brown | |