# ATTACHMENT B

The following exhibits are offered by Defendant and are not objected to unless specified below:

| | | | |
|---|---|---|---|
| 1. | 1 Jan 98 | Excerpts from AutoZone's employee handbook regarding diversity, retaliation, harassment, customer service, and work schedules (Plaintiff's Exhibit 1, 00105-00109, 00132-00133, 00139, 00151) | |
| 2. | 2002 | Excerpts from AutoZone's employee handbook regarding diversity, retaliation, harassment, customer service, and work schedules (D-00162, D-00164, D-00168-D-00169, D-00171-D-00173) | |
| 3. | (undated) | AutoZone Job Description Salesperson (D-00076-D-00080) | |
| 4. | (undated) | AutoZone Job Description Part Sales Manager (D-00336-D-00340) | |
| 5. | 31 Aug 99 | AutoZoner Employment Data Melvert Washington, Jr. (D-00041) | |
| 6. | Undated | AutoZone Problem Solving Procedure (D-00193) | |
| 7. | Undated | Washington memo to Smith DUR re: Fair Treatment & Harassment & 3/11/00 Performance Appraisal (Plaintiff's Exhibit 6) | *[1] |
| 8. | 31 Aug 99 | Employee Set Up and ESOP option Melvert Washington, Jr. (Plaintiff's Exhibit 7) | |
| 9. | 2 Feb 00 | Corrective Action Review to Melvert Washington, Jr. by Ralph Findle (D-00048) | |
| 10. | 11 Mar 00 | Performance Appraisal Melvert Washington, Jr. by Ralph Findle (D-00031-D-00032) | |
| 11. | undated | Memo relating to meeting with Dennis Carruth, District Manager | * |

---

[1] All documents with an "*" are listed out of an abundance of caution. If AutoZone's Motion in Limine is granted in full, AutoZone would not use the exhibits marked with an asterisk.

{M0023601.1}

|     |           | (Plaintiff's Exhibit 11, D-00042) |   |
| --- | --------- | --- | --- |
| 12. | 2 Apr 00  | Corrective Action Review Melvert Washington by Ralph Findle (D-00045) |   |
| 13. | 29 Apr 00 | Statement by Washington (00017-00020) | * |
| 14. | 1 Aug 00  | Letter from John G. Mulford to Alison Smith HR AutoZoners, Inc. (Plaintiff's Exhibit 15) | * |
| 15. | 2 Aug 00  | Letter from Timothy P. Harrison to John G. Mulford relating to Washington discrimination charge (Plaintiff's Exhibit 16) | * |
| 16. | 4 Aug 00  | Statement of Ralph Findle, Jr. concerning incident involving Melvert Washington, Jr. (D-0357-D-00361) | * |
| 17. | 4 Aug 00  | Statement of Dennis Carruth concerning complaint by Melvert Washington, Jr. (D-00370-D-00372) | * |
| 18. | 4 Aug 00  | Statement of Thomas Shehorn concerning discussion between Melvert Washington, Jr. and Ralph Findle (D-00362-D-00363) | * |
| 19. | 9 Aug 00  | Statement of Brandon Diaz concerning Ralph Findle (D-00364-D-00366) | * |
| 20. | 9 Aug 00  | Statement of Franklin Wilson concerning Ralph Findle (D-00367-D-00369) | * |
| 21. | 8 Aug 00  | Statement of Melvert Washington, Jr. concerning incident with Ralph Findle (D-00353-D-00356) | * |
| 22. | 12 Aug 00 | Termination report of Findle (D-00376) | * |
| 23. | 12 Aug 00 | Termination report of Carruth (D-00377) | * |
| 24. | 30 Aug 00 | Letter from Timothy P. Harrison to Melvert Washington, Jr. (Plaintiff's Exhibit 23, D-00048) | * |

