# ATTACHMENT C

Plaintiff's designation of Treesh deposition:

Page 5, Line 3-Page 6 Line 9

Page 5 Line 14 - Page 7 Line 23

Page 8 Line 1 - Page 15 Line 10

Page 15 Line 22 - Page 16 Line 12

Page 17 Line 4 - Line 20

Page 17 Line 24 - Page 19 Line 18

Page 20 Line 9 - Page 22 Line 3

Page 22 Line 10 - Page 24 Line 15

Page 24 Line 24 - Page 25 Line 6

Page 25 Line 10- Page 27 Line 4

Page 27 Line 14- Line 21

Page 28 Line 1 - Line 25

Page 29 Line 4-Line 16

Page 29 Line 20-Page 30 Line 15

Page 29 Line 17- Page 34 Line 15

Page 34 Line 17 - Line 18

Page 34 Line 20 - Page 35 Line 19

Page 36 Line 1-Line 4

Page 36 Line 7-16

Page 38 Line 14 - Page 39 Line 6

Page 39 Line 9- Page 41 Line 8

Page 76 Line 9 - Page 77 Line 15

Page 77 Line 17- Line 21

Page 77 Line 24- Page 80 Line 12

Defendant's designation of Treesh deposition.

| PAGE | LINES |
|------|-------|
| 7 | 9-15 |
| 36 | 20-25 |
| 37 | 1-22 |
| 42 | 7-25 |
| 43 | 1-25 |

| PAGE | LINES |
|------|-------|
| 44 | 1-25 |
| 45 | 1-16 |
| 46 | 17-19<br>24-25 |
| 47 | 1-2<br>11-17 |
| 48 | 2-25 |
| 49 | 1-25** (** means only if Court denies AutoZone's Motion in *Limine*) |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-8<br>9-25** |
| 53 | 5-15<br>16-25** |
| 54 | 1-25** |
| 55 | 1-5** |
| 57 | 2-25 |
| 58 | 1-25 |
| 59 | 1-25 |

| | |
|---|---|
| 60 | 11-19 |
| | 20-25** |
| 61 | 1-11** |
| 62 | 7-24** |
| 63 | 1-5** |
| | 17-25 |
| 64 | 1-25 |
| 65 | 1-12 |
| 66 | 10-20 |
| 67 | 3-24 |
| | 25** |
| 68 | 1-10** |
| | 11-25 |
| 70 | 2-15 |
| | 21-25 |
| 71 | 1-25 |
| 72 | 1 |
| | 12-25 |
| 73 | 15-25 |
| 74 | 1-9 |
| 75 | 1-19 |
| 81 | 6-9 |
| | 24-25 |

| PAGE | LINES |
|---|---|
| 82 | 1-5 |
| 83 | 8-19 |
| | 24-25 |
| 84 | 1-3 |

Both parties reserve their right to object to these designations pending decision of the Motions in Limine.