IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| AUTOZONER, INC., a Nevada ) | |
| Corporation ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

Matthew F. Boyer (Del Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380
Email: mboyer@cblh.com
Email: tholly@cblh.com

Tracy F. Kern (LA Bar #20246)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENÈGRE,
L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
E-mail: tkern@joneswalker.com

Laurie M. Chess (Fla. Bar #655751)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE,
L.L.P.
601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
E-mail: lchess@joneswalker.com

*Counsel for Defendant, AutoZone, Inc.*

DATED: February 1, 2008

{M0023894.1}

## VOIR DIRE

1. Have you or a family member ever filed a lawsuit or a complaint with a state or federal agency claiming employment discrimination or retaliation?

2. Have you or a family member ever made an internal complaint of employment discrimination to an employer?

3. Have you ever believed you were discriminated against because of your age, race, gender, religion, or disability?

4. Have you ever believed that an employer treated you unlawfully?

5. Have you or a family member ever been fired from a job? If so, do you believe the discharge violated any employment discrimination laws?

6. Do you have any knowledge of the laws regarding discrimination or retaliation? If so, what is your understanding of the laws?

7. Do you assume that because a person has filed a lawsuit, something unlawful has happened to prompt the filing of the lawsuit?

8. Do you know anyone who you think was unlawfully discriminated against in the workplace?

9. Have you ever made or participated in a decision about anyone's employment before?

10. Have you ever been harassed by a co-worker?

11. Have you ever been treated rudely or disrespectfully by a co-worker?

12. Have you ever felt your employer was trying to force you to quit or that you were forced to quit a job by your employer?

13. Have you or any member of your immediate family ever been involved in a civil law suit other than divorce or domestic relation proceedings? What was the nature of the suit?

14. Have you ever been a member of a union? If so, have you ever had a leadership position in a union?

15. If so, were you involved in the collective bargaining process?

16. Have you had any work experiences that would cause you to be less trustful of management in general?

17. Have you or a member of your family ever been fired from a job, not hired for a job, or denied a promotion? If so, then in your opinion, did that violate any employment laws?

1

{M0023894.1}

18. Do you believe people of any particular race should be given special treatment in the workplace?

19. Do you think retaliation occurs often in the workplace?

20. Would you be more inclined to find against the defendant because you believe it has the ability to pay a judgment?

21. Do any of you know or are any of you friends, neighbors, or acquaintances of Melvert Washington, Jr., or any member of their family? If so, what member of the family do you know and how?

22. Do you or any member of your immediate family have a social relationship with any attorney in this case or any attorney from their firm or any employee of their firm: (Matthew F. Boyer, Esq., Timothy M. Holly, Esq., Connolly Bove Lodge & Hutz, LLP; Laurie M. Chess, Esq., Tracy F. Kern, Esq., Jones, Walker, Waechte, Poitevent, Carrere & Denegre, L.L.P.; Joseph J. Farnan, III, Esq., Phillips, Goldman & Spence, PA; and/or Thomas J. Reed, Esq., Widener University School of Law)?

    (a) If so, who is the member of your family?

    (b) What is the relationship of that member to that attorney, or employee?

    (c) With what attorney or employee of the law firm is the relationship?

23. What are your job duties?

24. Are you, or a member of your family, a supervisor at work?

25. Are you familiar with AutoZone. If so, in what way?

26. Have you ever had any bad experiences while at AutoZone?

27. Do any of you have any unfavorable views of autoparts stores in general?

28. Do you know any of the following individuals:

    Ron Wertz

    Billy Britt

    Azeem Sikander

    Leon Bynum

    Debbie Caulk

2

{M0023894.1}

       Antonio Farley

       Dr. David Black

       James McIver

       Shane Treesh

29. Do any of you have a belief that corporations, through their supervisors, tend to hide the truth?

30. Are any of you more likely to believe an individual than someone who is part of corporate management?

31. There may be evidence that some of AutoZone's management were employed out of state. Are you more inclined to distrust those from out of state?

32. Do you have any bumper stickers on your car? If so, what are they?

33. What was the most recent book you've read?

34. What organization are you a member of (any victims rights organization, any woman's rights groups, civic clubs)?

35. Do you have any signs on your yard? If so, what are they?

36. Have you ever taken any courses or had any training in the following areas: human resources, labor relations, or legal matters generally?

37. Are you inclined to award money damages because you think the Plaintiff needs it and the Defendant can afford it?

38. If Plaintiff cannot prove his case, would you have a problem awarding no damages to him?

Respectfully Submitted,

*[signature]*

Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380
Email: mboyer@cblh.com
Email: tholly@cblh.com

Tracy F. Kern (LA Bar #20246)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
E-mail: tkern@joneswalker.com

Laurie M. Chess (Fla. Bar #655751)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, L.L.P.
601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone:  (305) 679-5728
Facsimile:  (305) 679-5710
E-mail:  lchess@joneswalker.com

*Counsel for Defendant, AutoZone, Inc.*

DATED:  February 1, 2008

{M0023894.1}