IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR.,  )<br>)<br>Plaintiff, )<br>)<br>v.                                )<br>)<br>AUTOZONERS, INC.,         )<br>)<br>Defendant, ) | Civil Action No. 04-320 (SLR) |

**PLAINTIFF'S PROPOSED VOIR DIRE**

PHILLIPS, GOLDMAN & SPENCE, PA
Joseph J. Farnan, III (Bar No. 3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (*admitted Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: February 1, 2008

## VOIR DIRE QUESTIONS[1]

1. Have any of you ever worked in auto parts sales or as an auto mechanic? If "yes" which company did you work for? How long did you work there?

2. If anyone has had a good or bad experience working in an auto parts sales or as an auto mechanic have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

3. Have any of your relatives or friends ever worked in auto parts sales or in a garage? If "yes" which company did they work for? How long did they work there?

4. If you have worked in auto parts or as an auto mechanic, an auto supply story? If "yes" which stores? How were they treated?

5. If anyone has a relative or friend who had a good or bad experience working in an auto supply store or department, will your knowledge of their experience with auto parts stores have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

6. Have any of you ever lived in a racially segregated community or had any experience with segregation?

7. If "yes" explain how you felt about segregation?

8. If anyone has, will your experiences with segregation have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

9. Do any of you work on cars or trucks.? If "yes" please explain.
   If you have worked on cars or trucks, have you bought parts or accessories from an auto supply story? If "yes" which stores? How were you treated by the sales people?

10. If anyone has, will your experience with auto parts stores have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

11. Have any of you bought auto parts, lubricants, or accessories from an auto parts store or the auto parts department of a department store? If "yes" which store or stores?

12. If anyone has, will your experience with auto parts stores have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

---

[1] Plaintiff respectfully requests the following Voir Dire questions in addition to the Court's standard Voir Dire.

13   How many of you have seen TV commercials, heard radio commercials, read newspaper advertisements, etc. about Autozone?

14   If anyone has, will your familiarity with Autozone's advertising and promotional literature have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

15   The Plaintiff had a job with the Delaware State University Maintenance Department during relevant periods of time in this case: have any of you ever worked at, or attended classes, or otherwise have any contact with Delaware State University? If "yes" have you had any contact with Delaware State University's Maintenance Department? Please explain

16   If anyone has, will your familiarity with Delaware State University have any influence on your ability to weigh the evidence and follow the Judge's instructions on the law in this case?

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Joseph J. Farnan
Joseph J. Farnan, III (#3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: February 1, 2008