UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.,

    Plaintiff,

VERSUS

AUTOZONERS, INC.

    Defendant

NO: 04-320-SLR

## JOINT PROPOSED JURY INSTRUCTIONS

Joseph J. Farnan, III, Esq. (Del. Bar No. 3945)
Phillips, Goldman & Spence, PA
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
JJF@PGSLAW.com

and

Thomas J. Reed, Esq. (Admitted Pro Hac Vice)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474
TEL: (302) 477-2070

*Counsel for Plaintiff*

Matthew F. Boyer (Del Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380

{M0023637.1}

Tracy F. Kern (La. Bar #20246)
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134

Laurie M. Chess (Fla. Bar #655751)
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710

*Counsel for Defendant, AutoZone, Inc.*

DATED: February 1, 2008

## JOINT JURY INSTRUCTION NO. 1

### Sympathy

Under your oath as jurors, you are not to be swayed by sympathy. You should be guided solely by the evidence presented during trial, without regard to the consequences of your decision.

You have been chosen to try the issues of fact and reach a verdict on the basis of the evidence or lack of evidence. If you let sympathy interfere with your clear thinking, there is a risk that you will not arrive at a just verdict. All parties to a civil suit are entitled to a fair trial. You must make a fair and impartial decision so that you will arrive at a just verdict.[1]

---

[1] L. Sand, et al, *Modern Federal Jury Instructions*, § 71-10 (2005).

## JOINT JURY INSTRUCTION NO. 2

### Credibility of Witnesses

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe. You are the sole judges of the credibility of the witnesses. "Credibility" means whether a witness is worthy of belief. You may believe everything a witness says or only part of it or none of it. In deciding what to believe, you may consider a number of factors, including the following:

(1) the opportunity and ability of the witness to see or hear or know the things the witness testifies to;

(2) the quality of the witness's understanding and memory;

(3) the witness's manner while testifying;

(4) whether the witness has an interest in the outcome of the case or any motive, bias or prejudice;

(5) whether the witness is contradicted by anything the witness said or wrote before trial or by other evidence;

(6) how reasonable the witness's testimony is when considered in the light of other evidence that you believe; and

(7) any other factors that bear on believability.

The weight of the evidence to prove a fact does not necessarily depend on the number of witnesses who testify. What is more important is how believable the witnesses were, and how much weight you think their testimony deserves.[2]

---

[2] *Third DCA Model Jury Instructions*, 1.7 (2008).

Respectfully submitted,


/s/ Joseph J Farnan, III
Joseph J. Farnan, III, Esq.  (De Bar no. 3945)
Phillips, Goldman & Spence, PA
1200 N. Broom St.
Wilmington, DE 19806

/s/ Timothy M. Holly
Timothy M. Holly, Esq.
Connolly, Bove, Lodge & Hutz
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899-2207

Date:  February 1, 2008