IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.,    )
                            )
            Plaintiff,      )
                            )
        v.                  )   Civil Action No. 04-320 (SLR)
                            )
AUTOZONERS, INC.,           )
                            )
            Defendant,      )

**PLAINTIFF'S PROPOSED VERDICT FORM**

 

PHILLIPS, GOLDMAN & SPENCE, PA
Joseph J. Farnan, III (Bar No. 3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

and

Thomas J. Reed (*admitted Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: February 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.,                )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )    Civil Action No. 04-320 (SLR)
                                         )
AUTOZONERS, INC.,                        )
                                         )
                    Defendant,           )

## VERDICT FORM

1. Was Melvert Washington subjected to a hostile work environment from February of 2000 until July of 2002?

    Yes _____                    No _____

2. Was Melvert Washington subjected to any retaliation from February of 2000 until July of 2002?

    Yes _____                    No _____

3. Was Melvert Washington subjected to disparate treatment with respect to Autozone's failure to hire him full time and promote him after August of 2001?

    Yes _____                    No _____

4. Was Melvert Washington constructively discharged in July of 2002?

    Yes _____                    No _____

5. What lost wages do your award Melvert Washington from August 2001?

    $ _____

6. If you answered YES to either Number 1, Number 2, or Number 3 above, please enter below the amount you award Melvert Washington?

    $ _____

_____                           _____
Date                                              Jury Foreperson

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Joseph J. Farnan, III (#3945)
1200 N. Broom St.
Wilmington, DE 19806
TEL: (302) 655-4200
jjf@pgslaw.com

     and

Thomas J. Reed (admitted *Pro Hac Vice*)
Widener University School of Law
Delaware Volunteer Legal Services, Inc.
Veterans Assistance Program
4601 Concord Pike
P.O. Box 7474
Wilmington, DE 19803-7474

Date: February 1, 2008