# Exhibit 1



Lajuene Rose
04/23/2003 11:21 AM

To: Pamela Young/Legal/AUTOZONE@AUTOZONE
cc:
Subject: Payroll records

Hi Pamela,

Please provide the payroll records for the following individuals for March-June 2001 and 2002. Each of these current and/or former employees are/were employed at store # 1157.

1. √Robert Baker 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
2. √James Zambrano 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
3. √Thomas Shehorn - 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
4. √Melvert Washington 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
5. √David Sobotkin 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
6. √Shane Treesh 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
7. √Pilar Sanchez - 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

This information is needed on or before April 30, 2003. Thanks for your assistance.

LaJuene Rose

Attempted to draw false from Linda account

(1) Robert Baker → white, male - FT PSM DOH - 07/31/2000 - $10.36 per hour
Quit w/out notice 4/18/2003.

2) James Zambrano - FT PSM - Hispanic - $9.10 per hour
DOH - 02/18/2000
Terminated - VCP 09/24/01

-60.00 Payroll card Attempted to have two checks credited to his payroll card

3) Thomas Shehorn → white, male - ASM - DOH - 05/11/1998
Terminated on 4/14/2001 - Quit w/notice. $10.__ per hour

4) Melvert Washington - PT Sales - DOH - 08/30/1999
Quit w/notice 08/10/2002 - Black Male $7.25 per hour

(5) David Sobotkin - FT PSM - DOH - 09/09/2000
$10.35 per hour. White, male

D-00358

(6) Treesh, Shane - FT ASM, DOH - 05/05/2000 $ 9.97 per hour. Quit w/notice 02/06/2002. White, male.

(7) SAnchez, Pilar - FT - PSM - DOH - 08/28/2000 $ 9.10 per hour. Terminated 10/27/2001, VCP. - Hispanic, male.

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Report ID: PPS414 v1.1
Company AZO AUTOZONERS INC
061648277 SOBOTKIN, DAVID

Page No. 1
Run Date 04/23/2007
Run Time 14:23 34

| | | ----Regular/OT---- | | ----Other Earns---- | | -------- -Taxes---------- | | | Deductions | ------------ 2001 Quarter 2 Year To Date ------------ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paygrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| APH | 2001-04-07 | 53.15 | 532.03 | 0.00 | 0.00 | 121.46 | 10.21 | 0.00 | 0.00 | 6,608.91 | 1,286.76 | | 5,322 13 |
| APH | 2001-04-21 | 52.25 | 523.02 | 0.00 | 0.00 | 118.88 | 9.85 | 0.00 | 0.00 | | | | |
| APH | 2001-05-05 | 63.50 | 635.64 | 0.00 | 0.00 | 151.36 | 14.46 | 0.00 | 0.00 | | | | |
| APH | 2001-05-15 | 13.15 | 131.63 | 0.00 | 0.00 | 21.96 | 0.60 | 0.00 | 0.00 | | | | |
| OPH | 2001-06-16 | 80 10 | 721.80 | 0.00 | 0.00 | 192.95 | 20.22 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 262.15 | 2544.12 | 0.00 | 0.00 | 606.61 | 55.34 | 0.00 | 0.00 | | | | |

D-00388
Washington v. AutoZone

PeopleSoft
EMPLOYEE 2001 QUARTER 3 EARNINGS RECORD

Report ID: PPS414 v1 1
Company AZO AUTOZONERS INC
061648277 SOBOTKIN,DAVIS

Page No 1
Run Date 04-23,20[illegible]
Run Time 14.23.49

| | | ----Regular/OT---- | | ----Other Earns--- | | ----------Taxes---------- | | | Deductions | ---------- 2001 Quarter 3 Year To Date ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paygrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OPH | 2001-06-30 | 79.25 | 713.25 | 0.00 | 0.00 | 190.48 | 19.81 | 0.00 | 0.00 | 11,770.86 | 2,435.74 | | 9,335.12 |
| OPH | 2001-07-14 | 77.15 | 694.35 | 8.00 | 72.00 | 205.81 | 22.36 | 0.00 | 0.00 | | | | |
| OPH | 2001-07-28 | 77.35 | 696.15 | 0.00 | 0.00 | 185.55 | 18.99 | 4.00 | 0.00 | | | | |
| OPH | 2001-08-11 | 87.55 | 837.00 | 0.00 | 0.00 | 226.17 | 25.75 | 0.00 | 0.00 | | | | |
| OPH | 2001-08-25 | 82.60 | 755.10 | 0.00 | 0.00 | 202.57 | 21.82 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-08 | 77.65 | 698.85 | 8.00 | 72.00 | 207.10 | 22.58 | 0.00 | 0.00 | | | | |
| OPH | 2001-09-22 | 69.25 | 623.25 | 0.00 | 0.00 | 164.52 | 15.49 | 0.00 | 0.00 | | | | |
| Grand Total Line | | 550.80 | 5017.95 | 16.00 | 144.00 | 1382.20 | 146.80 | 0.00 | 0.00 | | | | |

