UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AUTOZONERS, INC., )<br>)<br>Defendant )<br>) | Civil Action No. 04-320 (SLR) |

**DEFENDANT AUTOZONE'S NOTICE OF FILING PROOF OF SERVICE**

        Matthew F. Boyer (Del Bar No. 2564)
        Timothy M. Holly (Del. Bar No. 4106)
        CONNOLLY BOVE LODGE & HUTZ, LLP
        The Nemours Building
        1007 North Orange St.
        P.O. Box 2207
        Wilmington, DE 19899
        Telephone: (302) 252-4217
        Facsimile: (302) 658-0380
        E-mail: Email: tholly@cblh.com

        Tracy F. Kern (La. Bar #20246)
        JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENÈGRE, L.L.P.
        201 St. Charles Avenue, 47th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8134
        Facsimile: (504) 589-8134
        E-mail: tkern@joneswalker.com

        Laurie M. Chess (Fla. Bar #655751)
        JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE, L.L.P.
        601 Brickell Key Drive, Suite 500
        Miami, Florida 33131
        Telephone: (305) 679-5728
        Facsimile: (305) 679-5710
        E-mail: lchess@joneswalker.com
        *Counsel for Defendant, AutoZone, Inc.*

DATED: February 12, 2008

{M0024145.1}

COMES NOW Defendant, AutoZone, Inc., by and through its undersigned counsel, and hereby files its Proof of Service on the above-styled cause, regarding a Subpoena in a Civil Case issued to Leon Bynum for attendance at trial.

Respectfully Submitted,

_____
Matthew F. Boyer (Del. Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
**Connolly Bove Lodge & Hutz, LLP**
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380
Email: tholly@cblh.com

**Tracy E. Kern (La. Bar #20246)**
**Jones, Walker, Waechter, Poitevent,**
**Carrere & Denegre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
Email: tkern@joneswalker.com

**Laurie M. Chess (Fla. Bar #655751)**
**Jones, Walker, Waechter, Poitevent,**
**Carrere & Denegre, L.L.P.**
601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
lchess@joneswalker.com

*Counsel for Defendant, AutoZone, Inc.*