IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-320-SLR |
| | ) |
| AUTOZONERS, INC., | ) |
| | ) |
| Defendant. | ) |

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn. Briefly stated, this is a civil action brought by plaintiff Melvert Washington, Jr. against defendant Autozoners, Inc. Mr. Washington alleges that he was retaliated against, subjected to a hostile work environment and constructively discharged by defendant.

This trial is expected to take no more than five days to complete. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than five days. The trial days generally last from 9:30 a.m. to 4:30 p.m.

In light of this brief summary, I will ask the panel certain questions, the purpose of which is to: 1) enable the Court to determine whether or not any prospective juror should be excused for cause; and 2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which

no reason need be given by counsel. If any of you answer any question in the affirmative, please stand up and, upon being recognized by the Court, state your juror number. When I have concluded asking all the questions, we will call you individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1.a) Is any member of the panel personally acquainted with or do you have a family member or friend personally acquainted with any officer, director, or employee of Autozoners, Inc.?

b) Do you or any member of your household now own, or have you ever owned, any stocks or bonds in Autozoners, Inc.?

c) Have you, any family member, or anyone close to you had any dealings with, or rely financially in any way on, Autozoners, Inc.?

d) Have you, any family member, or anyone close to you had any experience, either negative or positive, with any of the products or services of Autozoners, Inc.?

2. Is any member of the panel personally acquainted with, or do you have a family member or friend personally acquainted with, Melvert Washington, Jr. or any member of his family?

3. You have been given a list of the attorneys and law firms involved in this litigation. Is any member of the panel related to, or personally acquainted with any of these attorneys, or have you ever been represented by any of these attorneys or other associates or members of the listed law firms?

4. You have been given a list of the individuals who might appear as

witnesses in this case. Is any member of the panel related to, or personally acquainted with, any of these individuals?

5. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

6. Have you ever been a plaintiff or a defendant in a civil lawsuit?

7. Have you ever served before as a juror in a civil lawsuit?

8. Have you, anyone in your family or close personal friend ever been involved in an employment discrimination investigation or lawsuit?

9. Have you ever felt that you have been a victim of employment discrimination or retaliation?

10. Have you ever believed that an employer treated you unlawfully?

11. Have you ever been harassed by a co-worker?

12. Have you, anyone in your family or close personal friend, ever worked in auto parts sales or as an auto mechanic?

13. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

14. Do any of you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

<u>Melvert Washington, Jr. v. Autozoners, Inc.</u>,  Civ. No. 04-320-SLR

**ATTORNEYS and LAW FIRMS**

Phillips, Goldman & Spence, PA

Joseph J. Farnan, III

Widener University School of Law

Thomas J. Reed

Connolly Bove Lodge & Hutz, LLP

Matthew F. Boyer

Timothy M. Holly

Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP

Laurie M. Chess

Tracy F. Kern

<u>Melvert Washington, Jr. v. Autozoners, Inc.</u>, Civ. No. 04-320-SLR

**WITNESSES**

Ron Wertz

Billy Britt

Azeem Sikander

Leon Bynum

**Debbie Caulk**

**Franklin Wilson**

Antonio Farley

Dr. David Black

James McIver

Shane Treesh