IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | **REDACTED** |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-320-SLR |
| ) | |
| AUTOZONERS, INC., ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, unanimously find as follows:

### Retaliation

1. Do you find that plaintiff has proven, by a preponderance of the evidence, that defendant retaliated against plaintiff because he complained of racial discrimination in 2000?

Yes _____        No ✓_____

### Hostile Work Environment

2. Do you find that plaintiff has proven, by a preponderance of the evidence, that he was subjected to a hostile work environment due to his complaint of racial discrimination in 2000?

Yes _____     No  ✓ _____

## Nominal Damages

3. If you answered "Yes" to question one, two or both, please confirm the award of nominal damages by checking "Yes" below.

Yes _____ (nominal damages of $1.00)


[Your deliberations are complete. Please sign the last page of this form.]