IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-320-SLR |
| | ) |
| AUTOZONERS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of February, 2008,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the date of February 19, 2008 and for seven (7) jurors for the dates of February 20-21, 2008 and February 26, 2008.

_____
United States District Judge

cc:  Financial Administrator