IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR., )
)
    Plaintiff, )
)
v. ) Civ. No. 04-320-SLR
)
AUTOZONERS, INC., )
)
    Defendant. )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of February 26, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Autozoners, Inc. and against plaintiff Melvert Washington, Jr..

*[signature]*
United States District Judge

Dated: February 28, 2008

*[signature: Francesca Passone]*
(By) Deputy Clerk