IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVERT WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-320 (SLR) |
| ) | |
| AUTOZONER, INC., a Nevada ) | |
| Corporation ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S BILL OF COSTS

                         Matthew F. Boyer (Del Bar No. 2564)
                         Timothy M. Holly (Del. Bar No. 4106)
                         CONNOLLY BOVE LODGE & HUTZ, LLP
                         The Nemours Building
                         1007 North Orange St.
                         P.O. Box 2207
                         Wilmington, DE  19899
                         Telephone: (302) 252-4217
                         Facsimile: (302) 658-0380
                         Email: mboyer@cblh.com
                         Email: tholly@cblh.com

| | |
|---|---|
| Tracy E. Kern (LA Bar #20246) | Laurie M. Chess (Fla. Bar #655751) |
| JONES, WALKER, WAECHTER, | JONES, WALKER, WAECHTER, |
| POITEVENT, CARRERE & DENÈGRE, | POITEVENT, CARRERE & DENÈGRE, |
| L.L.P. | L.L.P. |
| 201 St. Charles Avenue, 47th Floor | 601 Brickell Key Drive, Suite 500 |
| New Orleans, Louisiana 70170-5100 | Miami, Florida 33131 |
| Telephone: (504) 582-8134 | Telephone:  (305) 679-5728 |
| Facsimile: (504) 589-8134 | Facsimile:  (305) 679-5710 |
| E-mail:  tkern@joneswalker.com | E-mail:  lchess@joneswalker.com |

                         *Counsel for Defendant, AutoZone, Inc.*

DATED:  April 1, 2008

{M0024048.1}

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, District of Delaware Local Rule 54.1, 5 U.S.C. §5702, 28 U.S.C. §1821 and 28 U.S.C. §1920, Defendant AutoZone, Inc. was the prevailing party at a jury trial in February 2008, where a final judgment was entered in its favor on February 28, 2008. Defendant incurred a total of $2,077.55 in costs taxable under § 1920, which costs should be assessed against the Plaintiff. *See* Exhibit 1, Bill of Costs; Exhibit 2, itemization of Defendant's costs and supporting documentation.

## I.    DEPOSITIONS

The reporter's reasonable charges for the original of a deposition and the videotape are taxable where a substantial portion of the deposition is admitted into evidence at trial or otherwise used in the resolution of a material issue in the case. D. Del. LR 54.1(b)(3). Videotape depositions are specifically authorized by D.Del. LR 30.4.

In this case, Defendant seeks reimbursement of its costs associated with the depositions of Plaintiff Melvert Washington, Jr., and witnesses Ronald Wertz, and Shane Treesh (who was deposed twice). Each of these depositions were necessary for Defendant in preparing to defend itself against Plaintiff's claims. Additionally, Mr. Treesh's videotaped deposition was edited for the purposes of trial. Thus, Defendant is entitled to reimbursement from Plaintiff for the cost of the referenced depositions and the videography fees, which total $1,926.10. *See* Exhibit 2.

## II.    WITNESS FEES

Costs for expenses of trial witnesses are recoverable even if the witness does not take the stand, provided the witness necessarily attends Court. D.Del. Local Rule 54.1(b)(4). Taxable witness fees and expenses include: the statutory witness fee of $40.00 per day of attendance; travel expenses to and from the place of attendance; toll charges for toll roads, bridges, tunnels,

parking and taxi cab fare; and a subsistence allowance. D.Del. Local Rule 54.1(b)(4); 28 U.S.C. §1821.

Defendant subpoenaed Leon Bynum for his attendance at trial and incurred a witness fee in the amount of $40.00. *See* Exhibit 2. This witness fee Defendant incurred to secure Mr. Bynum's testimony was necessary to its defense against Plaintiff's claims.

### III. COPIES OF PAPERS

D.Del. LR 54.1(b)(5) provides that the cost of an exhibit necessarily attached to a document required to be filed and served is taxable. The cost of one copy of a document is taxable when admitted into evidence in lieu of an original which is not available for introduction into evidence. *Id.* Fees for exemplification and copies of papers necessarily obtained for use in the case are taxable under 28 U.S.C. §1920.

Pursuant to D.Del. L.R. 54(b)(5), Defendant seeks reimbursement for photocopies made during trial preparation at the law office of Connolly, Bove, Lodge & Hutz, LLP. The copy charges total $111.45. *See* Exhibit 2.

### IV. CONCLUSION

Defendant incurred costs related to deposition transcripts and videography fees ($1,926.10), witness fees ($40.00), and copy charges ($111.45) totaling $2,077.55. For the reasons set forth herein, this Court should assess these necessary costs incurred by Defendant, the prevailing party, against Plaintiff.

Respectfully Submitted,

*[signature]*

Matthew F. Boyer (Del Bar No. 2564)
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 252-4217
Facsimile: (302) 658-0380
Email: mboyer@cblh.com
Email: tholly@cblh.com

Tracy E. Kern (LA Bar #20246)
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENÈGRE,
L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
E-mail: tkern@joneswalker.com

Laurie M. Chess (Fla. Bar #655751)
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.

601 Brickell Key Drive, Suite 500
Miami, Florida 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
E-mail: lchess@joneswalker.com

*Counsel for Defendant, AutoZone, Inc.*

DATED: April 1, 2008