# EXHIBIT 1

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MELVERT WASHINGTON, JR.

V.

AUTOZONERS, INC.

**BILL OF COSTS**

Case Number: 04-320-SLR

Judgment having been entered in the above entitled action on __02/28/2008__ against __PLAINTIFF__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1926.10 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 40.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 111.45 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 2077.55 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __all counsel of record__ .

Signature of Attorney: _____

Name of Attorney: __Timothy M. Holly__

For: __Defendant AutoZone, Inc.__    Date: _____
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                            Deputy Clerk                              Date

EXHIBIT
1

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Leon Bynum - attendance at trial | 1 | 40.00 | | | | | 40.00 |
| | | | | | | TOTAL | 40.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT 2

# ITEMIZATION OF BILL OF COSTS

1. **Deposition and videography fees:**

   (a) Invoice for depositions of Plaintiff and Ronald Wertz taken on May 12, 2005- $1,017.70
   (b) Invoice for deposition of Shane Treesh taken on May 13, 2005 - $241.95
   (c) Invoice for videotaped deposition and transcript of Shane Treesh taken on November 8, 2005 - $275.45
   (d) Invoice for videography edits to the deposition of Shane Treesh on February 19, 2008 - $391.00

   **TOTAL – 1,926.10**

2. **Witness fees:**

   (a) Copy of subpoena issued to Leon Bynum and witness fee check in the amount of $40.00

   **TOTAL - $40.00**

3. **Photocopy charges:**

   (a) Copy of expense sheet from Connolly, Bove, Lodge & Hutz, LLP showing copy charges made for the trial of this matter – totaling $111.45.

   **TOTAL - $111.45**

# GRAND TOTAL - $2,077.55

EXHIBIT 2

{N1794068.1}

# Corbett & Associates

1400 N. French Street
P.O. Box 25085
Wilmington, DE 19899
Phone: (302) 571-0510    Fax: (302) 571-1321

Job #: 050512DAD
Job Date: 05/12/2005
Order Date: 05/12/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



Invoice #: 83821
Inv. Date: 06/03/2005
Balance: $1,017.70

**Bill To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

Action: Washington, Melvert
vs
Auto Zone
Action #:
Rep: DAD
Cert:

| Item | Proceeding/Witness | Description | Quantity | | Amount |
|---|---|---|---|---|---|
| 1 | Melvert Washington | Original & One Copy | 250 | | $850.00 |
| 2 | Ronald Wertz | Copy of Proceedings | 62 | | $139.50 |
| | | Min-U-Script | 1.00 | | $0.00 |
| | | Reading & Signing | 1.00 | | $15.00 |
| | | Photocopy of Exhibits | 1.00 | | $13.20 |
| | | 10% Discount If Paid Within 30 Days | | | |

Comments:

Invoices Past 30 Days are Subject to 1.5% Finance Charge

Federal Tax I.D.: 51-0251719     Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $1,017.70 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$1,017.70** |
| Payment | $0.00 |
| **Balance Due** | **$1,017.70** |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

**Deliver To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

Phone: (302) 571-0510
Fax: (302) 571-1321

**Invoice**

Corbett & Associates
1400 N. French Street
P.O. Box 25085
Wilmington, DE 19899

Invoice #: 83821
Inv. Date: 06/03/2005
Balance: $1,017.70
Job #: 050512DAD
Job Date: 05/12/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

EXHIBIT 1(a)

# Corbett & Associates

1400 N. French Street
P.O. Box 25085
Wilmington, DE 19899
Phone: (302) 571-0510    Fax: (302) 571-1321

Job #: 050513ADM
Job Date: 05/13/2005
Order Date: 05/13/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Rebill**

Rebill Date: 07/01/2005
Invoice #: 83778
Inv. Date: 05/30/2005
Balance: $241.95

**Bill To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

Action: Washington, Melvert
vs
Auto Zone
Action #:
Rep: ADM
Cert: 109-RPR

| Item | Proceeding/Witness | Description | Quantity | Amount |
|---|---|---|---|---|
| | Shane Treesh | Copy of Proceedings | 104 | $234.00 |
| | Shane Treesh | Min-U-Script | 1.00 | $0.00 |
| | | Shipping & Handling | 1.00 | $7.95 |
| | | 10% Discount If Paid Within 30 Days | | |

**Comments:**

This Invoice is Overdue. Please Pay Immediately

| | |
|---|---|
| Sub Total | $241.95 |
| Tax | N/A |
| **Total Invoice** | **$241.95** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$241.95** |

Federal Tax I.D.: 51-0251719    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

**Deliver To:**
Tracy Hildago, Esquire
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LO 70163

**Rebill**

Corbett & Associates
1400 N. French Street
P.O. Box 25085
Wilmington, DE 19899

Phone: (302) 571-0510
Fax: (302) 571-1321

Invoice #: 83778
Inv. Date: 05/30/2005
Balance: $241.95
Job #: 050513ADM
Job Date: 05/13/2005
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

EXHIBIT
1(b)



**KARASCH & ASSOCIATES**

Video - Audio - Court Reporting - Captioned Text
Integrating Your Support Technologies
302-654-5557

# INVOICE

TRACY KERN HIDALGO, ESQUIRE
FRILOT, PARTRIDGE, KOHNKE & CLEMETS
3600 ENERGY CENTER
1100 POYDRAS STREET
NEW ORLEANS, LA   70163-3600

November 21, 2005

**Invoice#** 00080064

**Balance:**   $275.45

Re: WASHINGTON V AUTOZONERS, INC.
    DEP/WILMINGTON
    on 11/08/05 by HENRY J. KARASCH, RMR

<u>Charge Description</u>
Notarized Verbatim Reporting of Videotaped
Deposition in the above matter.
Transcript, Regular Delivery Requested
1 Copy, 97 pgs.
Deposition of Shane B. Treesh
Read & Sign - waived
Compressed Copy Enclosed - 1
Exhibits Duplicated, Collated & Attached - none
Delivery & Handling - UPS Ground

EXHIBIT
1(c)

1.00% per month on unpaid balance

P l e a s e    R e m i t   - - - >   Total Due:    $275.45

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear off stub and return with payment.

