# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Timothy M. Holly
**DIRECT DIAL:** (302)-252-4217
**DIRECT FAX:** (302)-658-0380
**EMAIL:** tholly@cblh.com
**REPLY TO:** Wilmington Office

April 14, 2008

**VIA LEXISNEXIS FILE AND SERVICE**
Dr. Peter Dalleo, Clerk
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: Washington v. Autozoner, Inc. Case No. 04-320

Dear Dr. Dalleo:

On April 1, 2008, the defendant in the Captioned matter filed a Bill of Cost seeking relief from the Court. We have received payment in full from the Plaintiff. Therefore, the matter of the Bill of Cost is resolved.

Very truly yours,

*Ty M. Holly*

Timothy M. Holly

TMH/cp

604761_1