{M0023601.1}

| | | | |
|---|---|---|---|
| 25. | 8 Sep 00 | Memo from Melvert Washington, Jr. to Richard Robinson requesting full time employment (Plaintiff's Exhibit 24) | * |
| 26. | 25 Sep 00 | Memo from Melvert Washington to Brian Paduano respecting working hours (Plaintiff's Exhibit 25) | * |
| 27. | 29 Sep 00 | Statement of Richard C. Henion concerning Melvert Washington, Jr (Plaintiff's Exhibit 26, Wash 005-009) | * |
| 28. | 3 Oct 00 | Statement of Brian Paduano concerning Melvert Washington, Jr. (Plaintiff's Exhibit 27, Wash 10-12; 00066-000068) | * |
| 29. | 3 Oct 00 | Statement of Robert T. Baker concerning Melvert Washington, Jr. (Plaintiff's Exhibit 28, D-00071-D-00073) | * |
| 30. | 3 Oct 00 | Statement of James Zambrano concerning Melvert Washington, Jr. (Plaintiff's Exhibit 29, D-00074-D-00075) | * |
| 31. | 4 Oct 00 | Statement of Shawn Parmelia concerning Melvert Washington, Jr. (Plaintiff's Exhibit 30, D-00077-D-00076) [sic] | * |
| 32. | 4 Oct 00 | Statement of Thomas W. Shehorn concerning Melvert Washington, Jr. (Plaintiff's Exhibit 31, D-00078-D-00080) | * |
| 33. | 13 Oct 00 | Statement of Melvert Washington (Plaintiff's Exhibit 32, Wash 16-17) | * |
| 34. | 18 Oct 00 | Supplemental Statement of Shawn Parmelia concerning Melvert Washington, Jr. (Plaintiff's Exhibit 33, D-00094) | * |
| 35. | 12 Oct 00 | Memo from Melvert Washington, Jr to Azeem Sikander (D-00437-D-00438) | * |

| # | Date | Description | |
|---|------|-------------|---|
| 36. | 16 Oct 00 | Corrected version of memo of 12 Oct 2000 (Plaintiff's Exhibit 36, D-00085-D-00087) | * |
| 37. | 10 Jan 01 | Realistic Job Preview signed by Mr. Washington (D-00010) | |
| 38. | 10 Jan 01 | Acknowledgement of Diversity Mission signed by Melvert Washington, Jr. (D-00062) | |
| 39. | 8 Feb 01 | Corrective Action Review of Melvert Washington, Jr. (D-00046, D-00053) | |
| 40. | 26 Feb 01 | Memo from Melvert Washington, Jr. to Aleon Kelston (Plaintiff's Exhibit 39) | * |
| 41. | 20 Apr 01 | Salesperson performance review of Melvert Washington, Jr. (D-00033-D-00034) | |
| 42. | 31 Aug 01 | Corrective Action review of Melvert Washington, Jr. (D-00052) | |
| 43. | 6 Oct 01 | Corrective Action review of Melvert Washington, Jr. (D-00047) | |
| 44. | 25 Jan 02 | Work Schedule with request from Melvert Washington (D-00024) | |
| 45. | 25 Jan 02 | Realistic Job Preview signed by Melvert Washington, Jr. (D-00016) | |
| 46. | 25 Jan 02 | Acknowledgement of Diversity Mission signed by Melvert Washington, Jr. (D-00055) | |
| 47. | 15 Feb 02 | Letter from Melvert Washington, Jr. to Billy Britt (Plaintiff's Exhibit 46, 000271) | |
| 48. | 9 Apr 02 | Performance appraisal (Plaintiff's production) | |
| 49. | 14 May 02 | Corrective Action Review of Melvert Washington, Jr. (D-00050) | |