D-00389
Washington v. AutoZone

PeopleSoft
EMPLOYEE 2001 QUARTER 1 EARNINGS RECORD

Page No 1
Run Date 04/21/[illegible]
Run Time 14:33:25

Report ID PPS414 v1.1
Company AZC AUTOZONERS INC
222482836 SANCHEZ,PILAR

| | | ----Regular/OT---- | | ----Other Earns---- | | ----------Taxes---------- | | | Deductions | ------------ 2001 Quarter 1 Year To Date ------------ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paygrp | Payenddt | Hours | Earnings | Hours | Earnings | Fed | State | Local | Dedn | GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
| OPH | 2000-12-30 | 72.20 | 649.83 | 8.00 | 72.00 | 192.95 | 20.22 | 0.00 | 56.00 | 5,111.78 | 1,155.21 | 86.50 | 3,83[illegible] |
| OPH | 2001-01-13 | 71.85 | 646.65 | 8.00 | 72.00 | 192.05 | 20.07 | 0.00 | 5.00 | | | | |
| OPH | 2001-01-27 | 75.65 | 680.85 | 0.00 | 0.00 | 181.13 | 18.26 | 0.00 | 1.50 | | | | |
| OPH | 2001-02-10 | 75.25 | 677.25 | 0.00 | 0.00 | 180.10 | 18.09 | 0.00 | 22.00 | | | | |
| OPH | 2001-02-24 | 81.05 | 734.18 | 0.00 | 0.00 | 196.52 | 20.82 | 0.00 | 0.00 | | | | |
| OPH | 2001-03-10 | 77.90 | 701.10 | 0.00 | 0.00 | 186.99 | 19.23 | 0.00 | 0.00 | | | | |
| OPH | 2001-03-24 | 91.70 | 877.95 | 0.00 | 0.00 | 237.99 | 27.72 | 0.00 | 2.00 | | | | |
| Grand Total Line | | 545.60 | 4967.76 | 16.00 | 144.00 | 1367.73 | 144.41 | 0.00 | 86.50 | | | | |

D-00416
Washington v. AutoZone



Report ID: PPS414 [illegible]
Company: AZO AUTOZONERS INC
222482636 SANCHEZ,PILAR

PeopleSoft
EMPLOYEE 2001 QUARTER 2 EARNINGS RECORD

Page No 1
Run Date 06/23/200[illegible]
Run Time 14 33:39

| Paygrp | Payenddt | Regular/OT Hours | Regular/OT Earnings | Other Earns Hours | Other Earns Earnings | Taxes Fed | Taxes State | Taxes Local | Deductions Dedn |
|---|---|---|---|---|---|---|---|---|---|
| OPH | 2001-04-07 | 83.95 | 781.92 | 0.00 | 0.00 | 210.30 | 23.11 | 0.00 | 0.00 |
| OPH | 2001-04-21 | 86.45 | 843.34 | 0.00 | 0.00 | 228.02 | 26.06 | 0.00 | 0.00 |
| OPH | 2001-05-05 | 89.50 | 857.60 | 0.00 | 0.00 | 232.13 | 26.75 | 0.00 | 0.00 |
| OPH | 2001-05-19 | 81.20 | 745.52 | 0.00 | 0.00 | 199.79 | 21.36 | 0.00 | 0.00 |
| OPH | 2001-06-02 | 83.50 | 775.78 | 0.00 | 0.00 | 208.53 | 22.81 | 0.00 | 0.00 |
| OPH | 2001-06-16 | 71.25 | 648.38 | 0.00 | 0.00 | 171.77 | 16.70 | 0.00 | 0.00 |
| Grand Total Line | | 497.85 | 4652.62 | 0.00 | 0.00 | 1250.54 | [illegible] | 0.00 | 0.00 |

| 2001 Quarter 2 Year To Date GrossYTD | TaxesYTD | DedYTD | NetPayYTD |
|---|---|---|---|
| 9,764.40 | 2,294.08 | 66.55 | [illegible] |