*ALL MAJOR CREDIT CARDS ACCEPTED - EIN #23-2720174*

KARASCH & ASSOCIATES

Invoice# 00080064

Balance$    275.45

**Please Remit To Billing Office at:**   1225 King Street
                                          11th Floor
                                          Floor/ Wilmington, DE 19801

# Forte Video LLC

23 Hillside Road
Claymont, DE 19703

Ph: (215)-870-0987
Fax: (302)-791-0906

# Invoice

| Date | Invoice # |
|---|---|
| 2/19/2008 | 1928 |

**Bill To**

Phillips Goldman & Spence
Joseph J. Farnan, III, Esq
1200 N. Broom St.
Wilmington DE 19806

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Deposition Videography - Edit copy: "Shane B. Treesh" -- 11/8/05<br>Revised 2nd edit ---- RUSH OVERNIGHT<br>(1) VHS cassette supplied for edit w/ edit decision lists provided<br>3 hrs. studio time billed @ $75.00 per hr. + .5 hrs. copy time<br>expedited charge applies -- $85.00<br>(1) DVD edit master supplied - $10.00 per copy<br>(1) VHS edit master supplied - $8.00 per copy<br><br>Note: hand deliver -- rush-- early am. | 366.00<br><br><br><br><br><br><br>25.00 |

Please make checks payable to Forte Video LLC.
Tax ID Number: 20-1403032

**Total** $391.00

EXHIBIT
1(d)

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
District of Delaware

Melvert Washington, Jr.      **SUBPOENA IN A CIVIL CASE**
V.
AutoZoners, Inc.      Case Number: 04-320-SLR

TO: Leon Bynum
1483 John Clark Road
Dover, DE 19904

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court, District of Delaware<br>Sixth Floor Federal Building<br>844 King Street, Wilmington, DE | 6B |
| | DATE AND TIME |
| | 2/19/2008 9:30 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 1/16/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Laurie M. Chess, Esq., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
601 Brickell Key Drive, Suite 500, Miami, FL 33131; Phone: 305-679-5728; Fax: 305-679-5710

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number

EXHIBIT
2(a)

AO88 (DE Rev. 01/07) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 1/19/2008 | Time: 1:05 p.m.   Place: 1483 John Clark Rd., Dover, DE 19904 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Leon Bynum | Accepted personally by Leon Bynum<br>Description: Black, Male, Age 56, 5'6", 185 lb |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Ontry Patten | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/24/2008
                    DATE

SIGNATURE OF SERVER

2000 Pennsylvania Ave., Suite 207
ADDRESS OF SERVER

Wilmington, DE  19806  (302) 429-0657

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

| JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE, L.L.P. | | ATTORNEYS AT LAW | |
|---|---|---|---|
| CLIENT NO. | FILE NO. | ACCOUNT TITLE | DESCRIPTION | AMOUNT |
| | 1104900 | | Leon Bynum<br>Witness Fee<br>Subpena for trial<br>Washington vs AudioZones<br>Case # 04-320 | $40.00 |

DETACH BEFORE DEPOSITING

JONES, WALKER
WAECHTER, POITEVENT
CARRÈRE & DENÈGRE, L.L.P.
ATTORNEYS AT LAW

No. 207980
84-387
654

File No. 1104900
January 17, 2008

AMOUNT
$40.00

AmSouth BANK

PAY Forty ———— $\frac{\text{no}}{100}$

NOT OVER $500.00

TO THE ORDER OF   Leon Bynum

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE, L.L.P.

⑆0207980⑆ ⑆065403875⑆ 9004808303⑆

# Connolly Bove Lodge & Hutz LLP
## Time And Expense Details

Report ID: OT2025 - 128437
Thursday, February 28, 2008

Beginning To End

Printed By JS
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 12892 | Frilot Partridge Kohnke & Clem | 00001 | Washington v. Autozoners, Inc. | Matthew F. Boyer |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/18/2008 | | | | | $10.95 P | Photocopies | | |
| 2/18/2008 | | | | | $2.40 P | Photocopies | | |
| 2/18/2008 | | | | | $76.20 P | Photocopies | | |
| 2/18/2008 | | | | | $17.40 P | Photocopies | | |
| 2/18/2008 | | | | | $0.75 P | Photocopies | | |
| 2/19/2008 | | | | | $0.75 P | Photocopies | | |

EXHIBIT 3(a)

# Connolly Bove Lodge & Hutz LLP
## Time And Expense Details

Report ID: OT2025 - 128437
Thursday, February 28, 2008

Beginning To End

Printed By JS
Page 2

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 2/19/2008 | $0.45 | P | Photocopies |
| 2/19/2008 | $0.30 | P | Photocopies |
| 2/19/2008 | $0.45 | P | Photocopies |
| 2/19/2008 | $0.45 | P | Photocopies |
| 2/19/2008 | $0.45 | P | Photocopies |
| 2/19/2008 | $0.45 | P | Photocopies |
| 2/19/2008 | $0.45 | P | Photocopies |