{M0023601.1}

| | | | |
|---|---|---|---|
| 50. | 29 May 02 | Civil Rights complaint filed by Melvert Washington, Jr. with Delaware Dept of Labor (a signed copy of Plaintiff's Exhibit 49) | Only if we cannot agree on a stipulation |
| 51. | 10 Jun 02 | Statement by Leon Bynum (D-00378) | |
| 52. | 22 Jun 02 | Corrective Action review of Melvert Washington, Jr. (D-00049) | |
| 53. | 13 Aug 02 | Statement of Leon Bynum concerning Melvert Washington, Jr.(Plaintiff's Exhibit 54, 00351, 00349) (sic) | |
| 54. | 8 Jul 02 | Statement of Melvert Washington, Jr. concerning offer of full-time position (Plaintiff's Exhibit 56, 00287, 00290) | |
| 55. | 15 Jul 02 | Statement of Billy Britt concerning offer of full-time position to Melvert Washington, Jr. (Plaintiff's Exhibit 57, 00304) | |
| 56. | 29 Jul 02 | Memo from Melvert Washington, Jr. to AutoZone (Plaintiff's Exhibit 60) | |
| 57. | 12 Aug 02 | Payroll termination report for Washington (D-00001) | |
| 58. | 19 Aug 02 | Stock purchase plan sell request (D-00042-D-00043) | |
| 59. | | Personnel file of Shane Treesh (D-00138-D-00155) | * |
| 60. | | Personnel file of Robert Baker (D-00086-D-00110) | * |
| 61. | | Personnel file of Deanna Brown (D-00111-D-00137) | * |
| 62. | 8 Feb 03 | US IRS FORM 1040 (electronic filing) Melvert Washington, Jr. for 2002 (Plaintiff's Exhibit 66) | |
| 63. | 8 Feb 03 | Delaware Division of Revenue Income Tax Form 200-01 for 2002 | |

{M0023601.1}

| | | | |
|---|---|---|---|
| | | (Plaintiff's Exhibit 67) | |
| 64. | | Plaintiff's 2003 Tax returns (Plaintiff's Production) | |
| 65. | | Plaintiff's W2 for 2001 from State of Delaware (Plaintiff's production) | |
| 66. | | Earnings record of Baker (D-00382-D-00386, D-00403-404 ) | * |
| 67. | | Earnings record of Treesh (D-00400-D-00402, D-00405-D-00408) | * |
| 68. | 30 Dec 00 | Corrective Action Review David Sobotkin (D-00469) | |
| 69. | 6 Nov 00 | Corrective Action Review David Sobotkin (D-00470) | |
| 70. | 8 Nov 00 | Corrective Action review David Sobotkin (D-00471) | |
| 71. | 24 Sep 01 | Corrective Action Review David Sobotkin (D-00472) | |
| 72. | 21 Aug 00 | Corrective Action Review Rob Baker (D-00441) | |
| 73. | 19 Apr 01 | Corrective Action Review Rob Baker (D-00101) | |
| 74. | 28 Jul 02 | Corrective Action Review Rob Baker (D-00098) | |
| 75. | 8 Aug 02 | Corrective Action Review Rob Baker (D-00099) | |
| 76. | 20 Sep 01 | Corrective Action Review Deanna Brown (D-00124) | |
| 77. | 21 Jan 02 | Corrective Action Review Deanna Brown (D-00126) | |
| 78. | | Corrective Action Notices issued between August of 1999 and August of 2002 (D-00441-D-00477) | |
| 79. | 26 May 00 | Corrective Action Review to Brandon Diaz (D-000646) | |
| 80. | 2 Jun 00 | Corrective Action Review to Brandon Diaz (D-00648) | |

{M0023601.1}

| | | | |
|---|---|---|---|
| 81. | 18 Feb 01 | Corrective Action Review to Paul Zambrano (D-00813) | |
| 82 | 19 Aug 00 | Corrective Action Review to Paul Zambrano (D-00812) | |
| 83. | | Transfer of Deanna Brown (D-00428) | * |
| 84. | | Report showing hire date of Deanna Brown (D-00429) | * |
| 85. | | Report showing promotion of Baker (D-00431) | * |
| 86. | | Report showing transfer of Baker (D-00432) | * |
| 87. | | Personnel file of Wilson (D-00705-D-00764) | * |
| 88. | | Investigation of unauthorized removal (00030-00035) | * |

{M0023601.1}