D-00417
Washington v. AutoZone

00048

From Store: 1832
SSN: 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
Name: WILLIAMS,RICHARD
Date: 199911

AUTOZONE STATUS RECORD

AUTOZONER'S STORE/DEPT #1832 EFFECTIVE DATE: 11-21-99

FORM NAME: THOMAS SHEHORN SOC. SEC. #
PAYROLL NAME: SHEHORN,THOMAS

REASON FOR CHANGE:

PROMOTION

RATE OF PAY:

OLD WAGE $00007.96 HOURLY
NEW WAGE $00009.00 HOURLY

JOB STATUS CHANGE:

NEW JOB TITLE:

PSM

BONUS ELIGIBILTY IF APPLICABLE $ OR %

D- 00544

prsmsint
prsmshlr

AUTOZONE
NEW EMPLOYEE SETUP
FOR STORE:1832

RUN DATE: 05/13/98
TIME: 18:42

AUTOZONER INFORMA

AUTOZONER #: OLD SSN # : - -
LAST NAME : SHEHORN
FIRST NAME : THOMAS
MIDDLE NAME: WAYNE
SEX: M
RACE: WHITE
BIRTHDATE:
MARITAL STATUS: MARRIED
ADDRESS: 2100 GREENWOOD DRIVE
ADDR 2:
CITY: WALDORF
STATE: MD
ZIPCODE: 20601
PHONE #: (301)638-0747

WORK STORE INFORMATION

WORK STORE: 1832
STORE CITY: LA PLATA
STORE STATE: MD
STORE ZIP: 206460000

PAYROLL INFORMATION

PAY CLASS: FT
WAGE_CODE: HOURLY
PAY_RATE: 7.50
HIRE DATE: 1998-05-11
HIRE TYPE: NEW HIRE
JOB TITLE: FULL TIME SALES PERSON

FEDERAL WITHHOLDING DATA

MARRIED
W4 ALLOWANCES: 03
W4 ADDITIONAL AMT: 0.00

EMERGENCY NOTIFICATION DATA

NAME: TINA SHEHORN
PHONE: (301)638-0747
RELATIONSHIP: SPOUSE

NAME: DONALD LORENTZ
PHONE: (301)638-0747
RELATIONSHIP: SISTER

HIRED BY:

prsmslnt
prsmshir

AUTOZONE
NEW EMPLOYEE SETUP
FOR STORE:1157

RUN DATE: 02/19/00
TIME: 08:34

AUTOZONER INFORMA[illegible]

AUTOZONER #: OLD SSN # : - -
LAST NAME : ZAMBRANO
FIRST NAME : JAMES
MIDDLE NAME: PAUL
SEX: M
RACE: HISPANIC
BIRTHDATE:
MARITAL STATUS: SINGLE
ADDRESS: 120 1 2 W WATER ST
ADDR 2:
CITY: DOVER
STATE: DE
ZIPCODE: 19904
PHONE #: (302) 734-5644

WORK STORE INFORMATION

WORK STORE: 1157
STORE CITY: SMYRNA
STORE STATE: DE
STORE ZIP: 19977-0000

PAYROLL INFORMATION

PAY CLASS: FT
WAGE_CODE: HOURLY
PAY_RATE: 7.50
HIRE DATE: 2000-02-18
HIRE TYPE: NEW HIRE
JOB TITLE: FULL TIME SALES PERSON

FEDERAL WITHHOLDING DATA

SINGLE
W4 ALLOWANCES: 00
W4 ADDITIONAL AMT: 0.00

EMERGENCY NOTIFICATION DATA

NAME: ED LARRIVEE
PHONE: (302) 734-5644
RELATIONSHIP: FRIEND

NAME: KATHRYNE
PHONE: (302) 837-3684
RELATIONSHIP: OTHER_RELATION

HIRED BY:

D-W824

00065

From Store: 1157
SSN: 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
Name: CARRUTH,DENNIS
Date: 200005

AUTOZONE STATUS RECORD

AUTOZONER'S STORE/DEPT #1157 EFFECTIVE DATE: 05-07-00

FORM NAME: JAMES PAUL ZAMBRANO SOC. SEC. #
PAYROLL NAME: ZAMBRANO,JAMES

REASON FOR CHANGE:

PROMOTION

RATE OF PAY:

OLD WAGE $00007.50 HOURLY
NEW WAGE $00009.00 HOURLY

JOB STATUS CHANGE:

NEW JOB TITLE:

PSM

BONUS ELIGIBILTY IF APPLICABLE $ OR %

D-W825